**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217-MFW |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**NOTICE OF HEARING TO CONSIDER FIRST DAY PAPERS ON
AUGUST 4, 2026 AT 11:30 A.M. (EASTERN TIME)**

This proceeding will be conducted remotely **via Zoom**.
Please refer to Judge Mary F. Walrath's Chambers Procedures
(https://www.deb.uscourts.gov/judge-mary-f-walrath) and the Court's website
(http://www.deb.uscourts.gov/ecourt-appearances) for information on the method
of allowed participation (video or audio), Judge Walrath's expectations of remote
participants, and the advance registration requirements.

The deadline to register for remote attendance at **first-day** or emergency hearings
is one-hour prior to the hearing (Prevailing Eastern Time) unless otherwise noticed
using the *eCourtAppearances* tool available on the Court's website.

**PLEASE TAKE NOTICE** that on August 2, 2026, the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, on August 4, 2026 at 11:30 a.m. (ET) on the following motions requesting certain

---

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

"first day" relief (the "First Day Pleadings"), which have been filed by the Debtors in connection with its chapter 15 case (the "Chapter 15 Case").

| D.I. No. | First Day Pleadings |
|---|---|
| D.I. 3 | Motion of the Foreign Representative for Entry of an Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code; (II) Authorizing the Filing of a Consolidated List Under Bankruptcy Rule 1007; and (III) Granting Related Relief |
| D.I. 4 | Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or Alternatively, a Foreign Nonmain Proceeding |
| D.I. 5 | Declaration of Oriel Bachar in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code |
| D.I. 6 | Declaration of Pinni Yaniv in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code |
| D.I. 7 | Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code |
| D.I. 8 | Motion of the Foreign Representative for Entry of an Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code; (II) Authorizing the Filing of a Consolidated List Under Bankruptcy Rule 1007; and (III) Granting Related Relief |

**PLEASE TAKE FURTHER NOTICE that Parties who wish to participate in the First Day Hearing may do so by registering for the hearing at: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. Registration is required By one-hour prior to the hearing.**

**PLEASE TAKE FURTHER NOTICE** that Copies of the First Day Pleadings may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.  Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.

Dated: August 3, 2026
Wilmington Delaware

**BLANK ROME LLP**

*/s/ Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

-and-

Evan J. Zucker (*pro hac vice* pending)
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 885-5000
Facsimile:    (917) 591-2726
Evan.Zucker@BlankRome.com

-and-

**COOLEY LLP**
Michael Klein (*pro hac vice* pending)
Ben Thomson (*pro hac vice* pending)
55 Hudson Yards
New York, NY 10001-2157
Telephone:    (212) 479-6000
Facsimile:    (212) 479-6275
mklein@cooley.com
bthomson@cooley.com

-and-

Olya Antle (*pro hac vice* pending)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899
oantle@cooley.com
ddavis@cooley.com

*Counsel to the Foreign Representative*