**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217(MFW) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS;
AND NOTICE AND AGENDA FOR HEARING TO CONSIDER FIRST DAY PAPERS
ON AUGUST 4, 2026 AT 11:30 A.M. (EASTERN TIME)**

> This proceeding will be conducted remotely **via Zoom**.
> Please refer to Judge Walrath's Chambers Procedures
> (https://www.deb.uscourts.gov/judge-mary-f-walrath) and the Court's website
> (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method
> of allowed participation (video or audio), Judge Walrath's expectations of remote
> participants, and the advance registration requirements.
>
> The deadline to register for remote attendance at **first-day** or emergency hearings
> is one-hour prior to the hearing (Prevailing Eastern Time) unless otherwise noticed
> using the *eCourtAppearances* tool available on the Court's website.

**PETITIONS**

1. Voluntary Petitions

   a. Papaya Gaming Ltd. - Case No. 26-11217 (D.I. 1, Filed August 2, 2026)
   b. Papaya Gaming Inc. - Case No. 26-11218 (D.I. 1, Filed August 2, 2026)

2. Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or Alternatively, a Foreign Nonmain Proceeding (D.I. 4, Filed August 2, 2026)

---

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

## DECLARATIONS IN SUPPORT

3. [Declaration of Oriel Bachar in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code](#) (D.I. 5, Filed August 2, 2026)

4. [Declaration of Pinni Yaniv in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code](#) (D.I.6, Filed August 2, 2026)

## MATTERS GOING FORWARD

5. [Motion of the Foreign Representative for Entry of an Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code; (II) Authorizing the Filing of a Consolidated List Under Bankruptcy Rule 1007; and (III) Granting Related Relief](#) (D.I. 3, Filed August 2, 2026)

   **Objection/Response Deadline**:     At Hearing

   **Objections/Responses**:     None

   **Related Documents:**     None

   **Status**: This matter will be going forward.

6. [Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code](#) (D.I. 7, Filed August 2, 2026)

   **Objection/Response Deadline**:     At Hearing

   **Objections/Responses**:     None

   **Related Documents:**     None

   **Status**: This matter will be going forward.

7. [Motion for Order (A) Scheduling Hearing on Recognition of Chapter 15 Petition and (B) Specifying Form and Manner of Service of Notice](#) (D.I. 8, Filed August 3, 2026)

   **Objection/Response Deadline**:     At Hearing

   **Objections/Responses**:     None

   **Related Documents:**     None

   **Status**: This matter will be going forward.

Dated: August 3, 2026
Wilmington Delaware

**BLANK ROME LLP**

*/s/ Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

-and-

Evan J. Zucker (*pro hac vice* pending)
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 885-5000
Facsimile:     (917) 591-2726
Evan.Zucker@BlankRome.com

-and-

**COOLEY LLP**
Michael Klein (*pro hac vice* pending)
Ben Thomson (*pro hac vice* pending)
55 Hudson Yards
New York, NY 10001-2157
Telephone:     (212) 479-6000
Facsimile:     (212) 479-6275
mklein@cooley.com
bthomson@cooley.com

-and-

Olya Antle (*pro hac vice* pending)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:     (202) 842-7800
Facsimile:     (202) 842-7899
oantle@cooley.com
ddavis@cooley.com

*Counsel to the Foreign Representative*

3