Papaya Gaming Ltd. 26-11217
August 4, 2026 at 11:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Olya | Antle | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Oriel | Bachar | Papaya Gaming Ltd. | Foreign Representative | 26-11217-MFW | Video and Audio |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | | 26-11217-MFW | Video and Audio |
| Panachai | Chauychoo | GoodGame Advisors | | 26-11217-MFW | Audio Only |
| Christopher | Coleman | King & Spalding | | 26-11217-MFW | Video and Audio |
| Mickey | Colombo | | | 26-11217-MFW | Audio Only |
| Punith | Damidi | | | 26-11217-MFW | Audio Only |
| Scott | Davidson | King & Spalding | | 26-11217-MFW | Video and Audio |
| Dale | Davis | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Chelsea | Ding | Jefferies | | 26-11217-MFW | Audio Only |
| Jeffrey | Dutson | King & Spalding | | 26-11217-MFW | Video and Audio |
| Javier | Figueroa | province firm | | 26-11217-MFW | Audio Only |
| Emily | Gelfand | | | 26-11217-MFW | Audio Only |
| Joshua | Hall | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Jon | Hammond | | | 26-11217-MFW | Audio Only |
| Taylor | Harrison | | | 26-11217-MFW | Audio Only |
| Chaz | Jackson | | | 26-11217-MFW | Audio Only |
| Tyler | Kim | Jefferies | | 26-11217-MFW | Audio Only |
| Michael | Klein | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Debbie | Laskin | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Michael | Lombardo | King & Spalding | | 26-11217-MFW | Video and Audio |
| Jennifer | Malow | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Matthew | Matese | Good Game Advisors | | 26-11217-MFW | Audio Only |
| Joseph | McMahon | United States Department of Justice | Andrew R. Vara, U.S. Trustee for Regions 3 & 9 | 26-11217-MFW | Video and Audio |
| Reza | Sina | Sina Law Group | Creditor Dawn Pavlovich | 26-11217-MFW | Video and Audio |
| Ifat | Steinman | Papaya Gaming Ltd. | Debtor | 26-11217-MFW | Video and Audio |
| Stanley | Tarr | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Benjamin | Thomson | Cooley LLP | Debtors | 26-11217-MFW | Video and Audio |
| Matthew | Tripolitsiotis | Burns Charest LLP | Brenna Kelly-Starkebaum | 26-11217-MFW | Video and Audio |
| Nicholas | Tuosto | GoodGame Advisors LLC | | 26-11217-MFW | Audio Only |
| Daniel | Wu | | | 26-11217-MFW | Audio Only |
| Pinni | Yaniv | Meitar Law | Foreign Representative | 26-11217-MFW | Video and Audio |
| Frankie | Zhu | | | 26-11217-MFW | Audio Only |
| Evan | Zucker | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| shantanu | agrawal | BlackRock | | 26-11217-MFW | Audio Only |