**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Papaya Gaming Ltd., *et al.*,<br>Debtors in a Foreign Proceeding. | Chapter 15<br>Case No. 26-11217 (MFW)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ERIN TRENDA**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Erin Trenda, of Cooley LLP, 10265 Science Center Drive San Diego, CA 92121, to represent the duly authorized foreign representative (the "Foreign Representative") for the above-captioned debtors in the above-captioned chapter 15 bankruptcy cases and any related adversary proceedings.

Dated: August 10, 2026
Wilmington, Delaware

*/s/Jennifer K. Malow*
Jennifer K. Malow (DE No. 7424)
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*Counsel to the Foreign Representative*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California, Minnesota, and New York, and have been admitted to practice before the United States District Courts for the Southern District of California, Central District of California, Northern District of California, Eastern District of New York, and Southern District of New York, and the United States Court of Appeals for the Federal Circuit. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: August 10, 2026

*/s/ Erin Trenda*
Erin Trenda
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6147
Email: etrenda@cooley.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: August 11th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**