**AFFIDAVIT**

**STATE OF NEW JERSEY**                                )

                                                                          ) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

 the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

 1   insertion(s) on the following date(s):

AUG-07-2026;

ADVERTISER:  Papaya Gaming Ltd.;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
 10   day of   August          2026

Notary Public



# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

Underlined quotations are those stocks with large changes in volume compared with the issue's average trading volume.

Boldfaced quotations highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

### Footnotes:

i-New 52-week high; !-New 52-week low; dd-Indicates loss in the most recent four quarters.

Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.

**Thursday, August 6, 2026**

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| **A B C** | | | |
| AECOM | ACM | 74.93 | 0.03 |
| AES | AES | 14.70 | ... |
| Aflac | AFL | 126.66 | 1.10 |
| AGNC Invt | AGNC | 10.61 | -0.06 |
| APA | APA | 36.53 | 1.87 |
| ASE Tech | ASX | 37.25 | 0.47 |
| ASML | ASML | 1704.37 | 26.15 |
| AST Space | ASTS | 67.36 | -1.02 |
| AT&T | T | 23.71 | 0.65 |
| ATI | ATI | 223.43 | 18.32 |
| AXIAEnergia | AXIA | 10.22 | -0.25 |
| AbbottLabs | ABT | 107.96 | 2.25 |
| AbbVie | ABBV | 243.87 | -2.33 |
| Abivax | ABVX | 130.00 | -6.61 |
| Accenture | ACN | 171.11 | 0.38 |
| Acuity | AYI | 357.00 | -2.08 |
| Adobe | ADBE | 260.24 | 0.92 |
| AdvDrainageSys | WMS | 148.45 | -1.14 |
| AdvEnergyInds | AEIS | 323.91 | -5.32 |
| AdvMicroDevices | AMD | 489.28 | 7.23 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Aegon | AEG | 9.46 | -0.04 |
| AerCap | AER | 155.24 | 0.11 |
| AffiliatedMgrs | AMG | 372.18 | -3.44 |
| AffirmA | AFRM | 76.58 | -1.89 |
| AgilentTechs | A | 141.34 | 0.23 |
| AgnicoEagleMines | AEM | 167.92 | 2.47 |
| AgreeRealty | ADC | 76.35 | 0.27 |
| AirProducts | APD | 299.92 | 4.83 |
| Airbnb | ABNB | 151.64 | -0.85 |
| AkamaiTech | AKAM | 118.55 | -3.72 |
| AlamosGold | AGI | 31.10 | -0.17 |
| Albemarle | ALB | 125.42 | 6.58 |
| Alcoa | AA | 47.48 | -0.21 |
| Alcon | ALC | 69.54 | -1.03 |
| Alibaba | BABA | 126.81 | -3.48 |
| AlignTech | ALGN | 169.08 | -5.75 |
| Allegion | ALLE | 168.70 | 0.12 |
| AlliantEnergy | LNT | 69.52 | -0.68 |
| AllisonTransm | ALSN | 116.24 | -1.89 |
| Allstate | ALL | 275.11 | 10.52 |
| AllyFinancial | ALLY | 44.06 | -0.68 |
| AlnylamPharm | ALNY | 216.12 | -12.60 |
| Alphabet A | GOOGL | 357.75 | -4.48 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Alphabet C | GOOG | 356.62 | -3.51 |
| Altria | MO | 67.75 | -0.69 |
| Amazon.com | AMZN | 272.26 | -0.39 |
| Ambev | ABEV | 3.01 | -0.02 |
| Amcor | AMCR | 47.06 | -0.69 |
| AmerSports | AS | 36.11 | -0.62 |
| Ameren | AEE | 108.27 | -0.68 |
| AmericaMovil | AMX | 23.92 | -0.10 |
| AmerAirlines | AAL | 16.03 | -0.55 |
| AEP | AEP | 125.26 | -1.21 |
| AmerExpress | AXP | 342.60 | -6.39 |
| AmericanFin | AFG | 146.73 | ... |
| AmeriHlthcrREIT | AHR | 54.71 | -0.79 |
| AmHomes4Rent | AMH | 34.55 | -0.03 |
| AIG | AIG | 79.97 | -0.15 |
| AmerTowerREIT | AMT | 171.20 | 3.13 |
| AmerWaterWorks | AWK | 134.82 | 0.66 |
| Ameriprise | AMP | 559.82 | -1.21 |
| Amdocs | DOX | 89.67 | 0.01 |
| Ametek | AME | 251.38 | -3.38 |
| Amgen | AMGN | 404.25 | -2.98 |
| AmkorTech | AMKR | 54.16 | 0.30 |
| Amphenol | APH | 170.61 | -1.63 |
| Amrize | AMRZ | 48.04 | -1.10 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AxsomeTherapA | AXSM | 210.13 | -2.72 |
| AnglogoldA | AU | 87.59 | -1.01 |
| AB Inbev | BUD | 83.97 | -1.21 |
| AnnalyCap | NLY | 22.66 | -0.01 |
| AnteroMidstream | AM | 21.49 | 0.33 |
| AnteroResources | AR | 34.90 | 0.57 |
| Aon | AON | 360.75 | 0.78 |
| API Group | APG | 41.25 | -0.53 |
| ApogeeTherap | APGE | 134.49 | 0.26 |
| ApolloGblMgmt | APO | 127.99 | -1.75 |
| Apple | AAPL | 312.41 | 1.41 |
| BBVA | BBVA | 28.14 | 0.07 |
| BancoBradesco | BBDO | 3.15 | -0.05 |
| BancoDeChile | BCH | 42.16 | 0.52 |
| BancSanBrasil | BSBR | 5.76 | 0.04 |
| BcoSantChile | BSAC | 35.70 | 0.45 |
| BancoSantander | SAN | 14.65 | 0.01 |
| Aramark | ARMK | 56.31 | -0.57 |
| ArcelorMittal | MT | 73.22 | -2.13 |
| ArchCapital | ACGL | 99.29 | 0.20 |
| ADM | ADM | 77.51 | -0.07 |
| AresMgmt | ARES | 138.17 | -1.60 |
