# EXHIBIT A

**From:** Amy.Quartarolo@lw.com
**Sent:** Sunday, August 16, 2026 7:06 PM
**To:** Oliver, Matthew; Antle, Olya; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael; Thomson, Ben; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew; Trenda, Erin; Callahan, J.P.; Nelson, Ronan A.; Ambra-Juarez, Arielle C
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

**CAUTION: This Message Is From an External Sender**

This message came from outside your organization.

Matt - if you are not available to have a call tonight, then we will speak in the morning but would ask that you adjust the calendar invite to start at 10am ET as we have a conflicting call at 9am.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.213.891.8966
Email: amy.quartarolo@lw.com
https://www.lw.com

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Date:** Sunday, Aug 16, 2026 at 1:26 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>, Antle, Olya <oantle@cooley.com>, Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>, Stanley.Tarr@BlankRome.com <Stanley.Tarr@BlankRome.com>, Jennifer.Malow@BlankRome.com <Jennifer.Malow@BlankRome.com>, Evan.Zucker@BlankRome.com <Evan.Zucker@BlankRome.com>, Klein, Michael <mklein@cooley.com>, Thomson, Ben <bthomson@cooley.com>, joseph.mcmahon@usdoj.gov <joseph.mcmahon@usdoj.gov>
**Cc:** bankfilings@ycst.com <bankfilings@ycst.com>, sbeach@ycst.com <sbeach@ycst.com>, mneiburg@ycst.com <mneiburg@ycst.com>, jhall@ycst.com <jhall@ycst.com>, Schrock, Ray (NY) <Ray.Schrock@lw.com>, Harris, Christopher (NY) <Christopher.Harris@lw.com>, Goldberg, Adam (NY) <Adam.Goldberg@lw.com>, Li, TJ (NY) <TJ.Li@lw.com>, mlombardo@kslaw.com <mlombardo@kslaw.com>, lraynal@kslaw.com <lraynal@kslaw.com>, jdutson@kslaw.com <jdutson@kslaw.com>, sdavidson@kslaw.com <sdavidson@kslaw.com>, ccarpenito@kslaw.com <ccarpenito@kslaw.com>, christopher.coleman@kslaw.com <christopher.coleman@kslaw.com>, Kutcher, Matthew <MKutcher@cooley.com>, Trenda, Erin <etrenda@cooley.com>, Callahan, J.P. <JCallahan@cooley.com>, Nelson, Ronan A. <rnelson@cooley.com>, Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Amy,

If you are offering to limit Mr. Bachar's deposition to the statements in his declaration that will significantly streamline our disputes. As we have said now several times, we have no objection to offering Mr. Bachar as long as we can agree to reasonable limitations regarding time and scope.

With regard to scheduling, Mr. Bachar and Mr. Yaniv are preparing for the hearing in Israel on August 25. Mr. Bachar then has business travel in Europe August 26-28. Assuming that we can agree to a reasonable scope, the soonest we can make Mr. Bachar available would be September 1-2. Given where things stand with both the scope of discovery and deposition scheduling, we think it makes sense to look at a later hearing date. We understand that the Court has a conflict the week of Sept. 7-11. We would therefore propose a hearing at a time that works for the Court on the week of Sept. 14 with the briefing schedule adjusted accordingly. As to Mr. Kong, we are working to speak with him regarding your ongoing request to take his deposition. To be clear, we still do not agree that Mr. Kong's deposition is necessary or proportionate and our offer of Mr. Bachar and Mr. Yaniv is contingent on reasonable scope and time limitations which have not been agreed. With regard to the two 30(b)(6) depositions you have requested, we can briefly discuss the topics when we meet and confer but based on our past conversations on scope of discovery we expect there is a considerable distance between the parties as to the relevance and proportionality of those 82 requests to the limited issues of recognition of a foreign proceeding.

We would also ask that you let us know by tomorrow's meet and confer call whether your client intends to offer any affirmative witness testimony, including but not limited to any expert testimony on Israeli law. We reserve our rights to depose any such witness and would like to know what you intend to offer as soon as possible so we can make appropriate scheduling arrangements.

Our team will not be available to meet and confer on Sunday night, so we propose keeping the time already set for tomorrow morning. We have sent the invite for 9am-10am ET but members of our team will be prepared to stay on for at least another hour if necessary to continue the discussion.

