# EXHIBIT B

**From:** Amy.Quartarolo@lw.com
**Sent:** Saturday, August 29, 2026 7:03 PM
**To:** Oliver, Matthew; Kutcher, Matthew; Antle, Olya; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael; Thomson, Ben; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin; Callahan, J.P.; Nelson, Ronan A.
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

Thanks, Matt. We will take a closer look, but we are going to need a call to discuss. Please let us know if you are available this evening or tomorrow evening.

Among other things, we disagree that the Order should not reflect that the Debtors are ordered to produce the documents that they represented they would produce – either in writing or on the record at the hearing.

As to the 30(b)(6) topics, the Court did not order that you could instruct the witness not to answer questions and did not order that the 30(b)(6) topics were limited only to the COMI factors and the reasons for filing. Rather, she indicated that her ruling as to the scope of discovery "carries over to the interrogatories, as well as the deposition topics" and also indicated that in addition to the scope of discovery as otherwise addressed through her ruling with respect to deposition topics, we were permitted to "inquire as of the witnesses as to the reasons for filing."

We also are going to need to incorporate some definitive timing for completion of your production. We have asked several times when the Debtors will be making their next production, and you have not provided any response. We have depositions quickly approaching and if we do not have documents in advance, we will need to keep each of the depositions open to be able to ask questions regarding any further documents produced.

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Sent:** Saturday, August 29, 2026 3:38 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Kutcher, Matthew <MKutcher@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Amy,

Thank you for preparing this draft order. We have provided revisions in track changes.

As you will see, we object to this proposed order to the extent it goes beyond what was ordered by the Court at the hearing. We would prefer that the order reflect the Court's decision as recorded in the transcript.

Best,

Matt

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Saturday, August 29, 2026 4:02 PM
**To:** Oliver, Matthew <moliver@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Matt –

Attached is proposed form of order addressing the Court's rulings at the hearing yesterday. Thank you for your patience – we wanted to make sure we cross-referenced our notes with the transcript.

We can be available for a call at your convenience if there are points that we should talk through.

Thank you,
Amy

---

**From:** Quartarolo, Amy (LA)
**Sent:** Friday, August 28, 2026 9:12 AM
**To:** Oliver, Matthew <moliver@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael mklein@cooley.com; Thomson, Ben bthomson@cooley.com; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) Ray.Schrock@lw.com; Harris, Christopher (NY) CHRISTOPHER.HARRIS@lw.com; Goldberg, Adam (NY) Adam.Goldberg@lw.com; Li, TJ (NY) TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin etrenda@cooley.com; Callahan, J.P. JCallahan@cooley.com; Nelson, Ronan A. rnelson@cooley.com
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Thanks, Matt. I was just writing you to cover many of these same points.

Yes, we will get you over a proposed order based on the Court's rulings this morning, but in the meantime, we would like for you to tell us when we can expect both your next production as well as substantial completion of production and responses to the interrogatories (consistent with the guidance provided by the Court today regarding the appropriate scope of discovery).

As you know, we are currently scheduled to commence depositions next Wednesday and will need to have the additional documents (and interrogatory responses) that the Debtors either agreed to or were ordered to produce in advance of any depositions. In the event the Debtors are not in a position to substantially complete their document production by Monday, we may need to seek alternative deposition dates and/or adjust our objection deadline (while maintaining the hearing date of September 17).

We also will need to understand which witnesses will be designated by each of the Debtors to address the 30(b)(6) topics and, if any of the topics will be handled by a witness other than Mr. Bachar, Mr. Yaniv, and Mr. Kong, get those depositions lined up. Please also let us know when Mr. Kong is available for his deposition and where he is located so that we can re-issue his deposition notice.

We will get back to you regarding the location for Mr. Bachar's deposition as soon as possible.

As for whether we will have a witness, we previously told you that we were not in a position to determine whether we would call one or more witnesses until we received documents from the Debtors. We are still evaluating that issue, but understand the Debtors will want to depose any witness we may call. I am hopeful we will be in a position to provide you with that information and available deposition dates, as needed, early next week.

Happy to have a call to discuss any of these issues if more efficient.

