# EXHIBIT C

**From:** Amy.Quartarolo@lw.com
**Sent:** Wednesday, September 9, 2026 3:56 PM
**To:** Ray.Schrock@lw.com; Kutcher, Matthew ; Trenda, Erin
**Cc:** Antle, Olya ; Oliver, Matthew ; Klein, Michael ; Adam.Goldberg@lw.com; Christopher.Harris@lw.com; LRaynal@KSLAW.com; MLombardo@KSLAW.com; evan.zucker@blankrome.com; stanley.tarr@blankrome.com
**Subject:** RE: Papaya - Depo Dates

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

Matt –

Now that the deposition is over, can we convene at 4pm ET or shortly thereafter when you are available for a further meet and confer?

One bit of good news is that we were notified today that the trial Mr. Bergman had that was limiting his availability has settled. With that additional information, we have two alternative proposals for consideration:

- September 17-18 hearing
  - Skillz Objection Due: September 10 (4 pm)
  - Ben Mir
    - Declaration provided September 11 (4pm)
    - Deposition: September 14
  - Bergman:
    - Declaration provided September 14
    - Deposition: September 15
  - Papaya Reply Due: September 15 (noon)

- September 22-23 hearing
  - Skillz Objection Due: September 11 (4 pm)
  - Ben Mir
    - Declaration provided September 14
    - Deposition: September 16
  - Bergman:
    - Declaration provided September 14
    - Deposition: September 17
  - Papaya Reply Due: September 18 (noon)

---

**From:** Schrock, Ray (NY) <Ray.Schrock@lw.com>
**Sent:** Wednesday, September 9, 2026 11:59 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>;

Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; LRaynal@KSLAW.com; MLombardo@KSLAW.com; evan.zucker@blankrome.com; stanley.tarr@blankrome.com
**Subject:** RE: Papaya - Depo Dates

Matt,

While we are waiting for others in a depo, just given it is scheduling, I wanted to make a personal plea for reasonableness.

Is there no way to find a date that works the week of the 21st? We're being reasonable and trying to make this work. Does nothing during the week of the 21st work at all? That would be the fair outcome given the scheduling issues.

Just to say it, I am scheduled for surgery on October 1 (I'm fine, but it cannot be postponed). We need to get this done as soon as possible for the client, but moving into October simply will not work (and having this hearing end on the 30th really won't work given I have to be in NY early the next morning).

We genuinely believe the 22nd should be workable and won't be prejudicial to your client or the team, and we're making every effort to accommodate. We were willing to allow a few extra days given the New Year, but pushing this into October is not a viable option for a number of reasons.

We're all professionals and are working to get this hearing completed. Please work with us to find a solution.

Finally, if we cannot reach agreement, then please give us another day on the objection filing so that we are not prejudiced with respect to the timing for filing the objection when we have to go speak to the Court the next day.

Leave it to others, but that's my request that we just try to work here to get this done in light of the fact that we already have a hearing set for the 17th and 18th.

Latham/KS Team can correct or clarify, of course.

Best.

Ray.

**Ray C. Schrock**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
D: +1.212.906.1285
M: +1.917.446.1009
Email: ray.schrock@lw.com
Link to Bio

---

**From:** Amy Quartarolo (LA) <Amy.Quartarolo@lw.com>
**Sent:** Wednesday, September 9, 2026 1:39 PM
**To:** Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Adam Goldberg (NY) <Adam.Goldberg@lw.com>; Christopher Harris (NY) <Christopher.Harris@lw.com>; Ray Schrock (NY) <Ray.Schrock@lw.com>; LRaynal@KSLAW.com; MLombardo@KSLAW.com; evan.zucker@blankrome.com;

stanley.tarr@blankrome.com
**Subject:** RE: Papaya - Depo Dates

Thanks, Matt. We need to sync up with additional folks on our team following the deposition that is currently ongoing. Let us come back to you in a few hours.

---

**From:** Kutcher, Matthew <MKutcher@cooley.com>
**Sent:** Wednesday, September 9, 2026 9:54 AM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Schrock, Ray (NY) <Ray.Schrock@lw.com>; LRaynal@KSLAW.com; MLombardo@KSLAW.com; evan.zucker@blankrome.com; stanley.tarr@blankrome.com
**Subject:** RE: Papaya - Depo Dates

Amy:

Pursuant to our conversation yesterday, we reached out to the Court for dates for the Recognition Hearing in the coming weeks. The Court has said it is available on the following dates and times: September 22 at 11:30 am, September 23 at 11:30 am, September 29 at 3:00 pm, September 30 at 11:30 am, October 1 at 2:00 pm, but not the weeks of October 5 or October 12. As I mentioned yesterday, we are not available the week of September 21, and we understand you are not available the week of September 28. If you do not intend to call Mr. Bergman or Ms. Ben Meir, then we can proceed on September 17, but if you do intend to call either of those witnesses, we will need sufficient time after we learn of the substance of their testimony to depose them prior to filing our reply, and the deposition dates you propose (September 12 (Rosh Hashanah) for Mr. Bergman and September 14 for Ms. Ben Meir) are not reasonable or workable both because of the Jewish holidays and the other deadlines in the case.

