# EXHIBIT D

## Proposed Scheduling Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Papaya Gaming Ltd., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217<br><br>(Jointly Administered) |

**SCHEDULING ORDER REGARDING DEBTORS' MOTION FOR PROTECTIVE ORDER**

Upon the motion (the "Motion") of Oriel Bachar, in his capacity as a duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"),

**IT IS HEREBY ORDERED THAT:**

1. The protocols and schedule set forth below shall govern the remaining proceedings with respect to the Recognition Hearing:

| Event | Date |
|---|---|
| | |

2. All deadlines shall be as of 6:00 p.m. prevailing Eastern Time unless otherwise noted. On agreement of all parties, any dates that do not affect the Court may be modified absent further consent of the Court. Any party may apply to the Court for modification of any date upon good cause shown.

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

3. Notwithstanding Bankruptcy Rule 6004, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or in relation to the interpretation, implementation, and enforcement of this Order.