**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Papaya Gaming Ltd., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217<br><br>(Jointly Administered) |

**MOTION TO SHORTEN NOTICE WITH RESPECT TO EMERGENCY MOTION OF FOREIGN REPRESENTATIVE FOR A PROTECTIVE ORDER AND STATUS CONFERENCE**

Oriel Bachar, in his capacity as a duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"), through his undersigned counsel, submits this motion (the "Motion to Shorten") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), shortening time for notice of the hearing to consider the *Emergency Motion of Foreign Representative for a Protective Order and Status Conference* (the "Motion for Protective Order"), filed contemporaneously herewith, so that the matter may be heard at the earliest convenience of the Court (the "Status Conference"). The Foreign Representative further requests that the Court order that any objections to the relief requested in the Motion for Protective Order must be filed on or before 11:59 p.m. (ET) on the business day prior to the Status Conference. In support of this Motion to Shorten, the Foreign Representative respectfully represents as follows:

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion to Shorten pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.

2. Venue for this Motion to Shorten is proper pursuant to 28 U.S.C. § 1410. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory and legal predicates for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e).

**BACKGROUND**

3. A fulsome background is set forth in the Motion for Protective Order, the contents of which are hereby incorporated by reference. As set forth in the Motion for Protective Order, the meet and confer process has reached an impasse and prompt direction from the Court is required.

**RELIEF REQUESTED AND BASIS THEREFOR**

4. Local Rule 7026-1(b), applicable to this matter through Bankruptcy Rule 9014, provides that all motion papers under Fed. R. Bankr. P. 7026-7037 must be filed and served so as to be received at least seven (7) days before the hearing date with respect to such motion. Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice.

5. The Foreign Representative submits that there is sufficient cause to justify shortening the notice period so that this Court may consider the Motion for Protective Order at the Status Conference. As set forth in greater detail in the Motion for Protective Order, the Parties have reached an impasse on the scheduling of depositions and information needed for the deposition. The Foreign Representative has attempted to resolve the dispute without Court

intervention; however, such efforts were unsuccessful. Without obtaining the requested information and alternative deposition dates, the Foreign Representative will be substantially prejudiced. Given the short time frame remaining prior to the Recognition Hearing, the expedited consideration of the Motion for Protective Order is necessary.

6. The Foreign Representative believes that the shortened notice will not prejudice parties in interest.

7. Given the timing involved, the Foreign Representative further submits that the deadline for objections to the Motion for Protective Order should be set for **on or before 11:59 p.m. (ET) on the business day prior to the Status Conference.**

## COMPLIANCE WITH LOCAL RULE 9006-1(e)

8. The undersigned counsel for the Foreign Representative avers that it conferred with counsel for Skillz and the U.S. Trustee concerning the relief sought in this Motion to Shorten. The U.S. Trustee takes no position on the relief sought. At the time of filing this Motion to Shorten, Counsel for the Foreign Representative has not yet received a response from Skillz regarding its position on the Motion to Shorten.

## NOTICE

9. The Foreign Representative will provide notice of this Motion to Shorten to: (i) the U.S. Trustee; (ii) counsel to Skillz; and (iii) any other party that has requested notice pursuant to Bankruptcy Rule 2002. The Foreign Representative submits that, in light of the relief requested, no further notice is necessary.

## NO PRIOR REQUEST

10. No prior motion for the relief requested herein has been made to this Court or any other court.

## CONCLUSION

**WHEREFORE**, the Foreign Representative respectfully requests that this Court grant the relief requested in the Motion to Shorten and grant such other and further relief as may be just and proper.

[*Remainder of Page Left Intentionally Blank*]

Dated: September 10, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: /s/ Jennifer K. Malow
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*