**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a foreign proceeding. | (Jointly Administered) |
| | Re: D.I. ___ |

**ORDER SHORTENING NOTICE**
**AND ESTABLISHING DATE FOR OBJECTIONS**

Upon consideration of the motion (the "Motion to Shorten") filed by Oriel Bachar, in his capacity as a duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"), to shorten the default notice period under Local Rule 7026-1(b) pursuant to Local Rule 9006-1(e) for the *Emergency Motion of Foreign Representative for a Protective Order and Status Conference* (the "Motion for Protective Order"); and it appearing that due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1. The Motion to Shorten is **GRANTED**.

2. The deadline for filing objections to the Motion for Protective Order, if any, shall be Thursday, September 10 at 11:59 p.m. (ET).

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

3. The Motion for Protective Order shall be heard at the earliest convenience of the Court (the "Status Conference"). Pursuant to the Court's general chambers procedures, effective January 14, 2025, the Status Conference will be conducted via Zoom.