# **Exhibit A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PAPAYA GAMING LTD., *et al.*,[1]<br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.: _____** |

**ORDER (I) AUTHORIZING SKILLZ PLATFORM INC. TO FILE THE SEPTEMBER 4, 2026, LETTER UNDER SEAL AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of Skillz Platform Inc. ("**Skillz**") for entry of an order (this "**Order**"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d), authorizing the Skillz to file the Letter under seal, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief request therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28. U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the

[1] The Debtors in these Chapter 15 Cases, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The purported location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

record herein and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Skillz is authorized to file the Letter under seal.

3. The Sealed Information shall not be made available to anyone, except to the Court, the U.S. Trustee, and the Debtors, as well as each of their respective advisors in this chapter 15 case, and all parties receiving the Sealed Information shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

4. All parties who receive (or have already received) or who are otherwise in possession of an unredacted version of the Letter are directed to maintain the strict confidentiality of the Sealed Information.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors and Skillz are authorized to take any and all actions necessary to effectuate the relief granted herein.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.