# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Papaya Gaming Ltd., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217 (MFW)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF THE FOREIGN REPRESENTATIVE FOR ENTRY OF AN ORDER TO FILE HIS LETTER DATED SEPTEMBER 8, 2026 UNDER SEAL**

Upon the motion (the "Motion")[2] of Oriel Bachar, in his capacity as the duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"), for entry of this Order authorizing his letter, dated September 8, 2026 [D.I. 95] (the "September 8 Letter"), in response to the *Letter to the United States Trustee* [D.I. 93] (the "Skillz Letter") filed by Skillz Platform Inc. ("Skillz") on September 4, 2026 to be filed under seal; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2)(P); and venue being proper in this District pursuant to 28 U.S.C. § 1410; and due and proper notice of the Motion having been given under the circumstances; and upon the record of all proceedings had before the Court; and the Court having found that sealing is warranted; and any

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is granted. Any objections, whether filed or not, to the relief requested by the Motion are hereby overruled with prejudice.

2. The Foreign Representative is authorized to file the September 8 Letter under seal.

3. The September 8 Letter shall not be made available to anyone, except to the Court, the U.S. Trustee, and Skillz, as well as each of their respective advisors in this chapter 15 case, and all parties receiving the September 8 Letter shall maintain its confidentiality, including in connection with any pleadings filed with this Court.

4. All parties who receive (or have already received) or who are otherwise in possession of an unredacted version of the September 8 Letter are directed to maintain the strict confidentiality of the September 8 Letter.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Foreign Representative is authorized to take any and all actions necessary to effectuate the relief granted herein.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.