**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a foreign proceeding. | (Jointly Administered) |

**NOTICE OF STATUS REPORT**

Oriel Bachar, the foreign representative (the "Foreign Representative" or "Petitioner") of the above-captioned debtors, Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"), debtors in a proceeding under Israel's Insolvency and Financial Rehabilitation Law, 5778-2018 (as amended and modified, the "Israeli Insolvency Law") and Insolvency and Economic Rehabilitation Regulations, 5779-2019, pending before the District Court of Tel Aviv-Jaffa (the "Israeli Proceeding," and such court, the "Israeli Court"), by and through his undersigned counsel, submits this notice with respect to the above-captioned cases (the "Chapter 15 Cases") and the Israeli Proceeding pending in the Israeli Court, and respectfully states as follows:

1. As previously reported to this Court, on August 26, 2026, the Israeli Court entered a decision (the "August 26 Order") appointing Adv. Gil Oren of the law firm Arnon, Tadmor-Levy as the arrangement administrator in the Israeli Proceeding (the "Arrangement Administrator") to formulate a revised debt arrangement and file an appropriate motion to convene creditors' meetings within the timeframe that will enable the foreign creditors to formulate their positions between the date of publication of the arrangement and the date on

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

which the meetings are convened. *See* D.I. 78, Ex. Q (original Hebrew and unofficial English translation); D.I. 81 (certified English translation).

2. On September 10, 2026, the Arrangement Administrator filed a status update notice with the Israeli Court (the "Arrangement Administrator Status Update") describing the actions taken since his appointment, including: review of the financial data presented by the Debtors, which appears consistent with the framework and financial forecasts presented to the Israeli Court; assumption of responsibility for managing the claims process for purposes of voting on the debt arrangement; holding meetings and discussions with the Debtors and principal creditors to examine possible alternatives for formulating an arrangement proposal that could address the difficulties raised during prior Israeli Court hearings; and a determination to engage an independent economic expert and valuator to obtain a valuation of the Debtors, as well as to retain an independent party to conduct a financial audit of the Debtors' operations during the stay period to enhance certainty among the creditors that the Debtors are operating in accordance with the plans presented.

3. The Hebrew version of the Arrangement Administrator Status Update is attached hereto as **Exhibit A**. An unofficial translation is attached hereto as **Exhibit B**. The Foreign Representative will supplement this notice with a certified translation of the Arrangement Administrator Status Update as soon as it becomes available.

[*Remainder of page intentionally left blank*]

Dated: September 11, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: */s/ Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*