# EXHIBIT A

Arrangement Administrator Status Update
(Hebrew)

**בבית המשפט המחוזי**
**בתל אביב – יפו**
**בקשה מס'**

**חדל"ת 87154-07-26**
**בפני כבו' השופטת איריס לושי עבודי**

**בעניין:** **גיל אורן, עו"ד**
ממשרד ארנון, תדמור-לוי
מרכז עזריאלי המגדל המרובע
טל: 03-6087777 , פקס׳: 02-6239314
דוא"ל: gil@arnontl.com
**מנהל ההסדר;**

**ובעניין:** **פאפיה גיימינג בע"מ ח.פ. 515422095**
**Papaya Gaming Inc.**

שתיהן ע"י ב"כ עוה"ד פיני יניב (מ.ר. 15378) ו/או לירון ספיר (מ.ר. 66525)
ו/או ירדן טל-דהן (מ.ר. 90826) ו/או ירין נחאיסי (מ.ר. 102568) ו/או אח׳
ממשרד מיתר | עורכי דין
דרך אבא הלל סילבר 16 , רמת-גן 5250608
yardent@meitar.com
**החברה**

**ובעניין:** **הממונה על חדלות פירעון – מחוז תל אביב**
מרח׳ השלושה 2, תל אביב -יפו
טלי: 073-3923222 ; פקס: 02-6467556

**הממונה**

**נחתם ביום 10.9.2026**

# הודעת עדכון

מנהל ההסדר מתכבד להגיש הודעת עדכון קצרה כדלקמן:

1. מאז מינויו היו מנהל ההסדר וצוותו למדו את הבקשה ופרטי ההסדר המוצעים ועמדו בקשר עם החברה לקבלת הבהרות והרחבות ביחס לבקשה, פרטי ההסדר והנסיבות שהביאו להגשת הבקשה.

2. כמו כן, במסגרת הדיאלוג עם החברה הציגה החברה למנהל ההסדר נתונים כספיים, לרבות נתונים ביחס לביצועים בחודש אוגוסט 2026. מעיון ראשוני שביצע מנהל ההסדר בנתונים, עולה כי אלו תואמים את המתווה והתחזיות הכספיות שהוצגו לבית המשפט הנכבד על ידי החברה.

3. מנהל ההסדר קיבל את האחריות לניהול הליך תביעות החוב לצרכי הצבעה על ההסדר, כאשר חלק מהסוגיות שעלו הובאו לפתחו של בית המשפט במסגרת בקשה שהוגשה על ידי אחד הנושים והוא נותן מענה לפניות נושים המבקשים להגיש תביעות חוב בהתאם להחלטות בית המשפט.

4. במקביל עמדו מנהל ההסדר וצוותו בקשר עם החברה ושלושת הנושים המרכזיים, וקיימו פגישות ושיחות עם הנוגעים בדבר במטרה לבחון חלופות אפשריות לגיבוש הצעת הסדר שניתן יהיה להגישה לבחינת הנושים בשלב מאוחר יותר. בכלל זה, נדונו חלופות שיתנו מענה לקשיים שהועלו בדיון בבית המשפט ביחס להצעת ההסדר הנוכחית שהציגה החברה.

במסגרת זו הנושים הציגו את הכשלים המרכזיים, לשיטתם, בהסדר המוצע, וסוגיות אלה נדונו עם נציגי החברה (אשר מצידם הציגו את חששותיהם מהמצב).

5. לעמדת מנהל ההסדר, לצורך גיבוש ההסדר, ויצירת תשתית מוסכמת ביחס לתחזית ביצועי החברה בתקופת ההסדר, יש לקבל הערכת שווי של החברה, והתייחסות להערכות החברה המוות בסיס לבנית ההסדר, מאת מומחה כלכלי ומעריך שווי בלתי תלוי. החברה הסכימה לעמדת מנהל ההסדר. לאחר קבלת הצעות מחיר, צפוי מנהל ההסדר להגיש בקשה מפורטת בעניין זה.

6. נוסף על כך, בכוונת מנהל ההסדר לעתור, במסגרת אותה הבקשה, להתיר לו לשכור את שירותיו של גורם בלתי תלוי לצורך ביצוע בקרה כספית על פעילות החברה במהלך תקופת ההקפאה. וזאת, בין היתר, לשם הגברת הוודאות בקרב הנושים שהחברה מתנהלת בהתאם לתוכניות שהציגה.

מנהל ההסדר עדכן את נציג הממונה על חדלות הפרעון, על כוונתו להגיש בקשה זו.

7. מנהל ההסדר יוסיף ויעדכן את בית המשפט ביחס להתפתחויות.

**יובל ברגיל, עו״ד**
**ב״כ עו״ד גיל אורן**
**מנהל ההסדר**