# EXHIBIT B

Arrangement Administrator Status Update
(Unofficial Translation)

**In the District Court of Tel Aviv-Jaffa**

**Insolvency Case 87154-07-26**
**Before the Honorable Judge Iris Lushi-Abudi**

**In the matter of:**

**Gil Oren, Adv.**
Of Arnon, Tadmor-Levy
Azrieli Center, Square Tower
Tel: 03-6087777, Fax: 02-6239314
Email: gil@arnontl.com

**Arrangement Manager;**

**And in the matter of:**

**Papaya Gaming Ltd., Company No. 515422095**
**Papaya Gaming Inc.**
Through their attorneys Pini Yaniv (Bar No. 15378) and/or
Liron Spir (Bar No. 66525) and/or Yarden Tal-Dahan (Bar No. 90826)
and/or Yarin Nachaisi (Bar No. 102568) and/or others
Of Meitar | Law Offices
16 Abba Hillel Silver Rd., Ramat Gan 5250608
yardent@meitar.com

**The Company**

**And in the matter of:**

**The Commissioner for Insolvency – Tel Aviv District**
2 HaShlosha St., Tel Aviv-Jaffa
Tel: 073-3923222; Fax: 02-6467556

**The Commissioner**

**Signed on September 10, 2026**

# STATUS UPDATE NOTICE

The Arrangement Manager respectfully submits this brief status update as follows:

1. Since his appointment, the Arrangement Manager and his team have studied the application and the details of the proposed arrangement and have been in contact with the Company to obtain clarifications and elaborations regarding the application, the details of the arrangement, and the circumstances that led to the filing of the application.

2. Additionally, as part of the dialogue with the Company, the Company presented to the Arrangement Manager financial data, including data regarding performance in August 2026. Based on the Arrangement Manager's preliminary review of the data, it appears that these are consistent with the framework and financial forecasts presented to the Honorable Court by the Company.

3. The Arrangement Manager has assumed responsibility for managing the debt claims process for the purpose of voting on the arrangement, with some of the issues that arose having been brought before the Court through an application filed by one of the creditors, and he is responding to inquiries from creditors seeking to file debt claims in accordance with the Court's decisions.

4. Concurrently, the Arrangement Manager and his team have been in contact with the Company and the three principal creditors, and have held meetings and discussions with the relevant parties with the aim of examining possible alternatives for formulating an arrangement proposal that could be submitted for the creditors' review at a later stage. In this regard, alternatives were discussed that would address the difficulties raised during the Court hearing regarding the current arrangement proposal presented by the Company.

   In this context, the creditors presented what they consider to be the principal deficiencies in the proposed arrangement, and these issues were discussed with the Company's representatives (who, for their part, presented their concerns regarding the situation).

5. In the Arrangement Manager's view, for the purpose of formulating the arrangement and creating an agreed-upon basis regarding the Company's projected performance during the arrangement period, it is necessary to obtain a valuation of the Company, and commentary on the Company's estimates that form the basis for structuring the arrangement, from an independent economic expert and valuator. The Company has agreed to the Arrangement Manager's position.

   After receiving price quotes, the Arrangement Manager expects to file a detailed application in this matter.

6. In addition, the Arrangement Manager intends to petition, within the same application, for permission to retain the services of an independent party for the purpose of conducting a financial audit of the Company's operations during the stay period. This is, among other things, to enhance the certainty among the creditors that the Company is operating in accordance with the plans it presented.

   The Arrangement Manager has updated the representative of the Commissioner for Insolvency regarding his intention to file this application.

7. The Arrangement Manager will continue to update the Court regarding developments.

______________________________

**Yuval Bargil, Adv.**
**On behalf of Adv. Gil Oren**
**Arrangement Manager**