**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jennifer K. Malow, hereby certify that on September 10, 2026, I caused true and correct copies of the following to be served upon the service list, attached as **Exhibit A** (the "**Service List A**"), by email:

- *Emergency Motion of Foreign Representative for a Protective Order and Status Conference* [D.I. 98]
- *Motion to Shorten Notice with Respect to Emergency Motion of Foreign Representative for a Protective Order and Status Conference* [D.I. 99]
- *Order Shortening Notice and Scheduling the Motion for Protective Order and Status Conference* [D.I. 100]
- *Amended Notice of Virtual Discovery Hearing on September 14, 2026, at 10:30 a.m. (ET)* [D.I. 103]

Additionally, on September 11, 2026, I caused a true and correct copy of the *Motion of the Foreign Representative for Entry of an Order to File his Letter Dated September 8, 2026 Under Seal* [D.I. 104] to be served upon the Service List A by email. That same day, I also caused a true and correct copy of the *Notice of Status Report* [D.I. 105] to be served upon the service list, attached as **Exhibit B**, by email, or mail, where no email is available.

Dated: September 11, 2026

*/s/ Jennifer K. Malow*
Jennifer K. Malow

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.