**Exhibit B**

Service List

| Party | Attn: | Address 1 | Address 2 | Email |
|---|---|---|---|---|
| New Jersey Attorney General | Department of Law and Public Safety | ATTN: Zeyad Assaf | 124 Halsey Street<br>7th Floor<br>P.O. Box 45028<br>Newark, New Jersey 07101 | Zeyad.Assaf@law.njoag.gov<br>Chanel.VanDyke@law.njoag.gov<br>Mehnaz.Rahim@law.njoag.gov<br>Jesse.Sierant@law.njoag.gov |
| Papaya | Michael Klein<br>Olya Antle<br>Ben Thomson | Cooley LLP | 1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400 | mklein@cooley.com<br>oantle@cooley.com<br>bthomson@cooley.com |
| Papaya | Stanley Tarr<br>Evan J. Zucker<br>Jennifer Malow | Blank Rome LLP | 1201 N. Market Street<br>Suite 800<br>Wilmington, DE 19801 | stanley.tarr@blankrome.com<br>evan.zucker@blankrome.com<br>jennifer.malow@blankrome.com |
| United States Trustee | Joseph J. McMahon, Jr. | United States Department of Justice – Office of the United States Trustee | J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 | Joseph.McMahon@usdoj.gov |
| Adikteev SA | Emilien Eychenne<br>Taoufik Lazrak<br>Nadya Krytsyna | 51 rue Saint Georges, 75009 Paris, France | | emilien@adikteev.com<br>taoufik@adikteev.com |
| Adjoe GmbH | Jessica Banunaek<br>Jonas Thiemann | An der Alster 42, 20099 Hamburg Germany | | jessica@adjoe.io<br>jonas@applike-group.com |
| Adlogic Technology Pte. Ltd. (d/b/a Integral) | Hector Almeida | 16 Collyer Quay, #13-10/30, Collyer Quay Centre, Singapore 049318 | | hector@mintegral.com |
| Affle MEA FZ-LLC (d/b/a Revx) | Divya Bhargava<br>Martje Abeldt | 351 Floor 3, Dubai Internet City Building 17, United Arab Emirates | | divya.bhargava@revx.io<br>martje@revx.io |
| Almedia GmbH | Moritz Holländer | Krausenstraße 9-10, 10117 Berlin | | moritz@almedia.co |
| App Samurai Inc | Faheem Saiyad | The Farm Soho, 447 Broadway, 2nd & 3rd Floor, New York, NY 10013 | | faheem@appsamurai.com |
| Apple Search Ads (Apple Inc.) | Advertising Platforms Legal Counsel; Julian Cornwell;<br>Jack Rands | One Apple Park Way, Cupertino, CA 95014, USA | | jchenghecornwell@apple.com<br>Jack_rands@apple.com |

