**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR STATUS CONFERENCE ON SEPTEMBER 14, 2026, AT 10:30 A.M. (ET)**

This proceeding will be conducted remotely via Zoom. Please refer to Judge Walrath's Chambers Procedures (https://www.deb.uscourts.gov/judge-mary-f-walrath) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements.

To attend a hearing remotely, please register using the *eCourtAppearances* tool (available here) or on the Court's website at www.deb.uscourts.gov.

***The deadline to register for remote attendance is Sunday, September 13, 2026, at 4:00 p.m. (ET) using the *eCourtAppearances* tool available on the Court's website***

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

**RESOLVED MATTER:**

1. *Motion to Shorten Notice with Respect to Emergency Motion of Foreign Representative for a Protective Order and Status Conference* [D.I. 99; filed 09/10/2026]

   Related Documents:

   A. *Order Shortening Notice and Scheduling the Motion for Protective Order and Status Conference* [D.I. 100; entered 09/10/2026]

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

Status: An Order has been entered by the Court.

**MATTERS GOING FORWARD:**

1. *Notice of Status Report* [D.I. 105; filed 09/11/2026]

   Status: The Foreign Representative will provide a brief status update regarding the Israeli Proceeding to the Court.

2. *Emergency Motion of Foreign Representative for a Protective Order and Status Conference* [D.I. 98; filed 09/10/2026]

   Objection/Response Deadline: September 11, 2026, at 11:59 p.m. (ET).

   Objections/Responses:

   A. *Skillz Platform Inc.'s Response to Debtors' Emergency Motion for Protective Order* [D.I. 109; filed 09/11/2026]

   Related Documents:

   A. *Amended Notice of Virtual Discovery Hearing on September 14, 2026, at 10:30 a.m. (ET)* [D.I. 103; filed 09/10/2026]

   B. *Certificate of Service* [D.I. 106; filed 09/11/2026]

   Status: The hearing on this matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 12, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: <u>*/s/ Jennifer K. Malow*</u>
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*