**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PAPAYA GAMING LTD., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217 (MFW)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Debbie Laskin, employed by the law firm of Young Conaway Stargatt & Taylor, LLP, co-counsel to the Skillz Platform Inc., hereby certify that on September 11, 2026, a copy of the following documents were served by electronic mail on the attached list.

- *Objection to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 107]*
- *Appendix [D.I. 108]*
- *Response to Debtors' Emergency Motion for Protective Order [D.I. 109]*

| | |
|---|---|
| Date: September 14, 2026<br>Wilmington, Delaware | */s/ Debbie Laskin*<br>Debbie Laskin<br>. |

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

| | |
|---|---|
| Stanley B. Tarr<br>Jennifer K. Malow<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Email: stanley.tarr@blankrome.com<br>jennifer.malow@blankrome.com | Evan J. Zucker<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email: evan.zucker@blankrome.com |
| Michael Klein<br>Ben Thomson<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Email: mklein@cooley.com<br>bthomson@cooley.com | Olya Antle<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Email: oantle@cooley.com<br>ddavis@cooley.com |
| Joseph J. McMahon, Jr.<br>Office of the United States Trustee<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Joseph.McMahon@usdoj.gov | |