Papaya Gaming Ltd. 26-11217

September 14, 2026 at 10:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Shantanu | Agrawal | | | 26-11217-MFW | Audio Only |
| Arielle | Ambra-Juarez | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | | 26-11217-MFW | Video and Audio |
| JP | Callahan | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Malav | Desai | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Catie | Fabiano | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Clara | Geoghegan | Law360 | | 26-11217-MFW | Audio Only |
| Adam | Goldberg | Latham | | 26-11217-MFW | Video and Audio |
| Uday | Gorrepati | | | 26-11217-MFW | Audio Only |
| Joshua | Hall | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Christopher | Harris | Latham | | 26-11217-MFW | Video and Audio |
| Taylor | Harrison | | | 26-11217-MFW | Audio Only |
| Michael | Klein | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Matt | Kutcher | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Debbie | Laskin | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Mathew | Laskowski | Latham & Watkins | Skillz Platform Inc. | 26-11217-MFW | Video and Audio |
| Emily | Lever | | | 26-11217-MFW | Audio Only |
| Michael | Lombardo | King & Spalding | | 26-11217-MFW | Video and Audio |
| Jennifer | Malow | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Joseph | McMahon | United States Department of Justice | Andrew R. Vara, U.S. Trustee for Regions 3 & 9 | 26-11217-MFW | Video and Audio |
| Michael | Neiburg | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Matt | Oliver | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Amy | Quartarolo | Latham | | 26-11217-MFW | Video and Audio |
| Jonathan | Randles | | Bloomberg News | 26-11217-MFW | Video and Audio |
| Lazar | Raynal | King & Spalding | | 26-11217-MFW | Video and Audio |
| Ray | Schrock | Latham | | 26-11217-MFW | Video and Audio |
| Ifat | Steinman | Papaya | Papaya | 26-11217-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 26-11217-MFW | Audio Only |
| Stanley | Tarr | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Ben | Thomson | Cooley LLP | Debtors | 26-11217-MFW | Video and Audio |
| Erin | Trenda | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Brenda | Walters | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Alex | Wittenberg | | | 26-11217-MFW | Audio Only |
| Evan | Zucker | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |