# EXHIBIT C

Arrangement Administrator Status Update
(Certified English Translation)

**Tel Aviv-Jaffa**
**District Court**
**Motion No.**

**Insolvency Case 87154-07-26**
**Before the Honorable Judge Iris Lushi-Abudi**

**In the matter of:** **Adv. Gil Oren**
Arnon, Tadmor-Levy Law Office
Azrieli Center, Square Tower
Tel: +972-3-6087777, Fax: +972-2-6239314
Email: gil@arnontl.com

**Arrangement Manager;**

**And in the matter of:** **Papaya Gaming Ltd., Private Company No. 515422095**
**Papaya Gaming Inc.**
Both represented by counsel, Adv. Pinni Yaniv (License No. 15378) and/or Adv. Liron Sapphire (License No. 66525) and/or Adv. Yarden Tal-Dahan (License No. 90826) and/or Adv. Yarin Nahaisi (License No. 102568) and/or *et al.*
Meitar | Law Offices
16 Abba Hillel Silver Street, Ramat Gan 5250608
yardent@meitar.com

**The Company**

**And in the matter of:** **The Commissioner of Insolvency Proceedings – Tel Aviv District**
2 Heshlosha Street, Tel Aviv-Jaffa
Tel: +972-73-3923222; Fax: +972-2-6467556

**The Commissioner**

**Signed on September 10, 2026**

## Notice of Update

The Arrangement Manager respectfully files this brief update as follows:

1. Since his appointment, the Arrangement Manager and his team have reviewed the Motion and the details of the proposed arrangement and have been in contact with the Company in order to obtain clarifications and further information regarding the Motion, the details of the arrangement, and the circumstances that led to the filing of the Motion.

2. In addition, as part of the dialogue with the Company, the Company presented the Arrangement Manager with financial data, including data regarding its performance in August 2026. Based on the Arrangement Manager's preliminary review of the data, it appears that they are consistent with the framework and financial forecasts presented by the Company to the Honorable Court.

3. The Arrangement Manager assumed responsibility for managing the debt claims process for purposes of voting on the arrangement. Some of the issues that arose were brought before the Court in a motion filed by one of the creditors, and the Arrangement Manager is responding to inquiries from creditors that wish to file debt claims in accordance with the Court's decisions.

4. At the same time, the Arrangement Manager and his team were in contact with the Company and the three main creditors and held meetings and discussions with the relevant parties in order to examine possible alternatives for formulating a proposed arrangement that could be submitted to the creditors for their consideration at a later stage. This included discussion of alternatives that would address the difficulties raised at the Court hearing regarding the current proposed arrangement that was presented by the Company.

   In this context, the creditors presented what they considered to be the main deficiencies in the proposed arrangement, and these issues were discussed with the Company's representatives (who, for their part, presented their concerns regarding the situation).

5. The Arrangement Manager is of the opinion that in order to formulate the arrangement and create an agreed basis regarding the forecast of the Company's performance during the arrangement period, a valuation of the Company must be received, as well as an assessment of the Company's estimates that form the basis for structuring the arrangement, from an independent economic expert and appraiser. The Company agreed with the Arrangement Manager's position. After receiving price quotations, the Arrangement Manager is going to file a detailed motion in this regard.

6. In addition, the Arrangement Manager intends, in said motion, to petition the Court for permission to retain the services of an independent party to conduct financial oversight of the Company's operations during the stay period. This is intended, *inter alia*, to increase the creditors' confidence that the Company is operating in accordance with the plans it presented.

   The Arrangement Manager informed the representative of the Commissioner of Insolvency Proceedings of his intention to file said motion.

7. The Arrangement Manager will continue to update the Court regarding the developments.

[signature]

**Adv. Yuval Bargil**
**Counsel for Adv. Gil Oren**
**Arrangement Manager**

TRANSPERFECT

I, Rachel Schuz, hereby certify that I am competent to translate from Hebrew (IL) to English (US) and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled " הודעת עדכון מטעם מנהל ההסדר 10.9.2026" from Hebrew (IL) to English (US).

Rachel Schuz
Rachel Schuz (Sep 14, 2026 15:34:17 GMT+3)

Rachel Schuz______________
[name]

September 14th, 2026________
[Date]