**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jennifer K. Malow, hereby certify that on September 14, 2026, I caused a true and correct copy of the *Notice of Filing of Supplemental Exhibit to the Foreign Representative's Notice of Status Report* [D.I. 116] to be served upon the attached service list by email, or mail, where no email is available.

Dated: September 14, 2026

*/s/ Jennifer K. Malow*
Jennifer K. Malow

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.