**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Papaya Gaming Ltd., *et al.*,<br>Debtors in a foreign proceeding. | Chapter 15<br>Case No. 26-11217 (MFW)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARIAH YOUNG**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Mariah Young, of Cooley LLP, 110 N. Wacker Drive, Suite 4200, Chicago, IL 60606, to represent the duly authorized foreign representative (the "Foreign Representative") for the above-captioned debtors in the above-captioned chapter 15 bankruptcy cases and any related adversary proceedings.

Dated: September 15, 2026
Wilmington, Delaware

*/s/Jennifer K. Malow*
Jennifer K. Malow (DE No. 7424)
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Email: Jennifer.Malow@BlankRome.com
*Counsel to the Foreign Representative*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: September 15, 2026

*/s/ Mariah Young*
Mariah Young
**COOLEY LLP**
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: (312) 881-6500
Email: mayoung@cooley.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.