# EXHIBIT B

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: September 15, 2026**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Hebrew

To:

- English (USA)

The documents are designated as:

- image001.png
- Israeli Companies Law, 5759-1999 § 1.pdf
- Pages from Papayas reply brief on their stay motion (002).pdf
- Pages from Skillzs opposition (002).pdf

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director



4001 S 700 East, Suite 500 #B17
Salt Lake City, UT 84107

Filing of an opposition to a debt settlement motion

159I. (A) A person who may be adversely impacted by the debt settlement is allowed to file with the court an opposition to the debt settlement motion in writing, detailing therein the reasons for his opposition; the facts set forth in the opposition will be specified in an affidavit and corresponding references will be attached to it.

(B) The opposition will be filed to the Court within 14 days of the time of publishing the notice of filing of the debt settlement motion.

(C) The submitter of the opposition will provide a copy of the opposition, to the petitioner and to the corporation, as closely as possible to the time of its filing.

(D) The Court will hear oppositions after confirmation of the debt settlement by the debt settlement stakeholders unless the Court has ordered otherwise.

## Chapter C: Approval of a Debt Settlement for a Corporation