**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| | **Re: D.I. 4, 40, 98** |

**CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER**

The undersigned counsel for Oriel Bachar, solely in his capacity as duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Inc. ("Papaya US") and Papaya Gaming Ltd. ("Papaya Israel"), certifies as follows:

1. On August 2, 2026, the Foreign Representative filed the *Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] (the "Verified Petition").

2. On September 10, 2026, the Foreign Representative filed the *Emergency Motion of Foreign Representative for Protective Order and Status Conference* [D.I. 98] (the "Motion"), requesting, among other relief, a status conference with Skillz Platform Inc. ("Skillz," and together with the Foreign Representative, the "Parties") to address discovery and other scheduling issues relating to the hearing on the Verified Petition (the "Recognition Hearing").

3. On September 14, 2026, the Court held a status conference (the "Status Conference") in connection with the Motion. After hearing arguments from the Parties, the Court directed the Parties to confer and submit a proposed order in accordance with the Court's oral

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

ruling. The Parties have conferred and have agreed on the attached proposed scheduling order attached as **Exhibit A** to this certification, with the exception of the language in paragraph four of the proposed scheduling order stipulating that both parties will present their case and witnesses remotely.

4. The Foreign Representative respectfully submits that the recognition hearing should be conducted entirely remotely, consistent with the Court's statements at the August 4, 2026 hearing, at which the Court clarified that all participants, including the Foreign Representative's witnesses, may appear by Zoom (Aug. 4, 2026 Hr'g Tr. 71:6) [D.I. 127] ("Everyone can appear by Zoom."). Skillz attended the August 4, 2026 hearing and raised no objection to the remote format for the recognition hearing, nor did it raise the issue of in-person attendance in any of the parties' prior discussions or at any other hearings before the Court.

5. Skillz now requests, for the first time, that one of its witnesses and its counsel appear in person while the remaining four witnesses testify remotely. This request is both untimely and impractical. Because the vast majority of Court time will be devoted to the examination of witnesses appearing by Zoom, a partially in-person hearing would be inefficient and inconsistent with the expectations of the Court and the Foreign Representative, who has been planning and preparing for a fully remote proceeding in reliance on the statements made at the August 4, 2026 hearing. The Foreign Representative is accordingly proposing a scheduling order that provides for the recognition hearing to be conducted entirely over Zoom. The Foreign Representative understands that Skillz will submit its own competing proposed order.

**WHEREFORE**, the Foreign Representative respectfully requests that the Court enter the proposed order attached to this certification as **Exhibit A**.

Dated: September 30, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Thomas P. Peabody (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
Mariah A. Young (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
tpeabody@cooley.com
bthomson@cooley.com
mayoung@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: */s/Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*