# EXHIBIT B

## REDLINE COMPARISON OF SKILLZ'S PROPOSED SCHEDULING ORDER AND THE FOREIGN REPRESENTATIVE'S PROPOSED SCHEDULING ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Papaya Gaming Ltd., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217<br><br>(Jointly Administered) |

**SCHEDULING ORDER FOR HEARING ON THE FOREIGN REPRESENTATIVE'S VERIFIED PETITION FOR RECOGNITION OF THE ISRAELI PROCEEDING AS A FOREIGN MAIN PROCEEDING OR, ALTERNATIVELY, A FOREIGN NONMAIN PROCEEDING**

Upon the *Emergency Motion of Foreign Representative for a Protective Order and Status Conference* [D.I. 98] (the "Motion") of Oriel Bachar, in his capacity as a duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"), and the arguments of the parties at the Hearing held before the Court on September 14, 2026, the Court enters this scheduling order, which shall govern the hearing (the "Recognition Hearing") on the Foreign Representative's *Verified Petition under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] (the "Verified Petition").

**IT IS HEREBY ORDERED THAT:**

1. The protocols and schedule set forth below shall govern the remaining proceedings with respect to the Recognition Hearing:

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

| Event | Date |
|---|---|
| Deadline for Skillz to file declarations of expert witnesses (the "Skillz's Designated Witnesses"). | September 16, 2026<br>11:59 p.m. ET |
| Depositions of Skillz's Designated Witnesses. | September 23, 2026 (Elhawi) and October 3, 2026 (Bergman) |
| The Foreign Representative shall file his reply brief in further support of the Verified Petition, along with declarations of rebuttal witnesses ("FR Rebuttal Witness(es)"), if any. | October 1, 2026<br>11:59 p.m. ET |
| Deadline for each party to identify its order of witness(es) at the Recognition Hearing. | October 1, 2026 |
| Deposition(s) of FR Rebuttal Witness(es). | Week of October 5, 2026 |
| Parties shall exchange exhibits and deposition designations. | October 4, 2026 |
| Parties shall exchange (1) objections to exhibits, (2) objections to deposition designations, and (3) counter-deposition designations. | October 6, 2026 |
| Parties shall exchange objections to counter-deposition designations. | October 7, 2026 |
| The parties shall meet and confer on any pretrial motions, including motions in limine. | October 7, 2026 |
| Deadline to submit to the Court an electronic binder with copies of exhibits and deposition designations.<br><br>Deadline to file witness list and exhibit list. | October 8, 2026 |
| Deadline to file (1) pretrial motions, including motions *in limine*, objections to declarations, and motions to seal, and (2) agenda for the October 14, 2026 Recognition Hearing (with agenda due at 12 PM ET). | October 9, 2026 |
| Deadline for parties to file objections to any pretrial motions, including motions *in limine*. | October 12, 2026 |
| Recognition Hearing | October 14 – 16, 2026 |

2. All deadlines shall be as of 5:00 p.m. prevailing Eastern Time unless otherwise noted. On agreement of the parties, any dates that do not affect the Court may be modified absent further consent of the Court. Any party may apply to the Court for modification of any date upon good cause shown.

3. All pre-trial motions, and all objections thereto shall not exceed 15 pages in length.

4. The affirmative testimony for any witness presented regarding Israeli law (Mr. Pinni Yaniv and Mr. Yaron Elhawi) shall be submitted by declaration only. Affirmative testimony from all other witnesses may be presented either by declaration and/or through live direct. **Witnesses are permitted to testify remotely via Zoom or in person.** Deposition designations will be provided to the Court only for witnesses that do not appear for live cross-examination. ~~**Both parties will present their case remotely and all witnesses will appear remotely.**~~

5. For any FR Rebuttal Witness(es) a declaration must be provided in accordance with the deadlines set forth in this Scheduling Order. Any witness who provides a new or supplemental declaration after their deposition may be deposed again, and such witness must be made available for a further deposition no later than October 9, 2026. For the avoidance of doubt, every witness who will be presented at the Recognition Hearing will be made available for deposition no later than October 9, 2026.

6. Any witness not identified in accordance with this Scheduling Order shall not be permitted to testify in either party's case in chief absent good cause shown.

7. Each party shall be entitled to 50% of the total available time to present argument, affirmative testimony, and cross-examination. Each party may choose to allocate its time between openings, closings, and/or witnesses at its discretion.

8. Notwithstanding Bankruptcy Rule 6004, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or in relation to the interpretation, implementation, and enforcement of this Order.

| **Summary report:<br>Litera Compare for Word 11.10.1.2 Document comparison done on 9/30/2026 6:55:57 PM** | |
|---|---|
| **Style name:** L&W with Moves | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Papaya - Proposed Scheduling Order 9.30.docx | |
| **Modified filename:** Papaya - Proposed Scheduling Order 9.29 LW.docx | |
| **Changes:** | |
| **Add** | 1 |
| ~~**Delete**~~ | 1 |
| ~~*Move From*~~ | 0 |
| *Move To* | 0 |
| **Table Insert** | 0 |
| ~~**Table Delete**~~ | 0 |
| *Table moves to* | 0 |
| ~~*Table moves from*~~ | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 2 |