**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a foreign proceeding. | (Jointly Administered) |

**SKILLZ PLATFORM INC.'S WITNESS LIST**
**FOR THE RECOGNITION HEARING ON OCTOBER 14, 2026**

**PLEASE TAKE NOTICE** that Skillz Platform Inc. ("Skillz") hereby submits this witness list in anticipation of the hearing scheduled to commenced on October 14, 2026, at 11:00 a.m. (ET) (the "Recognition Hearing") before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, in connection with the *Verified Petition under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] (the "Verified Petition") and pursuant to the *Scheduling Order for Hearing on the Foreign Representative's Verified Petition for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 133].

ORDER OF WITNESSES

Skillz designates the following individuals as potential witnesses for the Recognition Hearing whose testimony may be presented live and/or by declaration in the following order:

[1] The Debtors in the above-captioned chapter 15 cases, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The purported location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

| Name | Topic |
|---|---|
| Mr. Yaron Elhawi | Topics related to the Verified Petition and relief sought by the Foreign Representative in connection with the Recognition Hearing |
| Mr. Jim Bergman | Topics related to the Verified Petition and relief sought by the Foreign Representative in connection with the Recognition Hearing |

Skillz reserves the right to (a) cross-examine any witness called by any other party, (b) call additional witnesses for the purposes of rebuttal or impeachment, (c) call any witness identified by another party on their witness list, regardless of whether that party thereafter removes the witness from their list, (d) designate deposition testimony of any witnesses that do not appear for live cross-examination, and (e) call any witness necessary for the purpose of authenticating documents or otherwise seeking the admission of documents into evidence.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 1, 2026
Wilmington, Delaware

Respectfully Submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Sean M. Beach*
Sean M. Beach (DE Bar No. 4070)
Michael S. Neiburg (DE Bar No. 5275)
Joshua Hall (DE Bar No. 7510)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sbeach@ycst.com
mneiburg@ycst.com
jhall@ycst.com

–and–

Ray C. Schrock (*pro hac vice*)
Christopher Harris (*pro hac vice*)
Adam J. Goldberg (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
christopher.harris@lw.com
adam.goldberg@lw.com

–and–

Lazar P. Raynal (*pro hac vice*)
Michael A. Lombardo (*pro hac vice*)
**KING & SPALDING LLP**
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312)-995-6333
Email: lraynal@kslaw.com
mlombardo@kslaw.com

***Counsel to Skillz Platform Inc.***