**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF DEPOSITION OF JIM W. BERGMAN**

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, as made applicable to these proceedings by Rules 1018, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Oriel Bachar, in his capacity as a duly authorized foreign representative (the "**Foreign Representative**") of Papaya Gaming Ltd. ("**Papaya Israel**") and Papaya Gaming Inc. ("**Papaya US**," and together with Papaya Israel, the "**Debtors**" or "**Papaya**"), will take the deposition of Jim W. Bergman in connection with the *Objection of Skillz Platform, Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 107] and the *Declaration of Jim W. Bergman in Support of Skillz Platform, Inc.'s Objection to the Debtors' Motion for Chapter 15 Recognition* [D.I. 125].

**PLEASE TAKE FURTHER NOTICE** that the deposition will take place on October 3, 2026, commencing at 8 a.m. (prevailing Pacific Time).

**PLEASE TAKE FURTHER NOTICE** that the deposition will be conducted remotely by video teleconferencing service before a person authorized by law to administer oaths. The deposition will be recorded by stenographic means and may be videotaped. If the deposition is

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

not completed, it will continue from day to day, excluding Sundays and holidays, until completed. The Foreign Representative reserves the right to leave the deposition(s) open and continue the questioning upon receipt of additional material relevant to the witness's testimony. The deposition may be used for discovery purposes and introduced as evidence in proceedings before the Court.

[*Remainder of page intentionally left blank*]

Dated: October 2, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Thomas P. Peabody (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
Mariah A. Young (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
tpeabody@cooley.com
bthomson@cooley.com
mayoung@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: */s/Jennifer K. Malow*

Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*