**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PAPAYA GAMING LTD., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF STUART GLEICHENHAUS IN CONNECTION WITH CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable herein by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Skillz Platform Inc. ("**Skillz**"), by and through its undersigned attorneys, will take the deposition of Stuart Gleichenhaus in connection with the *Chapter 15 Petition for Recognition of a Foreign Proceeding* [D.I. 1] and *Motion to Allow / Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] in the above-captioned litigation.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on October 7, 2026, commencing at 9:00 a.m. (prevailing Central Time).

PLEASE TAKE FURTHER NOTICE that the deposition will take place at 2501 N. Harwood Street, Suite 1900, Dallas, TX 75201, before a person authorized by law to administer oaths. The deposition will be recorded by stenographic means and may be videotaped. If the deposition is not completed, it will continue from day to day, excluding Sundays and holidays,

[1] The Debtors in these Chapter 15 Cases, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The purported location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

until completed. Skillz reserves the right to leave the deposition(s) open and continue the questioning upon receipt of additional material relevant to the witness's testimony. The deposition may be used for discovery purposes and introduced as evidence in proceedings before the Court.

Dated: October 5, 2026
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*s/ Sean M. Beach*
Sean M. Beach (DE Bar No. 4070)
Michael S. Neiburg (DE Bar No. 5275)
Joshua Hall (DE Bar No. 7510)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
E-mail: sbeach@ycst.com
mneiburg@ycst.com
jhall@ycst.com

-and-

Ray C. Schrock (*pro hac vice*)
Christopher Harris (*pro hac vice*)
Adam J. Goldberg (*pro hac vice*)
Michael Ardeljan (*pro hac vice pending*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
christopher.harris@lw.com
adam.goldberg@lw.com
michael.ardeljan@lw.com

-and-

Lazar P. Raynal (*pro hac vice*)
Michael Lombardo (*pro hac vice*)
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312)-995-6333
Email: lraynal@kslaw.com
mlombardo@kslaw.com

*Counsel for Skillz Platform Inc.*

60583957.1