REDACTED VERSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 (MFW) |
| Debtors in a foreign proceeding. | (Jointly Administered) |
| | **Re: D.I. 136** |

**APPENDIX TO THE FOREIGN REPRESENTATIVE'S REPLY TO THE OBJECTION OF SKILLZ PLATFORM INC. TO VERIFIED PETITION UNDER CHAPTER 15 FOR RECOGNITION OF THE ISRAELI PROCEEDING AS A FOREIGN MAIN OR, ALTERNATIVELY, A FOREIGN NONMAIN PROCEEDING**

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

REDACTED VERSION

## Exhibit List

| Exhibit No. | Description | Date | Bates No. | Confidentiality Designation |
|---|---|---|---|---|
| 1. | Oriel Bachar Deposition Transcript (Excerpted) | 9/3/2026 | N/A | Highly Confidential–Attorneys' Eyes Only |
| 2. | James Kong Deposition Transcript (Excerpted) | 9/8/2026 | N/A | Highly Confidential–Attorneys' Eyes Only |
| 3. | The Foreign Representative's First Supplemental Responses and Objections to Skillz Platform Inc.'s First Set of Interrogatories to Debtors in Connection with Chapter 15 Petition for Recognition | 9/7/2026 | N/A | Highly Confidential–Attorneys' Eyes Only |
| 4. | Board Meeting Invitation | 8/12/2025 | PAPAYA_000000940 | Confidential |
| 5. | Unanimous Written Resolution of the Board of Directors of Papaya Gaming Ltd. | 7/1/2018 | PAPAYA_000000945 | Highly Confidential–Attorneys' Eyes Only |
| 6. | Organizational Chart | Undated | PAPAYA_000004857 | Highly Confidential–Attorneys' Eyes Only |
| 7. | Amended and Restated Articles of Association of Papaya Gaming Ltd. | 11/2020 | PAPAYA_000001187 | Confidential |
| 8. | Minutes of a Meeting of the Board of Directors of Papaya Gaming Ltd. | 7/28/2026 | PAPAYA_000001604 | Highly Confidential–Attorneys' Eyes Only |
| 9. | Minutes of a Meeting of the Board of Directors of Papaya Gaming Ltd. | 5/3/2026 | PAPAYA_000001605 | Highly Confidential–Attorneys' Eyes Only |

| Exhibit No. | Description | Date | Bates No. | Confidentiality Designation |
|---|---|---|---|---|
| 10. | Minutes of a Meeting of the Board of Directors of Papaya Gaming Ltd. | 1/20/2026 | PAPAYA_000001606 | Highly Confidential–Attorneys' Eyes Only |
| 11. | Board Meeting Invitation | 10/28/2025 | PAPAYA_000000944 | Confidential |
| 12. | Board Meeting Invitation | 1/20/2026 | PAPAYA_000003913 | Highly Confidential–Attorneys' Eyes Only |
| 13. | Papaya Gaming Terms of Use | 10/20/2025 | N/A | Public |
| 14. | Letter informing James Kong of appointment as director of Papaya Gaming Inc. | 8/5/2021 | PAPAYA_000001446 | Highly Confidential–Attorneys' Eyes Only |
| 15. | Written Consent of the Board of Directors of Papaya Gaming Inc. | 2/12/2025 | PAPAYA_000000992 | Highly Confidential–Attorneys' Eyes Only |
| 16. | Pinni Yaniv Deposition Transcript (Excerpted) | 9/9/2026 | N/A | Highly Confidential–Attorneys' Eyes Only |
| 17. | US Patent and Trademark Office Filings | Various | N/A | Public |
| 18. | World Intellectual Property Organization – Madrid System Filings | Various | N/A | Public |
| 19. | Services Agreement | 5/2020 | PAPAYA_000002641 | Highly Confidential–Attorneys' Eyes Only |
| 20. | Services Agreement | 2/4/2023 | PAPAYA_000000974 | Highly Confidential–Attorneys' Eyes Only |

