# Exhibits 1–12

**DOCUMENTS SEALED PURSUANT TO PROTECTIVE ORDER**