# Exhibits 14–16

**DOCUMENTS SEALED PURSUANT TO PROTECTIVE ORDER**