# Exhibit 17

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-09-23 12:01:04 EDT | | |
| **Mark:** | COOKIE CASH | | COOKIE CASH |
| **US Serial Number:** | 79375101 | **Application Filing Date:** | Jun. 30, 2023 |
| **US Registration Number:** | 7464680 | **Registration Date:** | Aug. 06, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 06, 2024 | | |
| **Publication Date:** | May 21, 2024 | | |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | COOKIE CASH |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "CASH" |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1742115 |
| **International Registration Date:** | Jun. 30, 2023 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable computer entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |

| | | | |
|---|---|---|---|
| **For:** | providing entertainment information relating to computer games via an online website; Entertainment services, namely, providing online computer games and providing computer enhancements within online computer games | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

Feedback

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | PAPAYA GAMING LTD | | |
| **Owner Address:** | 35 HaMasger Street<br>6721407 Tel Aviv - Yafo<br>ISRAEL | | |
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | ISRAEL |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Timothy J. Lyden | | |
| **Attorney Primary Email Address:** | trademarks@vlplawgroup.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Timothy J. Lyden<br>VLP Law Group LLP<br>P.O. Box 10503<br>Attn: Trademarks<br>McLean, VIRGINIA United States 22102 | | |
| **Phone:** | +1 202 967 2650 | **Fax:** | +1 650 374 1890 |
| **Correspondent e-mail:** | trademarks@vlplawgroup.com<br>tlyden@vlplawgroup.com<br>awendel@vlplawgroup.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Timothy J. Lyden | **Phone:** | +1 202 967 2650 |
| **Fax:** | +1 650 374 1890 | | |
| **Domestic Representative e-mail:** | trademarks@vlplawgroup.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 22, 2025 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Jan. 31, 2025 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Jan. 31, 2025 | FINAL DISPOSITION PROCESSED | 68359 |
| Jan. 10, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Dec. 25, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Dec. 25, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Nov. 07, 2024 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Sep. 13, 2024 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Aug. 06, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Aug. 06, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| May 21, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 21, 2024 | PUBLISHED FOR OPPOSITION | |
| May 01, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 16, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 16, 2024 | EXAMINER'S AMENDMENT ENTERED | |
| Apr. 16, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Apr. 16, 2024 | EXAMINERS AMENDMENT E-MAILED | |
| Apr. 16, 2024 | EXAMINERS AMENDMENT -WRITTEN | |
| Nov. 21, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Nov. 21, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Nov. 21, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 17, 2023 | REFUSAL PROCESSED BY IB | |

Feedback

| | |
|---|---|
| Sep. 27, 2023 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Sep. 27, 2023 | REFUSAL PROCESSED BY MPU |
| Sep. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS |
| Sep. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Sep. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 13, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Sep. 13, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Sep. 12, 2023 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Sep. 11, 2023 | NON-FINAL ACTION WRITTEN |
| Aug. 15, 2023 | ASSIGNED TO EXAMINER |
| Aug. 01, 2023 | APPLICATION FILING RECEIPT MAILED |
| Jul. 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 27, 2023 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1742115 | **International Registration Date:** | Jun. 30, 2023 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | May 01, 2023 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Jul. 27, 2023 |
| **Notification of Designation Date:** | Jul. 27, 2023 | **Date of Automatic Protection:** | Jan. 27, 2025 |
| **International Registration Renewal Date:** | Jun. 30, 2033 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | FILE REPOSITORY (FRANCONIA) | **Date in Location:** | Aug. 05, 2024 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Feedback

# United States of America

## United States Patent and Trademark Office

# COOKIE CASH

**Reg. No. 7,464,680**

**Registered Aug. 06, 2024**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

PAPAYA GAMING LTD (ISRAEL LIMITED COMPANY)
35 HaMasger Street
6721407 Tel Aviv - Yafo
ISRAEL

CLASS 9: Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable computer entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs

CLASS 41: providing entertainment information relating to computer games via an online website; Entertainment services, namely, providing online computer games and providing computer enhancements within online computer games

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 05-01-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1742115 DATED 06-30-2023, EXPIRES 06-30-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "CASH"

SER. NO. 79-375,101, FILED 06-30-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.



