# Exhibit 18

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
| COOKIE CASH | PAPAYA GAMING LTD | 30.06.2023 | 30.06.2033 | 09, 41 |

Summary

540 Mark

COOKIE CASH

151 Date of the registration

30.06.2023

180 Expected expiration date of the registration/renewal

30.06.2033

732 Name and address of the holder of the registration

PAPAYA GAMING LTD
35 HaMasger Street
6721407 Tel Aviv - Yafo (IL)

811 Contracting State of which the holder is a national

IL

841 State of which the holder is a national

IL

842 Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized

LIMITED COMPANY, Israel

740 Name and address of the representative

Herzog Fox & Neeman
6 Yitzhak Sadeh St.
6777506 Tel Aviv (IL)

541 Reproduction of the mark where the mark is represented in standard characters

511 International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(12-2023)

09 Computer game software downloadable from a global computer network; downloadable electronic game software and entertainment software for mobile telephones, wireless devices, and handheld electronic devices; interactive computer game programs.

41 Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games.

821 Basic application

IL, 01.05.2023, 363504

300 Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin

IL, 01.05.2023, 363504

832 Designation(s) under the Madrid Protocol

AU - CA - EM - GB - IN - JE - NO - US

527 Indications regarding use requirements

GB - JE - IN - US

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
| --- | --- | --- | --- | --- |
|  | PAPAYA GAMING LTD | 11.01.2024 | 11.01.2034 | 09, 41 |

Summary

540 Mark



151 Date of the registration

11.01.2024

180 Expected expiration date of the registration/renewal

11.01.2034

732 Name and address of the holder of the registration

PAPAYA GAMING LTD
35 HaMasger Street
6721407 Tel Aviv - Yafo (IL)

811 Contracting State of which the holder is a national

IL

841 State of which the holder is a national

IL

842 Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized

Limited Company [LTD], Israel

740 Name and address of the representative

Herzog Fox & Neeman
6 Yitzhak Sadeh St.
6777506 Tel Aviv (IL)

531 International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(9)

01.01.01 ; 01.15.09 ; 21.03.01 ; 24.17.18 ; 25.07.01 ; 26.15.01

511 International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(12-2024)

09 Computer game software downloadable from a global computer network; downloadable electronic game software and entertainment software for mobile telephones, wireless devices, and handheld electronic devices; interactive computer game programs.

41 Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games.

821 Basic application

IL, 08.08.2023, 366234

822 Basic registration

IL, 04.12.2023, 366234

300 Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin

IL, 08.08.2023, 366234

832 Designation(s) under the Madrid Protocol

AU - BR - CA - EM - IN - NO - US

527 Indications regarding use requirements

IN - US

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
|  | PAPAYA GAMING LTD | 22.02.2023 | 22.02.2033 | 09, 41 |

Summary

540 Mark



151 Date of the registration
22.02.2023

180 Expected expiration date of the registration/renewal
22.02.2033

732 Name and address of the holder of the registration
PAPAYA GAMING LTD
35 HaMasger Street
6721407 Tel Aviv - Yafo (IL)

811 Contracting State of which the holder is a national
IL

842 Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized
LIMITED COMPANY, ISRAEL

740 Name and address of the representative
HERZOG FOX & NEEMAN, ADV. KAREN ELBURG
6 YITZHAK SADEH ST.
6777506 TEL AVIV (IL)

531 International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(9)
26.01.01 ; 26.01.03 ; 26.01.08 ; 26.01.24 ; 29.01.12

591 Information concerning colors claimed

White and orange.
The mark consists of an oval shape in Orange with a five-pointed star on a white background.

Blanc et orange

La marque se compose d'une forme ovale en orange avec une étoile à cinq branches sur un fond blanc

Blanco y naranja

La marca consiste en una forma ovalada de color naranja con una estrella de cinco puntas sobre un fondo blanco

511 International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(12-2023)

09 Computer game software downloadable from a global computer network; downloadable electronic game software and entertainment software for mobile telephones, wireless devices, and handheld electronic devices; interactive computer game programs.

41 Providing information in the field of entertainment; providing information online relating to computer games and applications; entertainment services, namely, providing online computer games and game applications, enhancements within online computer games, and game applications within online computer games.

