# Exhibits 19–26

**DOCUMENTS SEALED PURSUANT TO PROTECTIVE ORDER**