# Exhibits 28–29

**DOCUMENTS SEALED PURSUANT TO PROTECTIVE ORDER**