# Exhibit 31

**בבית המשפט המחוזי**
**בתל אביב – יפו**
**בקשה מס' 31**

**חדל"ת 87154-07-26**
**בפני כבו' השופטת איריס לושי עבודי**

**בעניין:** **גיל אורן, עו"ד**
ממשרד ארנון, תדמור-לוי
מרכז עזריאלי המגדל המרובע
טל: 03-6087777 , פקס': 02-6239314
דוא"ל: gil@arnontl.com
**מנהל ההסדר;**

**ובעניין:** **פאפיה גיימינג בע"מ ח.פ. 515422095**
**Papaya Gaming Inc.**

שתיהן ע"י ב"כ עוה"ד פיני יניב (מ.ר. 15378) ו/או לירון ספיר (מ.ר. 66525)
ו/או ירדן טל-דהן (מ.ר. 90826) ו/או ירין נחאיסי (מ.ר. 102568) ו/או אח'
ממשרד מיתר | עורכי דין
דרך אבא הלל סילבר 16, רמת-גן 5250608
yardent@meitar.com
**החברה;**

**ובעניין:** **הממונה על חדלות פירעון – מחוז תל אביב**
מרח' השלושה 2, תל אביב -יפו
טל': 073-3923222 ; פקס: 02-6467556

**הממונה;**

**נחתם ביום 17.9.2026**

# בקשה למתן הוראות

בית המשפט הנכבד מתבקש לאשר למנהל ההסדר להתקשר, באמצעות החברה, עם משרד רואה החשבון פאהן קנה Grant Thornton (להלן: "**פאהן קנה**") לצורך ביצוע הערכת שווי, בקרה תקציבית ובדיקת סבירות תוכנית הפירעון של החברה. הכל כפי שיפורט להלן:

**ואלו נימוקי הבקשה**:

1. ביום 26.8.2026 הורה בית המשפט הנכבד על מינוי הח"מ, עוה"ד גיל אורן, למנהל ההסדר בהליך שבכותרת.

2. כידוע, תכנית ההסדר שהציגה החברה במסגרת הליך זה, מבוססת, בין היתר, על תחזיות בדבר המשך פעילותה, הכנסותיה, הוצאותיה, רווחיותה ותזרים המזומנים שלה במהלך תקופת ההסדר. בימים אלו מקיים מנהל ההסדר דיאלוג עם החברה על שינויים והתאמות בתוכנית ההסדר, בין היתר בהתייחס להערות שהועלו בדיון שנערך בבית המשפט בעניין זה.

3. כפי שציין מנהל ההסדר בבקשתו מיום 10.9.2026, לצורך גיבוש ההסדר נדרשת הערכת שווי בלתי תלויה של החברה, אשר תכלול, בין היתר, בחינה של ההנחות וההערכות שעליהן מבוסס מתווה ההסדר, ובכלל זה תידרש בחינה של השלכת הפסקת השימוש בבוטים על ידי החברה במהלך תקופת הבדיקה. כמו כן, הערכת השווי נחוצה לנוכח האפשרות כי מניות החברה יהוו רכיב במסגרת ההסדר, וכן ככל שיתעורר הצורך לאשר את ההסדר בהתאם להוראות סעיף 87 לחוק חדלות פירעון ושיקום כלכלי, התשע"ח-2018.

4. נוסף על האמור, סבור מנהל ההסדר כי נדרשת בקרה תקציבית שוטפת על פעילות החברה בתקופת ההקפאה, בין היתר לשם הגברת ודאות הנושים כי החברה מתנהלת בהתאם לתכניות שהוצגו על ידה.

5. מנהל ההסדר, באמצעות החברה, פנה לחמש פירמות מובילות בבקשה לקבלת הצעות שכר טרחה עבור מתן השירותים האמורים. בעקבות הפנייה התקבלו הצעות מחיר משלוש פירמות. הואיל ומדובר בהליך שכרוך בפעילות בינלאומית ומעורבים בו צדדים מחוץ לישראל, סבר מנהל ההסדר כי יש צורך בשירותים שיינתנו על ידי פירמה בעלת קשרים בינלאומיים. לאחר שבחן את ההצעות שהתקבלו, ובכלל זה את היקף השירותים המוצע, ניסיונם המקצועי של המציעים, זמינותם ועלות השירותים, והיכולת לעמוד בלוחות הזמנים הצפופים הנדרשים במסגרת הליך זה, ממליץ מנהל ההסדר להתקשר עם משרד פאהן קנה בהתאם להצעת שכר הטרחה שהגיש, והכל בכפוף לאישורו של בית המשפט הנכבד.

העתק מהצעת שכר הטרחה של משרד רואה החשבון פאהן קנה מצורף **<u>כנספח "1"</u>**.

6. אשר על כן, מתבקש בית המשפט הנכבד לאשר את ההתקשרות עם משרד רואה החשבון פאהן קנה לצורך קבלת השירותים המפורטים לעיל, בהתאם להצעת שכר הטרחה המצורפת לבקשה זו.

**גיל אורן, עו"ד**
**מנהל ההסדר**

נספח 1

Grant Thornton

PAPAYA



# פאהן קנה

# Grant Thornton Israel

## הצעת התקשרות למתן שירותי הערכת שווי, בחינת תזרים מזומנים חזוי ופיקוח פיננסי (במסגרת הליך עיכוב ההליכים והסדר החוב של פאפאייה גיימינג בע"מ)

ספטמבר 2026



©2026 Grant Thornton International Ltd. All rights reserved.

Fahn Kanne
Grant Thornton

לכבוד:
עו"ד גיל אורן, מנהל ההסדר
פאפאייה גיימינג בע"מ
17 בספטמבר 2026

**הנדון: הצעת התקשרות למתן שירותי הערכת שווי, בחינת תזרים מזומנים ופיקוח פיננסי במסגרת הליך עיכוב ההליכים והסדר החוב של פאפאייה גיימינג בע"מ**

חברת פאהן קנה יועצים בע"מ (Grant Thornton Israel) מתכבדת להגיש למנהל ההסדר החוב, עו"ד גיל אורן, ולהנהלת חברת פאפאייה גיימינג בע"מ (להלן: "**פאפאייה**" או "**החברה**") את הצעתנו למתן שירותי ייעוץ כלכלי, הערכת שווי, בחינת תחזיות פיננסיות ופיקוח פיננסי שוטף.

הצעה זו מוגשת על רקע צו עיכוב ההליכים הזמני שניתן לחברה בבית המשפט בישראל והמהלכים לאישור הסדר חוב, שנועדו להגן על פעילות החברה ונכסיה בעקבות פסק הדין שניתן נגדה בארה"ב בתביעת Skillz Platform.

במסגרת ההתקשרות המוצעת, יעמיד משרדנו מעטפת מקצועית אובייקטיבית ובלתי תלויה שתתמקד בשלושה תוצרים מרכזיים עבור מנהל ההסדר והחברה:

1. **הערכת שווי** - ביצוע הערכת שווי לחברה, הנדרשת, בין היתר, לצורך העמדת מניות החברה כבטוחה/ערבות במסגרת מתווה הסדר החוב.
2. **בחינה של תחזית תזרים המזומנים** - ניתוח ובחינת הסבירות של תחזית תזרים המזומנים הרב-שנתית (ל-6–7 שנים קדימה), המיועדת לפירעון חובות החברה במסגרת ההסדר.
3. **פיקוח ובקרה פיננסית בתקופת ההפעלה המשפטית** - מעקב שוטף אחר עמידת החברה בתזרים המזומנים החזוי בתקופת הצווים הזמניים, במטרה לוודא כי משאבי החברה ונכסיה נשמרים כנדרש.

למשרדנו ניסיון מעמיק ורב-שנים בליווי חברות מובילות במשק בהליכי הבראה, הסדרי חוב מורכבים, הערכות שווי וניתוחים פיננסיים, כמו גם במתן חוות דעת מומחה לבתי משפט. אנו משלבים ידע מקצועי ברמה הגבוהה ביותר, מוניטין של אובייקטיביות ואי-תלות, ומחויבות לזמינות מלאה ולעמידה בלוחות הזמנים הנדרשים במסגרת ההליך.

