# Exhibits 32–34

**DOCUMENTS SEALED PURSUANT TO PROTECTIVE ORDER**