# Exhibits 42–63

**DOCUMENTS SEALED PURSUANT TO PROTECTIVE ORDER**