**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a foreign proceeding. | (Jointly Administered) |

**JOINT WITNESS LIST, DEPOSITION DESIGNATIONS, AND EXHIBIT LIST**
**FOR THE RECOGNITION HEARING ON OCTOBER 14, 2026**

**PLEASE TAKE NOTICE** that Oriel Bachar, in his capacity as a duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"), and Skillz Platform Inc. ("Skillz") hereby jointly submit this witness list, deposition designations, and exhibit list for the recognition hearing scheduled to begin October 14, 2026, at 2:00 p.m. (ET) (the "Hearing") before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, in connection with the Foreign Representative's *Verified Petition under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] (the "Verified Petition") and pursuant to the *Scheduling Order for Hearing on the Foreign Representative's Verified Petition for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 133] (the "Scheduling Order").

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

**WITNESS LIST**

The Parties designate the following individuals as witnesses for the Hearing whose testimony may be presented live and/or through their declarations in the following order.

| Name | Topic |
|---|---|
| Pinni Yaniv | Foreign Representative – Topics Related to the Verified Petition and relief sought by the Foreign Representative in connection with the Recognition Hearing |
| Oriel Bachar | Foreign Representative – Topics Related to the Verified Petition and relief sought by the Foreign Representative in connection with the Recognition Hearing |
| Yaron Elhawi | Skillz – Topics Related to the Verified Petition and relief sought by the Foreign Representative in connection with the Recognition Hearing |
| Jim Bergman | Skillz – Topics Related to the Verified Petition and relief sought by the Foreign Representative in connection with the Recognition Hearing |
| Stuart Gleichenhaus | Foreign Representative – Topics Related to the Verified Petition and relief sought by the Foreign Representative in connection with the Recognition Hearing |

The Parties reserve the right to (a) cross-examine any witness called by any other party, (b) call additional witnesses for the purposes of rebuttal or impeachment, (c) call any witness identified by another party on their witness list, regardless of whether that party thereafter removes the witness from their list, (d) designate deposition testimony of any witnesses that do not appear for live cross-examination, and (e) call any witness necessary for the purpose of authenticating documents or otherwise seeking the admission of documents into evidence.

## **DEPOSITION DESIGNATIONS**

The Parties' joint deposition designations, consisting only of designations of the deposition of Mr. James Kong, including designations of which testimony is being offered each party, which testimony may be admitted without objection, and the testimony to which there is an objection, is attached as **Exhibit A**. A highlighted transcript of the deposition will be transmitted separately to the Court.

## **EXHIBIT LIST**

The Parties' joint list of exhibits, including designations for joint exhibits, exhibits offered by each party, which exhibits may be admitted without objections, and the exhibits to which there is an objection, is attached as **Exhibit B**. Copies of all exhibits will be transmitted separately to the Court.

[*Remainder of Page Intentionally Left Blank.*]

Dated: October 8, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Benjamin J. Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

*Counsel to the Foreign Representative*

**BLANK ROME LLP**

By: */s/ Stanley B. Tarr*

Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*

Ray C. Schrock (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Michael Ardeljan (admitted *pro hac vice*)
Tianjiao "T.J." Li (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
ray.schrock@lw.com
christopher.harris@lw.com
adam.goldberg@lw.com
michael.ardeljan@lw.com
tj.li@lw.com

Amy C. Quartarolo (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (213) 485-1234
amy.quartarolo@lw.com

Lazar P. Raynal (admitted *pro hac vice*)
Michael A. Lombardo (admitted *pro hac vice*)
**KING & SPALDING LLP**
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312)-995-6333
lraynal@kslaw.com
mlombardo@kslaw.com

*Counsel for Skillz Platform Inc.*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: <u>*/s/ Michael S. Neiburg*</u>
Sean M. Beach (DE No. 4070)
Michael S. Neiburg (DE No. 5275)
Joshua Hall (DE No. 7510)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
sbeach@ycst.com
mneiburg@ycst.com
jhall@ycst.com

*Counsel for Skillz Platform Inc.*