**EXHIBIT A**

Corrected Exhibit A to the Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026

**EXHIBIT A**

**JAMES KONG DEPOSITION FOR USE AT EVIDENTIARY HEARING**

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 4:2 – 4:5 | Foreign Representative/None | |
| 6:12 – 6:25 | Skillz/None | |
| 7:2 – 7:25 | Skillz/None | |
| 8:14 – 8:22 | Skillz/None | |
| 9:6 – 9:8 | Skillz/None | |
| 9:9 – 9:25 | Foreign Representative/None | |
| 10:2 – 10:23 | Skillz/None | |
| 10:24 – 10:25 | Foreign Representative/None | |
| 11:2 – 11:13 | Foreign Representative/None | |
| 11:14 – 11:25 | Skillz/None | |
| 12:2 – 12:18 | Skillz/None | |
| 12:19 – 12:25 | Foreign Representative/None | |
| 13:2 – 13:2 | Foreign Representative/None | |
| 16:9 – 16:25 | Skillz/None | |
| 17:2 – 17:25 | Skillz/None | |
| 18:2 – 18:18 | Skillz/None | |
| 18:19 – 18:21 | Foreign Representative/None | |
| 18:22 – 18:24 | Skillz/None | |
| 20:12 – 20:25 | Skillz/None | |
| 21:2 – 21:8 | Skillz/None | |
| 26:2 – 26:18 | Skillz/None | |
| 26:19 – 26:20 | Foreign Representative/None | |
| 26:21 – 26:21 | Skillz/None | |
| 27:7 – 27:14 | Foreign Representative/None | |
| 27:15 – 27:18 | Skillz/None | |
| 27:19 – 27:21 | Foreign Representative/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 27:22 – 27:23 | Skillz/None | |
| 29:7 – 29:10 | Skillz/None | |
| 29:11 – 29:12 | Foreign Representative/None | |
| 29:13 – 29:13 | Skillz/None | |
| 33:7 – 33:9 | Skillz/None | |
| 33:10 – 33:11 | Foreign Representative/None | |
| 33:12 – 33:12 | Skillz/None | |
| 34:10 – 34:11 | Skillz/None | |
| 34:12 – 34:12 | Foreign Representative/None | |
| 34:13 – 34:16 | Skillz/None | |
| 34:17 – 34:18 | Foreign Representative/None | |
| 34:19 – 34:25 | Skillz/None | |
| 35:2 – 35:11 | Skillz/None | |
| 35:12 – 35:13 | Foreign Representative/None | |
| 35:14 – 35:25 | Skillz/None | |
| 36:2 – 36:9 | Skillz/None | |
| 36:10 – 36:11 | Foreign Representative/None | |
| 36:12 – 36:25 | Skillz/None | |
| 37:2 – 37:9 | Skillz/None | |
| 37:10 – 37:11 | Foreign Representative/None | |
| 37:12 – 37:23 | Skillz/None | |
| 37:24 – 37:25 | Foreign Representative/None | |
| 38:2 – 38:18 | Skillz/None | |
| 38:19 – 38:23 | Foreign Representative/None | |
| 38:24 – 38:25 | Skillz/None | |
| 39:2 – 39:6 | Skillz/None | |
| 39:7 – 39:14 | Foreign Representative/Hearsay (as to 39:9 – 39:14) | |
| 39:15 – 39:23 | Skillz/None | |
| 39:24 – 39:25 | Foreign Representative/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 40:2 – 40:4 | Foreign Representative/None | |
| 40:7 – 40:25 | Skillz/None | |
| 41:2 – 41:6 | Foreign Representative/None | |
| 41:7 – 41:23 | Skillz/None | |
| 41:24 – 41:25 | Foreign Representative/None | |
| 42:2 – 42:6 | Skillz/None | |
| 42:7 – 42:8 | Foreign Representative/None | |
| 42:9 – 42:12 | Skillz/None | |
| 42:13 – 42:14 | Foreign Representative/None | |
| 42:15 – 42:25 | Skillz/None | |
| 43:2 – 43:6 | Skillz/None | |
| 43:16 – 43:20 | Skillz/None | |
| 43:25 – 43:25 | Skillz/None | |
| 44:2 – 44:11 | Skillz/None | |
| 44:12 – 44:13 | Foreign Representative/None | |
| 44:14 – 44:25 | Skillz/None | |
| 45:2 – 45:4 | Foreign Representative/None | |
| 49:6 – 49:25 | Skillz/None | |
| 50:2 – 50:25 | Skillz/None | |
| 51:2 – 51:4 | Skillz/None | |
| 52:15 – 52:21 | Skillz/None | |
| 52:22 – 52:23 | Foreign Representative/None | |
| 52:24 – 52:24 | Skillz/None | |
| 52:25 – 52:25 | Foreign Representative/None | |
| 53:2 – 53:5 | Foreign Representative/None | |
| 53:6 – 53:13 | Skillz/None | |
| 59:19 – 59:21 | Skillz/None | |
| 59:22 – 59:23 | Foreign Representative/None | |
| 59:24 – 59:25 | Skillz/None | |
| 60:2 – 60:24 | Skillz/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 60:7 – 62:7 | Foreign Representative/None | |
| 61:2 – 61:16 | Skillz/None | |
| 61:21 – 61:25 | Skillz/None | |
| 62:2 – 62:12 | Skillz/None | |
| 62:13 – 62:25 | Foreign Representative/Hearsay | |
| 63:2 – 63:20 | Foreign Representative/Hearsay | |
| 63:21 – 63:25 | Foreign Representative/Hearsay | |
| 64:2 – 64:10 | Foreign Representative/Hearsay | |
| 64:11 – 64:17 | Skillz/None | |
| 64:18 – 64:19 | Foreign Representative/None | |
| 64:20 – 64:22 | Skillz/None | |
| 64:23 – 64:25 | Foreign Representative/None | |
| 65:2 – 65:8 | Foreign Representative/None | |
| 65:9 – 65:17 | Skillz/None | |
| 66:21 – 67:18 | Foreign Representative/None | |
| 68:2 – 68:21 | Foreign Representative/None | |
| 69:21 – 70:4 | Foreign Representative/Hearsay | |
| 70:20 – 70:25 | Skillz/None | |
| 71:2 – 71:7 | Skillz/None | |
| 71:8 – 71:9 | Foreign Representative/None | |
| 71:10 – 71:10 | Skillz/None | |
| 72:16 – 72:25 | Skillz/None | |
| 73:2 – 73:8 | Foreign Representative/None | |
| 74:8 – 74:11 | Skillz/None | |
| 74:12 – 74:13 | Foreign Representative/None | |
| 74:14 – 74:25 | Skillz/None | |
| 75:2 – 75:11 | Skillz/None | |
| 75:12 – 75:13 | Foreign Representative/None | |
| 75:14 – 75:24 | Skillz/None | |
| 75:25 – 76:2 | Foreign Representative/None | |

