**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PAPAYA GAMING LTD., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217 (MFW)<br><br>(Jointly Administered) |

**SKILLZ PLATFORM INC.'S NOTICE OF OBJECTIONS TO DECLARATIONS <u>SUBMITTED IN CONNECTION WITH RECOGNITION HEARING</u>**

Pursuant to the *Scheduling Order* [D.I. 133] entered by the Court, Skillz Platform Inc. ("**<u>Skillz</u>**"), by and through its undersigned counsel, submits this notice of objections (the "**<u>Notice</u>**") to the (i) *Declaration of Pinni Yaniv in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code* [D.I. 6] (the "**<u>Yaniv Declaration</u>**");[2] (ii) *Declaration of Oriel Bachar in Support of the Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 5] (the "**<u>Bachar Declaration</u>**"),[3] and (iii) *Expert Report and Declaration of Stuart Gleichenhaus, with Appendices and Exhibits* [D.I. 138] (the "**<u>Gleichenhaus Declaration</u>**"),[4] for the hearing scheduled for October 14, 2026 (the "**<u>Recognition Hearing</u>**"), before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District

---

[1] The Debtors in the above-captioned litigation (the "**<u>Chapter 15 Cases</u>**"), together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The purported location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

[2] The Yaniv Declaration is Exhibit 1 on the Exhibit List [D.I. 145-2] for the Recognition Hearing jointly submitted by the parties on October 8, 2026.

[3] Ex. 14 on the Exhibit List. All other references to exhibits on the Exhibit List are to "Ex. __."

[4] Ex. 16.

of Delaware, in connection with debtors Papaya Gaming Ltd. ("**Papaya Ltd.**") and Papaya Gaming, Inc.'s ("**Papaya US**," and together with Papaya Ltd., "**Papaya**" or the "**Debtors**") *Motion to Allow / Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] (the "**Recognition Motion**").

## OBJECTIONS TO DECLARATIONS

Skillz objects to the declarations submitted by the Debtors, as follows:

| Declaration | Paragraph | Objection(s) |
|---|---|---|
| Yaniv Declaration | N/A | Skillz reserves objections, including the right to seek to strike portions of the Yaniv Declaration and/or any of Exhibits A [D.I. 6-1],[5] B [D.I. 6-2],[6] C [D.I. 6-3],[7] D [D.I. 6-4],[8] or E [D.I. 6-5][9] thereto, following cross-examination at the Recognition Hearing |
| Bachar Declaration | ¶ 21 | Hearsay, no personal knowledge (FRE 602, 802) |
| | ¶ 22 | Speculation (FRE 601, 701) |
| | ¶ 23 | Speculation (FRE 601, 701) |
| | ¶ 28 | Improper opinion testimony (FRE 701) |
| | ¶ 29 | Improper opinion testimony (FRE 701) |
| | ¶ 30 | Improper opinion testimony (FRE 701) |
| | ¶ 31, first sentence | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 33 | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 34 | Improper opinion testimony, hearsay (FRE 701, 802) |

5 Ex. 2.

6 Ex. 3.

7 Ex. 4.

8 Ex. 5.

9 Ex. 6.

| | | |
|---|---|---|
| | ¶ 35 | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 36 (excl. *a.-g.*) | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 37 (excl. *a.-g.*) | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 38 | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 39 | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 40, last sentence | Improper opinion testimony, hearsay (FRE 701, 802) |
| | ¶ 41 | Not relevant, improper opinion testimony, hearsay (FRE 401, 701, 802) |
| | ¶ 42 | Not relevant (in full), speculation (first two sentences) (FRE 401, 602, 701) |
| | ¶ 43 | Not relevant (FRE 401) |
| | ¶ 44 | Not relevant (FRE 401) |
| | ¶ 45 | Not relevant (FRE 401) |
| | N/A | Skillz reserves the right to seek to strike portions of the Bachar Declaration and/or either of Exhibits A [D.I. 5-1][10] or B [D.I. 5-2][11] thereto, following the cross-examination at the Recognition Hearing |
| Gleichenhaus Declaration | N/A | Skillz reserves objections, including the right to seek to strike portions of the Gleichenhaus Declaration and/or any of Exhibits 1,[12] 2,[13] 3,[14] 4,[15] 5,[16] or 6[17] thereto, following the cross-examination at the Recognition Hearing |

10 Ex. 14 at -018–21.

11 Ex. 14 at -022–25.

12 Ex. 16 at -050–51.

13 Ex. 16 at -052–144.

14 Ex. 16 at -145–147.

15 Ex. 16 at -148–168.

16 Ex. 16 at -169–190.

17 Ex. 16 at -191–206.

Dated: October 9, 2026
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*<u>/s/ Sean M. Beach</u>*

Sean M. Beach (DE Bar No. 4070)
Michael S. Neiburg (DE Bar No. 5275)
Joshua Hall (DE Bar No. 7510)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: sbeach@ycst.com
mneiburg@ycst.com
jhall@ycst.com

-and-

Ray C. Schrock (*pro hac vice*)
Christopher Harris (*pro hac vice*)
Adam J. Goldberg (*pro hac vice*)
Michael Ardeljan (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
christopher.harris@lw.com
adam.goldberg@lw.com
michael.ardeljan@lw.com

Amy C. Quartarolo (*pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (213) 485-1234
Email: amy.quartarolo@lw.com

-and-

Lazar P. Raynal (*pro hac vice*)
Michael A. Lombardo (*pro hac vice*)
**KING & SPALDING LLP**
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312)-995-6333
Email: lraynal@kslaw.com
mlombardo@kslaw.com

***Counsel for Skillz Platform Inc.***