**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Papaya Gaming Ltd., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217<br><br>(Jointly Administered) |

**NOTICE OF SECOND STATUS REPORT**

Oriel Bachar, the foreign representative (the "Foreign Representative" or "Petitioner") of the above-captioned debtors, Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"), debtors in a proceeding under Israel's Insolvency and Financial Rehabilitation Law, 5778-2018 (as amended and modified, the "Israeli Insolvency Law") and Insolvency and Economic Rehabilitation Regulations, 5779-2019, pending before the District Court of Tel Aviv-Jaffa (the "Israeli Proceeding," and such court, the "Israeli Court"), by and through his undersigned counsel, submits this notice with respect to the above-captioned cases (the "Chapter 15 Cases") and the Israeli Proceeding pending in the Israeli Court, and respectfully states as follows:

1. On September 11, 2026, the Foreign Representative filed the first *Notice of Status Report* comprised of the Israeli Proceeding status update filed in Israel by the arrangement administrator (the "Arrangement Administrator"). *See* D.I. 105 (Hebrew original and unofficial translation); D.I. 116 (certified translation).

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

2. On October 8, 2026, the Arrangement Administrator filed with the Israeli Court his second status report and motion to extend the stay of proceedings order by nine days, through October 20, 2026 (the "Second Status Report").

3. The Second Status Report reflects, among other things, that: (i) on September 22, 2026, the Israeli Court authorized the Arrangement Administrator to engage Fahn Kanne Grant Thornton as an independent valuation expert to perform a valuation of the Debtors, conduct budgetary oversight, and assess the reasonableness of the Debtors' repayment plan underlying the proposed debt arrangement; (ii) the Arrangement Administrator has continued to formulate the revised debt arrangement in consultation with the Debtors' management, the Israeli Insolvency Commissioner's representatives, and the Debtors' principal creditors, including Skillz Platform Inc. and its counsel in both Israel and the U.S.; (iii) the Arrangement Administrator has processed dozens of inquiries and proofs of claim submitted by players who used the company's services; (iv) the nine-day stay extension is necessary to allow the valuation expert to complete its valuation and deliver its findings to the Arrangement Administrator, and to allow the Arrangement Administrator to resolve the remaining material issues in the debt arrangement; and (v) upon filing the revised debt arrangement by October 20, 2026, the Arrangement Administrator intends to move for a further stay extension to permit the convening of creditors' meetings and the submission of the revised debt arrangement to the Israeli Court for approval.

4. The Second Status Report is attached hereto in its Hebrew original as **Exhibit A** and in a certified English translation as **Exhibit B**.

[*Remainder of page intentionally left blank*]

Dated: October 12, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: */s/ Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*