**EXHIBIT A**

Second Status Report of the Arrangement Administrator Dated October 8, 2026

(Hebrew)

**בבית המשפט המחוזי**
**<u>בתל אביב – יפו</u>**
**<u>בקשה מס' 33</u>**

**חדל"ת 87154-07-26**
**<u>בפני כבו' השופטת איריס לושי עבודי</u>**

**בעניין:** **גיל אורן, עו"ד**
ממשרד ארנון, תדמור-לוי
מרכז עזריאלי המגדל המרובע
טל: 03-6087777 , פקס': 02-6239314
דוא"ל: gil@arnontl.com

**<u>מנהל ההסדר;</u>**

**ובעניין:** **פאפיה גיימינג בע"מ ח.פ. 515422095**
**Papaya Gaming Inc.**

שתיהן ע"י ב"כ עוה"ד פיני יניב (מ.ר. 15378) ו/או לירון ספיר (מ.ר. 66525)
ו/או ירדן טל-דהן (מ.ר. 90826) ו/או ירין נחאיסי (מ.ר. 102568) ו/או אח'
ממשרד מיתר | עורכי דין
דרך אבא הלל סילבר 16 , רמת-גן 5250608
yardent@meitar.com

**<u>החברה;</u>**

**ובעניין:** **הממונה על חדלות פירעון – מחוז תל אביב**
מרח' השלושה 2, תל אביב -יפו
טל': 073-3923222 ; פקס: 02-6467556

**<u>הממונה;</u>**

**<u>נחתם ביום 8.10.2026</u>**

# <u>דין וחשבון מטעם הנאמן ובקשה להארכת צו הקפאת ההליכים ב-9 ימים</u>

מנהל ההסדר מתכבד להגיש לבית המשפט הנכבד דין וחשבון בדבר הפעולות שביצע לצורך גיבוש תכנית הסדר מתוקנת. במסגרת זו מתבקש בית המשפט הנכבד להאריך ב-9 ימים, עד ליום 20.10.2026, את המועד להגשת תכנית ההסדר המתוקנת ולזימון אסיפות נושים לאישורה של תכנית ההסדר, ובהתאם להאריך עד למועד זה גם את תוקפו של צו הקפאת ההליכים.

הארכה נדרשת לצורך השלמת עבודת מעריך השווי ותיקוף הנחות העבודה שבבסיס התכנית, השלמת גיבוש התכנית בסוגיות חיוניות שנותרו פתוחות, השלמת הליכי האישור התאגידיים וקבלת ההסכמות והאישורים הפנימיים הנדרשים בהקשר זה, והכל כמפורט להלן.

<u>**ואלו נימוקי הבקשה**</u>:

**א. <u>דין וחשבון בדבר פעולות מנהל ההסדר לגיבוש תכנית ההסדר</u>**

1. מנהל ההסדר מונה לתפקידו ביום 26.8.2026. עם קבלת צו המינוי החלו מנהל ההסדר וצוותו ללמוד את מצבן של החברות ואת פעילותן, לעבור על החומרים שהועמדו לעיונם ולבחון את הרקע והנסיבות שהביאו להגשת הבקשה להסדר, לצורך גיבוש תכנית הסדר שניתן יהיה להביאה לאישור הנושים ובית המשפט הנכבד.

2. במסגרת זו קיימו מנהל ההסדר וצוותו מספר פגישות עם הנהלת החברות, שבהן הוצגו הרקע להגשת הבקשה להסדר, מצב הפעילות והסוגיות הטעונות מענה במסגרת התכנית.

3. במהלך הפגישות הוצגו למנהל ההסדר נתונים וחומרים הנוגעים לפעילות החברות ולתכנית המוצעת. נוסף על כך, השתתף מנהל ההסדר בישיבת דירקטוריון החברה.

4. מנהל ההסדר קיים גם שיחות עם עורכי הדין האמריקאיים המייצגים את החברות, וכן עם עורכי הדין של הנושה המותנית העיקרית, לצורך הבנת מהות ההליכים המתנהלים בארצות הברית והשלכותיהם האפשריות על גיבוש תכנית ההסדר.

5. בד בבד עם איסוף הנתונים ולימוד פעילות החברות, קיים מנהל ההסדר שיחות עם נושים מרכזיים ועם באי כוחם. השיחות עסקו ברכיבי ההסדר, בקבלת מידע רלוונטי ובהתייחסות לשינויים שהתבקשו על ידם בתכנית המוצעת.

6. בכלל זה קיים מנהל ההסדר שיחות עם עורכי הדין המייצגים את חברת סקילס, הן בישראל והן בהליכים בארצות הברית, וכן עם הנושים המותנים האחרים ועם מייצגיהם, לצורך בירור עמדותיהם ובחינת המענה שניתן לתת להן במסגרת תכנית ההסדר המתוקנת.

