**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a foreign proceeding. | (Jointly Administered) |

**JOINT NOTICE OF AMENDED EXHIBIT B TO THE JOINT WITNESS LIST, DEPOSITION DESIGNATIONS, AND EXHIBIT LIST FOR THE RECOGNITION HEARING ON OCTOBER 14, 2026**

**PLEASE TAKE NOTICE** that, on October 8, 2026, Oriel Bachar, in his capacity as a duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors"), and Skillz Platform Inc. ("Skillz," and together with the Foreign Representative, the "Parties") jointly filed the *Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026* [D.I. 145] (the "Joint List"), which attached the Parties' joint list of exhibits as Exhibit B. Attached hereto is an amended Exhibit B, which reflects (i) a revised version of the Foreign Representative's Exhibit 265 that now includes its certified translation; (ii) the addition of the Foreign Representative's Exhibits 266–270; and (iii) the addition of Skillz Platform Inc.'s Exhibits 448–454. The amended Exhibit B replaces in its entirety the Exhibit B filed with the Joint List.

[*Remainder of Page Intentionally Left Blank.*]

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

Dated: October 13, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Benjamin J. Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

*Counsel to the Foreign Representative*

**BLANK ROME LLP**

By: */s/ Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*

Ray C. Schrock (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
Adam J. Goldberg (admitted *pro hac vice*)
Michael Ardeljan (admitted *pro hac vice*)
Tianjiao "T.J." Li (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
ray.schrock@lw.com
christopher.harris@lw.com
adam.goldberg@lw.com
michael.ardeljan@lw.com
tj.li@lw.com

Amy C. Quartarolo (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (213) 485-1234
amy.quartarolo@lw.com

Lazar P. Raynal (admitted *pro hac vice*)
Michael A. Lombardo (admitted *pro hac vice*)
**KING & SPALDING LLP**
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312)-995-6333
lraynal@kslaw.com
mlombardo@kslaw.com

*Counsel for Skillz Platform Inc.*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: /s/ Michael S. Neiburg
Sean M. Beach (DE No. 4070)
Michael S. Neiburg (DE No. 5275)
Joshua Hall (DE No. 7510)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
sbeach@ycst.com
mneiburg@ycst.com
jhall@ycst.com

*Counsel for Skillz Platform Inc.*