**EXHIBIT B**

| Exhibit # | Description (Subject to Revision) | Bates Begin | Bates End |
|---|---|---|---|
| **Exhibits Offered as Affirmative Testimony** | | | |
| 1 | [D.I. 6] Declaration of Pinni Yaniv in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code | N/A | N/A |
| 2 | [D.I. 6-1] Declaration of Pinni Yaniv - Exhibit A | N/A | N/A |
| 3 | [D.I. 6-2] Declaration of Pinni Yaniv - Exhibit B | N/A | N/A |
| 4 | [D.I. 6-3] Declaration of Pinni Yaniv - Exhibit C | N/A | N/A |
| 5 | [D.I. 6-4] Declaration of Pinni Yaniv - Exhibit D | N/A | N/A |
| 6 | [D.I. 6-5] Declaration of Pinni Yaniv - Exhibit E | N/A | N/A |
| 7 | [D.I. 124] Declaration of Yaron Elhawi | N/A | N/A |
| 8 | [DI 124-1]Declaration of Yaron Elhawi - Exhibit A | N/A | N/A |
| 9 | [DI 124-2]Declaration of Yaron Elhawi - Exhibit B | N/A | N/A |
| 10 | [DI 124-3]Declaration of Yaron Elhawi - Exhibit C | N/A | N/A |
| 11 | [DI 124-4] Declaration of Yaron Elhawi - Exhibit D | N/A | PAPAYA_000000456 |
| 12 | [DI 124-5] Declaration of Yaron Elhawi - Exhibit E | N/A | N/A |
| 13 | [DI 124-6] Declaration of Yaron Elhawi - Exhibit F | N/A | N/A |
| 14 | [D.I. 5] Declaration of Oriel Bachar in Support of the Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or Alternatively | N/A | N/A |
| 15 | [D.I. 125] Declaration of Jim W. Bergman in Support of Skillz Platform Inc.'s Objection to the Debtors' Motion for Chapter 15 Recognition | N/A | N/A |
| 16 | [D.I. 138] Expert Report and Declaration of Stuart Gleichenhaus, with Appendices and Exhibits | N/A | N/A |
| **Joint Exhibits** | | | |
| 17 | Invoice for The Yard | PAPAYA_000000921 | PAPAYA_000000921 |
| 18 | Invoice for The Yard | PAPAYA_000000922 | PAPAYA_000000922 |
| 19 | Board meeting invitation | PAPAYA_000000940 | PAPAYA_000000940 |
| 20 | Board meeting invitation | PAPAYA_000000944 | PAPAYA_000000944 |
| 21 | Board consent appointing CEO | PAPAYA_000000945 | PAPAYA_000000950 |

| | | | |
|---|---|---|---|
| 22 | Services Agreement between Papaya Gaming Ltd. and Papaya Gaming Inc. (Feb. 2023) | PAPAYA_000000974 | PAPAYA_000000978 |
| 23 | Invoice for The Yard | PAPAYA_000000979 | PAPAYA_000000979 |
| 24 | Invoice for The Yard | PAPAYA_000000980 | PAPAYA_000000980 |
| 25 | Papaya Gaming Inc. - Board Resolution - February 2025 | PAPAYA_000000992 | PAPAYA_000000994 |
| 26 | Amended and Restated Articles of Association | PAPAYA_000001187 | PAPAYA_000001225 |
| 27 | Israel Discount Bank account details confirmation | PAPAYA_000001432 | PAPAYA_000001432 |
| 28 | Bank account verification letter for Israel Discount Bank | PAPAYA_000001441 | PAPAYA_000001441 |
| 29 | Bank account verification letter for Silicon Valley Bank | PAPAYA_000001443 | PAPAYA_000001443 |
| 30 | Appointment letter for James Kong | PAPAYA_000001446 | PAPAYA_000001450 |
| 31 | 7.28.26 Board Minutes | PAPAYA_000001604 | PAPAYA_000001604 |
| 32 | 5.3.26 Board Minutes | PAPAYA_000001605 | PAPAYA_000001605 |
| 33 | 1.20.26 Board Minutes | PAPAYA_000001606 | PAPAYA_000001606 |
| 34 | Papaya Gaming - Acknowledgment Letter - Investment Activities | PAPAYA_000002646 | PAPAYA_000002646 |
| 35 | Papaya Contract with Third Party Vendor | PAPAYA_000002716 | PAPAYA_000002721 |
| 36 | Papaya Contract with Third Party Vendor | PAPAYA_000002722 | PAPAYA_000002725 |
| 37 | Papaya Contract with Third Party Vendor | PAPAYA_000002726 | PAPAYA_000002737 |
