**EXHIBIT A**

(Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a foreign proceeding. | (Jointly Administered) |
| | **Re: D.I. __** |

**ORDER GRANTING EMERGENCY MOTION OF THE FOREIGN REPRESENTATIVE FOR AN ORDER SEALING THE COURTROOM DURING THE PRESENTATION OF CONFIDENTIAL INFORMATION AT THE HEARING SCHEDULED TO BEGIN OCTOBER 14, 2026**

Upon consideration of the *Emergency Motion of the Foreign Representative for an Order Sealing the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled to Begin October 14, 2026* (the "Motion")[2] filed by Oriel Bachar, in his capacity as a duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming Inc. ("Papaya US," and together with Papaya Israel, the "Debtors" or "Papaya"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. § 1410; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the legal and factual bases set forth in the

---

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Protective Order, as applicable.

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as provided herein.

2. Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Court hereby authorizes and directs that:

a. the courtroom shall be sealed for limited durations in connection with the presentation of information as specified in the Hearing Treatment List submitted to the Court (the "Sealed Testimony"), during the hearing scheduled to begin on October 14, 2026, in these chapter 15 cases (the "Hearing");

b. during the Sealed Testimony, attendance in the courtroom shall be limited to those individuals permitted to receive the applicable Confidential or Highly Confidential – AEO information under the Protective Order;

c. portions of any transcript of the Hearing containing Sealed Testimony shall be sealed; and

d. the Foreign Representative may propose redactions to the transcript of the Hearing for only those portions of the transcript that address confidential commercial information.

3. The parties shall endeavor to present evidence at the Hearing in a manner that minimizes the need to seal the courtroom.

4. Following the Hearing, a redacted transcript of the Hearing, reflecting only those redactions approved by the Court, shall be made publicly available.

5. Nothing in this Order shall expand or impair any person's or entity's rights or obligations, including under the Protective Order, with respect to the disclosure of information for any other purpose.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.