**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR RECOGNITION HEARING ON OCTOBER 14, 2026, AT 2:00 P.M. (ET)**

This proceeding will be held in person and remotely via Zoom. All counsel and witnesses are permitted to appear in person or remotely via Zoom.

Please refer to Judge Walrath's Chambers Procedures (https://www.deb.uscourts.gov/judge-mary-f-walrath) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements.

*The deadline to register for in-person or remote attendance is 4:00 P.M. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool (available here) or on the Court's website at www.deb.uscourts.gov.*

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

**MATTERS GOING FORWARD:**

**1. Notice of Second Status Report [D.I. 151; filed October 12, 2026]**

**Related Documents:**

**A. Notice of Status Report [D.I. 105; filed September 11, 2026]**

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

[2] This amends the *Notice of Agenda of Matters Scheduled for Recognition Hearing on October 14, 2026, at 2:00 P.M. (ET)* [D.I. 147], filed on October 9, 2026. **Amended items appear in bold.**

**B. Notice of Filing of Supplemental Exhibit to the Foreign Representative's Notice of Status Report [D.I. 116; filed September 14, 2026]**

**Status**: The Foreign Representative will provide a brief status update to the Court.

**2. [SEALED] Foreign Representative's Motion to Strike Expert Declaration and Exclude Testimony of Jim W. Bergman [D.I. 149; filed October 9, 2026]**

**Related Documents:**

**A. [REDACTED] Foreign Representative's Motion to Strike Expert Declaration and Exclude Testimony of Jim W. Bergman [D.I. 155; filed October 14, 2026]**

**Objection/Response Deadline: At the hearing.**

**Objections/Responses:**

**A. [SEALED] Skillz Platform Inc.'s Opposition to Foreign Representative's Motion to Strike Expert Declaration and Exclude Testimony of Jim W. Bergman [D.I. 152; filed October 12, 2026]**

**Status: This matter will be going forward on a contested basis.**

**3. Emergency Motion of the Foreign Representative for an Order Sealing the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled to Begin October 14, 2026 [D.I. 154; filed October 13, 2026]**

**Objection/Response Deadline: At the hearing.**

**Objections/Responses: The Foreign Representative is not aware of any objections.**

**Status: This matter will be going forward.**

4. Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or Alternatively, a Foreign Nonmain Proceeding [D.I. 4; filed August 2, 2026]

**Objection/Response Deadline**: August 27, 2026, at 11:59 P.M. (ET) (extended to September 11, 2026, at 11:59 P.M. (ET) solely as to Skillz Platform Inc.)

**Objections/Responses**:

A. [SEALED] Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 107; filed September 11, 2026]

B. [SEALED] Appendix to Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 108; filed September 11, 2026]

C. [REDACTED] Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 122; filed September 16, 2026]

D. [REDACTED] Appendix to Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 123; filed September 16, 2026]

E. Declaration of Yaron Elhawi in Support of Skillz Platform Inc.'s Objection to the Debtors' Motion for Chapter 15 Recognition [D.I. 124; filed September 16, 2026]

F. [SEALED] Declaration of Jim W. Bergman in Support of Skillz Platform Inc.'s Objection to the Debtors' Motion for Chapter 15 Recognition [D.I. 125; filed September 16, 2026]

G. Informal comments from the Office of the United States Trustee

**Related Documents:**

A. Chapter 15 Petition of Papaya Gaming Ltd., Case No. 26-11217 [D.I. 1; filed August 2, 2026]

B. Chapter 15 Petition of Papaya Gaming Inc., Case No. 26-11218 [D.I. 1; filed August 2, 2026]

C. Declaration of Oriel Bachar in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [D.I. 5; filed August 2, 2026]

D. Declaration of Pinni Yaniv in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [D.I. 6; filed August 2, 2026]

E. Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [D.I. 39; filed August 5, 2026]

F. Order Approving Stipulated Protective Order Governing Discovery Material [D.I. 70; filed August 18, 2026]

G. Scheduling Order for Hearing on the Foreign Representative's Verified Petition for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 133; filed October 1, 2026]

H. Foreign Representative's Witness List for the Recognition Hearing on October 14, 2026 [D.I. 134; filed October 1, 2026]

I. Skillz Platform Inc.'s Witness List for the Recognition Hearing on October 14, 2026 [D.I. 135; filed October 1, 2026]

J. [SEALED] Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 136; filed October 1, 2026]

K. [SEALED] Appendix to the Foreign Representative's Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 137; filed October 1, 2026]

L. [SEALED] Declaration and Expert Report of Stuart Gleichenhaus [D.I. 138; filed October 1, 2026]

M. Notice of Recognition Hearing [D.I. 141; filed October 6, 2026]

N. [REDACTED] Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 142; filed October 6, 2026]

O. [REDACTED] Appendix to the Foreign Representative's Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 143; filed October 6, 2026]

P. Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026 [D.I. 145; filed October 8, 2026]

Q. Notice of Errata to Exhibit A to the Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026 [D.I. 146; filed October 9, 2026]

**R. Skillz Platform Inc.'s Notice of Objections to Declarations Submitted in Connection with Recognition Hearing [D.I. 148; filed October 9, 2026]**

**S. Joint Notice of Amended Exhibit B to Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026 [D.I. 153; filed October 13, 2026]**

**Status**: This matter will be going forward on a contested basis. The Foreign Representative intends to call Pinni Yaniv, Oriel Bachar, and Stuart Gleichenhaus, as witnesses. Mr. Yaniv and Mr. Bachar will appear remotely via Zoom. Mr. Gleichenhaus will appear in person. Skillz Platform Inc. intends to call Yaron Elhawi, who will appear remotely via Zoom, and Jim W. Bergman, who will appear in person.

[*Remainder of page intentionally left blank.*]

Dated: October 14, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Benjamin J. Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: *Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*