**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jennifer K. Malow, hereby certify that on October 12, 2026, I caused a true and correct copy of the *Foreign Representative's Notice of Second Status Report* [D.I. 151] to be served upon the service list, attached as **Exhibit A** (the "Service List"), by email.

Additionally, on October 13, 2026, I caused true and correct copies of the following to be served upon the Service List by email:

- *Joint Notice of Amended Exhibit B to the Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026* [D.I. 153]
- *Emergency Motion of the Foreign Representative for an Order Sealing the Courtroom During the Presentation of Confidential Information at the Hearing Scheduled to Begin October 14, 2026* [D.I. 154]

Additionally, on October 14, 2026, I caused true and correct copies of the following to be served upon the Service List by email:

- (REDACTED) *Motion to Strike Expert Declaration and Exclude Testimony of Jim W. Bergman* [D.I. 155]
- *Amended Notice of Agenda of Matters Scheduled for Hearing on October 14, 2026, at 2:00 P.M. (ET)* [D.I. 156]

Dated: October 14, 2026

*/s/ Jennifer K. Malow*
Jennifer K. Malow

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

**Exhibit A**

**Service List**

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Sean M. Beach
Michael S. Neiburg
Joshua Hall
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Email: sbeach@ycst.com
mneiburg@ycst.com
jhall@ycst.com
CM/ECF Noticing: bankfilings@ycst.com

LATHAM & WATKINS LLP
Amy C. Quartarolo
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Email: amy.quartarolo@lw.com

and

Ray C. Schrock
Christopher Harris
Adam J. Goldberg
Michael Ardeljan
Tianjiao Li
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
christopher.harris@lw.com
adam.goldberg@lw.com
michael.ardeljan@lw.com
TJ.Li@lw.com

*Counsel for Skillz Platform Inc.*

Joseph J. McMahon, Jr.
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Joseph.McMahon@usdoj.gov

KING & SPALDING LLP
Lazar P. Raynal
Michael A. Lombardo
Jeffrey Dutson
Scott Davidson
Craig Carpenito
Christopher Coleman
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lraynal@kslaw.com
mlombardo@kslaw.com
jdutson@kslaw.com
sdavidson@kslaw.com
ccarpenito@kslaw.com
christopher.coleman@kslaw.com

*Counsel for Skillz Platform Inc.*