**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 (MFW) |
| Debtors in a foreign proceeding. | (Jointly Administered) |
| | **Re: D.I. 165** |

**NOTICE OF FILING OF (I) CERTIFIED ENGLISH TRANSLATION OF MOTION TO CONVENE CREDITORS' MEETINGS AND (II) APPENDICES TO MOTION AND DEBT ARRANGEMENT IN SUPPLEMENT TO CERTIFICATION OF COUNSEL**

**PLEASE TAKE NOTICE** that Oriel Bachar, the duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Ltd. ("Papaya Israel") and Papaya Gaming, Inc. ("Papaya US," and together with Papaya Israel, the "Debtors"), by his undersigned counsel, filed the *Certification of Counsel Regarding Filing of Revised Debt Arrangement in Israeli Proceeding* [D.I. 165] (the "Certification of Counsel"), together with (i) the revised debt arrangement (the "Debt Arrangement") in Hebrew, attached thereto as **Exhibit A**, and a certified English translation thereof, attached thereto as **Exhibit A-1**; and (ii) the Motion to Convene Creditors' Meetings (the "Motion to Convene") in Hebrew, attached thereto as **Exhibit B**, and a machine English translation thereof, attached thereto as **Exhibit B-1**.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative hereby supplements the Certification of Counsel by filing the following documents relating to the Motion to Convene: (i) **Exhibit B-2 to the Certification of Counsel**, consisting of the Motion to Convene Creditors' Meetings (certified English translation); (ii) **Appendix 2 to the Motion to Convene**,

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

consisting of (a) the Fahn Kanne Opinion on Reasonableness of Cash Flow (Hebrew and machine English translation) and (b) the Economic Expert Opinion of Dr. Mofkadi (Hebrew and machine English translation); and (iii) **Appendix 3 to the Motion to Convene**, consisting of the Fahn Kanne Financial Oversight Report for the August 2026 Operational Period (Hebrew and machine English translation).

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative hereby supplements the Certification of Counsel by filing the following appendices related to the Debt Arrangement: (i) **Appendix 1 to the Debt Arrangement**, consisting of the Payment Schedule (Hebrew and certified English translation); (ii) **Appendix 2 to the Debt Arrangement**, consisting of the Amended Articles of Incorporation (English original); (iii) **Appendix 3 to the Debt Arrangement**, consisting of the Power of Attorney (Hebrew and machine English translation); and (iv) **Appendix 4 to the Debt Arrangement**, consisting of the Fahn Kanne Valuation (Hebrew and machine English translation).

[*Remainder of page intentionally left blank*]

Dated: October 21, 2026
Wilmington, Delaware

**COOLEY LLP**

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (212) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

**BLANK ROME LLP**

By: */s/Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*