# APPENDIX 3 TO THE MOTION TO CONVENE

## Fahn Kanne Financial Oversight Report
## for the August 2026 Operational Period
## (Hebrew and machine English translation)

**APPENDIX 3-A**

**Fahn Kanne Financial Oversight Report**
**for the August 2026 Operational Period**
**(Hebrew)**

Fahn Kanne
Grant Thornton

לכבוד:
עו״ד גיל אורן
מנהל הסדר החוב
פפאייה גיימינג בע״מ ו- .Papaya Gaming Inc

**Advisory Services**

**פאהן קנה יועצים בע"מ**
בית פאהן קנה
המסגר 32
תל-אביב 672118

טל' 03-7111690
פקס' 03-7111691
www.grantthornton.co.il

20 באוקטובר 2026

שלום רב,

**הנדון: דוח פיקוח ובקרה פיננסית בתקופת ההפעלה – ממצאי בדיקת תזרים המזומנים בפועל מול התחזית לחודש אוגוסט 2026**

## 1. הקדמה

מסמך זה מוגש לעו״ד גיל אורן, מנהל הסדר החוב (להלן: ״**מנהל ההסדר**״), ומהווה דוח פיקוח ובקרה פיננסית לחודש אוגוסט 2026 עבור חברות פפאייה גיימינג בע״מ (להלן: ״**פפאייה ישראל**״) וחברת .Papaya Gaming Inc (להלן: ״**פפאייה ארה״ב**״; וביחד: ״**החברות**״ או ״**הקבוצה**״).

עבודתנו מבוצעת בהתאם להחלטת בית המשפט מיום 26 באוגוסט 2026 ולכתב ההתקשרות, במסגרת הליכי עיכוב ההליכים הזמניים של החברות.

מטרת העבודה המפורטת במסמך זה הינה להציג בחינה והשוואה בין תחזית תזרים המזומנים שהציגה החברה לבין הביצוע בפועל עבור חודש **אוגוסט 2026**. עבודת הפיקוח נועדה לאמת את השינויים ביתרות המזומנים, לבחון את תנועות הכספים המהותיות ולזהות פערים או חריגות תזרימיות, ככל שישנן, תוך התבססות על בדיקות שביצענו.

במסגרת ביצוע עבודתנו, הסתמכנו, בין היתר, על מגוון מקורות מידע ומסמכים המפורטים בנספח א

Grant Thornton

## 2. תמצית מנהלים

בפרקים הבאים יובא הסבר אודות עיקרי ההנחות ששימשו לעבודת הפיקוח והבקרה הפיננסית, וכן פירוט הממצאים שעלו מהבדיקות השונות.

יובהר כי עבודת הפיקוח והבקרה מתמקדת בתזרים המזומנים של חברות הקבוצה, על בסיס תקבולים ותשלומים בפועל, ואינה מהווה בחינה של התוצאות החשבונאיות של החברות על בסיס צבירה ו/או על בסיס תקינה חשבונאית.

להלן ריכוז נתוני תזרים המזומנים בפועל מול התחזית של החברות לחודש אוגוסט 2026 (באלפי דולרים):

| | תחזית<br>אלפי דולר | בפועל<br>אלפי דולר | ראה סעיף |
|---|---|---|---|
| סה"כ תקבולים | 36,951 | 34,329 | 4 |
| סה"כ תשלומים שוטפים | (33,867) | (29,297) | 5, 6, 7, 9, 10 |
| השקעות ברכוש קבוע | (100) | (31) | |
| הכנסות מימון תזרימיות, נטו | 377 | 539 | |
| **תזרים מזומנים נטו** | **3,361** | **5,540** | 3 |

להלן עיקרי המסקנות וממצאי הבדיקה:

- יתרת המזומנים של החברות גדלה במהלך חודש אוגוסט 2026 בכ-5.54 מיליון דולר. סכום זה גבוה בכ-2.18 מיליון דולר מהגידול המתוכנן בתחזית (אשר עמד על כ-3.36 מיליון דולר).
- מניתוח המבוסס על בדיקה של דפי בנק ואישורי יתרות לכ-37 חשבונות בנק של הקבוצה (בישראל ובחו"ל ובמטבעות שונים), עולה כי השינוי נטו ביתרות הבנקים במהלך חודש אוגוסט הסתכם בכ-5.40 מיליון דולר. קיים הפרש זניח אשר ברובו מוסבר על ידי ניכוי ריביות, הפרשי שער וסגירת חשבון.
- **תקבולים:** בוצעה בדיקה של התקבולים שהתקבלו בחשבונות הקבוצה, לרבות תקבולים באמצעות ספקי שירותי תשלום וסליקה (PSP), תוך בחינת התאמתם לסכומים המדווחים בדוח התזרים.
- **תשלומים:** בוצעו בדיקות תומכות נוספות, לרבות בחינת תשלומים לספקי פרסום ושיווק ( UA Direct), תשלומי עמלות, הוצאות משפטיות, תשלומי עמלות סליקה מרכזיים (PSP), ותשלומי שכר לעובדים ולמייסדים.

**ממצאי הבדיקה שנערכה עד כה תומכים בשינוי האמור ביתרת המזומנים. כמו כן, בשלב זה, ובכפוף להשלמת הבדיקות השוטפות, לא זוהו ממצאים חריגים מהותיים או חריגות תזרימיות שאינן מוסברות.**

בפרקים הבאים יובא הסבר אודות עיקרי ההנחות ששימשו לעבודת הפיקוח והבקרה הפיננסית.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

GrantThornton

### 3. בדיקת אישורי יתרות בנקים

במסגרת עבודתנו, התמקדנו כאמור בבדיקת נתוני התזרים בפועל לחודש אוגוסט 2026, תוך ביצוע בדיקות עצמאיות המבוססות בעיקרן על דפי בנק ואישורי יתרות של כ־37 חשבונות בנק המתנהלים על שם חברות הקבוצה במדינות שונות ובמטבעות שונים, ולא על הסתמכות על רישומי הנהלת החשבונות של החברה בלבד.

במסגרת עבודתנו בוצעה בדיקה כוללת של השינוי ביתרות המזומנים של חברות הקבוצה במהלך חודש אוגוסט 2026, במטרה לאמת באופן בלתי תלוי את השינוי נטו במזומנים כפי שהוצג בדוח התזרים שהוכן על ידי החברה.

לצורך כך, בוצעה השוואה בין יתרות המזומנים ליום 31 ביולי 2026 לבין היתרות ליום 31 באוגוסט 2026, בהתבסס על דפי בנק ואישורי יתרות שהתקבלו ביחס לכ- 37 חשבונות בנק של חברות הקבוצה, המתנהלים במספר מדינות ובמטבעות שונים.

במסגרת הבדיקה זוהו ונבחנו העברות כספים בין חשבונות חברות הקבוצה, תוך נטרול השפעתן על סיווג התקבולים והתשלומים החיצוניים, במטרה למנוע הצגה כפולה של תנועות פנימיות במסגרת התזרים המאוחד.

