# APPENDIX 1 TO THE DEBT ARRANGEMENT

## Payment Schedule
## (Hebrew and certified English translation)

# APPENDIX 1-A

## Payment Schedule
## (Hebrew)

**נספח 1 - לוח תשלומים לקופת מנהל ההסדר**

## <u>לוח תשלומי פאפאייה לקופת מנהל ההסדר</u>

פאפאייה תפקיד במהלך תקופת ההסדר סך כולל של עד $862,865,000 (שמונה מאות ששים ושניים מיליון, ושמונה מאות וששים וחמישה אלף דולר) לקופת מנהל ההסדר (או סכום אחר, הכל כפי שיידרש על פי ההסדר), על פי פריסת התשלומים כדלקמן, והכל בכפוף להוראות ההסדר :

1. תוך 14 ימים ממועד כניסת ההסדר לתוקף, סך של $60,000,000 (שישים מיליון דולר).
2. תוך 15 ימים מתום שנת 2026, סכום של $30,000,000 (שלושים מיליון דולר).
3. תוך 15 ימים מתום שנת 2027, סכום של $75,000,000 (שבעים וחמישה מיליון דולר).
4. תוך 15 ימים מתום שנת 2028, סכום של $100,000,000 (מאה מיליון דולר).
5. תוך 15 ימים מתום שנת 2029, סכום של $120,000,000 (מאה ועשרים מיליון דולר).
6. תוך 15 ימים מתום שנת 2030, סכום של $130,000,000 (מאה ושלושים מיליון דולר).
7. תוך 15 ימים מתום שנת 2031, סכום של $150,000,000 (מאה וחמישים מיליון דולר).
8. תוך 6 שנים ממועד כניסת ההסדר לתוקף, סכום של $197,865,000 (מאה תשעים ושבעה מיליון ושמונה מאות וששים וחמישה אלף דולר), או סכום אחר שישקף באותו מועד את יתרת החובות האכיפים.

# APPENDIX 1-B

## Payment Schedule
## (Certified English translation)

**Annex 1 - Payment Schedule for the Arrangement Administrator's Fund**

# Papaya's Payment Schedule for the Arrangement Administrator's Fund

During the Arrangement Period, Papaya shall deposit a total amount of up to $862,865,000 (eight hundred sixty-two million, eight hundred sixty-five thousand dollars) into the Arrangement Administrator's Fund (or such other amount as may be required under the Arrangement), in accordance with the following payment schedule, all subject to the provisions of the Arrangement:

1. Within 14 days after the Arrangement Effective Date, an amount of $60,000,000 (sixty million dollars).
2. Within 15 days following the end of 2026, an amount of $30,000,000 (thirty million dollars).
3. Within 15 days following the end of 2027, an amount of $75,000,000 (seventy-five million dollars).
4. Within 15 days following the end of 2028, an amount of $100,000,000 (one hundred million dollars).
5. Within 15 days following the end of 2029, an amount of $120,000,000 (one hundred twenty million dollars).
6. Within 15 days following the end of 2030, an amount of $130,000,000 (one hundred thirty million dollars).
7. Within 15 days following the end of 2031, an amount of $150,000,000 (one hundred fifty million dollars).
8. Within 6 years of the Effective Date of the Arrangement, an amount of $197,865,000 (one hundred ninety-seven million, eight hundred and sixty-five thousand dollars), or such other amount as shall reflect the outstanding balance of the Enforceable Debts at that time.

I, Asaf Talmi, hereby certify that I am competent to translate from Hebrew to English (US) and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled “ הסדר חוב 20.10.2026 נקי סופי(16074403.18)” from Hebrew to English (US).

Asaf Talmi Talmi
Talmi (Oct 20, 2026 19:11:29 GMT+3)
[name]

20 Oct 2026
[Date]