| argenx | ARGX | 875.30 | 7.36 |
| AristaNetworks | ANET | 192.32 | -4.99 |
| Arm | ARM | 286.68 | 12.10 |
| ArrowElec | ARW | 222.29 | -4.56 |
| ArrowheadPharm | ARWR | 35.03 | -1.20 |
| Axis | AXS | 57.59 | -2.01 |
| AscendisPharma | ASND | 249.18 | 8.29 |
| Berkley | WRB | 72.13 | 0.05 |
| BentleySystems | BSY | 35.36 | -0.68 |
| BeOneMed | ONC | 329.80 | 2.27 |
| BerkHathwy B | BRK.B | 524.61 | 5.76 |
| BerkHathwy A | BRK.A | 786000303.97 | 24.99 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| BloomEnergy | BE | 228.96 | -5.37 |
| BlueOwlCapital | OWL | 11.46 | -0.09 |
| Boeing | BA | 232.19 | -8.00 |
| Booking | BKNG | 207.39 | 0.37 |
| BorgWarner | BWA | 65.00 | -0.98 |
| BostonSci | BSX | 49.30 | 1.56 |
| BridgeBioPharma | BBIO | 82.80 | 0.81 |
| BrightSpring | BTSG | 60.65 | -2.42 |
| Brinker | EAT | 227.27 | 1.30 |
| BristolMyers | BMY | 64.15 | 0.52 |
| BritishAmTob | BTI | 58.73 | -0.54 |
| BrixmorProp | BRX | 30.15 | -0.77 |
| Broadcom | AVGO | 420.57 | 2.29 |
| BroadridgeFinl | BR | 164.75 | 1.34 |
| BrookfieldAsset | BAM | 53.17 | 0.54 |
| Brookfield | BN | 43.98 | -0.56 |
| BrookfieldInfr | BIP | 38.94 | -0.71 |
| BankMontreal | BMO | 180.82 | -0.12 |
| BankNY Mellon | BNY | 158.82 | 0.08 |
| BankNovaScotia | BNS | 88.32 | -0.23 |
| Barclays | BCS | 28.18 | -0.28 |
| BarrickMining | B | 41.37 | 0.32 |
| Bullish | BLSH | 23.04 | -0.80 |
| BungeGlobal | BG | 109.00 | 2.38 |
| BurlingtonStrs | BURL | 371.15 | 1.81 |
| CACI Intl | CACI | 628.79 | 110.76 |
| CDW | CDW | 147.67 | 1.87 |
| CF Industries | CF | 116.73 | 0.02 |
| CGI A | GIB | 74.17 | 1.56 |
| CH Robinson | CHRW | 146.66 | -6.94 |
| CME Group | CME | 264.32 | -0.46 |
| CMS Energy | CMS | 71.20 | -0.39 |
| CNA Fin | CNA | 52.62 | 0.28 |
| CNH Indl | CNH | 10.05 | -0.06 |
| CRH | CRH | 97.66 | -2.34 |
| CSX | CSX | 50.70 | -0.42 |
| CVS Health | CVS | 96.22 | -2.90 |
| CadenceDesign | CDNS | 338.42 | 1.35 |
| CamdenProperty | CPT | 110.74 | -1.17 |
| Cameco | CCJ | 93.62 | -0.65 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CIBC | CM | 118.44 | -0.24 |
| CanNtlRlwy | CNI | 126.40 | -1.14 |
| CanadanNatRscs | CNQ | 45.45 | 0.70 |
| CdnPacKC | CP | 90.25 | -1.20 |
| CapitalOne | COF | 220.01 | -1.63 |
| CardinalHealth | CAH | 237.66 | -1.57 |
| CareTrustREIT | CTRE | 41.13 | -0.01 |
| Carlisle | CSL | 382.83 | -2.49 |
| Carlyle | CG | 48.88 | -0.96 |
| Carnival | CCL | 28.79 | -0.08 |
| CarpenterTech | CRS | 557.24 | -13.15 |
| CarrierGlobal | CARR | 63.96 | -1.47 |
| Carvana | CVNA | 68.34 | -1.14 |
| CaseysGenStores | CASY | 832.42 | -20.44 |
| Caterpillar | CAT | 856.96 | -14.12 |
| Celestica | CLS | 314.53 | -48.23 |
| Cemex | CX | 11.30 | -0.25 |
| Cencora | COR | 325.01 | 7.79 |
| CenovusEnergy | CVE | 28.25 | 0.52 |
| Centene | CNC | 64.20 | -2.79 |
| CenterPointEner | CNP | 40.67 | 0.02 |
| CerebrasSystems | CBRS | 211.30 | -3.00 |
| CharlesRiverLabs | CRL | 265.51 | 4.79 |
| CharterComms | CHTR | 157.44 | 4.27 |
| CheckPoint | CHKP | 125.28 | -0.67 |
| ChenlereEnergy | CPNG | 66.04 | 1.91 |
| Chevron | CVX | 189.23 | 2.82 |
| Chewy | CHWY | 23.43 | -0.60 |
| ChimeFinl | CHYM | 31.25 | 5.33 |
| Chipotle | CMG | 33.71 | -0.79 |
| Chubb | CB | 354.03 | 1.49 |
| ChunghwaTel | CHT | 42.28 | 0.04 |
| Church&Dwight | CHD | 103.36 | -0.28 |
| Ciena | CIEN | 403.76 | -5.07 |
| Cigna | CI | 275.25 | 4.75 |
| CincinnatiFinl | CINF | 179.04 | 1.25 |
| Cintas | CTAS | 202.15 | 0.75 |
| CircleInternet | CRCL | 63.28 | ... |
| CiscoSystems | CSCO | 120.88 | -0.62 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| ColgatePalm | CL | 93.00 | -0.28 |
| Comcast A | CMCSA | 25.17 | 0.42 |
| CleanHarbors | CLH | 307.64 | -1.60 |
| ComfortSystems | FIX | 1713.60 | -23.40 |
| Clorox | CLX | 105.60 | -0.24 |
| Cloudflare | NET | 284.43 | -8.53 |
| Coca-Cola | KO | 86.85 | 0.02 |
| Coca-ColaCon | COKE | 188.23 | 3.49 |
| Coca-ColaEuropac | CCEP | 108.25 | -0.33 |
| CoeurMining | CDE | 15.65 | -1.78 |
| Cognex | CGNX | 67.38 | -3.33 |
| CognizantTech | CTSH | 56.89 | 1.11 |
| Coherent | COHR | 334.22 | 6.00 |
| CoinbaseGlbl | COIN | 145.41 | -4.48 |
| Compass | CMPS | 12.58 | -0.25 |
| ConocoPhillips | COP | 116.76 | 1.72 |
| ConEd | ED | 108.95 | 0.63 |
| ConstBrands | STZ | 132.52 | 1.88 |
| ConstellationEner | CEG | 261.10 | -4.02 |
| Cooper | COO | 73.32 | -1.52 |
| Copart | CPRT | 29.01 | 0.10 |
| ConceptTherap | CORT | 107.95 | -2.74 |