Best

Matt

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Saturday, August 15, 2026 5:43 PM
**To:** Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>; Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Matt - As you know, Mr. Bachar was noticed in his individual capacity. You have offered a declaration from him and it would be completely unreasonable for you to take the position that he will not be made available for deposition.
The 30b6 topics are a separate issue and we haven't even heard from the Debtors as to what issues you have with our topics.
We look forward to hearing from you to confirm whether you are available to meet and confer tomorrow afternoon.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**

10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.213.891.8966
Email: amy.quartarolo@lw.com
https://www.lw.com

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Date:** Saturday, Aug 15, 2026 at 2:36 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>, Antle, Olya <oantle@cooley.com>, Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>, Stanley.Tarr@BlankRome.com <Stanley.Tarr@BlankRome.com>, Jennifer.Malow@BlankRome.com <Jennifer.Malow@BlankRome.com>, Evan.Zucker@BlankRome.com <Evan.Zucker@BlankRome.com>, Klein, Michael <mklein@cooley.com>, Thomson, Ben <bthomson@cooley.com>, joseph.mcmahon@usdoj.gov <joseph.mcmahon@usdoj.gov>
**Cc:** bankfilings@ycst.com <bankfilings@ycst.com>, sbeach@ycst.com <sbeach@ycst.com>, mneiburg@ycst.com <mneiburg@ycst.com>, jhall@ycst.com <jhall@ycst.com>, Schrock, Ray (NY) <Ray.Schrock@lw.com>, Harris, Christopher (NY) <Christopher.Harris@lw.com>, Goldberg, Adam (NY) <Adam.Goldberg@lw.com>, Li, TJ (NY) <TJ.Li@lw.com>, mlombardo@kslaw.com <mlombardo@kslaw.com>, lraynal@kslaw.com <lraynal@kslaw.com>, jdutson@kslaw.com <jdutson@kslaw.com>, sdavidson@kslaw.com <sdavidson@kslaw.com>, ccarpenito@kslaw.com <ccarpenito@kslaw.com>, christopher.coleman@kslaw.com <christopher.coleman@kslaw.com>, Kutcher, Matthew <MKutcher@cooley.com>, Trenda, Erin <etrenda@cooley.com>, Callahan, J.P. <JCallahan@cooley.com>, Nelson, Ronan A. <rnelson@cooley.com>, Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Amy,

To be clear, we have not even agreed to the depositions because we explicitly said that we would need to come to agreement on the scope before the witnesses would be made available. Clearly, we are not aligned on scope, as you have submitted 42 topics, most of which are completely irrelevant, and 38 absurdly broad and disproportionate document requests.

Our comment about Mr. Bachar's schedule was made as a courtesy to alert you to the timing, if such a deposition was to go forward, so the parties could plan ahead. We will continue to negotiate with you in the spirit of finding compromise, but we do not appreciate your selective reading of our communications, which isolates Mr. Bachar's scheduling constraints while ignoring that it is the combined breadth of the proposed depositions, topics, and document requests that is driving the need to revisit the schedule.

Best,

Matt

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Saturday, August 15, 2026 1:12 PM
**To:** Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>; Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>

**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Matt -

You stated on our call yesterday that the individuals noticed for deposition are unavailable until the first week of September due to their schedules, not because - as you suggest below - we have served other discovery.

The Debtors, not Skillz, have now taken the position that they are unable to comply with the negotiated and agreed upon schedule because of the schedules of their witnesses. As was clear from your team's comments on the call, you are not suggesting that if we reached agreement on the scope of discovery, then you would make your witnesses available sooner.

We remain available to meet and confer and will reserve responses to the balance of the points you have raised for next our meet and confer discussion.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.213.891.8966
Email: amy.quartarolo@lw.com
https://www.lw.com

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Date:** Saturday, Aug 15, 2026 at 9:31 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>, Antle, Olya <oantle@cooley.com>, Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>, Stanley.Tarr@BlankRome.com <Stanley.Tarr@BlankRome.com>, Jennifer.Malow@BlankRome.com <Jennifer.Malow@BlankRome.com>, Evan.Zucker@BlankRome.com <Evan.Zucker@BlankRome.com>, Klein, Michael <mklein@cooley.com>, Thomson, Ben <bthomson@cooley.com>, joseph.mcmahon@usdoj.gov <joseph.mcmahon@usdoj.gov>
**Cc:** bankfilings@ycst.com <bankfilings@ycst.com>, sbeach@ycst.com <sbeach@ycst.com>, mneiburg@ycst.com <mneiburg@ycst.com>, jhall@ycst.com <jhall@ycst.com>, Schrock, Ray (NY) <Ray.Schrock@lw.com>, Harris, Christopher (NY) <Christopher.Harris@lw.com>, Goldberg, Adam (NY) <Adam.Goldberg@lw.com>, Li, TJ (NY) <TJ.Li@lw.com>, mlombardo@kslaw.com <mlombardo@kslaw.com>, lraynal@kslaw.com <lraynal@kslaw.com>, jdutson@kslaw.com <jdutson@kslaw.com>, sdavidson@kslaw.com <sdavidson@kslaw.com>, ccarpenito@kslaw.com <ccarpenito@kslaw.com>, christopher.coleman@kslaw.com <christopher.coleman@kslaw.com>, Kutcher, Matthew <MKutcher@cooley.com>, Trenda, Erin <etrenda@cooley.com>, Callahan, J.P. <JCallahan@cooley.com>, Nelson, Ronan A. <rnelson@cooley.com>, Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Amy,

Responding only to your question about meet and confer timing and reserving all other rights, we object to your characterization of the timing of our meet and confer availability.