Thank you,
Amy

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Sent:** Friday, August 28, 2026 8:55 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Kutcher, Matthew <MKutcher@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Amy,

It was good to see you on the hearing today. We have a few housekeeping points to coordinate:

1. We assume that Skillz as movant will prepare the first draft of the form of order requested by the Court. Please email us that draft for our review and approval.
2. Please let us know if you intend to travel for the Bachar deposition on the 2nd. We can offer in-person in London, UK if that works for you.
3. **We have repeatedly asked you to let us know whether you will provide any affirmative witnesses so that we can schedule timely depositions**. We asked you to provide that information by the 26th at the latest and it has still not been provided. Please let us know as soon as possible.

Best,

Matt

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Tuesday, August 25, 2026 2:27 PM

**To:** Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Matt –

As to the outstanding interrogatories, we reiterate our request that the Debtors provide substantive responses and articulate any objections this week and substantially in advance of the hearing on Friday so that we are in a position to meet and confer before Friday. We are now a week beyond the date when you previously indicated that the Debtors would respond (August 18) and there is no basis for the Debtors to further delay or withhold responses and objections at this point. Indeed, unless delay is your objective, it would be horribly inefficient for the Debtors to wait and provide responses after hearing. We have been more than accommodating.

As to Mr. Bachar's deposition, noticing an in-person deposition of an individual who is a party, officer, and director is hardly an "extraordinary measure" and we are operating in accordance with applicable rules in doing so.

We received an initial production of 96 documents from the Debtors, several of which are reproductions of the Debtors' filings or attachments thereto. Many of the categories of documents the Debtors represented would be produced are not contained in the production received. Please confirm whether the Debtors intend to make further document productions and, if so, when. Even under the extended schedule, we have depositions next week and need to ensure we receive responsive documents in advance.

Thank you,
Amy

---

**From:** Kutcher, Matthew <MKutcher@cooley.com>
**Sent:** Saturday, August 22, 2026 8:07 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Amy,

We have confirmed that Mr. Bachar can be available on September 2. As we have said from the start of these discussions, however, your discovery requests have made obvious your intention to go beyond the scope of what is permitted for discovery related to recognition. That dispute is now teed up for the Court for ruling on Friday, and we do not believe it makes sense to finalize the deposition schedule until we know the scope of permissible discovery (including appropriate 30(b)(6) topics).

In addition, we are prepared to offer Mr. Bachar remotely as noticed. There is no reason for Mr. Bachar to travel to the United States for the purposes of the limited nature of discovery related to recognition. A remote deposition is available, efficient, commonly used (especially in this setting), and the fact that Mr. Bachar is the Foreign Representative does not change that. There is nothing in Chapter 15, the Federal Rules of Civil Procedure, or common practice in recognition proceedings that would require such extraordinary measures.

On the interrogatories, we disagree with your characterization that the responses and objections are somehow delayed or untimely. Your initial request for what was a significantly shortened response deadline was under the prior schedule and before you filed your motion. Our position remains that it would be both premature and inefficient to respond now and supplement later as you suggest. Instead, it makes more sense to serve our full responses and objections after the Court rules on your motion and the parties share an understanding of the appropriate scope of discovery. If you are insisting on receiving something earlier, we can provide our objections early next week, and if a meet and confer is warranted and would be productive, we can find a time to discuss before the Court hears and rules on your motion next Friday.

Thanks,

Matt

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Friday, August 21, 2026 11:36 AM
**To:** Oliver, Matthew <moliver@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Matt – one additional point of clarification, you originally indicated that Mr. Bachar would be available September 1 or 2. We are willing to proceed with his deposition on either of those dates, but September 3 does not work.

---

**From:** Quartarolo, Amy (LA)
**Sent:** Friday, August 21, 2026 9:30 AM
**To:** 'Oliver, Matthew' <moliver@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Matt –

As to the Debtors' interrogatory responses, we disagree that you can unilaterally decide to hold your responses until some date following the discovery hearing next week. The interrogatories identified a response date of August 12, and during our initial meet and confer on August 11, you indicated that you would serve responses by August 18. Then, on August 17, you informed us that you would need additional time and would get back to us. You should provide us with responses and objections no later than early next week, particularly given that at least certain of the interrogatories plainly fall within the scope of discovery you have suggested is appropriate in connection with the Recognition Motion. This will give us time to meet and confer regarding the interrogatories in advance of the discovery hearing. If the Court rules that the scope of discovery is broader than what is set forth in your responses, then you can supplement your responses. If you decline to identify a date certain by which you will provide us with responses and objections in advance of the hearing, then please confirm a time on Monday when you can be available to meet and confer on this issue.