We can reach out to the Court for availability the week of October 19 (and ask to be notified about earlier dates if and when they open up) if you agree to that possibility, or we can just present the issue to the Court and seek a status conference. Please let us know your position soon, as we plan to file our request later today if we can't come to an agreement.

Thanks,

Matt

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Tuesday, September 8, 2026 9:41 AM
**To:** Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Adam.Goldberg@lw.com; Christopher.Harris@lw.com; Ray.Schrock@lw.com; LRaynal@KSLAW.com; MLombardo@KSLAW.com; evan.zucker@blankrome.com; stanley.tarr@blankrome.com
**Subject:** RE: Papaya - Depo Dates

Matt – we can be available to discuss this morning or later today following Mr. Kong's deposition. Let us know.

**From:** Kutcher, Matthew <MKutcher@cooley.com>
**Sent:** Monday, September 7, 2026 3:07 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>; Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>; Schrock, Ray (NY) <Ray.Schrock@lw.com>; LRaynal@KSLAW.com; MLombardo@KSLAW.com; Evan Zucker <evan.zucker@blankrome.com>; Tarr, Stanley B. <stanley.tarr@blankrome.com>
**Subject:** RE: Papaya - Depo Dates

Amy:

You still have not confirmed if you are calling Mr. Bergman and Ms. Ben-Meir or when you expect to get us the substance of their testimony. We also continue to object to your offering Mr. Bergman for deposition only on Rosh Hashanah (September 12), and Ms. Ben Meir only on the date on which our reply brief is due (September 14). It is clear that if you offer those witnesses, we will need to adjust the schedule to allow for meaningful depositions. Are you available for a meet and confer this evening?

Thanks,

Matt

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Saturday, September 5, 2026 12:36 PM
**To:** Kutcher, Matthew <MKutcher@cooley.com>; Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Adam.Goldberg@lw.com; Christopher.Harris@lw.com; Ray.Schrock@lw.com; LRaynal@KSLAW.com; MLombardo@KSLAW.com
**Subject:** RE: Papaya - Depo Dates

Matt -

If they are called, we would expect Ms. Ben Meir would address issues related to Israeli law and Mr. Bergman would address issues related to Papaya's business operations, financials, and projections.

As I noted in my email below, Mr. Bergman has very limited availability given competing commitments. At this point, the date offered is the only date he has available. I assure you it is not an effort to exclude Jewish lawyers from participating. If his schedule changes, we will let you know.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.213.891.8966
Email: amy.quartarolo@lw.com
https://www.lw.com

**From:** Kutcher, Matthew <MKutcher@cooley.com>
**Date:** Saturday, Sep 05, 2026 at 10:24 AM

**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>, Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>, Oliver, Matthew <moliver@cooley.com>, Klein, Michael <mklein@cooley.com>, Goldberg, Adam (NY) <Adam.Goldberg@lw.com>, Harris, Christopher (NY) <Christopher.Harris@lw.com>, Schrock, Ray (NY) <Ray.Schrock@lw.com>, LRaynal@KSLAW.com <LRaynal@KSLAW.com>, MLombardo@KSLAW.com <MLombardo@KSLAW.com>
**Subject:** RE: Papaya - Depo Dates

Amy:

Following up on this, can you please tell us when you can provide us more information about these possible witnesses? As I said, as you can imagine, it is nearly impossible to plan without that information. I will also say that it is unreasonable to offer only the day of Rosh Hashanah for Mr. Bergman's deposition. Please find other days for his deposition so that you are not excluding Jewish lawyers from participating in his deposition on the basis of their observance of the High Holidays, which is inappropriate.

Thank you,

Matt

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

---

**From:** Kutcher, Matthew
**Sent:** Thursday, September 3, 2026 5:05 PM
**To:** 'Amy.Quartarolo@lw.com' <Amy.Quartarolo@lw.com>; Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Adam.Goldberg@lw.com; Christopher.Harris@lw.com; Ray.Schrock@lw.com; LRaynal@KSLAW.com; MLombardo@KSLAW.com
**Subject:** RE: Papaya - Depo Dates

Amy, can you please tell us by tonight who these people are and what they will be testifying about? As you can imagine, it is hard to plan a deposition, much less agree to dates, without those basic building blocks. Do you intend to provide a summary of their testimony or a declaration, and when will that happen? We obviously cannot agree to anything until we have more information.