| Party | Attn: | Address 1 | Address 2 | Email |
|---|---|---|---|---|
| AppLovin | Anastasia Galitskaia | 1100 Page Mill Road, Palo Alto, CA 94304 | | anastasiia.galitskaia@applovin.com |
| Aragon Advertising, LLC | Ahmad Saad; Braeden Lunge | 66 Mineola Avenue #1355, Roslyn Heights, NY 11577, US | | asaad@aragonpremium.com<br>blunge@aragonpremium.com |
| Astronomer, Inc. | Matt Saunders<br>Will Chivers | 54 West 21st Street, 11th Floor, New York, NY 10010, United States | | matt.saunders@astronomer.io<br>will.chivers@astronomer.io |
| Avalara, Inc. | Lucia Popovicova | 512 South Mangum Street, Suite 100 Durham, NC 27701 | | lucia.popovicova@avalara.com |
| Bank Leumi | Moran Aizikovich | 54 Ahad Haam St. Tel Aviv 6520216, Israel | | Moran.Aizikovich@bankleumi.co.il |
| Besitos Corporation LLC (d/b/a KashKick) | Monika Raszowska | 615 Channelside Dr Ste 207 Tampa, FL 33602 US | | monika@kashkick.com |
| Brenna Kelly-Starkebaum | Amanda Klevorn | BURNS CHAREST LLP | 201 St. Charles Avenue<br>Suite 2900<br>New Orleans, LA 70170 | aklevorn@burnscharest.com |
| Brenna Kelly-Starkebaum | Cristina R. Delise<br>Matthew S. Tripolitsiotis | BURNS CHAREST LLP | 757 Third Ave<br>Suite 20th Floor<br>New York, NY 10017 | cdelise@burnscharest.com;<br>mtripolitsiotis@burnscharest.com |
| Brenna Kelly-Starkebaum | Spencer M. Lee Cox | WHITEFORD, TAYLOR & PRESTON LLP | 1021 E Cary Street<br>Suite 2001<br>Richmond, VA 23219 | scox@whitefordlaw.com |
| Brown Boots Inc | Lenny Rabin | 1917 Farrell Ave. B Redondo Beach, CA 90278 | | lenny@brownboots.co |
| Buzzery | Rich Fatigate; Sarah Prediger | 111 E Atlantic Ave, Suite 200, Delray Beach, FL 33444, | | rich@launchpotato.com<br>sarah@launchpotato.com |
| Capital One, N.A. | Adam Lindenmuth | 15000 Capital One Drive, Richmond, VA 23238 | | adam.lindenmuth@capitalone.com<br>kacy.kent@capitalone.com |
| Clear Link Technologies, LLC (d/b/a The Penny Hoarder) | Curt Dailey | 42 E Future Way, Draper, UT 84020, USA | | curt@thepennyhoarder.com |
| Cursor, Ai Powered | Noah Wadhwani | 801 West End Avenue new york | | nwadhwani@cursor.com |

| Party | Attn: | Address 1 | Address 2 | Email |
|---|---|---|---|---|
| Cybersource (CyberSource Corporation) | Cybersource Legal; Gary Beck | Post Office Box 8999, San Francisco, CA 94128-8999 USA | | gabeck@visa.com Legal-Requests-cybs@visa.com |
| Datadog | Amit Hananya | 620 8th Avenue 45th Floor New York, NY 10018-1741 USA | | amit.hananya@datadoghq.com |
| Dawn Pavlovich | Matthew J. Geragos | Geragos Law Group | 700 N. Brand Blvd., Suite 1180 Glendale, CA 91203 | matthew@geragoslaw.com |
| Deep Note | Marc Delacroix | 651 N. Broad Street Suite 206 Middletown, DE 19709 | | |
| DocuSign | Manuela Simon | 5 Hanover Quay Grand Canal Dock Dublin \| D02 VY79 Ireland | | manuela.simon@docusign.com |
| Exmox GmbH | Begüm Sara Yalcinkaya Kate Zabo | Rödingsmarkt 39, 20459 Hamburg Germany | | beguem.yalcinkaya@exmox.com kate.zabo@exmox.com |
| First Citizens Bank & Trust Company | Chris Leary | 75 N. FAIR OAKS AVENUE PASADENA, CA US 91103 | | cleary@svb.com |
| Fivetran Inc. | William Martin | 1221 Broadway, Suite 2400 Oakland CA 94612 United States | | william.martin@fivetran.com |
| Fluent, Inc. | Ryan Schulke | 300 Vesey Street, 9th Floor, New York, NY 10282, USA | | rschulke@fluentco.com |
| GitHub, Inc. | Support team | 88 Colin P. Kelly Jr. Street San Francisco, CA 94107 | | |
| GoodBay | Kasey O'Donnell | 7500 Rialto Blvd, Bldg 1, Ste 250, Austin TX 78735 | | kasey.odonnell@intouchcx.com |
| Jane Barcelo | Alex R. Straus Milberg Coleman Bryson | PHILLIPS GROSSMAN, PLLC | 280 S. Beverly Drive, PH Suite Beverly Hills, CA 90212 | astraus@milberg.com |
| Meshpay US Inc. | Shalev Malka | 225 W 35th St., Floor 11 New York, NY US 10001 | | shalev.malka@meshpayments.com |