| Exhibit No. | Description | Date | Bates No. | Confidentiality Designation |
|---|---|---|---|---|
| 21. | Israeli Convening Meetings Motion Attachment - Company Register (Certified Translation) | 7/30/2026 | PAPAYA_000000001 at -0041 | Confidential |
| 22. | Israeli Convening Meetings Motion Attachment – Silicon Valley Bank Balances & Transactions Report | 7/28/2026 | PAPAYA_000000001 at -0402 | Confidential |
| 23. | Israeli Convening Meetings Motion Attachment - PayPal Statement of Papaya Gaming Ltd. Account – July 26 – July 28, 2026 | 7/28/2026 | PAPAYA_000000001 at -0143 | Confidential |
| 24. | Israeli Convening Meetings Motion Attachment – [redacted] Directors & Officers Liability Insurance for Papaya Gaming Ltd. | 3/25/2026 | PAPAYA_000000001 at -0152 | Confidential |
| 25. | Israeli Convening Meetings Motion – [redacted] Report of Independent Auditors to the Board of Directors and Shareholders of Papaya Gaming Ltd. and its Subsidiaries | 6/18/2025 | PAPAYA_000000001 at -0425 | Confidential |
| 26. | Silicon Valley Bank Account Verification Letter to Papaya Gaming Ltd. regarding account ending [redacted] | 11/23/2025 | PAPAYA_000001443 | Highly Confidential– Attorneys' Eyes Only |
| 27. | Papaya Gaming's Privacy Policy | 7/2/2025 | PAPAYA_000001610 | Public |

| Exhibit No. | Description | Date | Bates No. | Confidentiality Designation |
|---|---|---|---|---|
| 28. | The Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Interrogatories to Debtors in Connection with Chapter 15 Petition for Recognition | 9/1/2026 | N/A | Highly Confidential–Attorneys' Eyes Only |
| 29. | PayPal Business Profile – Papaya Gaming Ltd. | Undated | PAPAYA_000001429 | Highly Confidential–Attorneys' Eyes Only |
| 30. | Opinion and Order, *Skillz Platform Inc. v. Papaya Gaming Ltd.*, No. 24-cv-1646 (DLC) (D.I. 1007) (S.D.N.Y. July 7, 2026) | 7/27/2026 | N/A | Public |
| 31. | Motion for Instructions - Israeli Proceeding (Certified Translation) | 9/17/2026 | N/A | Public |
| 32. | Elhawi Deposition Transcript (Excerpted) | 9/23/2026 | N/A | Highly Confidential–Attorneys' Eyes Only |
| 33. | [redacted] Assignment Agreement | 7/26/2023 | PAPAYA_000005044 | Highly Confidential–Attorneys' Eyes Only |
| 34. | [redacted] contract | 5/21/2023 | PAPAYA_000002716 | Highly Confidential–Attorneys' Eyes Only |
| 35. | Order, *In re SimEx Inc.*, No. 24-10083 (TMH) (D.I. 39) (Bankr. D. Del. Feb. 20, 2024) | 2/20/2024 | N/A | Public |

REDACTED VERSION

| Exhibit No. | Description | Date | Bates No. | Confidentiality Designation |
|---|---|---|---|---|
| 36. | Order, *In re Nexii Bldg. Sols. Inc.*, No. 24-10026 (JKS) (D.I. 44) (Bankr. D. Del. Feb. 9, 2024) | 2/9/2024 | N/A | Public |
| 37. | Order, *In re Lighthouse Immersive Inc.*, No. 23-11021 (LSS) (D.I. 20) (Bankr. D. Del. Aug. 28, 2023) | 8/28/2023 | N/A | Public |
| 38. | Order, *In re NextPoint Fin. Inc.*, No. 23-10983 (TMH) (D.I. 54) (Bankr. D. Del. Aug. 16, 2023) | 8/16/2023 | N/A | Public |
| 39. | Order, *In re IMV Inc.*, No. 23-10589 (KBO) (D.I. 29) (Bankr. D. Del. June 2, 2023) | 6/2/2023 | N/A | Public |
| 40. | Order, *In re Li-Cycle Holdings Corp.*, No. 25-10991 (PB) (D.I. 59) (Bankr. S.D.N.Y. May 23, 2025) | 5/23/2025 | N/A | Public |
| 41. | Order, *In re Lion Elec. Co.*, No. 24-18898 (Dkt. 52) (DDC) (Bankr. N.D. Ill. Jan. 21, 2025) | 1/21/2025 | N/A | Public |
| 42. | [redacted] | 8/14/2026 | PAPAYA_000000915 | Confidential |
| 43. | [redacted] email coordinating mail delivery | 8/14/2026 | PAPAYA_000000926 | Confidential |
| 44. | [redacted] Invoice [redacted] | 7/1/2024 | PAPAYA_000000921 | Confidential |
| 45. | [redacted] Invoice [redacted] | 8/1/2024 | PAPAYA_000000922 | Confidential |
| 46. | [redacted] Invoice [redacted] | 12/16/2021 | PAPAYA_000000979 | Confidential |
| 47. | [redacted] Invoice [redacted] | 10/1/2022 | PAPAYA_000000980 | Confidential |