**Generated on:** This page was generated by TSDR on 2026-09-23 12:01:38 EDT

**Mark:** $



| | | | |
|---|---|---|---|
| **US Serial Number:** | 79391656 | **Application Filing Date:** | Jan. 11, 2024 |
| **US Registration Number:** | 7699891 | **Registration Date:** | Feb. 25, 2025 |

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 25, 2025

**Publication Date:** Jan. 07, 2025

## Mark Information

Collapse All

**Mark Literal Elements:** $

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a square with rounded corners. Inside the top half of the square appears multiple rows of balls. In the bottom half of the square appears one larger ball with a dollar sign in it and stars trailing the ball.

**Design Search Code(s):**
01.01.10 - Stars, three or more; Three or more stars
01.01.12 - Stars - multiple stars with four points
21.03.01 - Balls including playground balls, beach balls, billiard balls, tennis balls, bingo balls and lottery balls; Beach balls; Billiard balls; Bingo balls; Lottery balls; Paddle balls; Playground balls; Table tennis balls; Tennis balls
26.01.16 - Circles touching or intersecting
26.01.21 - Circles that are totally or partially shaded.
26.01.31 - Circles - five or more; Five or more circles
26.09.21 - Squares that are completely or partially shaded

## Related Properties Information

**International Registration Number:** 1780842

**International Registration Date:** Jan. 11, 2024

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer game software downloadable from a global computer network; downloadable electronic game software and entertainment software for playing computer games via mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive multimedia computer game programs

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |

Feedback

| | |
|---|---|
| **Class Status:** | ACTIVE |

| | | | |
|---|---|---|---|
| **For:** | Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | PAPAYA GAMING LTD | | |
| **Owner Address:** | 35 HaMasger Street<br>6721407 Tel Aviv - Yafo<br>ISRAEL | | |
| **Legal Entity Type:** | Limited Company [LTD] | **State or Country Where Organized:** | ISRAEL |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Timothy J. Lyden | | |
| **Attorney Primary Email Address:** | trademarks@vlplawgroup.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Timothy J. Lyden<br>VLP Law Group LLP<br>P.O. Box 10503<br>Attn: Trademarks<br>McLean, VIRGINIA United States 22102 | | |
| **Phone:** | 2029672650 | **Fax:** | +1 650 374 1890 |
| **Correspondent e-mail:** | trademarks@vlplawgroup.com<br>tlyden@vlplawgroup.com<br>awendel@vlplawgroup.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Timothy J. Lyden | **Phone:** | 2029672650 |
| **Fax:** | +1 650 374 1890 | | |
| **Domestic Representative e-mail:** | trademarks@vlplawgroup.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 19, 2025 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Sep. 05, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Sep. 03, 2025 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Sep. 03, 2025 | FINAL DISPOSITION PROCESSED | 67445 |
| Aug. 20, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Aug. 20, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| May 26, 2025 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |

Feedback

| | | |
|---|---|---|
| Feb. 25, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Feb. 25, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 07, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 07, 2025 | PUBLISHED FOR OPPOSITION | |
| Jan. 01, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 22, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 22, 2024 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Oct. 22, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 22, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 22, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 22, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 23, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 22, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 22, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 22, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 13, 2024 | NEW REPRESENTATIVE AT IB RECEIVED | |
| May 14, 2024 | REFUSAL PROCESSED BY IB | |
| Apr. 23, 2024 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Apr. 23, 2024 | REFUSAL PROCESSED BY MPU | 74217 |
| Apr. 05, 2024 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Apr. 04, 2024 | NON-FINAL ACTION WRITTEN | |
| Apr. 03, 2024 | ASSIGNED TO EXAMINER | |
| Mar. 26, 2024 | APPLICATION FILING RECEIPT MAILED | |
| Mar. 22, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 21, 2024 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1780842 | **International Registration Date:** | Jan. 11, 2024 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Aug. 08, 2023 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Mar. 21, 2024 |
| **Notification of Designation Date:** | Mar. 21, 2024 | **Date of Automatic Protection:** | Sep. 21, 2025 |
| **International Registration Renewal Date:** | Jan. 11, 2034 | | |
| **First Refusal Flag:** | No | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | FILE REPOSITORY (FRANCONIA) | **Date in Location:** | Feb. 24, 2025 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,699,891**

**Registered Feb. 25, 2025**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

PAPAYA GAMING LTD (ISRAEL Limited Company [LTD])
35 HaMasger Street
6721407 Tel Aviv - Yafo
ISRAEL

CLASS 9: Computer game software downloadable from a global computer network; downloadable electronic game software and entertainment software for playing computer games via mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive multimedia computer game programs

CLASS 41: Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games

The mark consists of a square with rounded corners. Inside the top half of the square appears multiple rows of balls. In the bottom half of the square appears one larger ball with a dollar sign in it and stars trailing the ball.