821 Basic application

IL, 23.01.2023, 360312

300 Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin

IL, 23.01.2023, 360312

832 Designation(s) under the Madrid Protocol

AU - BR - CA - EM - GB - IN - JE - NO - US

527 Indications regarding use requirements

GB - JE - IN - US

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
|  | PAPAYA GAMING LTD | 30.06.2023 | 30.06.2033 | 09, 41 |

Summary

540 Mark



151 Date of the registration

30.06.2023

180 Expected expiration date of the registration/renewal

30.06.2033

732 Name and address of the holder of the registration

PAPAYA GAMING LTD
35 HaMasger Street
6721407 Tel Aviv - Yafo (IL)

811 Contracting State of which the holder is a national

IL

841 State of which the holder is a national

IL

842 Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized

LIMITED COMPANY, Israel

740 Name and address of the representative

Herzog Fox & Neeman
6 Yitzhak Sadeh St.
6777506 Tel Aviv (IL)

531 International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(9)

01.01.02 ; 01.01.10 ; 26.01.03 ; 26.01.12 ; 26.01.13 ; 26.01.24

Voluntary description of the mark

The mark consists of an oval shape with a five-pointed star on a clear background.

511 International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(12-2023)

09 Computer game software downloadable from a global computer network; downloadable electronic game software and entertainment software for mobile telephones, wireless devices, and handheld electronic devices; interactive computer game programs.

41 Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games.

821 Basic application

IL, 11.06.2023, 364716

300 Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin

IL, 11.06.2023, 364716

832 Designation(s) under the Madrid Protocol

AU - BR - CA - EM - GB - IN - JE - NO - US

527 Indications regarding use requirements

GB - JE - IN - US

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
| PAPAYA | PAPAYA GAMING LTD | 02.02.2023 | 02.02.2033 | 09, 41 |

Summary

540 Mark
PAPAYA

151 Date of the registration
02.02.2023

180 Expected expiration date of the registration/renewal
02.02.2033

732 Name and address of the holder of the registration
PAPAYA GAMING LTD
35 HaMasger Street
6721407 Tel Aviv - Yafo (IL)

811 Contracting State of which the holder is a national
IL

842 Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized
LIMITED COMPANY, ISRAEL

740 Name and address of the representative
HERZOG FOX & NEEMAN, ADV. KAREN ELBURG
6 YITZHAK SADEH ST.
6777506 TEL AVIV (IL)

541 Reproduction of the mark where the mark is represented in standard characters

511 International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(12-2023)

09 Computer game software downloadable from a global computer network; downloadable electronic game software and entertainment software for mobile telephones, wireless devices, and handheld electronic devices; interactive computer game programs.

41 Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games.

822 Basic registration
IL, 18.08.2022, 355262

300 Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin
IL, 18.08.2022, 355262

832 Designation(s) under the Madrid Protocol
AU - BR - CA - EM - IN - NO - US

527 Indications regarding use requirements
IN - US

| Trademark | Holder | Registration Date | Expiration Date | Nice classes |
|---|---|---|---|---|
|  | PAPAYA GAMING LTD | 02.08.2023 | 02.08.2033 | 09, 41 |

Summary

540 Mark




151 Date of the registration
02.08.2023

180 Expected expiration date of the registration/renewal
02.08.2033

732 Name and address of the holder of the registration
PAPAYA GAMING LTD
35 HaMasger Street
6721407 Tel Aviv - Yafo (IL)

811 Contracting State of which the holder is a national
IL

841 State of which the holder is a national
IL

842 Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized
Limited Company, Israel

740 Name and address of the representative
Herzog Fox & Neeman
6 Yitzhak Sadeh St.
6777506 Tel Aviv (IL)

531 International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(9)
08.01.09 ; 24.17.18 ; 27.03.01 ; 27.05.01

Voluntary description of the mark

Color is not claimed as a feature of the mark. The mark consists of words "COOKIE " on the top and "CASH" on the bottom. The letters "o" in the word cookie take the shape of cookies. The second letter "o" is in a design of a cookie with a bite taken from it. The letter "s" in the word cash take the shape of a $ symbol.

511 International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(12-2023)

09 Computer game software downloadable from a global computer network; downloadable electronic

game software and entertainment software for mobile telephones, wireless devices, and handheld electronic devices; interactive computer game programs.

41 Providing information in the field of entertainment; providing entertainment information relating to computer games via an online web site; entertainment services, namely, providing online computer games, enhancements within online computer games.

821 Basic application

IL, 18.07.2023, 365747

300 Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin

IL, 18.07.2023, 365747

832 Designation(s) under the Madrid Protocol

AU - CA - EM - GB - IN - JE - NO - US

527 Indications regarding use requirements

GB - JE - IN - US