במסמך זה נציג בפניכם את פרופיל הפירמה, פירוט תכולת העבודה המוצעת, הצוות המקצועי שילווה את הפרויקט, ואת לוחות הזמנים ומבנה שכר הטרחה המוצע.

בכבוד רב,

פאהן קנה יועצים בע"מ
Grant Thornton Israel



©2026 Grant Thornton International Ltd. All rights reserved.

# אודות פאהן קנה ושות' Grant Thornton Israel

**פאהן קנה ושות'** הינו משרד רואי חשבון מהמובילים בישראל ומדורג **שישי** בגודלו בארץ. המשרד גדול מבחינת יכולתו לספק שירות מקצועי ברמה הגבוהה ביותר ובמגוון רב של תחומים, אך יחד עם זאת **לא גדול מדי** ומאפשר קיום **קשר אישי** עם כל לקוח ומתן **שירות איכותי**.

פאהן קנה ושות' חברים ברשת הבינלאומית **Grant Thornton**.

פאהן קנה מדורגת כאחת הפירמות המובילות בישראל בתחום שירותי היעוץ.

השירותים שניתנים ללקוחות מבוססים על ידע פנימי ומעמיק של ארגון הלקוח והסביבה העסקית שלו וכן על פיקוח הדוק של שותף ושל הסגל הבכיר.

בפאהן קנה ושות' צוות מקצועי של כ- 400 עובדים, מתוכם 34 שותפים בעלי ידע רחב וניסיון מעשי הן באקדמיה והן בעולם העסקים, בהם בעיקר רואי חשבון, מתמחים, כלכלנים ואנשי מסים.

למשרדנו שתי חברות בנות המעניקות שירותים נלווים, האחת - **פאהן קנה יועצים בע"מ**, מתמחה במתן שירותים כלכליים ושירותים נוספים, ביניהם: הערכות שווי, הבראת עסקאות, בדיקות נאותות, ישוב סכסוכים ועוד. השנייה - **פאהן קנה ניהול בקרה בע"מ**, המתמחה בתחום הביקורת הפנימית, החקירתית, ביקורת מערכות מידע ממוחשבות ועוד.

המשרד הראשי ממוקם בתל אביב עם סניפים בחיפה, ירושלים, ראש פינה, קיבוץ הגושרים, באר שבע, מדרשת בן גוריון ואילת.

ראיית חשבון | ביקורת ובקרה | ייעוץ כלכלי | אחריות תאגידית

Fahn Kanne Grant Thornton





©2026 Grant Thornton International Ltd. All rights reserved.

# הייחודיות שלנו



היחס בין שותף / מנהל / אנשי צוות במשרדנו הינו נמוך באופן משמעותי מהמתחרים הגדולים שלנו, מה שמאפשר **רמת מעורבות גבוהה של השותף בהתקשרות.**

מעורבות מוגברת, החל מתכנון מוקדם של הביקורת וכלה בגישה מבוססת סיכונים, מספקת **הבנה מקיפה** יותר על הארגון שלכם ויכולת ייחודית לספק **הערות ייעוץ רלוונטיות לניהול** הארגון.

אתם תקבלו שירות **מקיף**, **מהיר וקשוב** ללא קשר לבירוקרטיה ולהפתעות של הרגע האחרון.

פאהן קנה מאופיינת על ידי החזון הגלובלי – מנהיגות **נחרצת** ומתן שירות לקוחות **ייחודי ומבודל** ברחבי העולם באמצעות **עובדים מקצועיים ומועצמים.**

**שירות לקוחות ייחודי -** אנו מספקים שירות ייחודי ועקבי ברחבי העולם. בעקבות ההתנסות של לקוחותינו, הלקוחות מרגישים שהם מקבלים שירות מארגון עולמי מלוכד.

**מנהיגות נחרצת -** באמצעות מנהיגות נחרצת, כקבוצה וכיחידים, אנשי המקצוע שלנו ימשיכו להיחשב כמנהיגים הן בעולם העסקים והן בשווקים שלנו.

**עובדים מקצועיים ומועצמים -** הסגל של פאהן קנה ושות' מוסמך לבצע את עבודתו באחריות מלאה. אנשים מועצמים מתפתחים כאשר מציבים את האנשים הנכונים בעבודות הנכונות – התאמה אשר מעניקה להם את היכולת לספק ללקוחות את השירות האופייני והמיוחד לפאהן קנה ושות'.



©2026 Grant Thornton International Ltd. All rights reserved.

# אודות Grant Thornton International



Grant Thornton International Ltd הינו אחד מהארגונים המובילים בעולם המאגד משרדי ראיית חשבון אשר מעניקים שירותי ביקורת בלתי תלויה, מסים וייעוץ בתחומי בקרה וכלכלה.

המשרדים החברים ברשת, עוזרים לארגונים דינאמיים להעצים את פוטנציאל הצמיחה שלהם על ידי מתן ייעוץ פרקטי וצופה פני עתיד. הצוות הבכיר בארגון, משלב תובנה ואינטואיציה עסקית, לצורך הבנת הבעיות המורכבות עימן מתמודדים הלקוחות מהסקטור הפרטי, הציבורי והממשלתי ומסייע להם למצוא פתרונות.

באמצעות חברותנו ברשת הבינלאומית Grant Thornton מקיים משרדנו קשרים הדוקים עם משרדים רבים ברחבי העולם החברים ברשת. המומחיות בשוק המקומי המשולבת ביכולות של ארגון עולמי חזק עומדת לרשות לקוחות המשרד ומסייעת רבות בביצוע עסקאות, השקעות והתקשרויות עם גורמים בחו"ל, הנפקות וגיוסי הון בבורסות בעולם וייעוץ בסוגיות מיסוי בינלאומי.

**80,000**
**עובדי Grant Thornton**

**US$8.5bn**
**הכנסות**

**150**
**מדינות**

**מעל 700**
**סניפים**





©2026 Grant Thornton International Ltd. All rights reserved.

# רשימת שירותים כוללת של פאהן קנה Grant Thornton Israel

## ביקורת וחשבונאות

- ביקורת דוחות כספיים
- עריכת דוחות כספיים
- שירותים נוספים במסגרת תהליך הביקורת
- ביקורת מערכות מידע וייעוץ

## מסים ומיסוי בינלאומי

- מיסוי חברות, שותפויות ומוסדות ללא כוונת רווח
- מיסוי יחידים
- מיסוי בינלאומי
- מחירי העברה
- מסים עקיפים
- מס ערך מוסף
- מיסוי נאמנויות
- ביטוח לאומי
- חוקי עידוד
- מיסוי עולים חדשים ותושבים חוזרים
- שינויי מבנה
- מס שבח מקרקעין

## שירותי ייעוץ בתחום הבקרה

- ביקורת פנימית
- בדיקת איכות הביקורת הפנימית (QAR)
- ביקורת חקירתית
- ביקורת מערכות מידע וייעוץ
- מניעת הונאות ומעילות
- בקרת שכר
- שירותי בקרה
- בדיקת אפקטיביות הבקרה הפנימית (SOX)
- ניהול סיכונים
- בקרה על לשכות שירות (SOC-1)
- בטיחות וגהות תעסוקתית

## שירותי ייעוץ כלכלי

- חוות דעת מומחה לבתי משפט ויישוב סכסוכים
- ייעוץ עסקי
- הערכות שווי
- ליווי עסקאות
- מימון תאגידי
- הבראה והשבחת חברות
- מכשירים ומודלים פיננסיים
- חוות דעת הוגנות
- בדיקת נאותות חשבונאית – פיננסית

## שירותים נוספים

- חשבות
- ניהול כספים
- גיוס אשראי
- פירוקים וכינוסים
- נאמנויות ניהול ופיקוח
- תמריצים וחדשנות
- מיקור חוץ
- ליווי מכרזים
- אחריות תאגידית


©2026 Grant Thornton International Ltd. All rights reserved.