| **Page & Line** | **Party/Objection/Basis** | **Overruled/Sustained** |
|---|---|---|
| 76:3 – 76:7 | Skillz/None | |
| 76:12 – 76:14 | Skillz/None | |
| 76:15 – 76:16 | Foreign Representative/None | |
| 76:17 – 76:25 | Skillz/None | |
| 77:2 – 77:3 | Foreign Representative/None | |
| 77:4 – 77:9 | Skillz/None | |
| 77:10 – 77:11 | Foreign Representative/None | |
| 77:12 – 77:18 | Skillz/None | |
| 77:19 – 77:21 | Foreign Representative/None | |
| 77:22 – 77:25 | Skillz/None | |
| 78:2 – 78:3 | Skillz/None | |
| 78:4 – 78:5 | Foreign Representative/None | |
| 78:6 – 78:15 | Skillz/None | |
| 79:11 – 79:22 | Foreign Representative/None | |
| 79:14 – 79:16 | Skillz/None | |
| 79:17 – 79:18 | Foreign Representative/None | |
| 79:19 – 79:22 | Skillz/None | |
| 80:21 – 80:25 | Skillz/None | |
| 81:2 – 81:3 | Skillz/None | |
| 82:4 – 82:17 | Foreign Representative/None | |
| 82:25 – 82:25 | Skillz/None | |
| 83:2 – 83:14 | Skillz/None | |
| 85:9 – 85:20 | Skillz/None | |
| 85:21 – 85:22 | Foreign Representative/None | |
| 85:23 – 85:25 | Skillz/None | |
| 86:2 – 86:5 | Skillz/None | |
| 86:6 – 86:7 | Foreign Representative/None | |
| 86:8 – 86:14 | Skillz/None | |
| 88:7 – 88:23 | Foreign Representative/None | |
| 93:22 – 93:25 | Foreign Representative/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 94:2 – 94:7 | Foreign Representative/None | |
| 94:8 – 94:25 | Skillz/None | |
| 94:17 – 95:2 | Foreign Representative/None | |
| 95:2 – 95:6 | Skillz/None | |
| 95:7 – 95:18 | Foreign Representative/None | |
| 95:19 – 95:25 | Skillz/None | |
| 96:2 – 96:14 | Skillz/None | |
| 96:20 – 96:24 | Skillz/None | |
| 97:3 – 97:3 | Skillz/None | |
| 97:14 – 97:16 | Skillz/None | |
| 97:17 – 97:18 | Foreign Representative/None | |
| 97:19 – 97:22 | Skillz/None | |
| 97:23 – 97:24 | Foreign Representative/None | |
| 97:25 – 97:25 | Skillz/None | |
| 99:2 – 99:4 | Skillz/None | |
| 99:5 – 99:6 | Foreign Representative/None | |
| 99:7 – 99:11 | Skillz/None | |
| 99:12 – 99:13 | Foreign Representative/None | |
| 99:14 – 99:21 | Skillz/None | |
| 99:22 – 99:23 | Foreign Representative/None | |
| 99:24 – 99:25 | Skillz/None | |
| 100:2 – 100:6 | Skillz/None | |
| 100:7 – 100:24 | Foreign Representative/None | |
| 100:25 – 100:25 | Skillz/None | |
| 101:2 – 101:14 | Skillz/None | |
| 102:6 – 102:25 | Foreign Representative/Hearsay; Improper Counter-Designation | |
| 103:2 – 103:4 | Foreign Representative/Hearsay; Improper Counter-Designation | |
| 103:5 – 103:17 | Foreign Representative/None | |
| 103:18 – 103:21 | Foreign Representative/None | |