7. במסגרת החלטת בית המשפט הנכבד מיום 26.8.2026 נקבע כי תימסר הודעה בדבר ההליך דנן לשחקנים שהשתמשו בשירותי החברות.

8. החברה שלחה הודעות לכלל השחקנים שאליהם התייחסה ההחלטה, ובעקבותיהן התקבלו אצל מנהל ההסדר עשרות פניות וכן תביעות חוב לצורכי הצבעה. מנהל ההסדר וצוותו טיפלו בקבלת תביעות החוב, במתן מענה לפונים ובהדרכתם באשר לאופן הגשת תביעות חוב לצורך השתתפות באסיפות הנושים. נוכח העובדה שמרבית הפניות התקבלו משחקנים מחוץ לישראל, ניתנו לפונים הבהרות בדבר דרישות ההגשה. במסגרת הטיפול בפניות ניתנה גם התייחסות למשמעות הגשת תביעות חוב לצורכי הצבעה בידי מי שעשויים להימנות עם הקבוצה בהליך הייצוגי המתנהל בארצות הברית, ולזיקה שבין הגשתן לבין ההליך האמור.

9. במהלך התקופה עמדו מנהל ההסדר וצוותו בקשר עם נציגי הממונה, עדכנו אותם בדבר עיקרי הפעולות והדיונים וקיבלו הבהרות ביחס לעמדת הממונה בנוגע לתכנית ההסדר. נוסף על כך, התקיימו התייעצויות

בנושאים שהתעוררו במהלך העבודה, ובכלל זה בשאלת ההתקשרות עם מעריך השווי ובהיקף הבדיקות הנדרשות ממנו.

10. לצורך בחירת מעריך השווי ניהל מנהל ההסדר דיאלוג עם החברה בדבר היקף העבודה הנדרש, הכולל הערכת שווי ומבחני רגישות, בחינת סבירות הנחות העבודה שבבסיס תכנית החברה ובחינת העמידה בתקציב תקופת הביניים. במסגרת תהליך הבחירה של מעריך השווי נערכו ראיונות עם מועמדים רלוונטיים, ולאחר קבלת הצעות נבחר מעריך השווי. ביום 22.9.2026 אישר בית המשפט הנכבד למנהל ההסדר להתקשר עם משרד רואי החשבון פאהן קנה Grant Thornton לצורך ביצוע הערכת שווי, בקרה תקציבית ובדיקת סבירות תכנית הפירעון של החברה, המהווה בסיס להצעת ההסדר.

11. מנהל ההסדר קיים דיונים עם החברה בנוגע למרכיבי תכנית ההסדר ובחן חלופות שונות, בהתייחס, בין היתר, להערות בית המשפט הנכבד, הממונה והנושים, כפי שעלו בתגובות שהוגשו, בדיון שהתקיים ביום 25.8.2026 ובשיחות עם הגורמים השונים. במסגרת זו הועלו רעיונות לשינויים ותוספות לתכנית ונבחנה האפשרות לקבל את ההסכמות הנדרשות מבעלי מניות ונושאי משרה, לשם שילובם בתכנית המתוקנת.

12. בעקבות הדיונים גובש מתווה המשמש בסיס לתכנית ההסדר המתוקנת. עם זאת, נותרו מספר סוגיות חיוניות המחייבות השלמה מול החברה, בעלי מניותיה וגורמים נוספים הנוגעים בדבר. מנהל ההסדר פועל לקידום פתרונות לסוגיות אלה ולקבלת ההסכמות הנדרשות, כדי לעדכן את התכנית בהתאם ולהביאה בפני בית המשפט הנכבד והנושים כשהיא שלמה ומבוססת.

**ב. <u>הנימוקים להארכת המועד להגשת תכנית ההסדר ולהארכת צו הקפאת ההליכים</u>**

13. הארכה המבוקשת נדרשת, בראש ובראשונה, כדי לאפשר למעריך השווי להשלים את עבודת הערכת השווי ואת בחינת סבירותן ותיקופן של הנחות העבודה שבבסיס תכנית ההסדר. עבודתו נדרשת גם לצורך בחינת השאלות והסוגיות שהועלו בדיונים עם הנושים ועם נציגי הממונה ומתן מענה להן במסגרת התכנית המתוקנת.

14. אף שההתקשרות עם מעריך השווי אושרה ביום 22.9.2026, מעריך השווי מונה והחל בעבודתו רק סמוך לפני חג סוכות. לפיכך נדרשת שהות נוספת לצורך השלמת הבדיקות והעמדת ממצאיו לרשות מנהל ההסדר.

15. עמדת מעריך השווי חיונית לבחינת סבירות הנחות היסוד שבבסיס תכנית ההסדר ולגיבוש מענה מבוסס לסוגיות שעלו בדיונים עם הנושים ועם נציגי הממונה. מנהל ההסדר עומד בקשר עם מעריך השווי, ועל פי המידע שנמסר לו צפויות להתקבל אינדיקציות מתאימות עד תחילת השבוע שיחל ביום 11 באוקטובר. אינדיקציות אלה יוכלו לסייע בקידום הדיונים על רכיבי התכנית, אך אינן מייתרות את הצורך במתן שהות להשלמת עבודת מעריך השווי ולבחינת ממצאיו לצורך גיבוש התכנית המתוקנת והגשתן ביחד עם התכנית כדי שיעמדו בפני אסיפות הנושים.