| 38 | 8.12.2025 Board Minutes | PAPAYA_000002740 | PAPAYA_000002741 |
| 39 | 10.28.2025 Board Minutes | PAPAYA_000002906 | PAPAYA_000002907 |
| 40 | 10.27.2025 Board Minutes | PAPAYA_000002908 | PAPAYA_000002908 |
| 41 | Investment Policy - April 2025 | PAPAYA_000002773 | PAPAYA_000002777 |
| 42 | Papaya Contract with Third Party Vendor | PAPAYA_000003000 | PAPAYA_000003005 |
| 43 | Papaya Contract with Third Party Vendor | PAPAYA_000003227 | PAPAYA_000003238 |
| 44 | Papaya Contract with Third Party Vendor | PAPAYA_000003369 | PAPAYA_000003390 |
| 45 | Papaya Contract with Third Party Vendor | PAPAYA_000003394 | PAPAYA_000003475 |
| 46 | PayPal US Papaya Gaming Inc - Merchant Agreement | PAPAYA_000003484 | PAPAYA_000003513 |
| 47 | SVB - Papaya Agreement - Signed 2022 | PAPAYA_000003518 | PAPAYA_000003571 |
| 48 | Bank Card Merchant Agreement - February 2021 | PAPAYA_000003638 | PAPAYA_000003649 |
| 49 | Board Invite - January 20, 2026 | PAPAYA_000003913 | PAPAYA_000003913 |
| 50 | Papaya Gaming Inc 2024 - Federal & Standalone States | PAPAYA_000003917 | PAPAYA_000003926 |
| 51 | Papaya Gaming INC (solo) 2025 - Un-Audited FS | PAPAYA_000003947 | PAPAYA_000003947 |
| 52 | Papaya Gaming LTD (solo) 2025 - Un-Audited FS | PAPAYA_000003948 | PAPAYA_000003948 |
| 53 | PayPal Statement - 9.30 | PAPAYA_000004087 | PAPAYA_000004090 |
| 54 | UBS Statement - February 2026 | PAPAYA_000004579 | PAPAYA_000004593 |
| 55 | Papaya Contract with Third Party Vendor | PAPAYA_000004734 | PAPAYA_000004739 |
| 56 | Papaya Contract with Third Party Vendor | PAPAYA_000004740 | PAPAYA_000004751 |
| 57 | Papaya Contract with Third Party Vendor | PAPAYA_000004786 | PAPAYA_000004789 |
| 58 | Papaya Contract with Third Party Vendor | PAPAYA_000004837 | PAPAYA_000004849 |
| 59 | Papaya - Org Chart | PAPAYA_000004857 | PAPAYA_000004857 |
| 60 | Papaya Contract with Third Party Vendor | PAPAYA_000004858 | PAPAYA_000004891 |
| 61 | Papaya Contract with Third Party Vendor | PAPAYA_000004892 | PAPAYA_000004925 |
| 62 | Papaya Gaming - Terms of Use | N/A | N/A |
| 63 | Papaya Privacy Policy (Also produced as PAPAYA_000001610 – 1620) | PAPAYA_000001610 | PAPAYA_000001620 |
| 64 | Bergman LinkedIn Post | N/A | N/A |
| 65 | Assets and Liabilities Form - Papaya USA (Appendix 7) | N/A | N/A |
| 66 | Assets and Liabilities Form - Papaya Israel (Appendix 6) | N/A | N/A |

| | | | |
|---|---|---|---|
| 67 | Yaron Elhawi - Gornitzky Biography | N/A | N/A |
| 68 | Papaya Projections (also produced at PAPAYA_000000054 – 055) | PAPAYA_000000001 at - 0054 | PAPAYA_000000001 at - 0055 |
| 69 | Israeli Corporation Authority Register for Papaya Gaming Ltd. (also produced at PAPAYA_000000041 – 052) | PAPAYA_000000001 at - 0044 | PAPAYA_000000001 at - 0052 |
| 70 | Silicon Valley Bank Statement - July 28, 2026 (also produced at PAPAYA_000000402 – 407) | PAPAYA_000000001 at - 0402 | PAPAYA_000000001 at - 0407 |
| 71 | PayPal Statement - July 2026 (also produced at PAPAYA_000000143 – 0148) | PAPAYA_000000001 at - 0041 | PAPAYA_000000001 at - 0055 |
| 72 | Papaya Contract with Third Party Vendor | PAPAYA_000000001 at - 0152 | PAPAYA_000000001 at - 0183 |
| 73 | Consolidated Financial Statements, December 2024 (also produced at PAPAYA_000000423 – 0456) | PAPAYA_000000001 at - 0425 | PAPAYA_000000001 at - 0456 |