על פי דוח התזרים שהוצג על ידי החברה, יתרות המזומנים גדלו במהלך חודש אוגוסט 2026 בכ־5.51 מיליון דולר, לעומת גידול חזוי של כ־3.36 מיליון דולר. בהתאם לגיליון ההתאמה שהוכן במסגרת עבודתנו על בסיס הנתונים הבנקאיים, השינוי ביתרות המזומנים הסתכם בכ־5.59 מיליון דולר, המשקף הפרש של כ־83 אלף דולר בלבד ביחס לשינוי המדווח בדוח התזרים. מתוך ההפרש האמור, כ־65 אלף דולר נובעים בעיקר מריבית שנצברה לפיקדון בנקאי, מהפרשי שערוך מטבע ומסגירת חשבון בנק. יתרת ההפרש שטרם הוסברה מסתכמת בכ־18 אלף דולר בלבד, המהווים כ־0.3% מהשינוי החודשי המדווח במזומנים.

**ממצאי הבדיקה מצביעים על התאמה מהותית בין השינוי ביתרות המזומנים על פי דוח התזרים של החברה לבין השינוי שחושב על בסיס המידע הבנקאי שנבדק. בהתאם לכך, לא זוהו במסגרת בדיקה זו פערים מהותיים בשינוי הכולל ביתרות המזומנים של הקבוצה לחודש אוגוסט 2026.**

### 4. בדיקת תקבולים

בוצעה בדיקה של התקבולים שהתקבלו בחשבונות הקבוצה במהלך חודש אוגוסט 2026, במטרה לאמת את היקף התקבולים המדווח בדוח התזרים של החברה ולבחון כי מקורם בפעילות העסקית השוטפת.

בהתאם לדוח התזרים שהוצג על ידי החברה, סך התקבולים בחודש אוגוסט הסתכם בכ- 34.33 מיליון דולר, מתוכם כ- 33.80 מיליון דולר בגין תקבולים באמצעות ספקי שירותי תשלום וסליקה (Payment Service Providers – PSP) וכ־ 529 אלף דולר מתקבולי פרסום.

לצורך הבדיקה בוצע ניתוח פרטני של תנועות הזכות והחובה בחשבונות הרלוונטיים, לרבות חשבונות המתנהלים אצל ספקי שירותי תשלום וסליקה (PSP), תוך בחינת דוחות הסליקה והתאמתם לתנועות המזומנים בפועל.

במסגרת הבדיקה נבחנו רכיבי הפעילות השונים, לרבות תקבולים (Credits), חיובים (Debits), החזרים ללקוחות (Refunds), ביטולי עסקאות (Reversals), הכחשות עסקה (Chargebacks) ועמלות סליקה שנוכו במקור. כמו כן, נבחנו העברות בין חשבונות הסליקה לבין חשבונות הבנק של חברות הקבוצה, תוך זיהוי ונטרול העברות פנימיות למניעת ספירה כפולה של תקבולים.

הבדיקה בוצעה על בסיס תנועות המזומנים בפועל, תוך הבחנה בין התקבולים נטו שהתקבלו בחשבונות לבין התקבולים ברוטו המדווחים בדוח התזרים, לרבות ההתייחסות למסים עקיפים החלים על המכירות, כגון מע״מ ומס מכירה (Sales Tax).



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

במסגרת הבדיקה זוהו תקבולים נטו באמצעות ספקי הסליקה בסך של כ־32.33 מיליון דולר. בתוספת עמלות סליקה שנוכו במקור בסך של כ־1.45 מיליון דולר, הסתכמו התקבולים ברוטו על בסיס מזומן בכ־33.78 מיליון דולר, לעומת כ־33.80 מיליון דולר המדווחים בדוח התזרים של החברה לחודש אוגוסט 2026.

הפער בין הסכומים הסתכם בכ־23 אלף דולר, המהווה כ־0.07% מהתקבולים המדווחים באמצעות ספקי הסליקה. על בסיס הבדיקות שבוצעו, לא זוהתה אי־התאמה כמותית מהותית בין התקבולים שנבחנו לבין הסכומים המדווחים בדוח התזרים של החברה.

**על בסיס הבדיקות שבוצעו עד כה, לא זוהו ממצאים חריגים מהותיות או ממצאים המעידים על אי התאמה מהותית בין התקבולים שזוהו במסגרת הבדיקה לבין התקבולים שהוצגו בדוח התזרים של החברה.**

## 5. בדיקת תשלומי פרסום ושיווק ישיר (UA Direct)

הוצאות רכישת משתמשים ופרסום ישיר (User Acquisition – UA Direct) מהוות את אחד מסעיפי התשלומים המהותיים ביותר בתזרים המזומנים של הקבוצה. על פי דוח התזרים שהוצג על ידי החברה, התשלומים בגין רכישת משתמשים ופרסום ישיר הסתכמו בחודש אוגוסט 2026 בכ־17.25 מיליון דולר, לעומת תחזית של כ־21.09 מיליון דולר, המשקפים תשלומים נמוכים מהתחזית בכ־3.84 מיליון דולר.

במסגרת עבודתנו בוצעה בחינה פרטנית של תנועות החובה בחשבונות הבנק של חברות הקבוצה, במטרה לזהות תשלומים לספקי פרסום ושיווק, לשייכם לסעיף ההוצאה המתאים בדוח התזרים ולבחון את התאמתם לסכומים המדווחים על ידי החברה.

הבדיקה התבססה על תנועות התשלום בפועל כפי שהן משתקפות בדפי הבנק, תוך זיהוי הגורמים מקבלי התשלום והבחנה בין תשלומים לספקי פרסום לבין תשלומים אחרים.

במסגרת הבדיקה זוהו וסווגו 44 העברות בנקאיות ל־38 ספקי פרסום ושיווק שונים, בסך כולל של כ־17.24 מיליון דולר. בנוסף, נבחנו תשלומים נוספים בהתאם לפירוט שהתקבל מהחברה. הסכום הכולל שנבחן תואם בקירוב את הסכום המדווח בדוח התזרים של החברה לחודש אוגוסט 2026.

על בסיס הבדיקות שבוצעו, לא זוהו פערים מהותיים בין התשלומים שנבחנו במסגרת הבדיקה לבין הסכומים המדווחים בדוח התזרים של החברה.

יצוין כי להיקף ההוצאות בגין רכישת משתמשים קיימת השפעה משמעותית על תזרים המזומנים של הקבוצה, וכי יכולתה של הנהלת החברה להתאים את היקף ההשקעה בפרסום בהתאם לצורכי הפעילות והנזילות מהווה מרכיב חשוב במסגרת בחינת ההתנהלות התזרימית בתקופת ההפעלה המשפטית.