Continued on Page B7

## AUCTION RESULTS

Here are the results of Thursday's Treasury auctions. All bids are awarded at a single price at the market-clearing yield. Rates are determined by the difference between that price and the face value.

**FOUR-WEEK BILLS**

| | |
|---|---|
| Applications | $299,712,776,400 |
| Accepted bids | $115,124,236,400 |
| noncompetitively | $5,998,370,300 |
| foreign noncompetitively | $1,900,000,000 |
| Auction price (rate) | 99.716889 |
| | (3.640%) |
| Coupon equivalent | 3.701% |
| Cusip number | 72.82% |
| | 912797VB0 |

The bills, dated Aug. 11, 2026, mature on Sept. 8, 2026.

**EIGHT-WEEK BILLS**

| | |
|---|---|
| Applications | $279,021,977,900 |
| Accepted bids | $104,659,186,200 |
| noncompetitively | $1,237,450,200 |
| foreign noncompetitively | $1,500,000,000 |
| Auction price (rate) | 99.422889 |
| | (3.710%) |
| Coupon equivalent | 3.783% |
| Cusip number | 17.93% |
| | 912797VK0 |

The bills, dated Aug. 11, 2026, mature on Oct. 6, 2026.

---

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## PUBLIC NOTICES

**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

IN RE CORMEDIX INC. DERIVATIVE LITIGATION

C.A. No. 2:21-cv-18493-JXN-LDW
(Consolidated with Civil Action No.: 23-cv-00150 and Civil Action No.: 23-cv-00406)

**TO: ALL PERSONS OR ENTITIES WHO HOLD OR BENEFICIALLY OWN, DIRECTLY OR INDIRECTLY, CORMEDIX INC. ("CORMEDIX" OR THE "COMPANY") COMMON STOCK AS OF JANUARY 19, 2026 ("CURRENT CORMEDIX STOCKHOLDERS")**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. THIS NOTICE RELATES TO A PROPOSED SETTLEMENT AND DISMISSAL OF THE ABOVE-CAPTIONED STOCKHOLDER DERIVATIVE ACTION (THE "FEDERAL ACTION") BY ENTRY OF THE JUDGMENT BY THE COURT AND CONTAINS IMPORTANT INFORMATION REGARDING YOUR RIGHTS. YOUR RIGHTS MAY BE AFFECTED BY THESE LEGAL PROCEEDINGS. IF THE COURT APPROVES THE SETTLEMENT, YOU WILL BE FOREVER BARRED FROM CONTESTING THE APPROVAL OF THE PROPOSED SETTLEMENT AND FROM PURSUING THE RELEASED CLAIMS.

IF YOU HOLD CORMEDIX COMMON STOCK FOR THE BENEFIT OF ANOTHER, PLEASE PROMPTLY TRANSMIT THIS DOCUMENT TO SUCH BENEFICIAL OWNER.

THE RECITATION OF THE BACKGROUND AND CIRCUMSTANCES OF THE SETTLEMENT CONTAINED HEREIN DOES NOT CONSTITUTE THE FINDINGS OF THE COURT. IT IS BASED ON REPRESENTATIONS MADE TO THE COURT BY COUNSEL FOR THE PARTIES.

THIS ACTION IS NOT A "CLASS ACTION." THUS, THERE IS NO COMMON FUND UPON WHICH YOU CAN MAKE A CLAIM FOR A MONETARY PAYMENT.

Notice is hereby provided to you of the proposed settlement (the "Settlement") of the above-referenced stockholder derivative lawsuit as well as a related shareholder derivative action captioned Raval v. Baluch, C.A. UMN-L-3721 (N.J. Super. Ct. Law. Div.) (the "Raval Action" and, together with the Federal Action, the "Actions"). This Notice is provided by Order of the United States District Court for the District of New Jersey (the "Court"). It is not an acceptance of any kind by the Court. It is to notify you of the terms of the proposed Settlement, and your rights related thereto.

### I. WHY THE COMPANY HAS ISSUED THIS NOTICE

Your rights may be affected by the Settlement of the Actions. Plaintiffs in the Actions, Melissa Voter, Isaac Desalvo, Rose Scullion, and Amit Raval ("Plaintiffs"); defendants Khoso Baluch, Janet D. Dillione, Alan W. Dunton, Myron Kaplan, Steven Lefkowitz, Paulo F. Costa, Greg Duncan, Matthew David, Robert Cook, Joseph Todisco, Phoebe Mounts, and John L. Armstrong (the "Individual Defendants"); and nominal defendant CorMedix (together with the Individual Defendants, the "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties") have agreed upon terms to settle the Actions and, through counsel, have entered into a Stipulation and Agreement of Settlement ("Stipulation") memorializing those settlement terms.

On September 23, 2026, at 10:00 a.m., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, Courtroom 5D the Honorable Julien Xavier Neals, U.S.D.J. will hold a hearing (the "Settlement Hearing") in the Federal Action. For more details on the Settlement Hearing, including how to attend and object to the Settlement, see Sections VI and VII below.