We have already made ourselves available for two meet and confer calls. On Friday, we were available to meet and confer all afternoon and into the evening. We ended the call after only one hour at your request. Moreover, the only reason an hour was not enough time on Friday was because your client is attempting to expand the limited discovery into recognition of the foreign proceeding allowed by the court into overbroad and disproportional discovery—including relitigating the issues of provisional relief that have already been decided—with 38 RFPs, 15 interrogatories, 82 30(b)(6) topics, and 5 deposition subpoenas.

Your client's insistence on that discovery is also the reason both parties recognize the need to revise the schedule: there is no way to prepare for and schedule 5 wide ranging depositions into every aspect of our clients' business—not to mention responding to your extensive and invasive document discovery demands—under the current schedule.

As we said, we are meeting with our client when they are available this weekend. We may be in a position to speak Sunday evening US time, and we can let you know tomorrow midday if that will be possible. For now, if you want to tentatively reserve 6pm ET Sunday night we can do that. Alternatively, our preference is to resume the meet and confer at 9am ET Monday and will send a zoom invite for that time.

Best,

Matt

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Friday, August 14, 2026 7:11 PM
**To:** Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>; Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Matt –

Thanks for the call earlier. For the record, we disagree with many aspects of your summary below. As to the meet and confer, we offered to start the call earlier today. You declined. We offered to resume the call tomorrow morning or Sunday. Now apparently you are declining that invitation as well. We see no reason why you or your team cannot be available for a call over the weekend to try and make progress on the discovery, and you have provided none. We understand that at some point you need to discuss issues with your client, but that did not prevent us from meeting and conferring today, and it would not prevent us from furthering those efforts over the weekend. In any event, even with the Sabbath, you can confer with your client Saturday afternoon or evening (Israel is 7 hours ahead of NY). We reiterate our request for a call over the weekend on the document discovery issues.

As to our requests, we explained that each of them is designed to seek information related to one or more of the following: (i) the standard for recognition and the various factors considered by a court in considering such a request, (ii) the public policy and good faith exception to recognition, and (iii) the other relief the Debtors are seeking in their proposed form of order, including stay relief to pursue the appeal and the ability of the Foreign Representative to fully control and dispose of assets within the U.S. without providing any protection to creditors.

You appear to take issue with our explanation but have not indicated whether or how you believe that the requests do not address these points.

As to Request Nos. 23, 29, 30, and 35, we indicated that we are looking for non-privileged documents and explained how these requests seek relevant information. We look forward to your response as to whether you will reconsider your position.

We began our effort to address additional specific requests and stand ready to continue that discussion at your convenience.

We will consider a scheduling proposal when received, but unless and until the schedule changes, we are all operating under the schedule your client agreed to in court, as memorialized at Docket No. 38.

Thank you,
Amy

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Sent:** Friday, August 14, 2026 3:37 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>; Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Amy,

Thank you for the meet and confer call today. I have attempted to list the key points we covered below. As an initial matter, we appreciate that you and your team were not available to continue the meet and confer this afternoon. We are happy to continue the meet and confer first thing Monday morning and would propose 9am ET. We can commit to providing our scheduling proposal at that time. As we explained, the Sabbath prevents us from conferring with our client until Sunday at the earliest.

Regarding the protective order, we explained that we can agree to all of your edits other than your request to strike the Competitive Decision Making provision at Paragraph 13. You expressed that you could not agree to that restriction, and we agreed to consult with our client about whether we would need to submit that issue to the court. We can let you know our position on Monday.

Regarding depositions, we reiterated that we are willing to make Mr. Bachar and Mr. Yaniv available for depositions if we can agree to time and scope limitations. We also discussed witness availability and scope, and the likely need to adjust the schedule. You indicated that you would like to have 2-3 days after the last deposition prior to your opposition deadline, and we agreed that that was reasonable. We will get back to you with proposals for specific dates. We explained that in our view Mr. Kong's deposition would not be necessary and would not provide more information than Mr. Bachar. You expressed that you need Mr. Kong's deposition as well and we agreed to confer with our client and Mr. Kong about this position and potential availability.