As for Mr. Bachar's deposition, we originally noticed his deposition as a remote deposition to accommodate his schedule and the fact that we were working under a very expedited time frame at that time. You declined to make him available – even remotely – on the schedule we requested, and we have now adjusted the overall schedule and accommodated the dates when you indicated Mr. Bachar was unavailable on account of other commitments or travel. Mr. Bachar is the Debtors' selected Foreign Representative and has sought relief from the Courts in the United States. We are willing to take his deposition in either New York or Delaware, but will expect him to appear in person. If we do not hear back from you as to a preferred location, then we will issue a notice on Monday identifying a location.

We look forward to receiving the Debtors' production.

Thank you,
Amy

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Sent:** Friday, August 21, 2026 7:46 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Kutcher, Matthew <MKutcher@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Amy,

We do still represent Mr. Kong for these purposes. He is still deciding if he wants to retain his own counsel and we will let you know as soon as we hear about that. We continue to believe that, depending on how the Court rules with respect to the scope of document discovery, Mr. Bachar and Mr. Yaniv should be sufficient for the purposes of the recognition hearing, and that Mr. Kong's deposition is not necessary. We also think it makes sense to have your motion regarding Mr. Kong's deposition heard and decided before settling on any dates for his deposition; if you are successful, we will make sure he is available in sufficient time for you to depose him ahead of your opposition date.

On the interrogatory responses, we are in the process of getting those together, but we also think it makes sense to get the Court's ruling on your discovery motion so that we can better understand the scope of discovery in this case. Once we know the scope, we will get you our responses expeditiously.

With respect to the documents that we have agreed to produce, we will be ready to begin our rolling production tomorrow and you should have a substantial amount of that production by next week.

For potential deposition dates, we confirmed Mr. Bachar has availability September 3, and Mr. Yaniv has availability September 7 or 8. We will need to wait to finalize any deposition dates until we see how the Court rules on your motion because the timing will depend on the scope, as we previously discussed. You asked me on Wednesday whether Mr. Bachar could be made available in the United States. Your deposition notices indicated that the depositions would be remote, and we continue to agree that holding the depositions remotely make sense for these limited purposes.

Finally, please provide an update no later than Wednesday August 26 at 5pm ET on whether you will be offering any affirmative witness testimony, including any expert on Israeli law, so that the parties can coordinate on the timing of any additional potential deposition.

Best,

Matt

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, August 20, 2026 3:21 PM
**To:** Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Matt –

We await your response to our email below regarding whether you represent Mr. Kong.

In addition, please confirm:

- When the Debtors will provide responses to the interrogatories previously served;
- When the Debtors expect to commence and substantially complete production of those documents that the Debtors have represented they will produce; and
- Confirm specific dates for the depositions of Mr. Bachar and Mr. Yaniv and confirm that Mr. Bachar will be made available in the United States, as I discussed with Matt Oliver yesterday.

Thank you,
Amy

---

**From:** Quartarolo, Amy (LA)
**Sent:** Wednesday, August 19, 2026 7:53 AM
**To:** Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>; Goldberg, Adam (NY)

<Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Matt –

You previously represented that Cooley represented Mr. Kong for purposes of our request for his deposition. From a call this morning with Matt Oliver, I understand that Mr. Kong may be engaging his own counsel. We would request that you confirm whether you no longer represent Mr. Kong for these purposes and provide us with contact information for his counsel.

Thank you,
Amy

---

**From:** Kutcher, Matthew <MKutcher@cooley.com>
**Sent:** Thursday, August 13, 2026 6:05 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Yes, we represent Mr. Kong for these purposes. We can add your need for his deposition to the meet and confer agenda tomorrow.

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, August 13, 2026 5:30 PM
**To:** Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Matt –

I take it from your response that you do represent Mr. Kong for these purposes, but please confirm if that is incorrect. We do intend to take Mr. Kong's deposition. If we can't reach agreement on that, then we will raise it with the Court.

Let us know if we have agreement on the Protective Order.

Thanks,
Amy

---

**From:** Kutcher, Matthew <MKutcher@cooley.com>
**Sent:** Thursday, August 13, 2026 3:24 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Amy:

We are fine with your not adding “Producing Party” to paragraph 12, but we are still considering your proposed deletion of the competitive decision making provision and will get back to you.

Our position is that if Mr. Bachar is deposed, there is no need for Mr. Kong to also be deposed given the limited nature of discovery in the recognition proceeding.