Thanks,

Matt

Matthew L. Kutcher
Cooley LLP
+1 312 881 6645 office
+1 646 251 4441 mobile

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, September 3, 2026 10:51 PM
**To:** Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Adam.Goldberg@lw.com; Christopher.Harris@lw.com; Ray.Schrock@lw.com; LRaynal@KSLAW.com; MLombardo@KSLAW.com
**Subject:** RE: Papaya - Depo Dates

Erin –

Skillz continues to evaluate the materials the Debtors have produced and the relief sought in the Recognition Motion, but reserves the right to call one or more witnesses. In the interest of time, we are disclosing anticipated witnesses. In the event Skillz determines not to call either witness listed below or to call any other witness, we will notify you promptly. We also include dates on which each witness is available for deposition. We understand that the date for Mr. Bergman overlaps with Rosh Hashanah, but it is the only date he is available for a deposition prior to the hearing.

- Maya Ben Meir – available for remote deposition on September 14
- Jim Bergman – available for remote deposition on September 12

Thanks,
Amy

---

**From:** Trenda, Erin <etrenda@cooley.com>
**Sent:** Thursday, September 3, 2026 12:36 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Harris, Christopher (NY) <Christopher.Harris@lw.com>
**Subject:** RE: Papaya - Depo Dates

Thanks, Amy. We are confirmed for:

- Mr. Kong on September 8 – Start at 12pm ET (at Latham NYC)
- Mr. Yaniv on September 9 – Start at 10am ET (remote deposition)

Yesterday, you indicated you were working to get us an update if you plan to offer any witnesses and their availability for deposition. Do you have any updates?

Erin

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Thursday, September 3, 2026 7:32 AM
**To:** Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Adam.Goldberg@lw.com; Christopher.Harris@lw.com
**Subject:** RE: Papaya - Depo Dates

Erin –

We have worked to solve for the scheduling issues on our end and I think we can go with:

- Mr. Kong – September 8 – we would propose starting at 12pm ET and would take the deposition at Latham NY
- Mr. Yaniv on September 9 – we would propose starting at 10am ET and taking the deposition remotely

Please confirm that this works for you and the witnesses.

Thank you,
Amy

---

**From:** Trenda, Erin <etrenda@cooley.com>
**Sent:** Wednesday, September 2, 2026 7:45 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Goldberg, Adam (NY) <Adam.Goldberg@lw.com>; Harris,

Christopher (NY) <Christopher.Harris@lw.com>
**Subject:** RE: Papaya - Depo Dates

Hi Amy,

I wanted to confirm that we are checking on witness availability to see if this might be an option. We will let you know as soon as we have an update.

Thanks,
Erin

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Wednesday, September 2, 2026 2:32 PM
**To:** Trenda, Erin <etrenda@cooley.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>; Adam.Goldberg@lw.com; Christopher.Harris@lw.com
**Subject:** RE: Papaya - Depo Dates

Thanks, Erin.

Would either Mr. Kong or Mr. Yaniv be available on September 10, even if we left the objection deadline where it stands?

---

**From:** Trenda, Erin <etrenda@cooley.com>
**Sent:** Wednesday, September 2, 2026 1:55 PM
**To:** Quartarolo, Amy (LA) <Amy.Quartarolo@lw.com>
**Cc:** Antle, Olya <oantle@cooley.com>; Kutcher, Matthew <MKutcher@cooley.com>; Oliver, Matthew <moliver@cooley.com>; Klein, Michael <mklein@cooley.com>
**Subject:** RE: Papaya - Depo Dates

Hi Amy,

We can offer the morning of September 9 for Mr. Yaniv, and the afternoon of September 9 for Mr. Kong. Alternatively, we can offer the afternoon of September 8 for Mr. Kong. (Mr. Yaniv needs to be the morning of September 9, due to time zones given he is in Israel.) We cannot agree to move the objection deadline as you propose, as we will need time to coordinate with our client on the reply. Rosh Hashanah starts on Friday, September 11, and ends on Sunday, September 13.

Thanks,
Erin

---

**From:** Amy.Quartarolo@lw.com <Amy.Quartarolo@lw.com>
**Sent:** Wednesday, September 2, 2026 12:00 PM
**To:** Trenda, Erin <etrenda@cooley.com>
**Subject:** Papaya - Depo Dates

Hi Erin – I just tried to call you to discuss the deposition dates. Thank you for offering the deposition dates, but we really need to avoid double-tracking. Could one of Mr. Kong or Mr. Yaniv be made available on September 10 instead and we would set the other one for September 9? We also would request that our objection deadline be extended from September 10 to September 11 so that we can get transcripts in advance.

Let us know if that works.

**Amy C. Quartarolo**

**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8966
Email: amy.quartarolo@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.