| Party | Attn: | Address 1 | Address 2 | Email |
|---|---|---|---|---|
| Mistplay Inc. | Ronald Cain | 1001 Blvd Robert-Bourassa, Canada | | ronald.cain@mistplay.com |
| Moloco | Ben Jeger | 601 Marshall St, 5th Floor Redwood City CA 94063 United States | | ben.jeger@moloco.com<br>legal@moloco.com |
| Money Group LLC | Karl Modl | Metro Office Park, Building 7, Calle 1, Suite 204, Guaynabo, PR 00968 | | karl@money.com |
| Nuvei Financial Services Limited) (d/b/a Nuvei (UK) | Einav Segal | 5th Floor One Smart's Place, London, WC2B 5LW, United Kingdom | | Einav.Segal@nuvei.com |
| Nuvei Technologies Inc (d/b/a Nuvei) | Einav Segal; Steve Miller; Don Westcott | 1375 N Scottsdale Rd, Suite 400, Scottsdale, AZ 85257, USA | | Einav.Segal@nuvei.com |
| PayPal UK Ltd d/b/a Paypal (UK) | Kobi Mizrahi | 5 Fleet Place, London EC4M 7RD, United Kingdom | | komizrahi@paypal.com |
| PayPal, Inc. (d/b/a Paypal (US)) | Kobi Mizrahi; Shailaja Pangam | 2211 North First Street, San Jose, CA 95131, USA | | komizrahi@paypal.com<br>spangam@paypal.com |
| Relia Sourcing | Amir Borsok | 101 Mother Ignacia Ave,<br>Diliman, Quezon City,<br>1103 Metro Manila Philippines | | amir@reliasourcing.com |
| Salesforce (Slack) | Or Chacham | Salesforce Tower, 60 R801, North Dock Dublin Ireland | | |
| Samsung | David Bitton<br>Maya Lipkin<br>Vasishta Atmuri | 129 Samsung-ro, Yeongtong-gu, Suwon-si, Gyeonggi-do, 16677, Republic of Korea | | David.bitton@samsung.com<br>Maya.lipkin@samsung.com<br>V.atmuri@samsung.com |
| Skillz Platform Inc. | Ray C. Schrock Christopher Harris Adam J. Goldberg Michael Ardeljan Tianjiao Li | Latham & Watkins LLP | 1271 Avenue of the Americas<br>New York, NY 10020 | ray.schrock@lw.com<br>christopher.harris@lw.com<br>adam.goldberg@lw.com<br>michael.ardeljan@lw.com<br>TJ.Li@lw.com |
| Skillz Platform Inc. | Amy C. Quartarolo | Latham & Watkins LLP | 10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067 | amy.quartarolo@lw.com |