| Exhibit No. | Description | Date | Bates No. | Confidentiality Designation |
|---|---|---|---|---|
| 48. | [redacted] Sales Order | 6/14/2026 | PAPAYA_000003000 | Highly Confidential–Attorneys' Eyes Only |
| 49. | Israel Discount Bank Account Verification Letter to Papaya Gaming Inc. regarding accounts ending [redacted] | 8/13/2026 | PAPAYA_000001432 | Highly Confidential–Attorneys' Eyes Only |
| 50. | [redacted] Pricing Addendum | 10/25/2024 | PAPAYA_000002726 | Highly Confidential–Attorneys' Eyes Only |
| 51. | [redacted] Pricing Addendum | 10/25/2024 | PAPAYA_000004740 | Highly Confidential–Attorneys' Eyes Only |
| 52. | [redacted] Business Proposal | 12/4/2025 | PAPAYA_000004734 | Highly Confidential–Attorneys' Eyes Only |
| 53. | [redacted] Proof of Management | 2/25/2026 | PAPAYA_000004786 | Highly Confidential–Attorneys' Eyes Only |
| 54. | [redacted] Contract | 1/28/2026 | PAPAYA_000002722 | Highly Confidential–Attorneys' Eyes Only |
| 55. | [redacted] Contract | 1/28/2026 | PAPAYA_000004858 | Highly Confidential–Attorneys' Eyes Only |
| 56. | [redacted] Contract | 1/28/2026 | PAPAYA_000004892 | Highly Confidential–Attorneys' Eyes Only |

| Exhibit No. | Description | Date | Bates No. | Confidentiality Designation |
|---|---|---|---|---|
| 57. | Papaya Internal Email Chain regarding Financial Portfolio Risk Management | 3/13/2026 | PAPAYA_000005151 | Highly Confidential–Attorneys' Eyes Only |
| 58. | Attachment to Papaya Internal Email Chain regarding Financial Portfolio Risk Management | 3/12/2026 | PAPAYA_000005159 | Highly Confidential–Attorneys' Eyes Only |
| 59. | Papaya Internal Email Chain regarding Concerns with [redacted] | 3/10/2026 | PAPAYA_000005157 | Highly Confidential–Attorneys' Eyes Only |
| 60. | Papaya Gaming Ltd. Investment Policy | 4/2025 | PAPAYA_000002773 | Highly Confidential–Attorneys' Eyes Only |
| 61. | Letter between Papaya Gaming Ltd. and Papaya Gaming Inc. acknowledging investment activity in [redacted] | 8/20/2025 | PAPAYA_000002646 | Highly Confidential–Attorneys' Eyes Only |
| 62. | [redacted] February 2026 Account Statement for Papaya Gaming Ltd. | 2/2026 | PAPAYA_000004579 | Highly Confidential–Attorneys' Eyes Only |
| 63. | Israel Discount Bank Account Verification Letter to Papaya Gaming Ltd. regarding accounts ending [redacted] | 8/13/2026 | PAPAYA_000001441 | Highly Confidential–Attorneys' Eyes Only |
| 64. | Joint Pretrial Order, *Skillz Platform Inc. v. Papaya Gaming Ltd.*, No. 24-cv-1646 (DLC) (D.I. 663) (S.D.N.Y. Mar. 13, 2026) | 3/13/2026 | N/A | Public |