PRIORITY DATE OF 08-08-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1780842 DATED 01-11-2024, EXPIRES 01-11-2034

SER. NO. 79-391,656, FILED 01-11-2024

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2026-09-23 12:01:11 EDT

**Mark:**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 79369737 | **Application Filing Date:** | Feb. 22, 2023 |
| **US Registration Number:** | 7404254 | **Registration Date:** | Jun. 04, 2024 |

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 04, 2024

**Publication Date:** Mar. 12, 2024

## Mark Information

Collapse All

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of an orange circle with a white, five-point star centered inside it.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) white and orange is/are claimed as a feature of the mark.

**Design Search Code(s):** 01.01.03 - Star - a single star with five points
26.01.21 - Circles that are totally or partially shaded.
26.03.21 - Ovals that are completely or partially shaded

## Related Properties Information

**International Registration Number:** 1729928

**International Registration Date:** Feb. 22, 2023

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable computer entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**For:** Providing information in the field of entertainment; providing information online relating to computer games and computer game applications; entertainment services, namely, providing online computer games and computer game applications, computer

Feedback

enhancements within online computer games, and computer game applications within online computer games

| | | | |
|---|---|---|---|
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | Yes | Currently 66A: | Yes |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | PAPAYA GAMING LTD | | |
| Owner Address: | 35 HaMasger Street<br>6721407 Tel Aviv - Yafo<br>ISRAEL | | |
| Legal Entity Type: | LIMITED COMPANY | State or Country Where Organized: | ISRAEL |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Timothy J. Lyden | | |
| Attorney Primary Email Address: | trademarks@vlplawgroup.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | Timothy J. Lyden<br>VLP Law Group LLP<br>P.O. Box 10503<br>Attn: Trademarks<br>McLean, VIRGINIA United States 22102 | | |
| Phone: | +1 202 967 2650 | Fax: | +1 650 374 1890 |
| Correspondent e-mail: | trademarks@vlplawgroup.com<br>tlyden@vlplawgroup.com<br>awendel@vlplawgroup.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| Domestic Representative Name: | Timothy J. Lyden | Phone: | +1 202 967 2650 |
| Fax: | +1 650 374 1890 | | |
| Domestic Representative e-mail: | trademarks@vlplawgroup.com | Domestic Representative e-mail Authorized: | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 29, 2025 | NOTICE OF UPDATED REGISTRATION CONFIRMATION EMAILED | |
| Jan. 02, 2025 | ON HOLD - ELECTRONIC RECORD REVIEW REQUIRED | |
| Jan. 01, 2025 | CORRECTION UNDER SECTION 7 - PROCESSED | |
| Dec. 09, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 07, 2024 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Nov. 19, 2024 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Nov. 19, 2024 | FINAL DISPOSITION PROCESSED | 72629 |
| Sep. 04, 2024 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Jun. 04, 2024 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jun. 04, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jun. 04, 2024 | REGISTERED-PRINCIPAL REGISTER | |

Feedback

| | |
|---|---|
| May 21, 2024 | POST PUBLICATION AMENDMENT - ENTERED |
| May 06, 2024 | ASSIGNED TO PETITION STAFF |
| Mar. 21, 2024 | TEAS POST PUBLICATION AMENDMENT RECEIVED |
| Mar. 19, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Mar. 19, 2024 | PUBLISHED FOR OPPOSITION |
| Feb. 28, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Feb. 28, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Oct. 04, 2023 | REFUSAL PROCESSED BY IB |
| Oct. 03, 2023 | WITHDRAWN FROM PUB - OG REVIEW QUERY |
| Sep. 20, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 13, 2023 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED |
| Sep. 14, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Sep. 13, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 13, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Sep. 13, 2023 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Sep. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS |
| Sep. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Sep. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 13, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Sep. 13, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Sep. 06, 2023 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Sep. 06, 2023 | REFUSAL PROCESSED BY MPU |
| Aug. 16, 2023 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Aug. 15, 2023 | NON-FINAL ACTION WRITTEN |
| Aug. 15, 2023 | ASSIGNED TO EXAMINER |
| May 24, 2023 | APPLICATION FILING RECEIPT MAILED |
| May 20, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| May 18, 2023 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1729928 | **International Registration Date:** | Feb. 22, 2023 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Jan. 23, 2023 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | May 18, 2023 |
| **Notification of Designation Date:** | May 18, 2023 | **Date of Automatic Protection:** | Nov. 18, 2024 |
| **International Registration Renewal Date:** | Feb. 22, 2033 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Historical data usage | **Date in Location:** | Jan. 01, 2025 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Feedback