# מניסיוננו הנבחר בביצוע עבודות כלכליות בענף הגיימינג והטכנולוגיה

| | |
|---|---|
| nexxen | מתן שירותי הערכת שווי, בחינת כושר הפירעון ושירותי ליווי עסקי וכלכלי בהליכים משפטיים והליכי שינוי מבנה הון |
| ironSource | מתן שירותי הערכת שווי בהליך בחינת שינוי מבנה הון והליך מיזוג עם חברת טכנולוגיה גדולה |
| playtech SOURCE OF SUCCESS | מתן שירותי הערכת שווי ושירותי ליווי עסקי וכלכלי בהליכים משפטיים והליכי שינוי מבנה הון |
| kape | מתן שירותי הערכת שווי, בחינת כושר הפירעון ושירותי ליווי עסקי וכלכלי בהליכים משפטיים והליכי שינוי מבנה הון |
| winner | ביצוע הערכת שווי למניות החברה |
| webselenese | ביצוע הערכת שווי לצרכים חשבונאיים במסגרת הליך רכישת מניות החברה |
| supersonic | מתן שירותי הערכת שווי בהליך בחינת שינוי מבנה הון והליך מיזוג עם חברת טכנולוגיה גדולה |
| XLMEDIA | מתן שירותי ליווי עסקי בהליך הנפקה ובדיקות נאותות |



©2026 Grant Thornton International Ltd. All rights reserved.

# מניסיוננו הנבחר בביצוע עבודות בחינת איתנות פיננסית / סולבנסי

wework

ליווי פיננסי וחשבונאי של WeWork ישראל בהליך מכירת פעילות בישראל, לרבות ליווי תהליך צמצום המבנה התאגידי, פירוק חברות הקבוצה והמשך הטיפול בהתחייבויות ובסוגיות פיננסיות.

AVNON GROUP

ליווי פיננסי וחשבונאי בהסדר חוב מורכב, הכולל בחינת איתנותן הפיננסית ויכולת הפירעון, ניתוח תזרימי מזומנים, וליווי תהליכי מימוש, מכירה והתאמת היקפי הפעילות למצבן העסקי והפיננסי.

TREMOR INTERNATIONAL

מתן חוות דעת לבית משפט לבחינת כושר הפירעון, לצורכי ביצוע חלוקה שלא מתוך הרווחים העודפים.

golan telecom

מתן חוות דעת לבית משפט בעניין יכולת הפירעון של החברה, בקשר להליך הפיצול מול חברת האם.

Quik.co.il שירות סופר אונליין

מתן חוות דעת לבית משפט לבחינת כושר הפירעון, לצורכי ביצוע חלוקה שלא מתוך הרווחים העודפים.

ENDYMED 3DEEP SKIN SCIENCE

הכנת חוות דעת לבית משפט בקשר לבחינת סולבנסי בהליך הפחתת הון שלא מרווחים הראויים לחלוקה של החברה.

Carrefour

הכנת חוות דעת לבית משפט לבחינת כושר הפירעון של החברה בתרחישי קיצון שונים, לצורך בחינת יכולת החזר חוב.

DiscountCapital

ביצוע חוות דעת כלכלית בנושא בחינת איתנות פיננסית של החברה בקשר עם חלוקת דיבידנד שלא מתוך עודפים





©2026 Grant Thornton International Ltd. All rights reserved.

# מלקוחותינו הנבחרים במתן שירותי ייעוץ כלכלי

כלל ביטוח ופיננסים
הפניקס
מגדל
הבינלאומי
מזרחי טפחות
bank hapoalim
EXCELLENCE בית השקעות

אלקטרה CONSIDER IT DONE
Discount Capital UNDERWRITING
ISRACARD
משרד האוצר
אלטשולר שחם
ELCO
נכסים ובנין קבוצת IDB

אלקטרה מוצרי צריכה
FOX
HOT
רפאל מערכות לחימה מתקדמות בע"מ
IMI Israel Military Industries Ltd.
ARAD GROUP Integrated Metering Technologies
Carrefour

טיב טעם
צבר CTS SINCE 1921
ellomay CAPITAL LIMITED
one
סלקום
AURA

ישראייר
אקרשטיין
מספנות ישראל בע"מ
Gali רשת הנעליים של ישראל
פרשמרקט
מלרן פתרונות אשראי
Isrotel ישרוטל





©2026 Grant Thornton International Ltd. All rights reserved.

# הצוות המקצועי

- משרדנו רואה חשיבות עליונה בהעמדת צוות בכיר ובעל ניסיון מעמיק בתחומי הערכת שווי, ניתוח איתנות פיננסית, בחינת תזרימי מזומנים ופיקוח במסגרת הסדרי חוב מורכבים.
- העבודה תבוצע על ידי הצוות המקצועי הבכיר של פאהן קנה יועצים בע"מ, חברת הבת של משרד רואי החשבון פאהן קנה ושות' (Grant Thornton Israel)
- אנו מתחייבים למעורבות ישירה, הדוקה ואינטנסיבית של השותפים המובילים בכל שלבי העבודה, דבר שמבטיח זמינות מלאה, מענה מהיר ואיכות מקצועית ללא פשרות עבור מנהל ההסדר והחברה
- **רו"ח שלומי ברטוב | שותף ומנכ"ל, פאהן קנה יועצים** - מעל 30 שנות ניסיון בניהול בתחומי המימון, הכלכלה, החשבונאות והערכות שווי. מומחה בהערכת שווי נכסי הון וחוב, בניית מודלים פיננסיים, בדיקת איתנות פיננסית, ליווי הסדרי חוב והגשת חוות דעת מומחה לבתי משפט. מרצה באקדמיה, חבר בוועדות הערכת שווי של לשכת רואי החשבון ובוועדות מקצועיות בינלאומיות ברשת Grant Thornton.
- **רו"ח רומן פלק | שותף, מנהל תחום הערכות שווי -** מעל 20 שנות ניסיון בניהול וביצוע הערכות שווי מורכבות וניתוחים כלכליים לחברות מהגדולות במשק. פיתוח ותיקוף מודלים תזרימיים, ביצוע הערכות שווי לחברות טכנולוגיה וגיימינג, חוות דעת כלכליות לבית משפט וליווי תהליכי M&A.
- **להבטחת זמינות מלאה ועמידה בלוחות הזמנים הדחופים של ההליך, יועמד צוות מקצועי ייעודי מתוך המחלקה לייעוץ כלכלי:**
  - **רו"ח (אמריקאי) ערן גלנט –** מנהל בכיר במחלקה לייעוץ כלכלי.
  - **רו"ח סרגיי שפוליאנסקי –** דירקטור במחלקה לייעוץ כלכלי.
  - **אנה אטדגי** – מנהלת במחלקה לייעוץ כלכלי.



©2026 Grant Thornton International Ltd. All rights reserved.



# שלומי ברטוב, רו"ח

שותף, מנכ"ל פאהן קנה יועצים

## השכלה

1991-1993: תואר שני במנהל עסקים (MBA, התמחות במימון וחשבונאות) מאוניברסיטת תל אביב.

1992: מעבר בחינות ההסמכה של מועצת רו"ח בהצטיינות.

1987 -1990: תואר ראשון בהצטיינות בחשבונאות וכלכלה - אוניברסיטת תל אביב.

## ניסיון מקצועי

ניסיון מולטי-דיסציפלינארי ורב שנים בתחומי החשבונאות, הייעוץ הפיננסי והכלכלי, הערכת נכסים פיננסים, השקעות וניהול כספים.

נמנה על רשימת מומחים מטעם בית המשפט בתחום הכלכלה וראיית חשבון, בהתאם לתקנות בתי המשפט (רשימת מומחים).

## התמחויות

- ליווי חשבונאי ובדיקת איתנות פיננסית
- ליווי ובניית מודלים פיננסיים
- מימון פרויקטים
- תקציב, תמחיר ובקרה
- ביצוע הערכות שווי
- בנייה ותיקוף מודלים
- בדיקות נאותות
- חוות דעת כלכליות ופיננסיות
- מיזוגים ורכישות
- ניהול סיכונים פיננסיים
- הבראה והשבחת חברות
- עבודות כלכליות מגוונות
- בעל ניסיון עשיר בליווי ויעוץ לחברות מהגדולות במשק

## ניסיון באקדמיה

- מרצה בלימודי שנת השלמה של החוג לחשבונאות במסלול האקדמי המכללה למנהל, בביה"ס למנהל עסקים.
- שימש כעוזר הוראה במסגרת הפקולטה לניהול לימודי תואר שני במנהל עסקים.
- שימש כעוזר הוראה בקורס לחשבונאות ודיווח כספי לבנקים, באוניברסיטת ת"א.