| **Page & Line** | **Party/Objection/Basis** | **Overruled/Sustained** |
|---|---|---|
| 104:16 – 105:3 | Foreign Representative/None | |
| 105:4 – 105:14 | Foreign Representative/None | |
| 105:15 – 105:23 | Foreign Representative/None | |
| 109:7 – 109:10 | Foreign Representative/None | |
| 111:12 – 111:19 | Foreign Representative/None | |
| 112:22 – 113:15 | Foreign Representative/None | |
| 114:8 – 114:15 | Skillz/None | |
| 114:16 – 114:17 | Foreign Representative/None | |
| 114:18 – 114:25 | Skillz/None | |
| 115:2 – 115:3 | Skillz/None | |
| 115:4 – 115:5 | Foreign Representative/None | |
| 115:6 – 115:6 | Skillz/None | |
| 115:20 – 115:25 | Foreign Representative/None | |
| 116:2 – 116:3 | Foreign Representative/None | |
| 116:7 – 116:21 | Skillz/None | |
| 116:22 – 116:23 | Foreign Representative/None | |
| 116:24 – 116:25 | Skillz/None | |
| 117:2 – 117:25 | Skillz/None | |
| 118:2 – 118:25 | Skillz/None | |
| 119:2 – 119:17 | Skillz/None | |
| 119:18 – 119:19 | Foreign Representative/None | |
| 119:20 – 119:22 | Skillz/None | |
| 120:14 – 120:25 | Skillz/None | |
| 121:2 – 121:4 | Skillz/None | |
| 121:5 – 121:6 | Foreign Representative/None | |
| 121:24 – 121:25 | Foreign Representative/None | |
| 122:2 – 122:7 | Foreign Representative/None | |
| 122:8 – 122:12 | Skillz/None | |
| 122:13 – 122:25 | Foreign Representative/None | |
| 123:2 – 123:10 | Foreign Representative/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 123:17 – 123:22 | Skillz/None | |
| 123:23 – 123:24 | Foreign Representative/None | |
| 123:25 – 123:25 | Skillz/None | |
| 124:2 – 124:6 | Skillz/None | |
| 124:19 – 124:21 | Skillz/None | |
| 124:22 – 124:23 | Foreign Representative/None | |
| 124:24 – 124:25 | Skillz/None | |
| 125:2 – 125:25 | Skillz/None | |
| 126:2 – 126:6 | Skillz/None | |
| 126:7 – 126:8 | Foreign Representative/None | |
| 126:9 – 126:12 | Skillz/None | |
| 126:13 – 126:14 | Foreign Representative/None | |
| 126:15 – 126:16 | Skillz/None | |
| 126:17 – 126:25 | Foreign Representative/Lacks Foundation | |
| 127:2 – 127:8 | Foreign Representative/Lacks Foundation | |
| 127:9 – 127:16 | Skillz/None | |
| 127:17 – 127:18 | Foreign Representative/None | |
| 127:19 – 127:25 | Skillz/None | |
| 128:2 – 128:3 | Foreign Representative/None | |
| 128:4 – 128:4 | Skillz/None | |
| 132:11 – 132:19 | Foreign Representative/None | |
| 136:8 – 136:10 | Skillz/None | |
| 136:11 – 136:14 | Foreign Representative/None | |
| 136:15 – 136:25 | Skillz/None | |
| 137:2 – 137:25 | Skillz/None | |
| 138:2 – 138:4 | Foreign Representative/None | |
| 138:5 – 138:20 | Skillz/None | |
| 138:21 – 138:25 | Foreign Representative/None | |
| 139:2 – 139:24 | Skillz/None | |
| 141:18 – 141:22 | Skillz/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 142:23 – 142:25 | Skillz/None | |
| 143:2 – 143:3 | Skillz/None | |
| 143:4 – 143:5 | Foreign Representative/None | |
| 143:6 – 143:6 | Skillz/None | |
| 143:10 – 143:22 | Foreign Representative/None | |
| 143:23 – 143:25 | Skillz/None | |
| 144:2 – 144:25 | Skillz/None | |
| 145:2 – 145:25 | Skillz/None | |
| 146:2 – 146:18 | Skillz/None | |
| 146:19 – 146:20 | Foreign Representative/None | |
| 146:21 – 146:25 | Skillz/None | |
| 147:2 – 147:4 | Skillz/None | |
| 147:5 – 147:7 | Foreign Representative/None | |
| 147:8 – 147:25 | Skillz/None | |
| 148:2 – 148:25 | Skillz/None | |
| 149:2 – 149:25 | Skillz/None | |
| 150:2 – 150:25 | Skillz/None | |
| 151:2 – 151:12 | Skillz/None | |
| 152:3 – 152:25 | Skillz/None | |
| 153:2 – 153:25 | Skillz/None | |
| 154:2 – 154:25 | Skillz/None | |
| 155:2 – 155:25 | Skillz/None | |
| 156:2 – 156:25 | Skillz/None | |
| 157:2 – 157:8 | Skillz/None | |
| 157:15 – 157:25 | Foreign Representative/None | |
| 158:2 – 158:17 | Skillz/None | |
| 158:18 – 158:18 | Foreign Representative/None | |
| 158:19 – 158:25 | Skillz/None | |
| 159:2 – 159:2 | Skillz/None | |
| 159:3 – 159:17 | Foreign Representative/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
| --- | --- | --- |
| 159:18 – 159:25 | Skillz/None | |
| 160:2 – 160:7 | Foreign Representative/None | |
| 160:8 – 160:25 | Skillz/None | |
| 161:2 – 161:9 | Skillz/None | |
| 162:5 – 162:25 | Foreign Representative/None | |
| 163:2 – 163:12 | Foreign Representative/None | |
| 163:24 – 163:25 | Foreign Representative/None | |
| 164:2 – 164:7 | Foreign Representative/None | |
| 164:15 – 164:25 | Foreign Representative/None | |
| 165:2 – 165:25 | Foreign Representative/None | |
| 166:2 – 166:8 | Foreign Representative/None | |
| 166:9 – 166:23 | Skillz/None | |
| 169:3 – 169:16 | Foreign Representative/None | |
| 176:23 – 176:25 | Skillz/None | |
| 177:2 – 177:17 | Skillz/None | |
| 177:18 – 177:19 | Foreign Representative/None | |
| 177:20 – 177:20 | Skillz/None | |
| 178:9 – 178:18 | Foreign Representative/None | |
| 178:24 – 180:15 | Foreign Representative/None | |
| 180:4 – 180:11 | Skillz/None | |
| 180:12 – 180:15 | Foreign Representative/None | |
| 182:3 – 182:25 | Skillz/None | |
| 183:2 – 183:25 | Skillz/None | |
| 184:2 – 184:25 | Skillz/None | |
| 185:2 – 185:2 | Skillz/None | |
| 185:3 – 185:6 | Foreign Representative/None | |
| 186:3 – 186:25 | Foreign Representative/None | |
| 187:2 – 187:5 | Foreign Representative/None | |
| 187:10 – 187:12 | Skillz/None | |
| 188:12 – 188:19 | Skillz/None | |