16. נוסף על כך, המתווה שגובש מחייב השלמת מספר סוגיות חיוניות מול החברה ובעלי מניותיה, לשם מתן מענה למכלול הנושאים הטעונים הסדרה בתכנית המתוקנת. נכון למועד הגשת בקשה זו נותרו מספר מצומצם של סוגיות המחייבות גיבוש פתרונות ישימים והשלמת ההסכמות לגביהם. הארכה המבוקשת נועדה לאפשר את השלמת הדיונים בסוגיות אלה ואת שילוב הפתרונות בתכנית.

17. לאחר גיבוש נוסחה הסופי של התכנית יידרש להשלים את הליכי האישור התאגידיים החלים על החברות, באמצעות האורגנים המוסמכים, לצורך הגשת התכנית לאישור. גם הליכים אלה צפויים להימשך מספר ימים, ויש להביאם בחשבון בקביעת המועד להגשת התכנית המתוקנת.

18. התכנית המתגבשת כוללת גם רכיבים הנוגעים להתחייבויות בעלי מניות ול"תרומת בעלים". לשם השלמת רכיבים אלה נדרשת קבלת הסכמות ואישורים מבעלי המניות הרלוונטיים, וכן מבעלי עניין ומנושאי משרה, לפי העניין ובהתאם לתוכן ההתחייבויות ולדרישות האישור החלות עליהן. מתן שהות להשלמת הליכים אלה חיוני להצגת תכנית שההתחייבויות הכלולות בה מגובות בהסכמות ובאישורים הנדרשים.

19. מנהל ההסדר פועל במקביל לקידום עבודת מעריך השווי, להשלמת הסוגיות הפתוחות בתכנית ולקבלת ההסכמות והאישורים הנדרשים. פעולות אלה נעשות במטרה להסתפק בארכה המבוקשת ולהציג בפני בית המשפט הנכבד והנושים תכנית הסדר מתוקנת בתוך פרק זמן זה.

20. לנוכח האמור, לא ניתן יהיה להגיש תכנית הסדר שלמה ומבוססת עד למועד שנקבע לתום תקופת עיכוב ההליכים, ביום 11 באוקטובר, 2026. לפיכך מתבקשת ארכה בת 9 ימים, אשר תאפשר להשלים את עבודת מעריך השווי ולבחון את ממצאיו, לגבש מענה לסוגיות החיוניות שנותרו פתוחות ולהשלים את הליכי האישור וקבלת ההסכמות הנדרשים. הארכת צו הקפאת ההליכים לאותה תקופה מתבקשת לשם שמירת המסגרת הדיונית הקיימת במהלך השלמת גיבוש התכנית והגשתה.

21. עם הגשת תכנית ההסדר המתוקנת במועד המבוקש יגיש מנהל ההסדר בקשה נוספת לארכה שתאפשר את כינוס אסיפות הנושים ופניה לקבלת אישור בית המשפט לתכנית.

22. אשר על כן, מתבקש בית המשפט הנכבד להאריך את המועד להגשת תכנית ההסדר המתוקנת ב-9 ימים, מהמועד הקבוע כיום, ביום 11 באוקטובר 2026, עד ליום 20 באוקטובר 2026, ולהאריך בהתאמה את תוקפו של צו הקפאת ההליכים, שתוקפו הנוכחי עד ליום 11 באוקטובר 2026, עד ליום 20 באוקטובר 2026.

ב- רז הלפרין

**יובל ברגיל, עו"ד**
**ב"כ מנהל ההסדר**

זמן ביצוע הפעולה: **17:12 08/10/2026**
מספר תיק: **87154-07-26**
סוג בקשה: **בקשה למזכירות**
מספר אסמכתא למעקב: **33465937**

**על המגיש לשמור את מספר האסמכתא, על מנת לאתר באמצעותו מידע אודות ההגשה.**
**לשם כך, באתר נט המשפט (לאחר ההזדהות), יש להפעיל מתפריט "הגשות" את האופציה "הגשות לפי אסמכתא".**
המסמך הועבר לבדיקת מזכירות.
מומלץ לעקוב אחר סטטוס המסמך על מנת לוודא שהמסמך נקלט בתיק.

• אם יאושר, יתויק בתיק ומועד ההגשה החוקי יחושב לפי זמן ביצוע הפעולה באתר ולא לפי תאריך האישור במזכירות.
כמו כן, יופק אישור שיוצג בתיקיית תיק נייר.

• אם לא יאושר, תשלח למגיש הודעה על כך.