| 74 | Group Structure Chart Reflecting Incorporation of Papaya Gaming Inc. in Delaware | PAPAYA_000005002 | N/A |
| 75 | Certificate of Incorporation of Papaya Gaming Inc., July 3, 2016 | PAPAYA_000001015 | N/A |
| 76 | Papaya Contract with Third Party Vendor | PAPAYA_000005087 | N/A |
| 77 | Papaya Contract with Third Party Vendor | PAPAYA_000003111 | N/A |
| 78 | FTI White Paper - A View on Projections used by SPACs | N/A | N/A |
| 79 | Papaya Contract with Third Party Vendor | PAPAYA_000005105 | N/A |
| 80 | Papaya Contract with Third Party Vendor | PAPAYA_000005126 | N/A |
| 81 | Kong Deposition Ex. 16 (Sedric News Article, dated November 17, 2021) | N/A | N/A |
| 82 | Papaya Contract with Third Party Vendor | PAPAYA_000002975 | N/A |
| 83 | Papaya Contract with Third Party Vendor | PAPAYA_000003066 | N/A |
| 84 | Invoice from the Yard Herald Square | PAPAYA_000000981 | N/A |
| 85 | Invoice from the Yard Herald Square | PAPAYA_000000982 | N/A |
| 86 | Papaya Contract with Third Party Vendor | PAPAYA_000003011 | N/A |
| 87 | Invoice from the Yard Herald Square | PAPAYA_000000983 | N/A |
| 88 | Invoice from the Yard Herald Square | PAPAYA_000000984 | N/A |
| 89 | Invoice from the Yard Herald Square | PAPAYA_000000985 | N/A |
| 90 | Papaya Contract with Third Party Vendor | PAPAYA_000005091 | N/A |
| 91 | Papaya Contract with Third Party Vendor | PAPAYA_000005060 | N/A |
| 92 | Papaya Contract with Third Party Vendor | PAPAYA_000003220 | N/A |
| 93 | Papaya Contract with Third Party Vendor | PAPAYA_000003076 | N/A |
| 94 | Papaya Contract with Third Party Vendor | PAPAYA_000003353 | N/A |
| 95 | Papaya Contract with Third Party Vendor | PAPAYA_000003476 | N/A |
| 96 | Capital One Account Verification Letter | PAPAYA_000001433 | N/A |
| 97 | Papaya Contract with Third Party Vendor | PAPAYA_000003171 | N/A |
| 98 | Papaya Contract with Third Party Vendor | PAPAYA_000003713 | N/A |
| 99 | Papaya Contract with Third Party Vendor | PAPAYA_000005142 | N/A |
| 100 | Capital One Payment Detail Report | PAPAYA_000004651 | N/A |
| 101 | Papaya Contract with Third Party Vendor | PAPAYA_000003137 | N/A |
| 102 | Silicon Valley Bank Account Verification Letter | PAPAYA_000001437 | N/A |
| 103 | Silicon Valley Bank Account Verification Letter | PAPAYA_000001438 | N/A |
| 104 | Silicon Valley Bank Account Verification Letter | PAPAYA_000001439 | N/A |
| 105 | Silicon Valley Bank Account Verification Letter | PAPAYA_000001440 | N/A |
| 106 | Invoice from the Yard Herald Square | PAPAYA_000000923 | N/A |

| | | | |
|---|---|---|---|
| 107 | Amendment Order Form between Zoom Communications Inc. and Papaya Gaming Ltd. | PAPAYA_000005148 | N/A |
| 108 | Papaya Gaming Ltd Consolidated Financial Statements FY 2024 [At Bates Page -0424] | PAPAYA_000000001 at -0424 | N/A |
| 109 | Papaya Contract with Third Party Vendor | PAPAYA_000005131 | N/A |
| 110 | Papaya Contract with Third Party Vendor | PAPAYA_000002928 | N/A |
| 111 | Papaya Gaming Ltd., Unanimous Written Resolution of the Board of Directors in Lieu of a Meeting | PAPAYA_000002770 | N/A |
| 112 | Papaya Contract with Third Party Vendor | PAPAYA_000003799 | N/A |
| 113 | Papaya Gaming Ltd and Subsidiaries Consolidated State Income Tax Forms, 2024 | PAPAYA_000001622 | N/A |
| 114 | Papaya Gaming Ltd and Subsidiaries Consolidated State Income Tax Forms, 2024 | PAPAYA_000001905 | N/A |