**לא זוהו במסגרת הבדיקות שבוצעו ממצאים חריגים מהותיים ביחס לתשלומים שנבחנו בסעיף זה.**

## 6. בדיקת תשלומי שכר

מבדיקתנו עולה כי סעיף השכר בדוח התזרים כולל הן תשלומים בגין עובדים המועסקים ישירות על ידי החברות (כ- 300 עובדים) והן תשלומים לנותני שירותים כנגד חשבוניות. בהתאם לפירוט התשלומים שהתקבל מהחברה לחודש אוגוסט 2026, זוהו תשלומים ל- 46 ספקים ונותני שירותים.

להלן פירוט הבדיקות שבוצעו ביחס לכל אחד מסוגי התשלומים האמורים :

### א. תשלומים לעובדים המועסקים ישירות

רכיב זה כולל תשלומי שכר נטו לעובדים, הפרשות לקופות גמל ופנסיה, וכן תשלומים לרשויות בגין ביטוח לאומי ומס הכנסה, בהתאם לרכיבים המפורטים בדוחות תמחיר השכר שהתקבלו מהחברה.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

במסגרת הבדיקה הובאו בחשבון גם הבדלי העיתוי בין מועד ההכרה בהוצאות השכר לבין מועד התשלום בפועל. בעוד שתשלומי השכר לעובדים וההפקדות לקופות מבוצעים במהלך החודש הרלוונטי, ככלל ביום האחרון של החודש, התשלומים לרשויות המס ולביטוח הלאומי מבוצעים בחודש העוקב. לפיכך, תזרים המזומנים לחודש אוגוסט כולל תשלומים לרשויות המתייחסים לשכר חודש יולי 2026.

במסגרת עבודתנו בוצעה בחינה של תשלומי השכר לחודש אוגוסט 2026, על בסיס תנועות בחשבונות הבנק של חברות הקבוצה, ריכוזי תשלומים באמצעות מס״ב, דוחות ניכויים ופירוט תשלומים שהתקבל מהחברה, תוך התחשבות בהפרשי העיתוי בין חודש השכר לבין מועדי התשלום לרשויות.

הבדיקה כללה משכורות נטו לעובדים, תשלומי ניכויים לרשויות המס ולביטוח הלאומי, הפקדות לקופות גמל ופנסיה וכן תשלומים לנותני שירותים בישראל ובחו״ל. במסגרת זו נבחנו גם תשלומים ל־36 נותני שירותים בפולין, אשר הוצלבו באופן פרטני מול פירוט התשלומים שהתקבל מהחברה.

במסגרת הבדיקה זוהו תשלומים בסך כולל של כ־5.41 מיליון דולר, אשר גובו בתנועות בנקאיות ובאסמכתאות תומכות, לעומת כ־5.61 מיליון דולר המדווחים בסעיף השכר בדוח התזרים של החברה לחודש אוגוסט 2026.

הפער שנותר ללא ביסוס מלא הסתכם בכ־196 אלף דולר, המהווה כ־3.5% מהסכום המדווח. הפער נובע בעיקר מהפרשים בין פירוט התשלומים שהתקבל מהחברה לבין הסכומים שאותרו ואומתו במסגרת הבדיקה, ובפרט ברכיבי שכר נטו והפרשות סוציאליות.

**ב. תשלומים לנותני שירותים וקבלנים חיצוניים**

סעיף השכר כולל גם תשלומים לנותני שירותים הפועלים עבור חברות הקבוצה כנגד חשבוניות, ובכללם שלושת מייסדי החברה וכן עובדים ונותני שירותים הפועלים במסגרת פעילות הקבוצה בפולין בסך כולל של כ־233 אלף דולר ,אשר הוצלבו מול תנועות הבנק ופירוט התשלומים שהתקבל מהחברה.

במסגרת הבדיקה נבחן בנפרד אופן התגמול לשלושת מייסדי החברה . בהתאם למידע שהוצג בפנינו, כל אחד מהמייסדים מקבל תגמול חודשי, באמצעות חברה שבבעלותו המוציאה חשבונית בגין השירותים הניתנים לקבוצה.

במהלך פגישת עבודה מקוונת עם נציגי החברה בוצעה צפייה ישירה במערכת החברה, במסגרתה נבחנו נתוני התשלומים למייסדים מתחילת שנת 2026. מהבדיקה עלה כי שלושת המייסדים מקבלים תגמול חודשי בסכומים זהים זה לזה, וכי סכום התגמול החודשי של כל אחד מהם נותר קבוע לאורך החודשים שנבחנו מתחילת השנה.

כמו כן, במהלך הפגישה שיתפה החברה לעיוננו את החשבוניות שהוצאו בגין התשלומים האמורים.

**על בסיס הבדיקות שבוצעו, לא זוהו חריגות מהותיות או ממצאים המעידים על אי התאמה מהותית בסכומי התגמול החודשיים במהלך התקופה שנבחנה.**

## 7. הוצאות משפטיות

בהתאם לדוח התזרים של החברה, התשלומים בגין הוצאות משפטיות בחודש אוגוסט 2026 הסתכמו בכ־1.32 מיליון דולר.

במסגרת עבודת הבקרה בוצעה בחינה פרטנית של התשלומים למשרדי עורכי דין ולנותני שירותים משפטיים, תוך בחינת התאמתם לסכומים המדווחים בדוח התזרים של החברה.

במסגרת הבדיקה זוהו תשלומים למשרדי עורכי דין ולנותני שירותים משפטיים בסך של כ־1.30 מיליון דולר, על בסיס תנועות בחשבונות הבנק של חברות הקבוצה. בנוסף, נבחנו תשלומים בסך של כ־18 אלף



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

GrantThornton

דולר בהתאם לפירוט שהתקבל מהחברה. סך התשלומים שנבחנו תואם את הסכום המדווח בדוח התזרים לחודש אוגוסט 2026, בסך של כ־1.32 מיליון דולר.

בהתאם למידע שנמסר לנו מהנהלת החברה, חלק מההוצאות המשפטיות בחודש אוגוסט קשורות לתביעה ולהליך הסדר החוב, והינן בעלות אופי חריג. להערכת הנהלת החברה, הוצאות אלו עשויות לפחות בהמשך תקופת ההפעלה.

**על בסיס הבדיקות שבוצעו, לא זוהו ממצאים המעידים על אי התאמה מהותית בסכומי ההוצאות המשפטיות במהלך התקופה שנבחנה.**

## 8. בדיקת העברות בין חשבונות הבנק של הקבוצה

במסגרת עבודת הבקרה בוצעה בחינה פרטנית של תנועות בנקאיות בחשבונות חברות הקבוצה, במטרה לזהות העברות כספים בין חשבונות הקבוצה ולהבחין בינן לבין תקבולים ותשלומים הנובעים מפעילותה העסקית השוטפת.

לצורך כך, נותחו בצורה פרטנית תנועות החובה והזכות בדפי הבנק שהתקבלו, לרבות מחשבונות הבנק בישראל ובחו״ל, תוך בחינת ההתאמה בין העברות יוצאות מחשבון בנק אחד לבין תקבולים מקבילים בחשבונות אחרים של חברות הקבוצה.