### II. SUMMARY OF THE ACTION

**A. Description of the Actions**

CorMedix is a Delaware corporation with its headquarters located in Berkeley Heights, New Jersey. CorMedix is a biopharmaceutical company primarily focused on developing and commercializing therapeutic products for life-threatening diseases and conditions, including Neutrolin® ("Neutrolin") (later renamed and referred to herein as DefenCath®). During the "Relevant Period" (October 16, 2019 through August 9, 2022), CorMedix sought approval from the U.S. Food and Drug Administration (the "FDA") for DefenCath.

The Actions arise from allegations that the Individual Defendants breached their fiduciary duties as officers and directors of CorMedix during the Relevant Period by making false and/or misleading statements and/or failing to disclose alleged manufacturing deficiencies that ultimately resulted in delayed approval of the DefenCath New Drug Application ("NDA") which was first made public in March 2021, when CorMedix received a Complete Response Letter from the FDA. The Actions also allege that as a result of these disclosures and the subsequent decline in CorMedix's share price, a securities fraud class action was filed against the Company and certain of its officers captioned, In re CorMedix Secs. Litig., Case No. 2:21-cv-14020 (D.N.J.) ("Securities Class Action"). As a result of the foregoing, the Actions allege that the Company suffered significant harm.

**B. The Settlement Negotiations**

The Parties participated in a full day, in person mediation (the "Mediation") with an experienced neutral mediator, Michelle Yoshida, Esq. of Phillips ADR (the "Mediator"), on November 18, 2025. On or around September 12, 2025, Plaintiffs' Counsel sent a settlement proposal to Defendants in advance of the Mediation.

During the Mediation, and for several weeks following the Mediation, and with the assistance and oversight of the Mediator, the Parties exchanged and negotiated a number of settlement proposals and counter proposals. The Parties ultimately reached an agreement to resolve the Actions in exchange for the implementation and/or maintenance of corporate governance reforms (the "Reforms"). The agreed-upon Settlement terms were memorialized by the Parties' execution of a Term Sheet on December 20, 2025.

Only after the execution of the Term Sheet did the Parties then begin negotiating through the Mediator an amount of attorneys' fees and expenses for Plaintiffs' Counsel. Nevertheless, the Parties have not yet reached an agreement regarding the appropriate amount of attorneys' fees and expenses. Should Plaintiffs file an application for a fee and expense award, Defendants reserve the right to oppose.

### III. TERMS OF THE PROPOSED DERIVATIVE SETTLEMENT

The proposed Settlement, as set forth more fully in the Stipulation, requires the Company to adopt, implement, and/or maintain the Reforms that are outlined in Exhibit A to the Stipulation. The Reforms shall be maintained for a minimum period of three and a half (3.5) years as outlined in the Stipulation.

The members of CorMedix's Board, including each of the independent, nondefendant members of the Board, advised by counsel and acting in exercise of their business judgment, has determined that the Actions were a material contributing factor in causing the Company to agree to implement the Reforms provided by the Settlement and that the Reforms will confer substantial benefits to CorMedix.

This summary should be read in conjunction with, and is qualified in its entirety by reference to, the text of the Stipulation, which has been filed with the Court.

### IV. PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND EXPENSES

Only after agreeing on the essential terms of the Settlement at the mediation did the Parties then begin negotiating an amount of attorneys' fees and expenses for Plaintiffs' Counsel in consideration of the substantial benefits achieved for the Company and its current stockholders through the filing, litigation, and settlement of the Actions ("Fee and Expense Amount"). Plaintiffs' Counsel intend to petition the Court for an award of attorneys' fees and litigation expenses not to exceed $3,900,000.00.

### V. REASONS FOR THE SETTLEMENT

The Parties believe that the Settlement, including the Reforms, will confer substantial benefits upon the Company.

**A. Why Did Plaintiffs Agree to Settle?**

Plaintiffs and Plaintiffs' Counsel believe that the claims asserted in the Actions have merit and that their investigations support the claims asserted. However, and without conceding the merit of any of Defendants' defenses or the lack of merit of any of their own allegations, based upon their thorough investigation and evaluation of the relevant evidence, substantive law, procedural rules, and their assessment of the interests of CorMedix and Current CorMedix Stockholders, Plaintiffs and Plaintiffs' Counsel have determined that the Settlement's guarantee of substantial benefits conferred upon CorMedix and Current CorMedix Stockholders in the form of the Reforms is fair, reasonable and adequate consideration for foregoing the pursuit of a potentially superior recovery through further litigation, and serves the best interests of CorMedix and Current CorMedix Stockholders. Plaintiffs and Plaintiffs' Counsel also have taken into account the uncertain outcome and the risk of any litigation, especially complex litigation such as the Actions, as well as the difficulties and delays inherent in such litigation.

Plaintiffs' Counsel attest that they conducted an investigation relating to the claims and the underlying events alleged in the Action, including, but not limited to: (i) reviewing and analyzing CorMedix's public filings with the SEC, press releases, announcements, transcripts of investor conference calls, and news articles; (ii) reviewing and analyzing the investigations in publicly-available pleadings against CorMedix related to the allegations in the Actions; (iii) reviewing and analyzing the allegations contained in the related Securities Class Action; (iv) researching, drafting, and filing shareholder derivative complaints; (v) researching the applicable law with respect to the claims asserted (or which could be asserted) in the Actions and the potential defenses thereto; (vi) researching corporate governance issues; (vii) preparing a detailed settlement demand on behalf of Plaintiffs; (viii) drafting a consolidated complaint in the Federal Action; (ix) participating in a mediation on November 18, 2025; (x) engaging in settlement discussions and exchanging corporate governance reforms and counteroffers with the Mediator and counsel for the Defendants; (xi) reviewing and analyzing internal books and records produced by the Company; and (xii) negotiating and drafting the settlement documentation for presentment to the Court.