As to the scope of discovery, I think we made progress insofar as we learned that it is your position that all of your discovery requests are relevant to the issues of 'public policy' and 'good faith' even if they are not all relevant to COMI. We were disappointed that you could not articulate a limit to the scope of documents relevant to 'public policy' and 'good faith' that was narrower than the very expansive universe of documents you have requested on a short timeframe in advance of the recognition hearing. We both agreed that this was potentially a substantial difference between the parties that should be resolved expeditiously, and we agreed to take these issues back to our client.

We also discussed a number of specific requests (Nos. 23, 29, 30, 35) touching on the issue of privilege (in addition to issues of relevance), and we appreciate your recognition that many of the topics would sweep in a large

number of privileged documents and that a privilege log would likely be unduly burdensome with regard to those requests. You also informed us that the "opinion letters" you referenced in your Request No. 23 are, in your view, non-privileged and are currently in your possession from the SDNY litigation. As we noted on the call, we do not consent to the use of any SDNY discovery in this matter. As to the relevance of these requests, we explained that in our view they go far beyond the scope of recognition, either in terms of COMI or public policy but agreed to confer with our client based on the information you provided. We also discussed requests Nos. 1 and 2. You expressed that your interest was not just in the location of board meetings, which would go to COMI, but also the contents of the board meetings (plus numerous other documents such as bylaws, operating agreements, and shareholder agreements) which would, in your view, be relevant to your arguments regarding public policy and good faith. We disagreed and explained that in our view these requests go far beyond the scope of recognition, but offered to raise the issue with our client. We reiterated that we are actively working to begin our rolling productions per our Responses and Objections and agreed to provide an update on our anticipated timeline on Monday.

We hope everything goes well for you this afternoon and look forward to speaking again Monday.

Best,

Matt

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, August 13, 2026 10:18 PM
**To:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>; Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Counsel -

Based on the responses served this evening, it appears we have quite a lot to meet and confer about.

As we previously noted, we are available for only an hour if we start the call at 1pm ET tomorrow. We can be available to start earlier (at 12pm ET) or, alternatively, I think we should set aside additional time to resume our meet and confer call on Saturday morning at 9am ET.

Let us know.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.213.891.8966
Email: amy.quartarolo@lw.com
https://www.lw.com

---

**From:** Antle, Olya <oantle@cooley.com>
**Date:** Thursday, Aug 13, 2026 at 6:19 PM

**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>, Oliver, Matthew <moliver@cooley.com>, Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>, Stanley.Tarr@BlankRome.com <Stanley.Tarr@BlankRome.com>, Jennifer.Malow@BlankRome.com <Jennifer.Malow@BlankRome.com>, Evan.Zucker@BlankRome.com <Evan.Zucker@BlankRome.com>, Klein, Michael <mklein@cooley.com>, Thomson, Ben <bthomson@cooley.com>, joseph.mcmahon@usdoj.gov <joseph.mcmahon@usdoj.gov>
**Cc:** bankfilings@ycst.com <bankfilings@ycst.com>, sbeach@ycst.com <sbeach@ycst.com>, mneiburg@ycst.com <mneiburg@ycst.com>, jhall@ycst.com <jhall@ycst.com>, Schrock, Ray (NY) <Ray.Schrock@lw.com>, Harris, Christopher (NY) <Christopher.Harris@lw.com>, Goldberg, Adam (NY) <Adam.Goldberg@lw.com>, Li, TJ (NY) <TJ.Li@lw.com>, mlombardo@kslaw.com <mlombardo@kslaw.com>, lraynal@kslaw.com <lraynal@kslaw.com>, jdutson@kslaw.com <jdutson@kslaw.com>, sdavidson@kslaw.com <sdavidson@kslaw.com>, ccarpenito@kslaw.com <ccarpenito@kslaw.com>, christopher.coleman@kslaw.com <christopher.coleman@kslaw.com>, Kutcher, Matthew <MKutcher@cooley.com>, Trenda, Erin <etrenda@cooley.com>, Callahan, J.P. <JCallahan@cooley.com>, Nelson, Ronan A. <rnelson@cooley.com>, Ambra-Juarez, Arielle C <AAmbraJuarez@cooley.com>
**Subject:** In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Requests for Production

Counsel,

On behalf of the Foreign Representative of Papaya Gaming Inc. and Papaya Gaming Ltd., please find attached responses and objections to Skillz Platform Inc.'s *First Set of Requests for Production to Debtors in Connection with Chapter 15 Petition for Recognition*.

Sincerely,

Olya Antle
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
(enter from 12th and E Streets)
Washington, DC 20004-2400
+1 202 776 2056 office
+1 202 842 7899 fax
oantle@cooley.com

www.cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley GO > **Start and build your business**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication

will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.