Matt

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, August 13, 2026 2:35 PM
**To:** Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Thanks for your response.

We don’t think the addition of “Producing Party” to Paragraph 12 is necessary, particularly given that the Protective Order elsewhere provides that “Nothing in this Protective Order affects the right of any Producing Party to use or disclose its own Discovery Material in any way, regardless of whether such Discovery Material has been designated as Designated Material by another person, provided that such use or disclosure does not disclose another person’s Designated Material except as permitted by this Protective Order.”

As for the “Competitive Decision Making” section, we view that as unnecessary and non-standard. Parties and others who will have access to Designated Materials (by virtue of signing the Acknowledgment and Agreement to be Bound) are obligated to comply with all restrictions on use and disclosure per the terms of the Protective Order, which as the full force and effect of a court order and specifies the remedy for any violation. We don’t see why this provision is necessary or appropriate here. Give me a call if you want to discuss this issue further.

As for depositions, just to be clear, is your position that you don’t represent Mr. Kong or that you do represent him but the Debtors are unwilling to make him available for deposition.

---

**From:** Kutcher, Matthew <MKutcher@cooley.com>
**Sent:** Thursday, August 13, 2026 12:12 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Thank you, Amy.

Regarding your proposed changes to the Protective Order, we are generally good with most of the changes.

With respect to your edit on page 8, we can strike “the Foreign representative, the Debtors, and any individual employed by or acting on behalf of the Foreign Representative or the Debtors” but would propose adding “the Producing Party” so the order does not prevent a party from accessing their own documents or information.

We are also curious why you struck the “Competitive Decision Making” section. As you know, Skillz and Papaya are competitors, so we think some limiting provision that addresses potential competitive use of the information by consultants etc makes sense. Do you have concerns about specific individuals, or is your change driven by something else? We are happy to discuss this live if that would be easier.

With respect to your broader discovery questions, we are prepared to offer Mr. Bachar and Mr. Yaniv for depositions if we can agree to time and scope limitations, and are working on schedules for both. That said, we wanted to let you know that Mr. Bachar has scheduling conflicts that make him unavailable until the first week of September. We can address the scheduling implications of those conflicts when we speak tomorrow.

We saw that you have already reached out to the Court to set a hearing. We are not sure that will be necessary, but we will be better able to assess that tomorrow.

Thanks,

Matt

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, August 13, 2026 10:43 AM
**To:** Oliver, Matthew <moliver@cooley.com>; Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Thank you, Matt. Attached are a few edits on the form of protective order (clean and redline). Happy to discuss at your convenience today so that we can get it finalized and submitted.

Also, so that we can make the necessary logistical arrangements, could you also please let us know today when witnesses will be made available for deposition or, alternatively, if there are any witnesses that the Debtors are declining to make available?

Separately, given the overall schedule and your indication on our call on Tuesday that the Debtors believe much of the discovery served is beyond the scope of appropriate discovery in connection with the September 3 hearing, we will be reaching out to the Court today to provide a heads up that there may be a need to bring discovery issues to the Court and requesting availability for a Zoom discovery conference. We remain hopeful that we can resolve or at least narrow any disputes through the meet and confer process, but want to make sure we are in a position to get resolution of any disputes that remain outstanding in advance of the deadlines in the schedule.

---

**From:** Oliver, Matthew <moliver@cooley.com>
**Sent:** Tuesday, August 11, 2026 8:03 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Antle, Olya <oantle@cooley.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Amy,

Attached please find our proposed protective order, which is still subject to review and comment by our client. We are working on the remaining items, as discussed on today's call, and will respond separately.

Best,

Matt

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Tuesday, August 11, 2026 12:22 PM
**To:** Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Cooley Team –

Thank you for the call earlier.

The Debtors represented that they need additional time to respond to the discovery served by Skillz Platform Inc. You indicated that the Debtors would provide written responses to the requests for production no later than Thursday, August 13, in advance of the further meet and confer call we scheduled for Friday, August 14. You also indicated that the Debtors would provide written responses to the interrogatories by Tuesday, August 18.

We asked that the Debtors promptly commence the production of responsive documents, many of which we expect are readily accessible to you and your clients, even if there may be certain categories of documents as to which we need to meet and confer or which may take a few additional days to gather and produce. You indicated you would be sending us a draft protective order later today, which we will promptly review and return. As we are sure you can appreciate, given the schedule, it is imperative that we get responses and productions as soon as possible. Skillz reserves all rights to revisit the schedule or request further relief from the Court as needed.