| Party | Attn: | Address 1 | Address 2 | Email |
|---|---|---|---|---|
| Skillz Platform Inc. | Sean M. Beach<br>Michael S. Neiburg<br>Joshua Hall | Young Conaway Stargatt & Taylor LLP | Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801 | emorton@ycst.com<br>sbeach@ycst.com<br>mneiburg@ycst.com<br>jhall@ycst.com<br>bankfilings@ycst.com |
| Skillz Platform Inc. | Jeffrey R. Dutson<br>Christopher K. Coleman | King & Spalding LLP | 1180 Peachtree Street NE<br>Suite 1600<br>Atlanta, Georgia 30309 | jdutson@kslaw.com<br>christopher.coleman@kslaw.com |
| Skillz Platform Inc. | Lazar Raynal<br>Michael Lombardo | King & Spalding LLP | 110 N. Wacker Drive,<br>Suite 3800<br>Chicago, Illinois 60606 | lraynal@kslaw.com<br>mlombardo@kslaw.com |
| Skillz Platform Inc. | Amy K. Nemetz; Kathleen E. McCarthy; Lazar Pol Raynal; Michael A. Lombardo; Craig Carpenito; Scott Davidson | King & Spalding LLP | 1290 Avenue of the Americas<br>Floor 14<br>New York, NY 10104 | anemetz@kslaw.com<br>kmccarthy@kslaw.com<br>lraynal@kslaw.com<br>mlombardo@kslaw.com<br>ccarpenito@kslaw.com<br>sdavidson@kslaw.com |
| SMADEX S.L.U. | Philip Gontier | Diputació 303, planta 1. CP 08009. Barcelona. España., Spain | | philip.gontier@smadex.com |
| Snap Group Limited | Ori Meiry | 50 Cowcross st. London EC1M 6AL United Kingdom | | ori@snapchat.com |
| Snowflake Computing Netherlands B.V. | Judit Daniel | Gustav Mahlerlaan 300-314, 1082 ME Amsterdam, The Netherlands | | judit.daniel@snowflake.com |
| Strac | Aatish Mandelecha | 1400 112th AVE SE STE#100 BELLEVUE WA 98004 | | |
| Stream | Joren Straatman | 1215 Spruce Street Suite 300, Boulder, CO 80302 | | joren.straatman@getstream.io |
| SVB (Silicon Valley Bank) | Merchant Services;<br>Juliana Hartojo | 3003 Tasman Drive, Santa Clara, CA 95054, USA | | jhartojo@svb.com |
| TikTok Pte. Ltd. | Michael Levy | 1 Raffles Quay #26-10, Singapore (048583) | | michael.levy@bytedance.com |
| TokenX (Ixopay Inc.) | Brie O'Brien | 333 E Main Street #396 Lehi, UT 84043 United States | | |
| Twillio Inc. | Thomas Pereira | Twilio Inc. 101 Spear Street, 5th Floor San Francisco, CA 94105 | | tpereira@twilio.com |

| Party | Attn: | Address 1 | Address 2 | Email |
|---|---|---|---|---|
| Twitter International Unlimited Company | Roey Bayer<br>Neta Sapir | X Internet Unlimited Company, One Cumberland Place, Fenian Street, Dublin 2, D02 AX07, Ireland | | rbayer@x.ai<br>nsapir@x.ai |
| Unity | Robert Morgan<br>Ashley Navon | 116 New Montgomery Street San Francisco, California, 94105 United States | | robert.morgan@unity3d.com<br>Ashely.b@unity3d.com |
| Verifi (Verifi Inc) | Stephen Kennedy | 5670 Wilshire Blvd., Suite 2500, Los Angeles, CA 90036 USA | | stkenned@visa.com |
| Vibe Advertising Inc | Alexandre Pham | 1411 Broadway, Floor 16, New York, NY 10018 USA | | alexandre.pham@vibe.co |
| Vungle SEA Pte. Ltd. (d/b/a Liftoff) | Shelley Wilson<br>Quynh Le | 6 Shenton Way #38-01 OUE Downtown 1 Singapore 068809 | | swilson@liftoff.io<br>qle@liftoff.io |
| Worldpay (UK) Limited (d/b/a WorldPay (UK)) | Kelsey Foltz | The Walbrook Building, 25 Walbrook, London EC4N 8AF | | Kelsey.Foltz@worldpay.com |
| Worldpay Gaming Solutions, LLC (d/b/a Worldpay) | General Counsel/Legal Department; Kelsey Foltz | 8500 Governors Hill Drive, Symmes Township, OH 45249-1384, USA | | Kelsey.Foltz@worldpay.com |
| Zendesk | Lital Ami | 81 Fremont St 17th Floor San Francisco, CA 94105 | | lital.ami@zendesk.com |
| IPapi | | 1887 Whitney Mesa Dr #4080, Henderson, NV 89014 | | support@ipapi.com |
| IP quality score | | 600 Brickell Ave Suite 3500, Miami, Florida 33131, United States | | billing@ipqs.com |
| MongoDB | | Building Two, Number One Ballsbridge, Ballsbridge, Dublin 4, Ireland | | |
| Retool | Steven Rees-Pullman | 1550 Bryant Street, Suite 200, San Francisco, CA 94103, United States of America | | srp@retool.com |