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,404,254**

**Registered Jun. 04, 2024**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

PAPAYA GAMING LTD (ILLINOIS LIMITED COMPANY)
35 HaMasger Street
6721407 Tel Aviv - Yafo
UNITED STATES

CLASS 9: Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable computer entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs

CLASS 41: Providing information in the field of entertainment; providing information online relating to computer games and computer game applications; entertainment services, namely, providing online computer games and computer game applications, computer enhancements within online computer games, and computer game applications within online computer games

The color(s) white and orange is/are claimed as a feature of the mark.

The mark consists of an orange circle with a white, five-point star centered inside it.

PRIORITY DATE OF 01-23-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1729928 DATED 02-22-2023, EXPIRES 02-22-2033

SER. NO. 79-369,737, FILED 02-22-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2026-09-23 12:01:27 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 79375388 | **Application Filing Date:** | Jun. 30, 2023 |
| **US Registration Number:** | 7265515 | **Registration Date:** | Jan. 09, 2024 |

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 09, 2024

**Publication Date:** Oct. 24, 2023

## Mark Information

Collapse All

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a circle with a five-point star centered inside it.

**Design Search Code(s):** 01.01.03 - Star - a single star with five points
26.01.21 - Circles that are totally or partially shaded.
26.03.21 - Ovals that are completely or partially shaded

## Related Properties Information

**International Registration Number:** 1742873

**International Registration Date:** Jun. 30, 2023

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable computer entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**For:** Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games and computer enhancements within online computer games

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |

Feedback

| | |
|---|---|
| **Class Status:** | ACTIVE |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | PAPAYA GAMING LTD | | |
| **Owner Address:** | 35 HaMasger Street<br>6721407 Tel Aviv - Yafo<br>ISRAEL | | |
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Timothy J. Lyden | | |
| **Attorney Primary Email Address:** | trademarks@vlplawgroup.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Timothy J. Lyden<br>VLP Law Group LLP<br>P.O. Box 10503<br>Attn: Trademarks<br>McLean, VIRGINIA UNITED STATES 22102 | | |
| **Phone:** | +1 202 967 2650 | **Fax:** | +1 650 374 1890 |
| **Correspondent e-mail:** | trademarks@vlplawgroup.com<br>tlyden@vlplawgroup.com<br>awendel@vlplawgroup.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Timothy J. Lyden | **Phone:** | +1 202 967 2650 |
| **Fax:** | +1 650 374 1890 | | |
| **Domestic Representative e-mail:** | trademarks@vlplawgroup.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 10, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Dec. 25, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Dec. 25, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Sep. 13, 2024 | NEW REPRESENTATIVE AT IB RECEIVED | |
| May 08, 2024 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Apr. 12, 2024 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Apr. 12, 2024 | FINAL DISPOSITION PROCESSED | 68359 |
| Apr. 09, 2024 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Jan. 09, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jan. 09, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 25, 2023 | NOTIFICATION PROCESSED BY IB | |
| Oct. 24, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

Feedback

| | |
|---|---|
| Oct. 24, 2023 | PUBLISHED FOR OPPOSITION |
| Oct. 05, 2023 | REFUSAL PROCESSED BY IB |
| Oct. 04, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB |
| Oct. 04, 2023 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB |
| Oct. 04, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Sep. 20, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 14, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Sep. 13, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 13, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Sep. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Sep. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS |
| Sep. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Sep. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Sep. 13, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Sep. 13, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Sep. 06, 2023 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Sep. 06, 2023 | REFUSAL PROCESSED BY MPU |
| Aug. 16, 2023 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Aug. 15, 2023 | NON-FINAL ACTION WRITTEN |
| Aug. 15, 2023 | ASSIGNED TO EXAMINER |
| Aug. 01, 2023 | APPLICATION FILING RECEIPT MAILED |
| Jul. 28, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 27, 2023 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1742873 | **International Registration Date:** | Jun. 30, 2023 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Jun. 11, 2023 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Jul. 27, 2023 |
| **Notification of Designation Date:** | Jul. 27, 2023 | **Date of Automatic Protection:** | Jan. 27, 2025 |
| **International Registration Renewal Date:** | Jun. 30, 2033 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jan. 09, 2024 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Feedback

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,265,515**

**Registered Jan. 09, 2024**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

PAPAYA GAMING LTD (ILLINOIS LIMITED COMPANY )
35 HaMasger Street
6721407 Tel Aviv - Yafo
ISRAEL

CLASS 9: Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable computer entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs

CLASS 41: Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games and computer enhancements within online computer games

The mark consists of a circle with a five-point star centered inside it.