## שונות

- פרסום מחקר במסגרת מכון קסירר למחקר בחשבונאות, הפקולטה לניהול - אונ' ת"א.
- חבר בוועדת הערכת שווי של לשכת רו"ח.
- חבר בוועדת ההיגוי בתחום ה- Cleantech של הרשת הבינלאומית Grant Thornton.
- חבר בצוות מקצועי של Grant Thornton בנושא הערכות שווי Task Force VTF - Valuation
- פרס הצטיינות בבחינות מועצת רואי חשבון.
- הופעה ברשימת הדיקאן כמצטיין בלימודי תואר ראשון בחשבונאות וכלכלה (3 פעמים).





©2026 Grant Thornton International Ltd. All rights reserved.



# רומן פלק, רו"ח

שותף, מנהל תחום הערכות השווי

## השכלה

2015: אוניברסיטת תל אביב - תואר שני (MA) בכלכלה.

2009: מעבר בהצלחה של מבחני מועצת רואי חשבון וקבלת רישיון רו"ח.

2005: אוניברסיטת תל אביב - תואר ראשון בהצטיינות בכלכלה וחשבונאות.

## ניסיון מקצועי

מנהל ומרכז תחום הערכות השווי של המשרד. ניסיון של מעל 20 שנים בתחומי פיתוח, יישום ועדכון מתודולוגיות המשמשות להערכת שווי חברות. ביצוע וניהול עבודות הערכות שווי לחברות מהגדולות במשק במגוון רחב ביותר של תחומים (טכנולוגיה, תעשייה, רכב, שירותים, פיננסים, קמעונאות, מלונאות ותיירות, ביומד, תעופה ועוד).

## התמחויות

- הערכות שווי
- חוות דעת לבתי משפט
- ליווי בתהליכי M&A
- עבודות PPA
- אופציות ומכשירים מורכבים
- ליווי ובניית מודלים פיננסיים
- תוכניות עסקיות
- מימון פרויקטים
- תקציב, תמחיר ובקרה
- בנייה ותיקוף מודלים
- בדיקות נאותות
- בעל ניסיון עשיר בליווי ויעוץ לחברות מהגדולות במשק

## ניסיון באקדמיה

- מרצה סמינר תואר שני למנהל עסקים, האוניברסיטה הפתוחה.
- מרצה בקורס ניתוח דוחות כספיים והערכת שווי חברות, מכללה שערי מדע ומשפט, ביה"ס למנהל עסקים.

## שונות

- ידיעה ושימוש יומיומי שוטף במגוון תוכנות האופיס.
- ידיעת התוכנות Excel, Word ו- Power Point ברמה גבוהה מאוד.
- ניסיון רב מאוד בניהול ובביצוע עבודות כלכליות מורכבות.





©2026 Grant Thornton International Ltd. All rights reserved.

# תוכנית העבודה המוצעת

1. **מטרת העבודה והיקפה** – מתן שירותי ייעוץ כלכלי ופיננסי עבור מנהל ההסדר (עו"ד גיל אורן) והנהלת פאפאייה גיימינג בע"מ, במסגרת צו עיכוב ההליכים הזמני והמהלכים לאישור הסדר החוב. העבודה מבוססת על שלושה צירים לבחינת איתנות ההסדר והגנה על זכויות הנושים, כפי שיתואר להלן.

2. **תכולת העבודה:**

**א- הערכת שווי החברה**

- ניתוח הנתונים הפיננסיים והעסקיים ההיסטוריים של החברה.
- סקירת הערכות שווי ועבודות כלכליות קודמות שנערכו בחברה.
- גיבוש מודל פיננסי מלא והערכת שווי אובייקטיבית ובלתי תלויה לחברה כעסק חי, הנדרשת לצורך העמדת מניות החברה כבטוחה/ערבות במסגרת ההסדר.

**ב- בחינה של תחזית תזרים המזומנים**

- ניתוח של תחזית תזרים המזומנים הרב-שנתית (לכ- 6-7 שנים קדימה) שנבנתה לצורך פירעון חובות החברה במסגרת מתווה ההסדר.
- בחינת סבירות הנחות היסוד התזרימיות (הכנסות חזויות, הוצאות תפעול, הוצאות משפטיות, ותזרים פנוי לפירעון).
- בחינת תרחישי רגישות (כולל תרחיש Worst Case) להבטחת יכולת הפירעון של החברה גם בתנאי שוק מאתגרים.
- בחינת הפסקת השימוש בבוטים על תזרים המזומנים החזוי.
- במסגרת עבודת הבחינה של תחזית תזרים המזומנים אנו נסתמך על עבודת המומחה שתוכן במקביל על ידי ד"ר טל מופקדי. סוגיות רלוונטיות שיעלו מעבודת הבחינה יובאו לדיון עם הנהלת החברה.

**ג- פיקוח ובקרה פיננסית בתקופת ההפעלה**

- בקרה שוטפת אחר עמידת החברה בתחזית תזרים המזומנים שהוגשה לבית המשפט לתקופת הצווים הזמניים.
- בחינת שמירה על נכסי החברה ומניעת זליגת מזומנים בתקופת ההפעלה המשפטית.
- עריכת דוחות מעקב תקופתיים ועדכון שוטף של מנהל ההסדר והנהלת החברה.



©2026 Grant Thornton International Ltd. All rights reserved.

# סודיות, ניגודי עניינים ועמידה בסטנדרטים מקובלים

**סודיות**

- למותר לציין כי בשל הרגישות הקיימת אנו נקפיד על סודיות פרטי העבודה. אנו מתחייבים לשמור בסודיות מלאה על כל מידע מהותי ו/או סודי שיגיע לידינו בנוגע לחברות המעורבות, לאורך כל תקופת ההתקשרות וגם לאחריה. המידע לא יועבר לצד שלישי כלשהו (במישרין או בעקיפין) ולא ייעשה בו כל שימוש שאינו קשור באופן ישיר לביצוע העבודה עבורכם.
- כלל תוצרי העבודה יוגשו תחילה לעיון הגורמים המוסמכים. רק לאחר קבלת אישורם המפורש, ובהתאם להנחיותיהם, יועבר המידע הרלוונטי לגורמים המוסמכים הנוספים.

**ניגוד עניינים**

- קבלת העבודה כפופה להשלמת נוהל בדיקת ניגוד עניינים של פירמת Grant Thornton International, המיושם על ידי משרדנו כחלק מהשתייכותנו לפירמה הבינלאומית. נציין, כי על פי בדיקה מקדמית שבוצעה כחלק מהכנת הצעת התקשרות זו, לא אותרו שירותים מקצועיים שסופקו בעת האחרונה על ידי משרדנו שיש בהם כדי לייצר ניגודי עניינים. בחינת ניגוד העניינים בוצעה, בין היתר, בהתאם לעקרון אי-התלות הנדרש ממעריך שווי, כפי שבא לידי ביטוי בעמדת סגל רשות ניירות ערך בנושא.