| **Page & Line** | **Party/Objection/Basis** | **Overruled/Sustained** |
|---|---|---|
| 188:20 – 188:21 | Foreign Representative/None | |
| 188:22 – 188:22 | Skillz/None | |
| 189:9 – 189:20 | Skillz/None | |
| 191:3 – 191:15 | Foreign Representative/None | |
| 191:20 – 193:7 | Foreign Representative/None | |
| 193:8 – 193:25 | Skillz/None | |
| 194:2 – 194:12 | Skillz/None | |
| 194:13 – 195:2 | Foreign Representative/None | |
| 195:20 – 195:25 | Foreign Representative/None | |
| 196:2 – 196:10 | Foreign Representative/None | |
| 196:11 – 196:25 | Skillz/None | |
| 197:2 – 197:14 | Skillz/None | |
| 197:15 – 197:16 | Foreign Representative/None | |
| 197:17 – 197:21 | Skillz/None | |
| 197:22 – 197:23 | Foreign Representative/None | |
| 197:24 – 197:25 | Skillz/None | |
| 198:2 – 199:1 | Skillz/None | |
| 199:2 – 199:18 | Skillz/None | |
| 199:19 – 199:20 | Foreign Representative/None | |
| 199:21 – 199:24 | Skillz/None | |
| 199:25 – 199:25 | Foreign Representative/None | |
| 200:2 – 200:25 | Skillz/None | |
| 201:2 – 201:14 | Skillz/None | |
| 201:15 – 201:16 | Foreign Representative/None | |
| 201:17 – 201:20 | Skillz/None | |
| 201:21 – 201:22 | Foreign Representative/None | |
| 201:23 – 202:1 | Skillz/None | |
| 202:2 – 202:7 | Skillz/None | |
| 202:8 – 202:9 | Foreign Representative/None | |
| 202:10 – 202:25 | Skillz/None | |