| 115 | Papaya Contract with Third Party Vendor | PAPAYA_000003243 | N/A |
| 116 | Papaya Contract with Third Party Vendor | PAPAYA_000003058 | N/A |
| 117 | Capital One Payment Detail Report | PAPAYA_000004646 | N/A |
| 118 | UBS Account Statement for Papaya Gaming Ltd, October 2025 | PAPAYA_000004641 | N/A |
| 119 | Papaya Contract with Third Party Vendor | PAPAYA_000003684 | N/A |
| 120 | Capital One Payment Detail Report | PAPAYA_000004677 | N/A |
| 121 | Papaya Contract with Third Party Vendor | PAPAYA_000003142 | N/A |
| 122 | Papaya Contract with Third Party Vendor | PAPAYA_000005082 | N/A |
| 123 | Invoice from the Yard Herald Square | PAPAYA_000000989 | N/A |
| 124 | Papaya Calendar Invite | PAPAYA_000000904 | N/A |
| 125 | Minutes of a Meeting of the Board of Directors of Papaya Gaming Ltd. | PAPAYA_000001607 | N/A |
| 126 | Papaya Gaming Unanimous Written Resolution of the Board of Directors | PAPAYA_000002870 | N/A |
| 127 | Papaya Contract with Third Party Vendor | PAPAYA_000004854 | N/A |
| 128 | Israeli Companies Law, 5759-1999 § 1 [Certified EN] | N/A | N/A |
| 129 | Papaya Contract with Third Party Vendor | PAPAYA_000003577 | N/A |
| 130 | Invoice from the Yard Herald Square | PAPAYA_000000987 | N/A |
| 131 | Invoice from the Yard Herald Square | PAPAYA_000000989 | N/A |
| 132 | Invoice from the Yard Herald Square | PAPAYA_000000986 | N/A |
| 133 | Action by Written Consent of the Board of Director of Papaya Gaming Inc. (Papaya US Resolution) | N/A | N/A |
| 134 | Calendar event "Papaya Board" | PAPAYA_000000942 | N/A |
| 135 | Silicon Valley Bank Balances & Transactions Report (Jul 28 2026) | PAPAYA_00000136 | N/A |
| 136 | Papaya Gaming Ltd. Financial Ledger | PAPAYA_000002383 | N/A |
| 137 | Capital One Daily Balance History Report | PAPAYA_000003949 | N/A |
| 138 | Silicon Valley Bank Balance Details | PAPAYA_000004135 | N/A |
| 139 | Silicon Valley Bank Balance Details | PAPAYA_000004231 | N/A |
| 140 | Silicon Valley Bank Balance Details | PAPAYA_000004531 | N/A |
| 141 | Calendar event "Papaya Board - zoom" | PAPAYA_000000943 | N/A |

| | | | |
|---|---|---|---|
| 142 | U.S. Federal Post-Judgment Interest Rate (28 U.S.C. §1961), https://statuterates.com/rates/us-fede ral-post-judgment/#:~:text=July%2027%2C%202026%20%7C4 %5C.1%25%20%7CFormula | N/A | N/A |
| 143 | UBS Account Statement for Papaya Gaming Ltd., January 2026 | PAPAYA_000004624 | N/A |
| 144 | Papaya Contract with Third Party Vendor | PAPAYA_000003034 | N/A |
| 145 | UBS Account Statement for Papaya Gaming Ltd, December 2025 | PAPAYA_000004652 | N/A |
| 146 | Papaya Gaming Board Presentation | PAPAYA_000002844 | N/A |
| 147 | Papaya Contract with Third Party Vendor | PAPAYA_000003187 | N/A |
| 148 | Papaya Contract with Third Party Vendor | PAPAYA_000002821 | N/A |
| 149 | Excel of backup data for 90-day cash budget | PAPAYA_000005081 | N/A |
| 150 | Papaya Contract with Third Party Vendor | PAPAYA_000005011 | N/A |
| 151 | Papaya Contract with Third Party Vendor | PAPAYA_000003689 | N/A |
| 152 | Cash Position Q2, 2026 | PAPAYA_000005001 | N/A |
| 153 | UBS Account Statement for Papaya Gaming Ltd., August 2025 | PAPAYA_000004614 | N/A |
| 154 | UBS Account Statement for Papaya Gaming Ltd., September 2025 | PAPAYA_000004604 | N/A |
| 155 | Appendix 2 - Detailed Financial Forecast (through 2032) | N/A | N/A |