הבדיקה נועדה לוודא כי העברות פנימיות בין חשבונות הקבוצה אינן מסווגות כתקבולים מפעילות עסקית או כתשלומים לצדדים שלישיים, וכי אינן יוצרות עיוות בהצגת תזרים המזומנים המאוחד של הקבוצה.

**על בסיס הבדיקות שבוצעו, לא זוהו ממצאים המעידים על השפעה בלתי מוסברת של העברות בין חשבונות הקבוצה על נתוני סך התזרים המדווחים.**

## 9. בדיקת עמלות ספקי שירותי תשלום וסליקה (PSP Fees)

בהתאם לדוח התזרים של החברה, ההוצאות בגין שירותי תשלום וסליקה בחודש אוגוסט 2026 הסתכמו בכ־1.68 מיליון דולר.

במסגרת עבודת הבקרה נבחנה התאמת הוצאות הסליקה המדווחות לאסמכתאות התומכות, תוך הבחנה בין עמלות המשולמות באמצעות חיובים ישירים בחשבונות הבנק לבין עמלות המנוכות במקור מתוך התקבולים המועברים לחברות הקבוצה על ידי ספקי הסליקה.

לצורך הבדיקה נבחנו תנועות החובה בחשבונות הבנק הרלוונטיים, לצד דוחות פעילות ועמלות שהתקבלו מספקי שירותי התשלום, לרבות PayPal, Braintree ו־ Worldpay, אשר שימשו כאסמכתאות להוצאות המדווחות.

יצוין כי חלק מעמלות הסליקה מנוכות במישרין מתוך התקבולים, ולפיכך אינן משתקפות כתנועות חובה נפרדות בחשבונות הבנק. בהתאם לכך, הבדיקה התבססה גם על אסמכתאות מספקי הסליקה ולא על תנועות הבנק בלבד.

במסגרת הבדיקה זוהו ונבחנו עמלות ספקי שירותי תשלום וסליקה בסך כולל של כ־1.68 מיליון דולר, על בסיס תנועות בחשבונות הבנק ודוחות פעילות ועמלות של ספקי הסליקה. סכום זה תואם את הסכום המדווח בדוח התזרים של החברה לחודש אוגוסט 2026. על בסיס הבדיקות שבוצעו, לא זוהו פערים מהותיים בין העמלות שנבחנו לבין הסכומים המדווחים בדוח התזרים.

**על בסיס הבדיקות שבוצעו ,לא זוהו ממצאים המעידים על אי־התאמה מהותית בין עמלות הסליקה שנבחנו לבין הסכומים המדווחים בדוח התזרים של החברה.**



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

## 10. בדיקת תשלומים ותקבולים מהותיים נוספים Samsung — והחזר מע״מ

בחנו תנועות כספיות מהותיות נוספות שנכללו בדוח התזרים של החברה לחודש אוגוסט 2026, ובכללן תשלום עמלות ל־ Samsung והחזר מע״מ שהתקבל מרשויות המס בישראל. להלן פירוט עיקרי הממצאים:

א. **תשלומים לסמסונג** (עמלות Samsung) - בדוח התזרים נכלל תשלום בסך של כ- 1.15 מיליון דולר בגין עמלות Samsung, אשר לא נכלל בתחזית התזרים המקורית לחודש אוגוסט. בהתאם להסברי החברה, מדובר בתשלום שנדחה מהחודש הקודם. במסגרת עבודת הבקרה אותרו בחשבונות הבנק של חברות הקבוצה מספר העברות בנקאיות אשר סכומן המצטבר תואם את הסכום המדווח בגין התשלום ל- Samsung.

ב. **החזרי מע״מ** - בדוח התזרים נכלל תקבול בגין החזר מע״מ מרשויות המס בישראל בסך של כ- 1.87 מיליון דולר. לצורך בדיקת התקבול, במהלך פגישת עבודה עם נציגי החברה בוצעה צפייה ישירה בדוח המע״מ השנתי במערכת החברה, שבו הוצג סכום ההחזר בשקלים חדשים. במסגרת הבדיקה הומר הסכום שהוצג בשקלים לדולרים, ונמצאה התאמה לסכום ההחזר שנכלל בדוח התזרים של החברה לחודש אוגוסט 2026.

**על בסיס הבדיקות שבוצעו עד כה, לא זוהו ממצאים המעידים על אי התאמה מהותית בסכומי ההוצאות הנ״ל במהלך התקופה שנבחנה.**

## 11. המשך העבודה

עבודת הפיקוח והבקרה הפיננסית תימשך באופן שוטף לאורך תקופת ההפעלה המשפטית, תוך מעקב אחר התפתחות תזרים המזומנים, יתרות הנזילות וההתאמה בין נתוני הביצוע בפועל לבין תחזיות החברה, ועדכון מנהל ההסדר בהתאם להתקדמות העבודה.

בכבוד רב,

פאהן קנה יועצים בע״מ



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

## נספח א' - מקורות המידע ששימשו לביצוע עבודת הפיקוח והבקרה

להלן פירוט מקורות המידע העיקריים ששימשו לביצוע העבודה המתוארת לעיל ולהלן:

- דוח תזרים המזומנים בפועל לחודש אוגוסט 2026 ותחזית תזרים המזומנים לאותו חודש, כפי שהועברו על ידי החברה, וכן תחזיות תזרים המזומנים השבועיות ששימשו במסגרת עבודת המעקב והבקרה.
- תדפיסי בנקים, דפי חשבון ואישורי יתרות לחודשים יולי ואוגוסט 2026, עבור כ־37 חשבונות בנק של חברות הקבוצה, המתנהלים במדינות שונות ובמטבעות שונים.
- קובצי ריכוז יתרות הבנקים של חברות הקבוצה לימים 31 ביולי 2026 ו־31 באוגוסט 2026.
- דוחות פעילות, עמלות וחשבוניות מספקי שירותי תשלום וסליקה (PSP), וכן חשבוניות, דוחות חיוב ואסמכתאות מספקי פרסום ושיווק.
- דוחות תמחיר שכר, קובצי תשלומי שכר ונתוני תשלומים לנותני שירותים וקבלנים חיצוניים לחודש אוגוסט 2026, לרבות קובצי תשלומים באמצעות מס״ב.
- דיווחי מע״מ תקופתיים ודוחות מע״מ שהוצגו לעיוננו, לצד מסמכים ואסמכתאות תומכות נוספות.
- הסכמים עם ספקים מהותיים של חברות הקבוצה, וכן נתונים ומסמכים שהוצגו לעיוננו על ידי נציגי החברה במסגרת פגישות עבודה ובאמצעות צפייה ישירה במערכות החברה.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