Plaintiffs' Counsel's views are further informed by their experience and thorough analysis of the facts and law governing the applicable derivative standing and pleading requirements, substantive claims and defenses, and damages and disgorgement remedies. Plaintiffs' Counsel's assessment of the facts and legal issues material to their recommendation in favor of the Settlement was honed and refined in the course of drafting pleadings, and during the substantive written and verbal exchanges with Defendants' Counsel and the Mediator.

**B. Why Did the Defendants Agree to Settle?**

The Individual Defendants have vigorously denied, and continue to deny vigorously, any and all allegations of wrongdoing or liability with respect to the claims and contentions asserted in the Actions. The Individual Defendants expressly have denied and continue to deny all allegations of wrongdoing by or liability against them or any of them arising out of, based upon, or related to, any of the conduct, statements, acts or omissions alleged, or that could have been alleged in the Actions. Without limiting the foregoing, the Individual Defendants have denied and continue to deny, among other things, that they breached their fiduciary duties or any other duty owed to the Company or its stockholders, that the Company or its stockholders suffered any damage or were harmed as a result of any conduct alleged in the Actions or otherwise. The Individual Defendants have further asserted and continue to assert that at all relevant times, they acted in good faith and in a manner they reasonably believed to be in the best interests of the Company and its stockholders. Nonetheless, Defendants also have taken into account the expense, uncertainty, and risks inherent in any litigation, especially in complex cases like the Actions or other shareholder derivative action(s), and that the Settlement would, among other things, bring to an end the expenses, burdens, and uncertainties associated with the continued litigation of the claims asserted in the Actions. Therefore, Defendants have determined that it is desirable and beneficial that the Actions, and all of Plaintiffs' disputes related thereto, be fully and finally settled in the manner and upon the terms and conditions set forth in the Stipulation. The Settlement shall in no event be construed as or deemed to be evidence of an admission or concession by Defendants with respect to any claim of fault, liability, wrongdoing, or damage whatsoever.

### VI. SETTLEMENT HEARING

On September 23, 2026, at 10:00 a.m., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, Courtroom 5D, the Honorable Julien Xavier Neals, U.S.D.J. will hold the Settlement Hearing in the Action. At the Settlement Hearing, the Court will consider, pursuant to Federal Rule of Civil Procedure 23.1, whether (i) the terms of the Stipulation should be approved as fair, reasonable, and adequate; (ii) this Notice fully satisfies the requirements of Federal Rule of Civil Procedure 23.1 and due process; (iii) to enter the proposed Order and Final Judgment in its entirety, as set forth in Exhibit D to the Stipulation; (iv) to evaluate the Fee and Expense Amount for Plaintiffs' Counsel, as well as service award for Plaintiffs of up to $5,000.00, to be paid from the Fee and Expense Amount; and (v) to determine such other matters as the Court may deem appropriate. The Court may: (i) approve the Settlement, with such modifications as may be agreed to by counsel for the Parties consistent with such Settlement, without further notice to Current CorMedix Stockholders; (ii) continue or adjourn the Settlement Hearing from time to time, including by oral announcement at the hearing or at any adjournment thereof, without further notice to Current CorMedix Stockholders; and (iii) conduct the Settlement Hearing remotely without further notice to Current CorMedix Stockholders.

### VII. RIGHT TO ATTEND SETTLEMENT HEARING

Any Current CorMedix Stockholder may, but is not required to, appear in person at the Settlement Hearing. If you want to be heard at the Settlement Hearing, then you must first comply with the procedures for objecting, which are set forth below. The Court has the right to change the hearing dates or times without further notice. Thus, if you are planning to attend the Settlement Hearing, you should confirm the date and time before going to the Court. CURRENT CORMEDIX STOCKHOLDERS WHO HAVE NO OBJECTION TO THE SETTLEMENT DO NOT NEED TO APPEAR AT THE SETTLEMENT HEARING OR TAKE ANY OTHER ACTION.

### VIII. RIGHT TO OBJECT TO THE SETTLEMENT AND THE PROCEDURES FOR DOING SO

You have the right to object to any aspect of the Settlement. You must object in writing, and you may request to be heard at the Settlement Hearing. If you intend to object, then you must follow these procedures.

**A. You Must Make Detailed Objections in Writing**

Any objections must be presented in writing and must contain the following information:
1. Your name, legal address, telephone number, and e-mail address;
2. The number of shares of CorMedix stock you currently hold, together with third-party documentary evidence, such as the most recent account statement, showing such share ownership, and proof of being a CorMedix Stockholder as of January 19, 2026 through the present;
3. If the objection is made by the Current CorMedix Stockholder's counsel, the counsel's name, address, telephone number and e-mail address (if available);
4. A statement of specific objections to the Settlement, the grounds therefore, or the reasons for such person desiring to appear and be heard, as well as all documents or writings such person desires the Court to consider;
5. The identities of any witnesses such Person plans on calling at the Settlement Hearing, along with a summary description of their likely testimony; and
6. A list – including dates, courts, case names and numbers, and disposition – of any other Settlements to which the individual or entity has been a party to or objected during the previous three (3) years.

**B. You Must Timely File Written Objections with the Court and Deliver to Counsel for Plaintiffs and Defendants**

ANY WRITTEN OBJECTIONS MUST BE ON FILE WITH THE CLERK OF THE COURT NO LATER THAN September 2, 2026. The Court Clerk's address is:

Clerk of Court
United States District Court District of New Jersey
50 Walnut Street
Newark, NJ 07101

YOU ALSO MUST DELIVER COPIES OF THE MATERIALS TO COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANTS SO THEY ARE RECEIVED NO LATER THAN September 2, 2026. Counsel's addresses are:

Counsel for Plaintiffs:
GAINEY McKENNA & EGLESTON
Thomas J. McKenna Gregory M. Egleston
260 Madison Avenue, 22nd Floor New York, NY 10016
(212) 983-1300
tjmckenna@gme-law.com gegleston@gme-law.com

SHUMAN, GLENN & STECKER
Brett D. Stecker
300 Countryview Dr. Bryn Mawr, PA 19010
(303) 861-3003
brett@shumanlawfirm.com

Counsel for Defendants:
WILLKIE FARR & GALLAGHER LLP
Andrew J. Lichtman Charles D. Cording 787 Seventh Avenue
New York, New York 10019 Tel: (212) 728-8000
Fax: (212) 728-8111
alichtman@willkie.com ccording@willkie.com

Unless the Court orders otherwise, your objection will not be considered unless it is timely filed with the Court and delivered to the above-referenced counsel for the Parties. Any attorney retained by a person intending to appear, and requesting to be heard, at the Settlement Hearing must, in addition to the requirements set set forth above, file with the Clerk of the Court and deliver to counsel listed above for the Parties a notice of appearance, which must be received by no later than September 2, 2026.