As to depositions, please let us know as soon as possible whether there are any of the 3 individuals noticed that the Debtors will not agree to make available for deposition and also please confirm whether the individuals are available on the dates reflected in the notice and, if not, when they are available.

Thank you,
Amy

**From:** Antle, Olya <oantle@cooley.com>
**Sent:** Monday, August 10, 2026 9:48 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Hi Amy,

That works on our end. I will send a Zoom shortly.

Sincerely,

Olya Antle
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
(enter from 12th and E Streets)
Washington, DC 20004-2400
+1 202 776 2056 office
+1 202 842 7899 fax
oantle@cooley.com

www.cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley GO > **Start and build your business**

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Monday, August 10, 2026 11:31 AM
**To:** Antle, Olya <oantle@cooley.com>; Michael.Ardeljan@lw.com; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; sbeach@ycst.com; mneiburg@ycst.com; jhall@ycst.com; Ray.Schrock@lw.com; Christopher.Harris@lw.com; Adam.Goldberg@lw.com; TJ.Li@lw.com; mlombardo@kslaw.com; lraynal@kslaw.com; jdutson@kslaw.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Olya – How about tomorrow morning at 10:30 ET? If that works for you, please send an invite.
Thanks

---

**From:** Antle, Olya <oantle@cooley.com>
**Sent:** Monday, August 10, 2026 6:26 AM
**To:** Ardeljan, Michael (NY) <Michael.Ardeljan@lw.com>; Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; Beach, Sean <sbeach@ycst.com>; Neiburg, Michael <mneiburg@ycst.com>; Hall, Joshua <jhall@ycst.com>; Schrock, Ray (NY) <Ray.Schrock@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Li, TJ (NY) <TJ.Li@lw.com>; Michael Lombardo <mlombardo@kslaw.com>; Lazar Raynal <lraynal@kslaw.com>; JDutson@KSLAW.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>; Callahan, J.P. <JCallahan@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Nelson, Ronan A. <rnelson@cooley.com>
**Subject:** RE: In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Counsel,

We are writing to request a meet-and-confer regarding your recently served discovery requests. We are available this afternoon after 3pm ET or tomorrow morning. Please let us know a time that works for you and we will circulate a dial-in.

Sincerely,

Olya Antle
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
(enter from 12th and E Streets)
Washington, DC 20004-2400
+1 202 776 2056 office
+1 202 842 7899 fax
oantle@cooley.com

www.cooley.com

Cooley is one of Fortune's 100 Best Companies to Work For

Cooley GO > Start and build your business

---

**From:** Michael Ardeljan (NY) <Michael.Ardeljan@lw.com>
**Sent:** Saturday, August 8, 2026 11:22 AM
**To:** Stanley.Tarr@BlankRome.com; Jennifer.Malow@BlankRome.com; Evan.Zucker@BlankRome.com; Klein, Michael <mklein@cooley.com>; Thomson, Ben <bthomson@cooley.com>; Antle, Olya <oantle@cooley.com>; joseph.mcmahon@usdoj.gov
**Cc:** bankfilings@ycst.com; Beach, Sean <sbeach@ycst.com>; Neiburg, Michael <mneiburg@ycst.com>; Hall, Joshua <jhall@ycst.com>; Ray Schrock (NY) <Ray.Schrock@lw.com>; Christopher Harris (NY) <CHRISTOPHER.HARRIS@lw.com>; Amy Quartarolo (LA) <Amy.Quartarolo@lw.com>; Adam Goldberg (NY) <Adam.Goldberg@lw.com>; TJ Li (NY) <TJ.Li@lw.com>; Michael Lombardo <mlombardo@kslaw.com>; Lazar Raynal <lraynal@kslaw.com>; JDutson@KSLAW.com; sdavidson@kslaw.com; ccarpenito@kslaw.com; christopher.coleman@kslaw.com
**Subject:** In re Papaya Gaming Ltd., et al., No. 26-11217 (MFW) (Bankr. D. Del.) - Skillz Platform Inc.'s Notices of Deposition

Counsel:

Attached are Skillz Platform Inc.'s Notices of Deposition for Pinni Yaniv, James Kong, and Oriel Bachar in the above-captioned Chapter 15 proceedings.

Regards,
Michael

**Michael Ardeljan**

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4730
Email: michael.ardeljan@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication

will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.