PRIORITY DATE OF 06-11-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1742873 DATED 06-30-2023, EXPIRES 06-30-2033

SER. NO. 79-375,388, FILED 06-30-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | Back to Search | Print

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2026-09-23 11:59:19 EDT | | |
| Mark: | PAPAYA | | PAPAYA |
| US Serial Number: | 79370657 | Application Filing Date: | Feb. 02, 2023 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: | | LIVE/APPLICATION/Under Examination<br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. | |
| Status: | Suspension check completed. Application remains suspended. | | |
| Status Date: | Aug. 03, 2026 | | |

## Mark Information

Collapse All

| | |
|---|---|
| Mark Literal Elements: | PAPAYA |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| International Registration Number: | 1732035 |
| International Registration Date: | Feb. 02, 2023 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable computer entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |

| | | | |
|---|---|---|---|
| For: | Providing information in the field of entertainment in the nature of computer games; providing entertainment information relating to computer games via an online website; entertainment services, namely, providing online computer games and providing computer enhancements within online computer games | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | Yes | Currently 66A: | Yes |
| Filed No Basis: | No | Currently No Basis: | No |

Feedback

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | PAPAYA GAMING LTD | | |
| **Owner Address:** | 35 HaMasger Street<br>6721407 Tel Aviv - Yafo<br>ISRAEL | | |
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | ISRAEL |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Timothy J. Lyden | | |
| **Attorney Primary Email Address:** | trademarks@vlplawgroup.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Timothy J. Lyden<br>VLP Law Group LLP<br>P.O. Box 10503<br>Attn: Trademarks<br>McLean, VIRGINIA United States 22102 | | |
| **Phone:** | 2029672650 | **Fax:** | +1 650 374 1890 |
| **Correspondent e-mail:** | trademarks@vlplawgroup.com<br>tlyden@vlplawgroup.com<br>awendel@vlplawgroup.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Timothy J. Lyden | **Phone:** | 2029672650 |
| **Fax:** | +1 650 374 1890 | | |
| **Domestic Representative e-mail:** | trademarks@vlplawgroup.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 03, 2026 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 03, 2026 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Aug. 02, 2025 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Jan. 31, 2025 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Nov. 09, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Oct. 23, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Oct. 23, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| May 16, 2024 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| May 16, 2024 | LETTER OF SUSPENSION E-MAILED | |
| May 16, 2024 | SUSPENSION LETTER WRITTEN | |
| May 15, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| May 15, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 15, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 13, 2024 | REFUSAL PROCESSED BY IB | |
| May 02, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 02, 2024 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| May 02, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 02, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 02, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| May 02, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 25, 2024 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |

Feedback

| | | |
|---|---|---|
| Apr. 25, 2024 | REFUSAL PROCESSED BY MPU | 71529 |
| Apr. 10, 2024 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Apr. 09, 2024 | NON-FINAL ACTION WRITTEN | |
| Aug. 15, 2023 | ASSIGNED TO EXAMINER | |
| May 30, 2023 | APPLICATION FILING RECEIPT MAILED | |
| May 26, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 25, 2023 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1732035 | **International Registration Date:** | Feb. 02, 2023 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Aug. 18, 2022 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | May 25, 2023 |
| **Notification of Designation Date:** | May 25, 2023 | **Date of Automatic Protection:** | Nov. 25, 2024 |
| **International Registration Renewal Date:** | Feb. 02, 2033 | | |
| **First Refusal Flag:** | No | | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | TOMLINSON, SABRINA R | **Law Office Assigned:** | LAW OFFICE 112 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 112 | **Date in Location:** | Aug. 03, 2026 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Feedback

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2026-09-23 12:01:19 EDT

**Mark:** COOKIE CASH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 79378774 | **Application Filing Date:** | Aug. 02, 2023 |
| **US Registration Number:** | 7484156 | **Registration Date:** | Aug. 27, 2024 |

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 27, 2024

**Publication Date:** Jun. 11, 2024

## Mark Information

Collapse All

**Mark Literal Elements:** COOKIE CASH

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized words "COOKIE CASH". The "O"s in "COOKIE" appear as chocolate chip cookies, the second cookie with three crumbs below it. The letter "S" in "CASH" appears as a dollar symbol.