**עמידה בסטנדרטים של Grant Thornton International**

- משרד פאהן קנה רואה חשיבות עליונה בהעמדת צוות בעל ניסיון רב בתחומי הפעילות הנדרשים על ידיכם. למשרדנו פאהן קנה יועצים בע"מ Grant Thornton Israel ניסיון מעמיק ורב שנים בליווי עסקי של חברות בסוגיות כלכליות, עסקיות וחשבונאיות. אנו בטוחים כי הניסיון שנצבר במשרדנו והכלים האומדים לרשותנו יסייעו לנו רבות בביצוע הפרויקט. שירותינו המקצועיים מבוססים על ידע וניסיון בעבודה עם מגוון רב של חברות ועל היכרות מעמיקה עם מגזרי פעילות רבים בארץ ובעולם. משרדנו משלב יכולות מקצועיות ברמה יוצאת מן הכלל, ראייה מערכתית כוללת ומחויבות למתן שירות איכותי. כחברים בפירמה העולמית Grant Thornton International (להלן: "**הרשת הבינלאומית**"), אנו מחויבים לעמידה בסטנדרטים בינלאומיים ברמה הגבוהה ביותר. כחלק מדרישות הרשת הבינלאומית ועל מנת לעמוד בסטנדרטים הבינלאומיים הנדרשים מאיתנו ובכללם, הבטחת הדיוק והשלמות של בדיקת ניגודי עניין ואי-תלות לרוחב הפירמות החברות ברשת הבינלאומית, אנו נדרשים לקיים דרישות שיתוף מידע ובמסגרתן נדרשים להעביר פריטי מידע בסיסיים אודות זהות לקוחותינו למסד נתונים המתוחזק על ידי הרשת הבינלאומית באירופה. יובהר בהקשר זה כי הסדרי אבטחת המידע ומדיניות הגנת הפרטיות הנקוטים ברשת הבינלאומית עומדים בדרישות האיחוד האירופאי התקפות בהקשר זה כמו גם בדרישות הדין הישראלי.



©2026 Grant Thornton International Ltd. All rights reserved.

# לוחות זמנים ועלות העבודה

- **לוחות זמנים** - תחילת העבודה הינה מיידית עם אישורכם את הצעת התקשרות זו והודעתכם על תחילתה של העבודה. הגשת אינדיקציה ראשונית להערכת השווי ובחינת תזרים המזומנים תוך 3 שבועות ממועד אישור הצעת ההתקשרות. הגשת הדוח והסמכת העבודה הסופית תוך 1–2 שבועות נוספים ממועד מתן האינדיקציות הראשוניות. כמו כן תתבצע עבודת ליווי ופיקוח שוטף לאורך תקופת הצווים הזמניים וההפעלה המשפטית.

  *הערה:* העמידה בלוחות הזמנים כפופה לקבלת מידע, נתונים ומסמכים מלאים בזמן מנציגי החברה.
- **שכ"ט:**

1. **חלקים א' ו-ב' (הערכת שווי כ"עסק חי" ובחינת תזרים מזומנים)** – אנו מציעים לקבוע שכר טרחה קבוע בסך 45,000 דולר + מע"מ. המחיר הנ"ל כולל את עבודת הניתוח, בניית המודלים, בדיקות הרגישות והנפקת חוות הדעת הכלכלית הסופית.
2. **חלק ג' (פיקוח ובקרה פיננסית בתקופת ההפעלה המשפטית)** – אנו מציעים תמחור לפי תעריף שעתי בפועל של 135 דולר + מע"מ לשעת עבודה.
3. שכר הטרחה הקבוע המפורט בסעיף 1 הינו בהנחה שעבודתנו המפורטת בסעיף 1 תסתיים לכל המאוחר עד 15/11/2026 (בחלוף תקופה זו יחול תעריף שעתי) ובהנחה שנוכל להסתמך על העבודה של ד"ר מופקדי בכל הקשור לבחינת תחזית התזרים החזוי של החברה. כמו כן שכר הטרחה אינו כולל שעות בגין עדות, הכנה לדיונים וסיוע למנהל ההסדר או להנהלת החברה בסוגיות כלכליות וחשבונאיות רלוונטיות (ככל שתידרשנה). אנו מציעים שכ"ט שעתי של 135 דולר + מע"מ בגין שעות אלו.
4. מוסכם כי אחריותנו בגין ביצוע עבודה זו מוגבלת עד לפי 3 מגובה שכר טרחתנו בגין עבודה זו (למעט מקרים של פעולה בזדון).
5. תעריפי שכר הטרחה הקבועים כמפורט לעיל אינם כוללים נסיעות לחו"ל (ככל שיידרש). כמו כן, תעריפי שכ"ט השעתיים המפורטים לעיל אינם חלים על שימוש במומחים בחו"ל (ככל שיידרש). תעריפים אלו יסוכמו בנפרד, ככל שיהיה צורך בכך.

- **תנאי תשלום** – עבור חלקים א' ו- ב' של העבודה - מקדמה ע"ס 50% משכ"ט הקבוע המפורט בסעיף 1 לעיל. חשבון נוסף ע"ס 30% משכ"ט הקבוע יישלח עם הגשת טיוטת חוות הדעת והיתרה תיפרע בסמוך למועד שליחת חוות הדעת הסופית; עבור תעריפי שכ"ט שעתי - פירעון החשבונות יתבצע תוך 14 ימים מיום הגשת החשבון.
- **שכר הטרחה ישולם על ידי החברה.**

נשמח לעמוד לרשותכם ולענות על שאלות, במידה ויתעוררו.

בכבוד רב,

פאהן קנה יועצים בע"מ

Grant Thornton Israel

| | |
|---|---|
| הננו מאשרים את הצעתכם זו<br>מנהל ההסדר | הננו מאשרים את הצעתכם זו<br>פאפאייה גיימינג בע"מ |



©2026 Grant Thornton International Ltd. All rights reserved.

“

**אנו עומדים לרשותכם למתן הבהרות נוספות**

פאהן קנה יועצים בע"מ Grant Thornton Israel

www.grantthornton.co.il

”





©2026 Grant Thornton International Ltd. All rights reserved.

**In the District Court**
**Of Tel Aviv-Yafo**
**Motion No. 31**

**Insolvency Case 87154-07-26**
**Before Honorable Judge Iris Lushi-Abudi**

**In the matter of:**

**Gil Oren, Adv.**
Of Arnon Tadmor-Levy Law Firm
Azrieli Center Square Tower
Tel: 03-6087777 Fax: 02-6239314
Email: gil@arnontl.com

**The Settlement Administrator;**

**And in the matter of:**

**Papaya Gaming Ltd., Company No. 515422095**
**Papaya Gaming Inc.**

Both by counsels Adv. Pinni Yaniv (License No. 15378) and/or Liron Sapphire (License No. 66525) and/or Yarden Tal-Dahan (License No. 90826) and/or Yarin Nahaisi (License No. 102568) and/or et. al.
Meitar | Law Offices
Of 16 Abba Hillel Silver Rd., Ramat Gan 5250608
yardent@meitar.com

**The Company;**

**And in the matter of:**

**Superintendent of Insolvency and Financial Rehabilitation Proceedings – Tel Aviv-Yafo District**
Of 2 HaShlosha St., Tel Aviv-Yafo
Tel: 073-3923222 Fax: 02-6467556

**The Superintendent**;

**Executed on September 17, 2026**

# Motion for Instructions

The Honorable Court is requested to authorize the Settlement Administrator to engage, through the Company, the accounting firm Fahn Kanne Grant Thornton (hereinafter: "**Fahn Kanne**") for the purpose of performing a valuation, budgetary control, and an examination of the reasonableness of the Company's repayment plan. All as detailed below:

**The grounds for the Motion are as follows**:

1. On August 26, 2026, the Honorable Court ordered the appointment of the undersigned, Adv. Gil Oren, as Settlement Administrator in the proceeding captioned above.

2. As is known, the arrangement plan presented by the Company in the framework of this proceeding is based, *inter alia*, on forecasts regarding the continuation of its operations, its revenues, expenses, profitability, and cash flow during the arrangement period. The Settlement Administrator is currently conducting a dialogue with the Company regarding changes and adjustments to the arrangement plan, *inter alia*, with reference to comments raised at the hearing held before the Court in this matter.

3. As the Settlement Administrator noted in his motion dated September 10, 2026, for the purpose of formulating the arrangement, an independent valuation of the Company is required, which will include, *inter alia*, an examination of the assumptions and estimates on which the arrangement framework is based, including an examination of the impact of the Company's cessation of the use of bots during the examination period. In addition, the valuation is necessary in view of the possibility that shares of the Company will constitute a component of the arrangement, as well as insofar as the need arises to approve the arrangement in accordance with the provisions of Section 87 of the Insolvency and Financial Rehabilitation Law 5778-2018.

4. In addition to the foregoing, the Settlement Administrator is of the opinion that ongoing budgetary control over the Company's operations during the stay period is required, *inter alia*, in order to increase the creditors' certainty that the Company is operating in accordance with the plans presented by it.