| **Page & Line** | **Party/Objection/Basis** | **Overruled/Sustained** |
|---|---|---|
| 203:2 – 203:5 | Skillz/None | |
| 203:6 – 203:7 | Foreign Representative/None | |
| 203:8 – 203:25 | Skillz/None | |
| 204:2 – 204:19 | Skillz/None | |
| 204:20 – 204:21 | Foreign Representative/None | |
| 204:22 – 204:25 | Skillz/None | |
| 205:2 – 205:25 | Skillz/None | |
| 206:2 – 206:25 | Skillz/None | |
| 207:2 – 207:6 | Skillz/None | |
| 207:7 – 207:8 | Foreign Representative/None | |
| 207:9 – 207:14 | Skillz/None | |
| 207:15 – 207:16 | Foreign Representative/None | |
| 207:17 – 207:20 | Skillz/None | |
| 207:22 – 207:23 | Foreign Representative/None | |
| 207:24 – 207:24 | Skillz/None | |
| 208:12 – 208:22 | Skillz/None | |
| 208:23 – 208:24 | Foreign Representative/None | |
| 208:25 – 208:25 | Skillz/None | |
| 209:2 – 209:5 | Skillz/None | |
| 209:19 – 209:25 | Skillz/None | |
| 210:2 – 210:21 | Skillz/None | |
| 210:22 – 210:23 | Foreign Representative/None | |
| 210:24 – 210:25 | Skillz/None | |
| 211:2 – 211:25 | Skillz/None | |
| 212:2 – 212:6 | Skillz/None | |
| 212:7 – 212:25 | Foreign Representative/None | |
| 213:2 – 213:25 | Skillz/None | |
| 214:2 – 214:22 | Skillz/None | |
| 214:24 – 214:25 | Foreign Representative/None | |
| 215:2 – 215:11 | Foreign Representative/None | |