| 156 | Cash flow budget prepared by Papaya Gaming | N/A | N/A |
| 157 | Papaya July-October 2026 Forecast | PAPAYA_000004731 | N/A |
| 158 | LinkedIn profile of James Kong | N/A | N/A |
| 159 | Papaya Gaming Website, https://www.papaya.com | N/A | N/A |
| 160 | Papaya Q3 & Q4 2025 Cash Flow | PAPAYA_000005000 | N/A |
| 161 | Papaya Contract with Third Party Vendor | PAPAYA_000003657 | N/A |
| **Joint Exhibits with Objections** | | | |
| 162 | Papaya's motion for order convening meetings for the purposes of approving the debt arrangement, with exhibits (Israeli proceeding) | PAPAYA_000000001 | PAPAYA_000000456 |
| 163 | Papaya's Urgent Application for a stay of proceedings, together with appendices (Israeli Proceeding) | PAPAYA_000000457 | PAPAYA_000000903 |
| 164 | [D.I. 1] Ch. 15 petition form for Papaya Gaming Inc. | PAPAYA_000001258 | PAPAYA_000001290 |
| 165 | [D.I. 004] Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, A Foreign Nonmain Proceeding | N/A | N/A |
| **Foreign Representative Exhibits** | | | |
| 200 | Email from Yard explaining "Green Virtual Membership" | PAPAYA_000000915 | PAPAYA_000000920 |
| 201 | Email re: mail forwarding from NY to Israel | PAPAYA_000000926 | PAPAYA_000000929 |
| 202 | [D.I. 1] Ch. 15 petition form for Papaya Gaming Ltd. | PAPAYA_000001228 | PAPAYA_000001257 |
| 203 | Papaya Israel PayPal account letter | PAPAYA_000001429 | PAPAYA_000001431 |
| 204 | Intercompany Service Agreement | PAPAYA_000002641 | PAPAYA_000002645 |
| 205 | Assignment of Agreement Undertaking | PAPAYA_000005044 | PAPAYA_000005045 |
| 206 | Emails re: The far-reaching effects of the exchange rate of the Israeli economy and Draft Position Papers | PAPAYA_000005151 | PAPAYA_000005156 |
| 207 | Emails re: Liquidation of investment portfolio and search for alternative portfolio manager | PAPAYA_000005157 | PAPAYA_000005158 |
| 208 | RFP - Investment Portfolio Managers Evaluation | PAPAYA_000005159 | PAPAYA_000005162 |

| | | | |
|---|---|---|---|
| 209 | KPMG Study for Papaya Gaming - Fiscal Year Ending December 31, 2024 | PAPAYA_000005163 | PAPAYA_000005254 |
| 210 | Proposed Joint Pretrial Order, Skillz Platform Inc. v. Papaya Gaming Ltd., No. 1:24-cv-01646-DLC (S.D.N.Y. Mar. 13, 2026) | N/A | N/A |
| 211 | Skillz Inc. Form 10-K - Fiscal Year December 31, 2025 | N/A | N/A |
| 212 | Papaya Gaming - Google Screenshot | N/A | N/A |
| 213 | Papaya Gaming - LinkedIn Screenshot | N/A | N/A |
| 214 | Papaya Gaming - Pitchbook | N/A | N/A |
| 215 | Skillz v. Papaya, SDNY Complaint | N/A | N/A |
| 216 | US Dollar to Israeli Sheqel History for 2026 | N/A | N/A |
| 217 | Investopedia Asset Definition | N/A | N/A |
| 218 | USPTO filing Combined | N/A | N/A |
| 219 | Madrid Protocol Documents Combined | N/A | N/A |
| 220 | Flying Eagle Acquisition Corp. Form S-4 | N/A | N/A |
| 221 | THQ Inc. 2013 Form 8-K | N/A | N/A |
| 222 | IASB Agenda Paper and FASB Memorandum | N/A | N/A |
| 223 | Playtika Holding Corp. - Investor Presentation - March 2025 | N/A | N/A |
| 224 | Playtika Holding Corp. Form 10K - Fiscal Year December 31, 2025 | N/A | N/A |
| 225 | SciPlay Corporation Form 10-K - Fiscal Year December 31 | N/A | N/A |
| 226 | Glu Mobile Inc. Form 10-K - Fiscal Year December 31, 2019 | N/A | N/A |
| 227 | Take-Two Interactive Software, Inc. Form 10-K - Fiscal Year March 31, 2025 | N/A | N/A |