## נספח ב' – דוח תזרים המזומנים לחודש אוגוסט 2026 - ביצוע בפועל מול תחזית

| Cash Flow (in K $) | August | | |
|---|---|---|---|
| | Forecast | Actual | Gap |
| Collection PSP | 36,582 | 33,800 | (2,782) |
| Collection Ads | 369 | 529 | 160 |
| **Total Cash Receipts** | **36,951** | **34,329** | **(2,623)** |
| Payroll (including Fringe, Payroll tax & Social security) | (5,388) | (5,605) | (217) |
| Travel | (19) | (32) | (13) |
| UA Direct | (21,092) | (17,250) | 3,843 |
| UA Indirect | (108) | (128) | (20) |
| Software Tools | (625) | (629) | (4) |
| Conferences and Seminars | (30) | 0 | 30 |
| Consultancy | (353) | (227) | 126 |
| Hosting | (522) | (379) | 142 |
| Legal | (2,182) | (1,317) | 865 |
| Recruitment | (25) | 0 | 25 |
| Rent and Utilities | (375) | (480) | (105) |
| Shine related | 0 | 0 | 0 |
| Welfare | (262) | (308) | (45) |
| Credit Cards/Mesh Expenses | (100) | (248) | (148) |
| PSP Fees | (1,872) | (1,683) | 189 |
| Samsung Fees | 0 | (1,152) | (1,152) |
| Taxes | (531) | (803) | (272) |
| Sales Taxes | (1,146) | (968) | 178 |
| Other Payments | (43) | 44 | 86 |
| VAT Refund | 805 | 1,867 | 1,062 |
| **Total Operating Activity** | **(33,867)** | **(29,297)** | **4,571** |
| **Capex** | **(100)** | **(31)** | **69** |
| Bank Charges | (179) | (13) | 166 |
| Revaluation of investments portfolio | 131 | 0 | (131) |
| Interest Income (on deposits) | 425 | 552 | 127 |
| **Total Financial Activity** | **377** | **539** | **162** |
| **Total Cash Change** | **3,361** | **5,540** | **2,179** |



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

## ספח ג' – פירוט התקבולים לפי מקורותיהם לחודש אוגוסט 2026

| תקבולים לפי מקורות | |
|---|---|
| **מקור** | **תקבול** |
| A | 7,836,559 |
| B | 5,621,644 |
| C | 3,335,075 |
| D | 2,051,233 |
| E | 415,507 |
| F | 6,798,407 |
| G | 110,934 |
| H | 11,825 |
| I | 8,279,218 |
| **סכום (*)** | **34,460,400** |

*** הפער מנתוני החברה אינו מהותי**



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

נספח ד' – השוואת יתרות המזומנים בחשבונות הקבוצה לימים 31 ביולי ו־31 באוגוסט 2026

## Bank balances - opening and closing, August 2026

Amounts in USD.

| Bank / Account | USD Opening 01.08.26 | USD Closing 31.08.26 |
|---|---|---|
| Bank Leumi 56840097 - current account - USD | 295,915 | 980,314 |
| Bank Leumi 56840097 - current account - ILS | 140,547 | 29,537 |
| Bank Leumi - term deposits - USD | 23,000,000 | 24,000,000 |
| Bank Leumi - pledged deposit - USD | 2,000,000 | 2,000,000 |
| Israel Discount Bank 0200725108 - current - ILS | 241,112 | 239,622 |
| Israel Discount Bank 0200921705 - current - USD | 9,521,920 | 5,869,394 |
| Israel Discount Bank - term deposits - USD | 88,000,000 | 96,054,094 |
| Israel Discount Bank - pledged deposit - USD | 0 | 1,000,000 |
| Israel Discount Bank 0214159126 - Stars - ILS | 10,365 | 21,240 |
| Israel Discount Bank 0214207139 - Stars - USD | 16,806 | 4,906 |
| PayPal pay@papaya.com - USD | 419,170 | 531,075 |
| PayPal pay@papaya.com - EUR | 21,750 | 397,945 |
| PayPal pay@papaya.com - GBP | 17,069 | 331,576 |
| PayPal - Papaya Gaming UK - GBP | 37,116 | 7,522 |
| SVB 3302933838 - Analysis Checking - USD | 250,000 | 250,000 |
| SVB 3304310894 - Interest Sweep - USD | 1,773,052 | 135,910 |
| SVB 3302747345 - collections - USD | 50 | 50 |
| SVB NatWest 10026347 - GBP | 26,351 | 5,707 |
| SVB NatWest 10027130 - UK - GBP | 217,915 | 105,087 |
| SVB 0050054833 - EUR | 962 | 1,155 |
| SVB 0050054829 - CAD | 1,239 | 299 |
| Capital One 2082544324 - USD | 1,102,807 | 751,965 |
| mBank 316738001003 - USD | 114,087 | 239,888 |
| Itaú Unibanco 0051790-0 - BRL | 707 | 0 |
| Other | 751,165 | 512,702 |
| **Total cash balance as calculated by GT** | **127,960,105** | **133,469,989** |
| **Total cash balance as reported by the Company** | **127,960,105** | **133,500,569** |
| **Difference *** | **0** | **(30,580)** |
| **Change for the period** | | **5,540,464** |

הפערים בין יתרות המזומנים שחושבו במסגרת עבודת הבקרה לבין היתרות שהוצגו על ידי החברה אינם מהותיים, ועשויים לנבוע מהבדלים בשערי החליפין ששימשו לתרגום יתרות החשבונות במטבעות השונים לדולר ארה"ב.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

# APPENDIX 3-B

## Fahn Kanne Financial Oversight Report for the August 2026 Operational Period (Machine English translation)

Fahn Kanne
Grant Thornton

To:
Attorney Gil Oren
Arrangement Administrator
Papaya Gaming Ltd. and Papaya Gaming Inc.

**Advisory Services**

Pahan Kana Consultants, Ltd.
Pahan Kana House
32 HaMasger St.
Tel Aviv 672118

Tel. 03-7111690
Fax: 03-7111691
www.grantthornton.co.il

October 20, 2026

Dear Sir or Madam,

Re: Financial Oversight and Control Report for the Operational Period – Findings of the Comparison of Actual Cash Flow vs. Forecast for August 2026

## 1. Introduction

This document is submitted to Attorney Gil Oren, **the** Debt **Arrangement** Administrator (hereinafter: **"the** Administrator"), and constitutes a financial supervision and control report for August 2026 for Papaya Gaming Ltd. (hereinafter: **"Papaya** Israel") and Papaya Gaming Inc. (hereinafter: "**Papaya U.S**."; and collectively: "**the Companies**" or "**the Group**").

Our work is performed in accordance with the court's decision dated August 26, 2026, and the engagement letter, as part of the proceedings for a temporary stay of proceedings for the Companies.

The purpose of the work detailed in this document is to present an analysis and comparison between the cash flow forecast presented by the company and the actual results for **August 2026**. The audit was designed to verify changes in cash balances, examine significant cash flows, and identify any discrepancies or cash flow anomalies, if any, based on the tests we performed.

In performing our work, we relied, among other things, on a variety of information sources and documents detailed in Appendix A

Grant Thornton

## 2. Executive Summary

The following sections will explain the key assumptions used in the financial oversight and control process, as well as detail the findings that emerged from the various reviews.