Any person or entity who fails to object or otherwise request to be heard in the manner prescribed above will be deemed to have waived the right to object to any aspect of the Settlement or otherwise request to be heard (including the right to appeal) and will be forever barred from raising such objection or request to be heard in this or any other action or proceeding.

### IX. HOW TO OBTAIN ADDITIONAL INFORMATION

This Notice summarizes the Stipulation. It is not a complete statement of the events of the Action or the Stipulation. For additional information about the claims asserted in the Actions and the terms of the proposed Settlement, please refer to the documents filed with the Court in the Federal Action, the Stipulation and its exhibits (they are filed as an exhibit to the Company's Current Report on Form 8-K filed with the SEC and available at www.sec.gov), and this Notice of Pendency and Proposed Settlement of Derivative Action.

The "Investor Relations" section of CorMedix's website https://cormedix.com/ investors/ provides hyperlinks to the Notice and to the Stipulation and its exhibits. You may obtain further information by contacting any of Plaintiffs' Counsel at the above contact information.

PLEASE DO NOT CALL, WRITE, OR OTHERWISE DIRECT QUESTIONS TO EITHER THE COURT, THE CLERK'S OFFICE, DEFENDANTS OR DEFENDANTS' COUNSEL.

DATED: 7/24/2026

JULIEN XAVIER NEALS UNITED STATES DISTRICT JUDGE

---

## NOTICE OF SALE

**IN THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, et al.,[1] Debtors. | Case No. 26-xxxxxx (MXM) (Jointly Administered) |

**CORRECTED AMENDED NOTICE OF AUCTION AND SALE HEARING AND AMENDED DEADLINES FOR THE SALE OF SUBSTANTIALLY ALL DEBTORS' ASSETS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

On February 2, 2026, Inspired Healthcare Capital Holdings, LLC and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court"). The Debtors are authorized to continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On February 6, 2026, the Debtors filed a motion (the "Motion"), pursuant to sections 105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), seeking, among other things, entry of an order approving, among other things, the procedures (the "Bid Procedures") to be used in connection with one or more sales of all or substantially all of the Debtors' assets (the "Assets"). Additionally, the Motion provided that the Debtors would seek entry of one or more orders, each a "Sale Order"[1] authorizing and approving a transaction with a successful bidder.

On April 13, 2026, the Court entered an order approving the Motion (Docket No. 465) (the "Bid Procedures Order")[1]. The Bid Procedures Order and Bid Procedures provide the Debtors with the ability to modify the Schedule related to the sale process set forth in the Bid Procedures Order. The Debtors, after consulting with the Consultation Parties, filed several notices amending the Schedule and related deadlines. See Docket Nos. 635, 697, 725, 816, 949, 1063, 1113, 1114, 1130, 1187, 1200, 1227, 1248, and 1261.

Pursuant to the Bid Procedures Order, the Debtors have designated Stalking Horse Bidders as set forth below:

**Stalking Horse Bidder**, Designated Docket No.; Communities:

AG2 Acquisitions LLC, 1068, Bed Shores (Mequon, WI), Ballard Glenn (Appleton, WI); AREP IHC Fund III Investments, LLC, 1069, Mariella of Reno (Reno, NV), Mariella of Grapevine (Grapevine, TX), Augusta Vacant Land (Augusta GA); Senida Acquisition, LLC, 1070, Salterra at Las Vegas (Las Vegas, NV), The Archer Senior Living at Crescent Park (Eugene, OR), Mariella of Grapevine (Grapevine, TX); Plhosb LLC, 1071, Harbor at Harmony Crossing (Eatonton, GA); Plhosb Holdco LLC, 1076, Orchard at Brookhaven (Atlanta, GA), Orchard at Athens (Athens, GA), Mariella of Arlington Heights (Arlington Heights, IL); SYMPO 2026, LLC, 1090, Mariella of Lake Orion (Lake Orion MI), Salterra at Chesterfield (Chesterfield, MI); Alliance Capital Partners, LLC, 1091, Salterra at Ardmore (Ardmore, OK); Plhosb LLC, 1178, Salterra at Carson Valley (Carson Valley, NV); Inspired Florida Acquisitions LLC, 1181, Azalea at Delray Beach (Delray Beach, FL), Salterra Senior Living at Dunedin (Dunedin, FL), Salterra Senior Living at Fort Myers (Fort Myers, FL), Salterra Senior Living at Melbourne (Melbourne, FL), Salterra Senior Living at Largo (Largo, FL), Salterra Senior Living at Pinellas Park (Pinellas Park, FL); Weatherstone OP LLC, 1194, The Landing of North Haven (North Haven, CT), Arbor Terrace Naperville (Naperville, IL), Azalea at Hamilton (Hamilton Township, NJ); National Healthcare Properties Operating Partnership, L.P., 1265, The Residence at Cedar Dell (Dartmouth, MA), Candle Light Cove (Easton, MD), Mariella of West Sacramento (West Sacramento, CA), Mariella of Sage Spring (San Marcos, TX), Mariella of Teravista (Round Rock, TX)

Please be advised that all documents related to the Stalking Horse Bidders and the sale process, including the relevant asset purchase agreements and proposed orders can be found on the public docket that can be found at https://dm.epiq11.com/case/ihcare/dockets.