**Disclaimer:** "CASH"

**Design Search Code(s):** 08.01.05 - Cookies; Fortune cookies
24.17.03 - Dollar symbol ($)
27.03.05 - Objects forming letters or numerals

## Related Properties Information

**International Registration Number:** 1750768

**International Registration Date:** Aug. 02, 2023

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**For:** Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |

**Class Status:** ACTIVE

Feedback

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | PAPAYA GAMING LTD | | |
| **Owner Address:** | 35 HaMasger Street<br>6721407 Tel Aviv - Yafo<br>ISRAEL | | |
| **Legal Entity Type:** | Limited Company | **State or Country Where Organized:** | ISRAEL |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Timothy J. Lyden | | |
| **Attorney Primary Email Address:** | trademarks@vlplawgroup.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Timothy J. Lyden<br>VLP Law Group LLP<br>P.O. Box 10503<br>Attn: Trademarks<br>McLean, VIRGINIA UNITED STATES 22102 | | |
| **Phone:** | 2029672650 | **Fax:** | +1 650 374 1890 |
| **Correspondent e-mail:** | trademarks@vlplawgroup.com<br>tlyden@vlplawgroup.com<br>awendel@vlplawgroup.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| **Domestic Representative Name:** | Timothy J. Lyden | **Phone:** | 2029672650 |
| **Fax:** | +1 650 374 1890 | | |
| **Domestic Representative e-mail:** | trademarks@vlplawgroup.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 08, 2025 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Mar. 01, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Feb. 15, 2025 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Feb. 15, 2025 | FINAL DISPOSITION PROCESSED | 68359 |
| Feb. 12, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Feb. 12, 2025 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Nov. 29, 2024 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Sep. 13, 2024 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Aug. 27, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Aug. 27, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 11, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 11, 2024 | PUBLISHED FOR OPPOSITION | |
| May 22, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |

Feedback

| | |
|---|---|
| May 13, 2024 | REFUSAL PROCESSED BY IB |
| May 06, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 06, 2024 | EXAMINER'S AMENDMENT ENTERED |
| May 06, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| May 06, 2024 | EXAMINERS AMENDMENT E-MAILED |
| May 06, 2024 | EXAMINERS AMENDMENT -WRITTEN |
| May 02, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 02, 2024 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS |
| May 02, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| May 02, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| May 02, 2024 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| May 02, 2024 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Apr. 24, 2024 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Apr. 24, 2024 | REFUSAL PROCESSED BY MPU |
| Apr. 09, 2024 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Apr. 08, 2024 | NON-FINAL ACTION WRITTEN |
| Apr. 03, 2024 | ASSIGNED TO EXAMINER |
| Sep. 19, 2023 | APPLICATION FILING RECEIPT MAILED |
| Sep. 15, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 14, 2023 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1750768 | **International Registration Date:** | Aug. 02, 2023 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Jul. 18, 2023 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Sep. 14, 2023 |
| **Notification of Designation Date:** | Sep. 14, 2023 | **Date of Automatic Protection:** | Mar. 14, 2025 |
| **International Registration Renewal Date:** | Aug. 02, 2033 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | FILE REPOSITORY (FRANCONIA) | **Date in Location:** | Aug. 26, 2024 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Feedback

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,484,156**

**Registered Aug. 27, 2024**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

PAPAYA GAMING LTD (ISRAEL Limited Company)
35 HaMasger Street
6721407 Tel Aviv - Yafo
ISRAEL

CLASS 9: Computer game software downloadable from a global computer network; downloadable electronic game software and downloadable entertainment software for playing computer games for mobile telephones, wireless devices, and handheld electronic devices; downloadable interactive computer game programs

CLASS 41: Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games

The mark consists of the stylized words "COOKIE CASH". The "O"s in "COOKIE" appear as chocolate chip cookies, the second cookie with three crumbs below it. The letter "S" in "CASH" appears as a dollar symbol.

PRIORITY DATE OF 07-18-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1750768 DATED 08-02-2023, EXPIRES 08-02-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "CASH"

SER. NO. 79-378,774, FILED 08-02-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.