5. The Settlement Administrator, through the Company, approached five leading firms with a request to receive fee proposals for the provision of the aforesaid services. Following the approach, fee proposals were received from three firms. Since this is a proceeding involving international operations and parties outside Israel, the Settlement Administrator was of the opinion that services provided by a firm with international affiliations were required. After reviewing the proposals received, including the scope of the proposed services, the professional experience of the proposers, their availability and the cost of the services, and the ability to meet the tight schedules required in the framework of this proceeding, the Settlement Administrator recommends engaging the firm of Fahn Kanne in accordance with the fee proposal submitted by it, all subject to the approval of the Honorable Court.

   A copy of the fee proposal of the accounting firm Fahn Kanne is attached as **Appendix "1"**.

6. Accordingly, the Honorable Court is requested to approve the engagement with the accounting firm Fahn Kanne for the purpose of receiving the services detailed above, in accordance with the fee proposal attached to this Motion.

[SIGNATURE]

**Gil Oren, Adv.**
**The Settlement Administrator**

**Appendix 1**

# Fahn Kanne
# Grant Thornton Israel

Engagement Proposal for the Provision of Valuation Services, Review of Projected Cash Flow and Financial Supervision (in the Framework of the Stay of Proceedings and Debt Arrangement Proceedings of Papaya Gaming Ltd.)

September 2026

©2026 Grant Thornton International Ltd. All rights reserved.

To:

Adv. Gil Oren, Settlement Administrator
Papaya Gaming Ltd.
September 17, 2026

**Re: Engagement Proposal for the Provision of Valuation Services, Review of Cash Flow and Financial Supervision in the Framework of the Stay of Proceedings and Debt Arrangement Proceedings of Papaya Gaming Ltd.**

Fahn Kanne Consultants Ltd. (Grant Thornton Israel) is pleased to submit to the Debt Settlement Administrator, Adv. Gil Oren, and to the management of Papaya Gaming Ltd. (hereinafter: "**Papaya**" or the "**Company**") our proposal for the provision of economic consulting, valuation, review of financial forecasts and ongoing financial supervision services.

This proposal is submitted against the background of the temporary stay of proceedings order granted to the Company by the court in Israel and the steps being taken to approve a debt arrangement, which are intended to protect the Company's operations and assets following the judgment rendered against it in the United States in the lawsuit filed by Skillz Platform.

As part of the proposed engagement, our firm will provide an objective and independent professional framework focusing on three principal deliverables for the Settlement Administrator and the Company:

1. **Valuation** - Performance of a valuation of the Company, required, *inter alia*, for the purpose of providing the Company's shares as security/guarantee under the debt arrangement framework.

2. **Review of the Cash Flow Forecast** - Analysis and review of the reasonableness of the multi-year cash flow forecast (for the next 6–7 years), intended for repayment of the Company's debts under the arrangement.

3. **Financial Supervision and Control During the Period of Court-Supervised Operations** - Ongoing monitoring of the Company's compliance with the projected cash flow during the period of the temporary orders, with the aim of ensuring that the Company's resources and assets are preserved as required.

Our firm has extensive, longstanding experience in advising leading companies in the Israeli economy in rehabilitation proceedings, complex debt arrangements, valuations and financial analyses, as well as in providing expert opinions to courts. We combine professional expertise of the highest standard, a reputation for objectivity and independence, and a commitment to full availability and compliance with the timelines required in the framework of the proceeding. In this document, we will present our firm's profile, details of the proposed scope of work, the professional team that will support the project, and the proposed timetable and fee structure.

Respectfully,
Fahn Kanne Consultants Ltd.
Grant Thornton Israel

©2026 Grant Thornton International Ltd. All rights reserved.

# About Fahn Kanne & Co. Grant Thornton Israel

**Fahn Kanne & Co.** is one of Israel's leading accounting firms and is ranked **sixth** largest in Israel. The firm is large in terms of its ability to provide professional services at the highest level and across a wide range of fields, yet at the same time is **not too large**, enabling **personal contact** with each client and the provision of **high-quality service**.

Fahn Kanne & Co. is a member of the international **Grant Thornton** network.

Fahn Kanne is ranked as one of the leading firms in Israel in the field of consulting services.

The services provided to clients are based on in-depth internal knowledge of the client's organization and its business environment, as well as close supervision by a partner and senior staff.

Fahn Kanne & Co. has a professional team of approximately 400 employees, including 34 partners with extensive knowledge and practical experience in both academia and the business world, consisting primarily of accountants, interns, economists and tax professionals.

Our firm has two subsidiaries that provide ancillary services. The first, **Fahn Kanne Consultants Ltd.**, specializes in providing economic and other services, including: valuations, transaction rehabilitation, due diligence, dispute resolution and more. The second, **Fahn Kanne Control Management Ltd.**, specializes in internal audit, investigative audit, computerized information systems audit and more.

The head office is located in Tel Aviv, with branches in Haifa, Jerusalem, Rosh Pina, Kibbutz HaGoshrim, Be'er Sheva, Midreshet Ben-Gurion and Eilat.

[image] [image] [image] [image]

Accounting | Audit and Control | Economic Consulting | Corporate Responsibility

©2026 Grant Thornton International Ltd. All rights reserved.



Fahn Kanne GrantThornton

## Our Distinctiveness

The ratio of partners / managers / staff members at our firm is significantly lower than that of our large competitors, enabling a **high level of partner involvement in the engagement**.

Increased involvement, from early planning of the audit through a risk-based approach, provides a more **comprehensive understanding** of your organization and a unique ability to provide **relevant management advisory comments** for the organization.

[image]

You will receive **comprehensive, prompt and attentive** service, without bureaucracy or last-minute surprises.

Fahn Kanne is characterized by the global vision – **decisive** leadership and the provision of **unique and differentiated** client service worldwide through **professional and empowered people**.

**Distinctive Client Service** - We provide distinctive and consistent service worldwide. As a result of our clients' experience, clients feel that they are receiving service from a cohesive global organization.

**Decisive Leadership** - Through decisive leadership, as a group and as individuals, our professionals will continue to be regarded as leaders both in the business world and in our markets.

**Professional and Empowered People** - The staff of Fahn Kanne & Co. is authorized to perform its work with full responsibility. Empowered people thrive when the right people are placed in the right jobs – a fit that gives them the ability to provide clients with the characteristic and distinctive service of Fahn Kanne & Co.

©2026 Grant Thornton International Ltd. All rights reserved.

# About Grant Thornton International

[image]

Grant Thornton International Ltd. is one of the world's leading organizations of accounting firms providing independent audit, tax, and advisory services in the fields of control and economics.

The member firms of the network help dynamic organizations unlock their potential for growth by providing practical, forward-looking advice. The organization's senior team combines insight and business intuition to understand the complex issues faced by clients in the private, public and government sectors and assists them in finding solutions.

Through our membership in the Grant Thornton international network, our firm maintains close relationships with numerous member firms throughout the world.

Local market expertise combined with the capabilities of a strong global organization is available to the firm's clients and provides significant assistance in carrying out transactions, investments and engagements with parties abroad, public offerings and capital raising on stock exchanges worldwide, and

| | |
|---|---|
| **80,000 Grant Thornton Employees** | **US$ 8.5bn** |
| [image] | [image] |
| **150 Countries** | **More Than 700 Branches** |
| [image] | [image] |

©2026 Grant Thornton International Ltd. All rights reserved.