| Page & Line | Party/Objection/Basis | Overruled/Sustained |
|---|---|---|
| 215:12 – 215:15 | Skillz/None | |
| 215:16 – 215:23 | Foreign Representative/None | |
| 215:24 – 216:2 | Foreign Representative/None | |
| 216:6 – 216:7 | Foreign Representative/None | |
| 216:14 – 216:25 | Skillz/None | |
| 217:2 – 217:2 | Skillz/None | |
| 217:3 – 217:4 | Foreign Representative/None | |
| 217:5 – 217:18 | Skillz/None | |
| 217:19 – 217:20 | Foreign Representative/None | |
| 217:21 – 217:25 | Skillz/None | |
| 218:2 – 218:2 | Skillz/None | |
| 218:3 – 218:4 | Foreign Representative/None | |
| 218:5 – 218:24 | Skillz/None | |
| 218:25 – 218:25 | Foreign Representative/None | |
| 219:2 – 219:2 | Foreign Representative/None | |
| 219:3 – 219:8 | Skillz/None | |
| 219:9 – 219:10 | Foreign Representative/None | |
| 219:11 – 219:15 | Skillz/None | |
| 219:16 – 219:17 | Foreign Representative/None | |
| 219:18 – 219:23 | Skillz/None | |
| 219:24 – 219:25 | Foreign Representative/Lacks Foundation | |
| 220:2 – 220:3 | Foreign Representative/Lacks Foundation | |
| 220:22 – 220:24 | Skillz/None | |
| 220:25 – 220:25 | Foreign Representative/None | |
| 221:2 – 221:2 | Foreign Representative/None | |
| 221:3 – 221:6 | Skillz/None | |
| 221:7 – 221:13 | Foreign Representative/None | |
| 221:14 – 221:16 | Skillz/None | |
| 221:17 – 221:18 | Foreign Representative/None | |
| 221:19 – 221:25 | Skillz/None | |

| **Page & Line** | **Party/Objection/Basis** | **Overruled/Sustained** |
|---|---|---|
| 222:2 – 222:10 | Skillz/None | |
| 222:11 – 222:12 | Foreign Representative/None | |
| 222:13 – 222:19 | Skillz/None | |
| 222:20 – 222:20 | Foreign Representative/None | |
| 222:21 – 222:25 | Skillz/None | |
| 223:2 – 223:25 | Skillz/None | |
| 224:2 – 224:3 | Skillz/None | |
| 224:4 – 224:5 | Foreign Representative/None | |
| 224:6 – 224:13 | Skillz/None | |
| 224:14 – 224:15 | Foreign Representative/None | |
| 224:16 – 224:24 | Skillz/None | |
| 224:25 – 224:25 | Foreign Representative/None | |
| 225:2 – 225:5 | Foreign Representative/None | |
| 226:8 – 226:10 | Skillz/None | |
| 226:11 – 226:12 | Foreign Representative/None | |
| 226:13 – 226:25 | Skillz/None | |
| 227:2 – 227:6 | Skillz/None | |
| 227:7 – 227:8 | Foreign Representative/None | |
| 227:9 – 227:12 | Skillz/None | |
| 227:13 – 227:14 | Foreign Representative/None | |
| 227:15 – 227:19 | Skillz/None | |
| 227:20 – 227:21 | Foreign Representative/None | |
| 227:22 – 227:25 | Skillz/None | |
| 228:2 – 228:3 | Skillz/None | |
| 228:4 – 228:5 | Foreign Representative/None | |
| 228:6 – 228:10 | Skillz/None | |
| 228:11 – 228:12 | Foreign Representative/None | |
| 228:13 – 228:17 | Skillz/None | |
| 234:7 – 234:25 | Skillz/None | |
| 235:2 – 235:6 | Skillz/None | |

| **Page & Line** | **Party/Objection/Basis** | **Overruled/Sustained** |
|---|---|---|
| 235:9 – 235:12 | Skillz/None | |