| 228 | [D.I. 116] Notice of Filing of Supplemental Exhibit to the Foreign Representative's Notice of Status Report | N/A | N/A |
| 229 | US Dollar to Israeli Shekel Exchange Rate as of June 30, 2026 | N/A | N/A |
| 230 | US Dollar to Israeli Shekel Exchange Rate as of July 28, 2026 | N/A | N/A |
| 231 | Sept. 17 Motion to Engage Experts - Israeli Proceeding - Certified Translation | N/A | N/A |
| 232 | Sept. 22 Order Granting Administrator's Sept. 17 Application to Engage Experts - Certified Translation | N/A | N/A |
| 233 | KPMG Israel Website, https://kpmg.com/il/en.html | N/A | N/A |
| 234 | Yaron Elhawi Markup of D.I. 6 Pinni Yaniv Declaration - 9.23.26 | N/A | N/A |
| 235 | [D.I. 137] Appendix to the Foreign Representative's Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, together with its attachments | N/A | N/A |
| 236 | [D.I. 105] Status Report, together with attachments | N/A | N/A |
| 237 | [D.I. 116] Notice of Filing of Supplemental Exhibit to the Foreign Representative's Notice of Status Report, together with attachments | N/A | N/A |
| 238 | Formal Judgment (Order Affirming Appointment of Foreign Representative) (Israeli Proceeding), together with Certified Translation | N/A | N/A |

| | | | |
|---|---|---|---|
| 239 | [D.I. 78-17] Original Hebrew and English Translation of Order Appointing Administrator - August 26, 2026 (Israeli Proceeding) | N/A | N/A |
| 240 | [D.I. 81] Notice of Filing of Supplemental Exhibit to the Foreign Representative's Opposition to Skillz Platform Inc.'s Motion to Compel Production of Documents and Witness for Deposition, together with attachment | N/A | N/A |
| 241 | [D.I. 78-13] Original Hebrew and Certified English Translation of the Table of Contents from the Urgent Application | N/A | N/A |
| 242 | Israeli New Shekel (ILS) To US Dollar (USD) Exchange Rate History for December 31, 2025 | N/A | N/A |
| 243 | Israeli New Shekel (ILS) To US Dollar (USD) Exchange Rate History for 2025 | N/A | N/A |
| 244 | Bingo Cash, Google Play Store, https://play.google.com/store/apps/details?id=com.papaya.bingocash.play&hl=en_US | N/A | N/A |
| 245 | Bubble Cash, Google Play Store, https://play.google.com/store/apps/details?id=com.papaya.bubblecash.play&hl=en_US | N/A | N/A |
| 246 | Solitaire Cash, Google Play Store, https://play.google.com/store/apps/details?id=com.papaya.solitairecash.play&hl=en_US | N/A | N/A |
| 247 | Solitaire Cash, Samsung Galaxy Store, https://galaxystore.samsung.com/detail/com.papaya.solitairecash | N/A | N/A |
| 248 | Bingo Cash, Samsung Galaxy Store, https://galaxystore.samsung.com/detail/com.papaya.bingocash | N/A | N/A |
| 249 | Bubble Cash, Samsung Galaxy Store, https://galaxystore.samsung.com/detail/com.papaya.bubblecash | N/A | N/A |
| 250 | Solitaire Cash: Win Real Money, Apple App Store, https://apps.apple.com/us/app/solitaire-cash-win-realmoney/ id1446254576 | N/A | N/A |
| 251 | Bubble Cash, Apple App Store, https://apps.apple.com/us/app/bubble-cash/id1475514684 | N/A | N/A |
| 252 | Bingo Cash, Apple App Store, https://apps.apple.com/us/app/bingo-cash-win-real-money/id1522266397 | N/A | N/A |
| 253 | Papaya Facebook Page, https://www.facebook.com/papayagaming/ | N/A | N/A |
| 254 | Life at Papaya, Instagram, https://www.instagram.com/lifeatpapaya/ | N/A | N/A |
| 255 | Papaya - Overview, LinkedIn, https://www.linkedin.com/company/papayaltd/home/ | N/A | N/A |