It should be noted that the audit and control work focuses on the cash flows of the Group's companies, based on actual receipts and payments, and does not constitute an examination of the companies' financial results on an accrual basis and/or in accordance with accounting standards.

The following is a summary of actual cash flow data compared to the companies' forecast for August 2026 (in thousands of dollars):

| | **Forecast<br>Thousands of dollars** | | **Actual<br>Thousands of dollars** | |
|---|---|---|---|---|
| **See Section** | | | | |
| Total Receipts | 36,951 | 34,329 | | 4 |
| Total Current Payments | (33,867) | | (29,297) | |
| 5, 6, 7, 9, 10 | | | | |
| Investments in Fixed Assets | | (100) | (31) | |
| Net cash flow from financing activities | | 377 | | 539 |
| **Net cash flow** | **3,361** | **5,540** | | 3 |

The following are the main conclusions and findings of the audit:

- The companies' cash balance increased by approximately $5.54 million during August 2026. This amount is approximately $2.18 million higher than the increase projected in the forecast (which was approximately $3.36 million).
- An analysis based on a review of bank statements and balance confirmations for approximately 37 of the Group's bank accounts (in Israel and abroad, in various currencies) shows that the net change in bank balances during August totaled approximately $5.40 million. There is a negligible discrepancy, which is largely explained by interest deductions, exchange rate differences, and account closures.
- **Receipts:** A review was conducted of the receipts credited to the Group's accounts, including receipts processed through payment and clearing service providers (PSPs), to verify their consistency with the amounts reported in the cash flow statement.
- **Payments:** Additional supporting audits were conducted, including an examination of payments to advertising and marketing providers (UA Direct), commission payments, legal expenses, payments to payment service providers (PSPs), and salary payments to employees and founders.

**The findings of the review conducted to date support the aforementioned change in the cash balance. Furthermore, at this stage, and subject to the completion of the ongoing reviews, no material irregularities or unexplained cash flow anomalies have been identified.**



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

The following sections provide an explanation of the key assumptions used in the financial supervision and control work.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

## 3. Review of Bank Balance Confirmations

As part of our work, we focused, as noted, on reviewing the actual cash flow data for August 2026, while performing independent tests based primarily on bank statements and balance confirmations for approximately 37 bank accounts held in the names of Group companies in various countries and in various currencies, rather than relying solely on the Company's accounting records.

As part of our work, we conducted a comprehensive review of the change in the Group companies' cash balances during August 2026, with the aim of independently verifying the net change in cash as presented in the cash flow statement prepared by the Company.

To this end, we compared the cash balances as of July 31, 2026, with those as of August 31, 2026, based on bank statements and balance confirmations received for approximately 37 bank accounts of Group companies, held in various countries and in different currencies.

As part of the review, fund transfers between Group companies' accounts were identified and examined, while neutralizing their impact on the classification of external receipts and payments, in order to prevent double-counting of internal transactions in the consolidated cash flow statement.

According to the cash flow statement presented by the company, cash balances increased by approximately $5.51 million during August 2026, compared to a projected increase of approximately $3.36 million. According to the reconciliation statement prepared as part of our work based on the bank data, the change in cash balances totaled approximately $5.59 million, reflecting a difference of only about $83,000 compared to the change reported in the cash flow statement. Of this difference, approximately $65,000 stems primarily from interest accrued on a bank deposit, currency revaluation differences, and the closure of a bank account. The remaining unexplained difference amounts to only approximately $18,000, representing about 0.3% of the reported monthly change in cash.

**The audit findings indicate a material consistency between the change in cash balances as reported in the company's cash flow statement and the change calculated based on the reviewed bank information. Accordingly, no material discrepancies were identified in this audit regarding the total change in the Group's cash balances for August 2026.**

## 4. Review of Receipts

A review was conducted of the receipts credited to the Group's accounts during August 2026, with the aim of verifying the amount of receipts reported in the company's cash flow statement and confirming that they originated from ongoing business operations.

According to the cash flow statement presented by the company, total receipts in August amounted to approximately $34.33 million, of which approximately $33.80 million were from receipts processed through payment service providers (PSPs) and approximately $529,000 were from advertising revenue.

For the purposes of the audit, a detailed analysis was conducted of the credit and debit transactions in the relevant accounts, including accounts held with Payment Service



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Providers (PSPs), while reviewing the clearing reports and reconciling them with actual cash flows.

As part of the audit, various components of the activity were examined, including credits, debits, customer refunds, transaction reversals, chargebacks, and clearing fees deducted at source. In addition, transfers between the clearing accounts and the group companies' bank accounts were examined, while identifying and eliminating internal transfers to prevent double-counting of credits.

The audit was conducted based on actual cash flows, distinguishing between net receipts credited to accounts and gross receipts reported in the cash flow statement, including consideration of indirect taxes applicable to sales, such as VAT and sales tax.

As part of the audit, net receipts totaling approximately $32.33 million were identified through the payment processors. After adding clearing fees deducted at source totaling approximately $1.45 million, gross cash-based receipts amounted to approximately $33.78 million, compared to approximately $33.80 million reported in the company's cash flow statement for August 2026.

The difference between the amounts totaled approximately $23,000, representing approximately 0.07% of the receipts reported through the payment processors. Based on the tests performed, no material quantitative discrepancy was identified between the receipts examined and the amounts reported in the company's cash flow statement.

**Based on the tests performed to date, no material unusual findings or findings indicating a material discrepancy were identified between the receipts identified during the audit and those presented in the company's cash flow statement**.

## 5. Review of Advertising and Direct Marketing Payments (UA Direct)

User acquisition and direct advertising expenses (User Acquisition – UA Direct) constitute one of the most significant expense items in the Group's cash flow statement. According to the cash flow statement presented by the company, payments for user acquisition and direct advertising totaled approximately $17.25 million in August 2026, compared to a forecast of approximately $21.09 million, reflecting payments that were approximately $3.84 million lower than forecast.

As part of our work, we conducted a detailed review of the debit transactions in the Group companies' bank accounts to identify payments to advertising and marketing providers, match them to the appropriate expense line item in the cash flow statement, and verify their consistency with the amounts reported by the company.

The review was based on actual payment transactions as reflected in the bank statements, identifying the payees and distinguishing between payments to advertising and marketing providers and other payments.

As part of the review, 44 bank transfers to 38 different advertising and marketing providers were identified and classified, totaling approximately $17.24 million. In addition, further payments were reviewed based on details provided by the company. The total amount reviewed roughly corresponds to the amount reported in the company's cash flow statement for August 2026.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Based on the reviews conducted, no material discrepancies were identified between the payments examined as part of the review and the amounts reported in the company's cash flow statement.

It should be noted that the level of expenses related to user acquisition has a significant impact on the Group's cash flow, and that the company's management's ability to adjust the level of investment in advertising in accordance with operational needs and liquidity is an important factor in assessing cash flow management during the legal operating period.