The Debtors, in consultation with the Consultation Parties, have determined that the existing Sale Deadlines will be modified as follows:

**Action** (Description): Deadline

**Bid Deadline** (The deadline by which all binding Bids must be actually received pursuant to the Bid Procedures): August 20, 2026, at 4:00 p.m., prevailing Central Time. **Credit Bid Deadline** (The deadline by which all credit bids must be actually received pursuant to the Bid Procedures): August 21, 2026, at 4:00 p.m., prevailing Central Time. **Auction** (if any) (The date and time of the Auction):

Commencing August 25, 2026, at 10:00 a.m., prevailing **Eastern Time**. **Notice of Successful Bidder** (The deadline by which the Debtor will file on the docket, but not serve, a notice identifying the Successful Bidder, the applicable Successful Bidder, the Assets, and the key terms of the agreement): Within one (1) business day upon the conclusion of the Auction (if any). **Sale Objection Deadline** ("Sale Objections") (The deadline by which all objections to the sale must be filed other than the Post-Auction Objections): August 20, 2026, at 4:00 p.m., prevailing Central Time (the "Sale Objection Deadline"). **Objection as to Auction Process ("Post-Auction Objections")** (The deadline by which all objections to the: (a) selection of the Successful Bidder, (b) conduct at the auction, (c) Transaction to the extent it differs from the Stalking Horse Bidder Transaction, and (d) ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Executory Contract or Unexpired Lease): The later of (a) August 28, 2026, at 4:00 p.m., prevailing Central Time, and (b) one (1) business day following the conclusion of the Auction (the "Post-Auction Objection Deadline"). **Sale Hearing** (The Hearing, if any, before the Court to consider approval of the Successful Bid or Successful Bids, pursuant to which the Debtor and the Successful Bidder or Successful Bidders will consummate the Transaction): September 15, 2026, at 1:30 p.m. prevailing Central Time.

Sale Objections and Post-Auction Objections must be in writing, state the basis of such objection with specificity, and be filed with this Court and served so as to be received on or before the deadlines outlined above by the following parties (collectively, the "Objection Notice Parties"): (a) counsel to the Debtors: Dechert LLP 2651 North Harwood Street, Suite 120, Dallas, TX 75201 (Attn: Marcus A. Helt (marcus.helt@dechert.com) and Jack G. Haake (jack. haake@dechert.com)); (b) the Office of the United States Trustee for Region 6, Office of The United States Trustee Earle Cabell Federal Building 1100 Commerce Street, Room 976, Dallas, TX 75242, (Attn: Susan Hersh (Susan.Hersh@usdoj.gov)); (c) counsel to the Official Committee of Unsecured Creditors, Greenberg Traurig, LLP 1000 Louisiana Street, Suite 6700, Houston, TX 77002 (Attn: James T. Grogan III (James.Grogan@gtlaw.com) and Shari L. Heyen (Shari. Heyen@gtlaw.com)) and 3333 Piedmont Road NE, Suite 2500, Atlanta, GA 30305 (Attn: David Kurzweil (Kurzweil@gtlaw.com)); and (d) counsel to the Official Committee of Delaware statutory trust (DST) Investors, Holland & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX 75201 (Attn: Steven Levitt (steven.levitt@hklaw.com)) and Kane Russell Coleman Logan PC, 901 Main Street, Suite 5200, Dallas, TX 75202 (Attn: Joseph Coleman (jcoleman@krcl.com)).

CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION. YOUR RIGHTS MAY BE SUBJECT TO THE PROPOSED TRANSACTIONS. ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE OF A TRANSACTION, AS APPLICABLE, ON OR BEFORE THE SALE OBJECTION DEADLINE OR THE POST-AUCTION DEADLINE, AS APPLICABLE, IN ACCORDANCE WITH THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE OF SUCH TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE APPLICABLE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS MAY BE SET FORTH IN THE APPLICABLE AGREEMENT.

Dated: August 4, 2026, Dallas, Texas

DECHERT LLP, /s/ Jack G. Haake _ Marcus A. Helt (TX 24052187), Jack G. Haake (TX 24127704), Debbie E. Green (TX 24059852), 2651 N. Harwood Street, Suite 120, Dallas, Texas 75201-1574, Telephone: (214) 453-4900, marcus.helt@dechert.com, jack.haake@dechert. com, debbie.green@dechert.com - and - Jerry L. Hall (admitted pro hac vice), Three Bryant Park, 1095 Avenue of the Americas, New York, New York 10036, Telephone: (212) 698-3500, Facsimile: (212) 698-3599, jerry.hall@dechert.com, Counsel to the Debtors and Debtors-in-Possession

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures or the Bid Procedures Order, as applicable.

---

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., et al.,[1] Debtors in a foreign proceeding. | Case No. 26-11217 (Jointly Administered) |

**NOTICE OF RECOGNITION HEARING ON FOREIGN RECOGNITION PROCEEDING**

PLEASE TAKE NOTICE that on August 2, 2026 (the "Petition Date"), Oriel Bachar, solely in his capacity as the duly authorized foreign representative (the "Foreign Representative") for the above-captioned debtors (the "Debtors"), in the proceeding (the "Israeli Proceeding") currently pending before the District Court in Tel Aviv (the "Israeli Court"), initiated under the Insolvency and Financial Rehabilitation Law, 5778-2018 (as amended and modified, the "Israeli Insolvency Law") of the State of Israel and Economic Rehabilitation Regulations, 5779-2019 (the "Israeli Regulations") commenced the above-captioned Chapter 15 cases (the "Chapter 15 Cases") by filing an Official Form 401 Petition for each of the Debtors [Case No. 26-11217, D.I. 1; Case No. 26-11218, D.I. 1] (the "Chapter 15 Petition") under Chapter 15 of Title 11 of the United States Code (the "Bankruptcy Code"), and the Verified Petition for Recognition of Foreign Proceeding and Chapter 15 Relief [D.I. 3] (the "Verified Petition") seeking recognition of the Israeli Proceeding as a foreign main proceeding or, alternatively, as a foreign nonmain proceeding within the meaning of chapter 15 of the Bankruptcy Code. Parties can obtain a copy of all documents filed electronically in the Chapter 15 Cases: (a) for a fee via PACER by visiting http://ecf.deb. uscourts.gov/ (a PACER login and password are required to retrieve a document), or (b) upon written request (including by e-mail) to counsel for the Foreign Representative.

PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should consult an attorney.

PLEASE TAKE FURTHER NOTICE that a hearing on the Verified Petition and any relief related thereto [D.I. 39] (pursuant to sections 105(a) and 1519 of the Bankruptcy Code) with respect to the Debtors, their assets, and their contracts in the United States.The Provisional Relief Order, among other things, enjoins actions in the United States in contravention of section 1519 of the Bankruptcy Code and of the orders of the Israeli Court in the Israeli Proceeding.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a hearing for September 3, 2026, at 9:30 a.m. (prevailing Eastern time) before the Honorable Mary F. Walrath (the "Recognition Hearing") on the Chapter 15 Petitions to consider the recognition of the Israeli Proceeding as a foreign main proceeding or, alternatively, as a foreign nonmain proceeding and give full force and effect to orders entered in the Israeli Proceeding.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to submit a response, answer, or objection to the Chapter 15 Petitions or Verified Petition must do so pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware, and such response, answer, or objection must (a) be in writing, (b) set forth in detail the factual and legal bases therefor, (c) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801, and (d) be served upon counsel for the Foreign Representative, Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Stanley B. Tarr, Esq. and Jennifer K. Malow, Esq.; stanley.tarr@blankrome.com and jennifer.malow@blankrome.com) and 1271 Avenue of the Americas, New York, NY 10020 (Attn: Evan C. Hollander, Esq. and Jeffrey S. Hudson, Esq.; evan.hollander@blankrome.com) and Cooley LLP, 55 Hudson Yards, New York, NY 10001-2157 (Attn: Michael Klein, Esq.; mklein@cooley.com) and 1299 Pennsylvania Ave NW, Suite 700, Washington, DC 20004-2400 (Attn: Olya Antle, Esq.; oantle@cooley.com), so as to be received at least seven (7) days prior to the Recognition Hearing.

PLEASE TAKE FURTHER NOTICE that hearings in this matter, including the Recognition Hearing, shall take place at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that all parties in interest opposed to the Chapter 15 Petitions or the Foreign Representative's request for relief in the Verified Petition and any relief related thereto at the Recognition Hearing at the time and place set forth herein, which may be adjourned from time to time without further notice except for an "in court" announcement at the Recognition Hearing or a filing on the docket of these Chapter 15 Cases of the date and time to which the Recognition Hearing has been adjourned.

PLEASE TAKE FURTHER NOTICE that all parties wishing to appear at the Recognition Hearing in person or via telephone must register using the eCourtAppearances tool on the court's website at https://www.deb.uscourts.gov/ecourt-appearances by no later than 4:00 p.m. (prevailing Eastern Time) one business day prior to the Recognition Hearing. At the same time, you must notify the counsel listed above of your intent to appear remotely at the Recognition Hearing.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES, ANSWERS OR OBJECTIONS ARE RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVE WITHOUT FURTHER HEARING.

Dated: August 5, 2026, Wilmington, Delaware, BLANK ROME LLP, Stanley B. Tarr (DE No. 5535), 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801, Telephone: (302) 425-6400, Facsimile: (302) 425-6464, Stanley.Tarr@BlankRome.com, Counsel to the Foreign Representative

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employer identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

---

## PUBLIC NOTICES

**Papaya Gaming Ltd.**
Co. No. 515422095
**and Papaya Gaming Inc.**
(a corporation incorporated in the State of Delaware, USA)
(the "Applicants")
Notice Regarding Commencement of Case and Filing of an Application for a Temporary Stay of Proceedings Pursuant to Section 319C(a) of the Insolvency and Economic Rehabilitation Law, 5778-2018 (the "Israeli Law")

1. Notice is hereby given that, on July 30, 2026, the Applicants commenced with the District Court in Tel Aviv-Jaffa a case under the Israeli Law (Case No. 87154-07-26) for the purpose of formulating and approving a debt arrangement with the relevant stakeholders and filed an application for a temporary stay of proceedings, all in accordance with Section 319C(a) of the Israeli Law (the "Application").

2. Pursuant to the decision of the Honorable Court on August 1, 2026 (the Honorable Judge Iris Lushi-Aboudi), the Applicants were granted a temporary stay of proceedings, effective until the hearing scheduled for August 16, 2026, or until another decision is rendered by the Honorable Court.

3. For the avoidance of doubt, it is hereby clarified that the temporary stay of proceedings does not derogate from the rights of stakeholders in the ordinary course of business, including suppliers, employees and the like, and that their commercial relations with the Applicants shall continue in their regular course, without any change, as conducted prior to the filing of the Application.

4. A hearing on the Application has been scheduled for August 16, 2026, at 10:00 a.m., before the Honorable Judge Iris Lushi-Aboudi, at the District Court in Tel Aviv-Jaffa, 1 Weizmann Street, Tel Aviv.

5. Copies of the Application and the Court's decision may be obtained by written request to the offices of the Applicants counsel, at the following email address: address@meitar.com

Meitar | Law Offices, Counsel for the Applicants, 16 Abba Hillel Silver Rd., Ramat Gan, Israel, Tel: 03-6103100, Fax: 03-6103111



THE WALL STREET JOURNAL.



THE MARKETPLACE

ADVERTISE TODAY

For more information visit: wsj.com/classifieds

(800) 366-3975

---



THE WALL STREET JOURNAL.

# NOTABLE COMMERCIAL PROPERTIES

EVERY WEDNESDAY

LIST YOUR PROPERTY TODAY

(800) 366-3975

Place an ad at: wsj.com/classifieds

© 2026 Dow Jones & Company. All Rights Reserved.

DJ   DOW JONES

© 2026 Dow Jones & Company, Inc. All Rights Reserved.