# Comprehensive List of Services of Fahn Kanne Grant Thornton Israel

| Audit and Accounting | Taxation and International Taxation | Audit and Control Advisory Services | Economic Consulting Services | Additional Services |
|---|---|---|---|---|
| Audit of Financial Statements | Taxation of Companies, Partnerships and Non-Profit Companies | Internal Audit | Expert Opinions for Courts and Dispute Resolution Proceedings | Accounting |
| Preparation of Financial Statements | Individual Taxation | Quality Assessment Review of Internal Audit (QAR) | Business Consulting | Financial Management |
| Additional Services as Part of the Audit Process | International Taxation | Investigative Audit | Valuations | Debt Financing |
| Information Systems and IT Audit | Transfer Pricing | Information Systems and IT Audit | Transaction Advisory | Projects and Financing |
| | Indirect Taxes | Fraud and Embezzlement Prevention | Corporate Finance | Trust and Administration Services |
| | VAT Exemptions | Payroll Audit | Recovery and Restructuring | Incentives and Innovation |
| | Insurance Reserves | Control Services | Financial Instruments and Models | Internal Audit |
| | International Tax Legislation | Testing the Effectiveness of Internal Controls (SOX) | Fairness Opinions | Merger Advisory |
| | Investment Encouragement Law | Risk Management | Financial and Accounting Due Diligence | Corporate Responsibility |
| | Taxation of New Immigrants and Returning Residents | SOC-1 Service Organization Controls | | |
| | Corporate Mergers | Occupational Safety and Health | | |
| | Real Estate Tax | | | |

©2026 Grant Thornton International Ltd. All rights reserved.

# From Our Selected Experience in Performing Economic Engagements in the Gaming and Technology Sector

| | | | |
|---|---|---|---|
| **Provision of Valuation Services in the Process of Evaluating a Capital Restructuring and a Merger with a Large Technology Company** | ironSource | **Provision of Valuation Services, Solvency Assessment and Business and Economic Advisory Services in Legal Proceedings and Capital Restructuring Proceedings** | nexxen |
| **Provision of Valuation Services, Solvency Assessment and Business and Economic Advisory Services in Legal Proceedings and Capital Restructuring Proceedings** | kape | **Provision of Valuation Services and Business and Economic Advisory Services in Legal Proceedings and Capital Restructuring Proceedings** | playtech SOURCE OF SUCCESS |
| **Valuation for Accounting Purposes in Connection with the Acquisition of the Company's Shares** | webselenese | **Valuation of the Company's Shares** | winner |
| **Provision of Business Advisory Services in an IPO Process and Due Diligence** | XLMEDIA | **Provision of Valuation Services in the Process of Evaluating a Capital Restructuring and a Merger with a Large Technology Company** | supersonic |

©2026 Grant Thornton International Ltd. All rights reserved.

# From Our Selected Experience in Performing Financial Soundness / Solvency Assessments

| | |
|---|---|
| Financial and accounting advisory services in a complex debt arrangement, including assessment of financial soundness and *repayment* capacity, cash flow analysis, and advisory services in realization and sale processes and the adjustment of the scope of operations to the business and financial condition. | AVNON GROUP |
| Financial and accounting advisory services to WeWork Israel in connection with the sale of its operations in Israel, including advisory services in the process of streamlining the corporate structure, liquidation of the group companies, and continued handling of liabilities and financial matters. | wework |
| Provision of an Expert Opinion to the Court Regarding the Company's Solvency, in Connection with the Demerger Process from the Parent Company. | golan telecom |
| Provision of an Expert Opinion to the Court Assessing Solvency, for the Purpose of Effecting a Distribution Other Than Out of Surplus Profits. | TREMOR INTERNATIONAL |
| Preparation of an Expert Opinion for the Court in Connection with a Solvency Assessment in a Capital Reduction Process Not Out of the Company's Profits Available for Distribution. | ENDYMED |
| Provision of an Expert Opinion to the Court Assessing Solvency, for the Purpose of Effecting a Distribution Other Than Out of Surplus Profits. | Quik.co.il |
| Preparation of an Economic Expert Opinion Assessing the Company's Financial Soundness in Connection with a Dividend Distribution Other Than Out of Surplus. | DiscountCapital |
| Preparation of an Expert Opinion for the Court Assessing the Company's Solvency under Various Stress Scenarios, for the Purpose of Assessing its Debt Repayment Capacity. | Carrefour |

©2026 Grant Thornton International Ltd. All rights reserved.

## Selected Clients to Whom We Provide Economic Consulting Services

©2026 Grant Thornton International Ltd. All rights reserved.

# The Professional Team

- Our firm places the utmost importance on providing a senior team with extensive experience in the fields of valuation, financial soundness analysis, cash flow review and supervision in the context of complex debt arrangements.

- The work will be performed by the senior professional team of Fahn Kanne Consultants Ltd., a subsidiary of the accounting firm Fahn Kanne & Co. (Grant Thornton Israel).

- We undertake to ensure the direct, close and intensive involvement of the lead partners at all stages of the work, thereby ensuring full availability, prompt response and uncompromising professional quality for the Settlement Administrator and the Company.

- **CPA Shlomi Bartov | Partner and CEO, Fahn Kanne Consultants** – Over 30 years of management experience in the fields of finance, economics, accounting and valuations. Expert in the valuation of equity and debt instruments, development of financial models, financial soundness assessments, advisory services in debt arrangements and submission of expert opinions to courts. Academic lecturer, member of the Institute of Certified Public Accountants in Israel's valuation committees and international professional committees of the Grant Thornton network.

- **CPA Roman Falk | Partner, Head of Valuations** – Over 20 years of experience in managing and performing complex valuations and economic analyses for some of the largest companies in the Israeli economy. Development and validation of cash flow models, performance of valuations for technology and gaming companies, economic expert opinions for courts and advisory services in M&A processes.

- **To ensure full availability and compliance with the urgent timelines of the proceeding, a dedicated professional team from the Economic Consulting Department will be assigned**:
  - **Eran Galant, CPA (U.S.)** – Senior Manager in the Economic Consulting Department.
  - **Sergey Shpoliansky, CPA** – Director in the Economic Consulting Department.
  - **Anna Atedgi** – Manager in the Economic Consulting Department.

©2026 Grant Thornton International Ltd. All rights reserved.



# Shlomi Bartov, CPA

Partner, CEO of Fahn Kanne Consultants

## Education

1991–1993: MBA (specialization in Finance and Accounting), Tel Aviv University.

1992: Passed the CPA Council qualifying examinations with distinction.

1987–1990: Bachelor's degree with honors in Accounting and Economics – Tel Aviv University.

## Professional Experience

Multidisciplinary and extensive experience in the fields of accounting, financial and economic consulting, valuation of financial assets, investments and financial management.

Listed on the court-appointed list of experts in the fields of economics and accounting, pursuant to the Courts Regulations (List of Experts).

## Areas of Expertise

• Accounting advisory services and financial soundness assessments
• Financial advisory services and financial model development
• Project finance
• Budgeting, costing and control
• Valuations
• Model development and validation
• Due diligence
• Economic and financial opinions
• Mergers and acquisitions
• Financial risk management
• Corporate recovery and value enhancement
• Various economic engagements
• Extensive experience in advising some of the largest companies in the Israeli economy

## Academic Experience

• Lecturer in the supplementary studies program of the Accounting Department at the College of Management Academic Studies, School of Business Administration.

• Served as a teaching assistant in the MBA program at the Faculty of Management

• Served as a teaching assistant in a course on Accounting and Financial Reporting for Banks at Tel Aviv University.

## Other

• Published research through the Kassirer Institute for Research in Accounting, Faculty of Management – Tel Aviv University.

• Member of the Valuation Committee of the Institute of Certified Public Accountants in Israel.

• Member of the Steering Committee in the Cleantech field of the international Grant Thornton network.

• Member of Grant Thornton's professional Valuation Task Force (VTF).

• Excellence Award in the CPA Council examinations.

• Named to the Dean's List for excellence in undergraduate studies in Accounting and Economics (three times).

©2026 Grant Thornton International Ltd. All rights reserved.



# Roman Falk, CPA

Partner, Head of Valuations

## Education

2015: Tel Aviv University – Master's degree (MA) in Economics.

2009: Successfully passed the CPA Council examinations and obtained a CPA license.

2005: Tel Aviv University – Bachelor's degree with honors in Economics and Accounting..

## Professional Experience

Heads and coordinates the firm's valuation practice. Over 20 years of experience in developing, implementing and updating methodologies used for company valuations. Performance and management of valuation engagements for some of the largest companies in the Israeli economy across an extremely broad range of sectors (technology, industry, automotive, services, finance, retail, hospitality and tourism, biomed, aviation and more).