| | | | |
|---|---|---|---|
| 256 | Liad Whatstein & Oren Weiner, Copyright 2025 – Israel, Global Legal Group, https://liadwhatstein.com/wpcontent/uploads/2024/11/International-Comparative-Legal-Guide-Copyright-2025-Israel.pdf | N/A | N/A |
| 257 | The Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Interrogatories to Debtors in Connection with Chapter 15 Petition for Recognition | N/A | N/A |
| 258 | Appendix A to The Foreign Representative's Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 259 | Appendix B to The Foreign Representative's Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 260 | Appendix C to The Foreign Representative's Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 261 | The Foreign Representative's First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 262 | Appendix C.1 to the Foreign Representative's First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 263 | Appendix C.2 to the Foreign Representative's First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 264 | Verification to the Foreign Representative's Original and First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 265 | Report on Behalf of the Trustee and Application for a Nine-Day Extension of the Stay of Proceedings Order | N/A | N/A |
| 266 | The Foreign Representative's Responses and Objections to Skillz Platform Inc.'s First Set of Interrogatories to Debtors in Connection with Chapter 15 Petition for Recognition with attached appendices | N/A | N/A |
| 267 | The Foreign Representative's First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition with attached appendices. | N/A | N/A |

| | | | |
|---|---|---|---|
| 268 | Google Play Store offerings for Solitaire Cash, Bubble Cash, and Bingo Cash | N/A | N/A |
| 269 | Samsung Galaxy Store offerings for Solitaire Cash, Bubble Cash, and Bingo Cash | N/A | N/A |
| 270 | Apple App Store offerings for Solitaire Cash, Bubble Cash, and Bingo Cash | N/A | N/A |
| **Skillz Exhibits** | | | |
| 401 | Skillz SDNY Litigation Exhibit [PX-00446] | N/A | N/A |
| 402 | Skillz SDNY Litigation Exhibit [PX-00443] | N/A | N/A |
| 403 | Skillz SDNY Litigation Exhibit [PX-00642] | N/A | N/A |
| 404 | Skillz SDNY Litigation Exhibit [PX-00207] | N/A | N/A |
| 405 | Skillz SDNY Litigation Exhibit [PX-00595] | N/A | N/A |
| 406 | Skillz SDNY Litigation Exhibit [PX-00596] | N/A | N/A |
| 407 | Skillz SDNY Litigation Exhibit [PX-00597] | N/A | N/A |
| 408 | Answer, Affirmative Defenses, and Counterclaims in *Skillz Platform Inc. v. Papaya Gaming, Ltd.,* No. 24-cv-01646 (DLC) [ECF No. 46] | N/A | N/A |
| 409 | Skillz SDNY Litigation Exhibit [PX-00598] | N/A | N/A |
| 410 | Complaint, *Papaya Gaming, Ltd. v. Fair Play for Mobile Games,* No. 25-cv-00470 (MSN-IDD) (E.D. Va. Mar. 14, 2025) [ECF No. 1] | N/A | N/A |
| 411 | Dkt. 568, *Skillz Platform Inc. v. Papaya Gaming Ltd., et al.* , Opinion and Order | N/A | N/A |
| 412 | Dkt. 594, *Skillz Platform Inc. v. Papaya Gaming Ltd., et al.* , Pretrial Scheduling Order | N/A | N/A |
| 413 | May 15, 2026 Hearing Transcript in *Skillz Platform Inc. v. Papaya Gaming, Ltd.* , No. 24-cv-01646 (DLC) (S.D.N.Y.) (attached as Exhibit D to Skillz's Objection to the Motion for Provisional Relief [D.I. 23]) | N/A | N/A |