**No material irregularities were identified in the audits conducted with respect to the payments examined in this section.**

## 6. Review of Salary Payments

Our review indicates that the "Salaries" section of the cash flow statement includes both payments for employees directly employed by the companies (approximately 300 employees) and payments to service providers based on invoices. Based on the breakdown of payments received from the company for August 2026, payments to 46 suppliers and service providers were identified.

The following is a breakdown of the reviews conducted for each of the aforementioned payment types:

A. **Payments to Directly Employed Employees**

This component includes net salary payments to employees, contributions to provident and pension funds, as well as payments to government authorities for social security and income tax, in accordance with the components detailed in the payroll cost reports received from the company.

The audit also took into account timing differences between the date of recognition of payroll expenses and the actual date of payment. While payroll payments to employees and contributions to provident funds are made during the relevant month—generally on the last day of the month—payments to the tax and social security authorities are made in the following month. Accordingly, the cash flow for August includes payments to the authorities relating to July 2026 payroll.

As part of our work, we reviewed the payroll payments for August 2026 based on bank account transactions of the Group's companies, payment summaries via the Masav system, withholding tax reports, and payment breakdowns provided by the company, taking into account the timing differences between the payroll month and the payment dates to the authorities.

The review included net salaries for employees, withholding tax payments to the tax authorities and the National Insurance Institute, contributions to provident and pension funds, as well as payments to service providers in Israel and abroad. As part of this process, payments to 36 service providers in Poland were also examined and cross-checked individually against the payment details provided by the company.

The audit identified payments totaling approximately $5.41 million, which were supported by bank transactions and supporting documentation, compared to approximately $5.61



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

million reported under the "Salaries" section of the company's cash flow statement for August 2026.

The remaining discrepancy, for which full substantiation was lacking, totaled approximately $196,000, representing about 3.5% of the reported amount. The discrepancy stems primarily from differences between the payment breakdown provided by the company and the amounts identified and verified during the audit, particularly regarding net salary components and social security contributions.

### B. Payments to Service Providers and External Contractors

The salary section also includes payments to service providers working for Group companies against invoices, including the company's three founders as well as employees and service providers operating within the scope of the Group's activities in Poland, totaling approximately $233,000, which were cross-checked against bank transactions and the payment breakdown provided by the company.

As part of the review, the method of compensation for the company's three founders was examined separately. According to the information presented to us, each of the founders receives monthly compensation through a company they own, which issues an invoice for the services provided to the Group.

During an online working meeting with company representatives, we conducted a live review of the company's system, during which we examined payment data for the founders dating back to the beginning of 2026. The review revealed that the three founders receive monthly compensation in identical amounts, and that each founder's monthly compensation has remained constant throughout the months reviewed since the beginning of the year.

In addition, during the meeting, the company provided us with the invoices issued for the aforementioned payments for our review.

**Based on the audits performed, no material irregularities or findings indicating a material misstatement in the monthly compensation amounts were identified during the period under review.**

## 7. Legal Expenses

According to the Company's cash flow statement, payments for legal expenses in August 2026 totaled approximately $1.32 million.

As part of the audit, a detailed review was conducted of payments to law firms and legal service providers to verify their consistency with the amounts reported in the company's cash flow statement.

The review identified payments to law firms and legal service providers totaling approximately $1.30 million, based on transactions in the Group companies' bank accounts. In addition, payments totaling approximately $18,000 were reviewed based on the breakdown provided by the company. The total payments examined correspond to the



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

amount reported in the cash flow statement for August 2026, totaling approximately $1.32 million.

According to information provided to us by the company's management, some of the legal expenses in August are related to the lawsuit and the Arrangement process and are of an exceptional nature. In the company's management's estimation, these expenses are likely to continue at least for the remainder of the operating period.

**Based on the reviews conducted, no findings were identified that indicate a material discrepancy in the amounts of legal expenses during the period under review.**

## 8. Review of Transfers Between the Group's Bank Accounts

As part of the audit work, a detailed review of bank transactions in the Group companies' accounts was conducted to identify transfers of funds between Group accounts and to distinguish them from receipts and payments arising from the Group's ongoing business operations.

To this end, debit and credit transactions on the bank statements received—including those from bank accounts in Israel and abroad—were analyzed in detail, while examining the consistency between outgoing transfers from one bank account and corresponding receipts in other accounts of Group companies.

The review was intended to ensure that internal transfers between the Group's accounts are not classified as receipts from business operations or as payments to third parties, and that they do not distort the presentation of the Group's consolidated cash flow statement.

**Based on the tests performed, no findings were identified that indicate an unexplained impact of transfers between the Group's accounts on the reported total cash flow figures.**

## 9. Review of Payment Service Provider (PSP) Fees

According to the Company's cash flow statement, expenses for payment and clearing services in August 2026 totaled approximately $1.68 million.

As part of the audit, the reconciliation of reported clearing expenses to supporting documentation was examined, distinguishing between fees paid via direct debits from bank accounts and fees deducted at source from the proceeds transferred to Group companies by clearing providers.

For the purposes of the audit, debit transactions in the relevant bank accounts were reviewed, along with activity reports and fee statements received from payment service providers, including PayPal, Braintree, and Worldpay, which served as supporting documentation for the reported expenses.

It should be noted that some of the clearing fees are deducted directly from the proceeds and, therefore, are not reflected as separate debit transactions in the bank accounts. Accordingly, the audit was also based on supporting documentation from the clearing providers and not solely on bank transactions.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

As part of the review, payment and processing service provider fees totaling approximately $1.68 million were identified and examined, based on bank account transactions and the processing providers' activity and fee reports. This amount corresponds to the amount reported in the company's cash flow statement for August 2026. Based on the reviews performed, no material discrepancies were identified between the fees examined and the amounts reported in the cash flow statement.

**Based on the tests performed, no findings were identified that indicate a material discrepancy between the clearing fees examined and the amounts reported in the company's cash flow statement.**

## 10. Review of Additional Material Payments and Receipts — Samsung and VAT Refund

We reviewed additional material cash flows included in the company's cash flow statement for August 2026, including commission payments to Samsung and a VAT refund received from the Israeli tax authorities. The following is a summary of the key findings:

A. **Payments to Samsung** (Samsung Commissions) — The cash flow statement included a payment of approximately $1.15 million for Samsung commissions, which was not included in the original cash flow forecast for August. According to the company's explanation, this payment was deferred from the previous month. As part of the audit, several bank transfers were identified in the group companies' bank accounts, the cumulative amount of which matches the amount reported for the payment to Samsung.

B. **VAT Refunds**—The cash flow statement includes proceeds from a VAT refund from the Israeli tax authorities in the amount of approximately $1.87 million. To verify these proceeds, during a working meeting with company representatives, we directly reviewed the annual VAT report in the company's system, which showed the refund amount in New Shekels. As part of the review, the amount presented in shekels was converted to dollars, and a match was found with the refund amount included in the company's cash flow statement for August 2026.