## Areas of Expertise

• Valuations
• Expert opinions for courts
• M&A advisory
• PPA engagements
• Options and complex financial instruments
• Financial advisory services and financial model development
• Business plans
• Project finance
• Budgeting, costing and control
• Model development and validation
• Due diligence
• Extensive experience in advising some of the largest companies in the Israeli economy

## Academic Experience

• Lecturer in an MBA seminar at The Open University.

• Lecturer in the Financial Statement Analysis and Company Valuation course, The Academic College of Law and Science, School of Business Administration.

## Other

• Proficient in the daily use of a variety of Microsoft Office applications.

• Very high proficiency in Excel, Word and PowerPoint.

• Extensive experience in managing and performing complex economic engagements).

©2026 Grant Thornton International Ltd. All rights reserved.

# Proposed Work Plan

1. **Purpose and Scope of the Engagement** – Provision of economic and financial consulting services to the Settlement Administrator (Adv. Gil Oren) and the management of Papaya Gaming Ltd., in the framework of the temporary stay of proceedings order and the steps being taken to approve the debt arrangement. The engagement is based on three pillars for assessing the soundness of the arrangement and protecting the rights of the creditors, as described below.

2. **Scope of Work:**

   A. **Valuation of the Company**

   - Analysis of the Company's historical financial and business data.
   - Review of previous valuations and economic engagements performed for the Company.
   - Development of a comprehensive financial model and an objective and independent valuation of the Company as a going concern, required for the purpose of providing the Company's shares as security/guarantee under the arrangement.

   B. **Review of the Cash Flow Forecast**

   - Analysis of the multi-year cash flow forecast (for approximately the next 6–7 years) prepared for the purpose of repayment of the Company's debts under the arrangement framework.
   - Review of the reasonableness of the underlying cash flow assumptions (projected revenues, operating expenses, legal expenses, and free cash flow available for repayment).
   - Review of sensitivity scenarios (including a Worst-Case scenario) to ensure the Company's repayment capacity even under challenging market conditions.
   - Examination of the effect of discontinuing the use of bots on the projected cash flow.
   - As part of our review of the cash flow forecast, we will rely on the expert work to be prepared concurrently by Dr. Tal Mofkadi. Relevant issues arising from the review will be brought for discussion with the Company's management.

   C. **Financial Supervision and Control During the Operating Period**

   - Ongoing monitoring of the Company's compliance with the cash flow forecast submitted to the Court for the period of the temporary orders.
   - Examination of the preservation of the Company's assets and prevention of cash leakage during the period of court-supervised operations.
   - Preparation of periodic monitoring reports and ongoing updates to the Settlement Administrator and the Company's management.

©2026 Grant Thornton International Ltd. All rights reserved.

# Confidentiality, Conflicts of Interest and Compliance with Accepted Standards

**Confidentiality**

- Needless to say, given the sensitivity involved, we will strictly maintain the confidentiality of the details of the engagement. We undertake to maintain complete confidentiality with respect to any material and/or confidential information that comes into our possession concerning the companies involved, throughout the entire engagement period and thereafter. The information will not be disclosed to any third party (directly or indirectly), nor will it be used for any purpose that is not directly related to the performance of the engagement for you.

- All work products will first be submitted for review by the authorized parties. Only after receipt of their express approval, and in accordance with their instructions, will the relevant information be provided to the additional authorized parties.

**Conflicts of Interest**

- Acceptance of the engagement is subject to completion of the conflict-of-interest review procedure of Grant Thornton International, which is implemented by our firm as part of our affiliation with the international firm. We note that, based on a preliminary review conducted as part of the preparation of this engagement proposal, no professional services recently provided by our firm that could give rise to conflicts of interest were identified. The conflict-of-interest review was conducted, *inter alia*, in accordance with the principle of independence required of a valuator, as reflected in the position of the staff of the Israel Securities Authority on the subject.

**Compliance with Grant Thornton International Standards**

- Fahn Kanne attaches the utmost importance to providing a team with extensive experience in the areas of activity required by you. Our firm, Fahn Kanne Consultants Ltd., Grant Thornton Israel, has extensive, longstanding experience in providing business advisory services to companies on economic, business and accounting matters. We are confident that the experience accumulated by our firm and the tools at our disposal will greatly assist us in carrying out the project. Our professional services are based on knowledge and experience gained from working with a wide variety of companies and on in-depth familiarity with numerous sectors of activity in Israel and worldwide. Our firm combines outstanding professional capabilities, a comprehensive systemic perspective and a commitment to providing high-quality service. As members of the global firm Grant Thornton International (hereinafter: the "**International Network**"), we are committed to compliance with international standards at the highest level. As part of the requirements of the International Network, and in order to comply with the international standards required of us, including ensuring the accuracy and completeness of conflict-of-interest and independence checks across the firms that are members of the International Network, we are required to comply with information-sharing requirements, pursuant to which we are required to transfer basic items of information regarding the identity of our clients to a database maintained by the International Network in Europe. It is clarified in this regard that the information security arrangements and privacy protection policy implemented by the International Network comply with the applicable European Union requirements in this regard, as well as with the requirements of Israeli law.

©2026 Grant Thornton International Ltd. All rights reserved.

# Timetable and Cost of the Engagement

- **Timetable** – The engagement will commence immediately upon your approval of this engagement proposal and your notification to commence the work. An initial indication of the valuation and review of the cash flow will be submitted within 3 weeks from the date of approval of the engagement proposal. The report and completion of the final work will be submitted within an additional 1–2 weeks from the date on which the initial indications are provided. In addition, ongoing advisory and supervision work will be performed throughout the period of the temporary orders and the court-supervised operations.
  *Note*: Compliance with the timetable is subject to the timely receipt of complete information, data and documents from the Company's representatives.

- **Fees:**
  1. **Parts A and B (valuation as a "going concern" and review of cash flow)** – We propose a fixed fee of USD 45,000 + VAT. The above fee includes the analysis work, development of the models, sensitivity analyses and issuance of the final economic expert opinion.
  2. **Part C (financial supervision and control during the period of court-supervised operations)** – We propose billing based on an actual hourly rate of USD 135 + VAT per hour of work.
  3. The fixed fee specified in Section 1 is based on the assumption that our work specified in Section 1 will be completed no later than November 15, 2026 (after such date, an hourly rate will apply), and on the assumption that we will be able to rely on the work of Dr. Mofkadi with respect to the review of the Company's projected cash flow forecast. In addition, the fee does not include hours relating to testimony, preparation for hearings and assistance to the Settlement Administrator or the Company's management with relevant economic and accounting matters (if required). We propose an hourly fee of USD 135 + VAT for such hours.
  4. It is agreed that our liability in connection with the performance of this engagement is limited to three times the amount of our fee for this engagement (except in cases of intentional misconduct).
  5. The fixed fee rates specified above do not include travel abroad (if required). In addition, the hourly fee rates specified above do not apply to the use of experts abroad (if required). Such rates will be agreed separately, if necessary.

- **Payment Terms** – For Parts A and B of the engagement – an advance payment of 50% of the fixed fee specified in Section 1 above. An additional invoice for 30% of the fixed fee will be issued upon submission of the draft expert opinion, and the balance will be paid around the date on which the final expert opinion is sent; for hourly fee rates – invoices shall be paid within 14 days from the date of submission of the invoice.

- **The fees shall be paid by the Company**.

We will be pleased to be at your disposal and answer any questions, should they arise.
Respectfully,
Fahn Kanne Consultants Ltd.
Grant Thornton Israel

We hereby approve your proposal
Settlement Administrator

We hereby approve your proposal
Papaya Gaming Ltd.

©2026 Grant Thornton International Ltd. All rights reserved.

**We are at your disposal for any further clarifications.**

**Fahn Kanne Consultants Ltd.**

**Grant Thornton Israel**

**www.grantthornton.co.il**

©2026 Grant Thornton International Ltd. All rights reserved.

TRANSPERFECT

I, Asaf Talmi, hereby certify that I am competent to translate from Hebrew to English (US) and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled “debt settlement administrator motion from 17.9.2026” from Hebrew to English (US).

Talmi
Talmi (Sep 21, 2026 16:13:50 GMT+3)

______________________
Asaf Talmi

______________________
21 Sep 2026