| 414 | July 27, 2026 Opinion and Order in *Skillz Platform Inc. v. Papaya Gaming, Ltd.* , No. 24-cv-01646 (DLC) [ECF No. 1004] | N/A | N/A |
| 415 | Order to Submit Proposed Final Judgment, *Skillz Platform Inc. v. Papaya Gaming, Ltd.,* No. 24-cv-01646 (DLC) (S.D.N.Y. July 28, 2026) [ECF No. 1005] | N/A | N/A |
| 416 | Final Judgment in Skillz Platform Inc. v. Papaya Gaming Ltd., No. 1:24-cv-01646-DLC (S.D.N.Y. July 30, 2026) [D.I. 1011] | N/A | N/A |
| 417 | Skillz Stay Opposition (filed in Israeli court) [Certified EN] | N/A | N/A |
| 418 | Papaya Stay Reply (filed in Israeli court) [Certified EN] | N/A | N/A |
| 419 | Anonymous E-mail dated August 31, 2026 | N/A | N/A |
| 420 | Skillz SDNY Litigation Exhibit [PX-00183] | N/A | N/A |
| 421 | SensorTower Download of Unified Apps | N/A | N/A |
| 422 | Bachar Deposition Ex. 28 (Debtors' Reply to the Responses to the Motion for a Stay of Proceedings Order) | N/A | N/A |
| 423 | Skillz SDNY Litigation Exhibit [PX-00593] | N/A | N/A |
| 424 | Sensor Tower - 21 Cash Install CVS | N/A | N/A |
| 425 | Sensor Tower - 21 Cash MAU CVS | N/A | N/A |
| 426 | Sensor Tower - 21 Cash Sensor Tower | N/A | N/A |
| 427 | Sensor Tower - Bingo Cash Install CVS | N/A | N/A |

| | | | |
|---|---|---|---|
| 428 | Sensor Tower - Bingo Cash MAU CVS | N/A | N/A |
| 429 | Sensor Tower - Bingo Cash Sensor Tower | N/A | N/A |
| 430 | Sensor Tower - Bubble Cash Install CVS | N/A | N/A |
| 431 | Sensor Tower - Bubble Cash MAU CVS | N/A | N/A |
| 432 | Sensor Tower - Bubble Cash Sensor Tower | N/A | N/A |
| 433 | Sensor Tower - Cookie Cash Sensor Tower | N/A | N/A |
| 434 | Sensor Tower - Dash Shark in Hungry Fish Tank Sensor Tower | N/A | N/A |
| 435 | Sensor Tower - Looty Bird Tournaments Sensor Tower | N/A | N/A |
| 436 | Sensor Tower - Puzzle Card Cash Sensor Tower | N/A | N/A |
| 437 | Sensor Tower - Solitaire Cash Install CVS | N/A | N/A |
| 438 | Sensor Tower - Solitaire Cash MAU CVS | N/A | N/A |
| 439 | Sensor Tower - Solitaire Cash Sensor Tower | N/A | N/A |
| 440 | Sensor Tower - Triple Match Cash Sensor Tower | N/A | N/A |
| 441 | The Foreign Representative's First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition [Redacted] | N/A | N/A |
| 442 | Appendix A to The Foreign Representative's Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 443 | Appendix B to The Foreign Representative's Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 444 | Appendix C to The Foreign Representative's Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 445 | Appendix C.1 to the Foreign Representative's First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 446 | Appendix C.2 to the Foreign Representative's First Supplemental Responses And Objections To Skillz Platform Inc.'s First Set Of Interrogatories To Debtors In Connection with Chapter 15 Petition For Recognition | N/A | N/A |
| 447 | Report on Behalf of the Trustee and Application for a Nine-Day Extension of the Stay of Proceedings Order [Machine Translation] | N/A | N/A |
| 448 | September 27, 2026 discussion with Raz Revah | PAPAYA_000005255 | N/A |
| 449 | Papaya Meeting | PAPAYA_000005259 | N/A |
| 450 | Papaya Meeting Notes | PAPAYA_000005260 | N/A |
| 451 | Why Have SPAC Valuations Skyrocketed? | N/A | N/A |
| 452 | FTI Certification Letter | N/A | N/A |
| 453 | Bylaws of Papaya Gaming Inc. | PAPAYA_000000995 | N/A |
| 454 | Engagement Agreement | PAPAYA_000005261 | N/A |