**Based on the tests performed to date, no findings have been identified that indicate a material discrepancy in the aforementioned expense amounts during the period under review.**

## 11. Continuation of Work

Financial oversight and monitoring will continue on an ongoing basis throughout the legal operation period, tracking the development of cash flow, liquidity balances, and the alignment between actual performance data and the company's forecasts, and updating the Arrangement Administrator as the work progresses.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Sincerely,

Fahn Kanne Grant Thornton Ltd.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

## Appendix A – Sources of Information Used to Perform the Supervision and Control Work

The following is a breakdown of the primary sources of information used to perform the work described above and below:

- The actual cash flow report for August 2026 and the cash flow forecast for that month, as submitted by the company, as well as the weekly cash flow forecasts used as part of the monitoring and control work.
- Bank statements, account statements, and balance confirmations for July and August 2026, for approximately 37 bank accounts of Group companies, held in various countries and in various currencies.
- Files summarizing the bank balances of the Group’s companies as of July 31, 2026, and August 31, 2026.
- Activity reports, fee statements, and invoices from payment and clearing service providers (PSPs), as well as invoices, billing statements, and supporting documents from advertising and marketing providers.
- Payroll reports, payroll payment files, and payment data for external service providers and contractors for August 2026, including payment files processed through the Masav system.
- Periodic VAT reports and VAT returns presented to us for review, along with additional supporting documents and evidence.
- Agreements with material suppliers of the Group’s companies, as well as data and documents presented to us by company representatives during working meetings and through direct access to the company’s systems.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

Appendix B – Cash Flow Statement for August 2026 - Actual vs. Forecast

| August | | | **Cash Flow (in K$)** |
|---|---|---|---|
| **Gap** | **Actual** | **Forecast** | |
| (2,782) | 33,800 | 36,582 | PSP Collection |
| 160 | 529 | 369 | Collection Ads |
| **(2,623)** | **34,329** | **36,951** | **Total Cash Receipts** |
| (217) | (5,605) | (5,388) | Payroll (including benefits, payroll tax, and Social Security) |
| (13) | (32) | (19) | Travel |
| 3,843 | (17,250) | (21,092) | UA Direct |
| (20) | (128) | (108) | UA Indirect |
| (4) | (629) | (625) | Software Tools |
| 30 | 0 | (30) | Conferences and Seminars |
| 126 | (227) | (353) | Consulting |
| 142 | (379) | (522) | Hosting |
| 865 | (1,317) | (2,182) | Legal |
| 25 | 0 | (25) | Recruitment |
| (105) | (480) | (375) | Rent and Utilities |
| 0 | 0 | 0 | Shine-related |
| (45) | (308) | (262) | Welfare |
| (148) | (248) | (100) | Credit Cards/Mesh Expenses |
| 189 | (1,683) | (1,872) | PSP Fees |
| (1,152) | (1,152) | 0 | Samsung Fees |
| (272) | (803) | (531) | Taxes |
| 178 | (968) | (1,146) | Sales Taxes |
| 86 | 44 | (43) | Other Payments |
| 1,062 | 1,867 | 805 | VAT Refund |
| **4,571** | **(29,297)** | **(33,867)** | **Total Operating Activity** |
| **69** | **(31)** | **(100)** | **Capex** |
| 166 | (13) | (179) | Bank Charges |
| (131) | 0 | 131 | Revaluation of investment portfolio |
| 127 | 552 | 425 | Interest Income (on Deposits) |
| **162** | **539** | **377** | **Total Financial Activity** |
| **2,179** | **5,540** | **3,361** | **Total Cash Change** |



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

## Appendix C – Breakdown of Revenues by Source for August 2026

| **Revenues by Source** | |
|---|---|
| **Revenue** | **Source** |
| 7,836,559 | A |
| 5,621,644 | B |
| 3,335,075 | C |
| 2,051,233 | D |
| 415,507 | E |
| 6,798,407 | F |
| 110,934 | G |
| 11,825 | H |
| 8,279,218 | I |
| **34,460,400** | **Total (*)** |

* The discrepancy from the company's data is not material



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.

Grant Thornton

## Appendix D – Comparison of Cash Balances in the Group's Accounts as of July 31 and August 31, 2026

**Bank balances—opening and closing, August 2026**
Amounts in USD.

| USD<br>Closing 08/31/26 | USD<br>Opening 08/01/26 | Bank / Account |
|---|---|---|
| 980,314 | 295,915 | Bank Leumi 56840097 - checking account - USD |
| 29,537 | 140,547 | Bank Leumi 56840097 - checking account - ILS |
| 24,000,000 | 23,000,000 | Bank Leumi - term deposits - USD |
| 2,000,000 | 2,000,000 | Bank Leumi - pledged deposit - USD |
| 239,622 | 241,112 | Israel Discount Bank 0200725108 - checking account - ILS |
| 5,869,394 | 9,521,920 | Israel Discount Bank 0200921705 - checking - USD |
| 96,054,094 | 88,000,000 | Israel Discount Bank - term deposits - USD |
| 1,000,000 | 0 | Israel Discount Bank – pledged deposit – USD |
| 21,240 | 10,365 | Israel Discount Bank 0214159126 - Stars - ILS |
| 4,906 | 16,806 | Israel Discount Bank 0214207139 - Stars - USD |
| 531,075 | 419,170 | PayPal pay@papaya.com - USD |
| 397,945 | 21,750 | PayPal pay@papaya.com - EUR |
| 331,576 | 17,069 | PayPal pay@papaya.com - GBP |
| 7,522 | 37,116 | PayPal - Papaya Gaming UK - GBP |
| 250,000 | 250,000 | SVB 3302933838 - Analysis Checking - USD |
| 135,910 | 1,773,052 | SVB 3304310894 - Interest Sweep - USD |
| 50 | 50 | SVB 3302747345 - Collections - USD |
| 5,707 | 26,351 | SVB NatWest 10026347 - GBP |
| 105,087 | 217,915 | SVB NatWest 10027130 - UK - GBP |
| 1,155 | 962 | SVB 0050054833 - EUR |
| 299 | 1,239 | SVB 0050054829 - CAD |
| 751,965 | 1,102,807 | Capital One 2082544324 - USD |
| 239,888 | 114,087 | mBank 316738001003 - USD |
| 0 | 707 | Itaú Unibanco 0051790-0 - BRL |
| 512,702 | 751,165 | Other |
| **133,469,989** | **127,960,105** | **Total cash balance as calculated by GT** |
| **133,500,569** | **127,960,105** | **Total cash balance as reported by the Company** |
| **(30,580)** | **0** | **Difference *** |
| **5,540,464** | | **Change for the period** |

The differences between the cash balances calculated as part of the audit and the balances presented by the company are not material and may result from differences in the exchange rates used to translate account balances in various currencies into U.S. dollars.



Fahn Kanne Consulting Ltd. is a subsidiary of Fahn Kanne & Co., the Israeli member firm of Grant Thornton International Ltd.