**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**RECOGNITION HEARING ON OCTOBER 23, 2026, AT 10:30 A.M. (ET)**

This proceeding will be conducted remotely **via Zoom**.

Please refer to Judge Walrath's Chambers Procedures (https://www.deb.uscourts.gov/judge-mary-f-walrath) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Walrath's expectations of remote participants, and the advance registration requirements.

*The deadline to register for remote attendance is one-hour prior to the hearing unless otherwise noticed using the *eCourtAppearances* tool (available here) or on the Court's website at www.deb.uscourts.gov.*

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

**MATTERS GOING FORWARD:**

1. Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or Alternatively, a Foreign Nonmain Proceeding [D.I. 4; filed August 2, 2026]

**Objection/Response Deadline**: August 27, 2026, at 11:59 P.M. (ET) (extended to September 11, 2026, at 11:59 P.M. (ET) solely as to Skillz Platform Inc.)

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

**Objections/Responses**:

A. [SEALED] Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 107; filed September 11, 2026]

B. [SEALED] Appendix to Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 108; filed September 11, 2026]

C. [REDACTED] Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 122; filed September 16, 2026]

D. [REDACTED] Appendix to Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 123; filed September 16, 2026]

E. Declaration of Yaron Elhawi in Support of Skillz Platform Inc.'s Objection to the Debtors' Motion for Chapter 15 Recognition [D.I. 124; filed September 16, 2026]

F. [SEALED] Declaration of Jim W. Bergman in Support of Skillz Platform Inc.'s Objection to the Debtors' Motion for Chapter 15 Recognition [D.I. 125; filed September 16, 2026]

G. Informal comments from the Office of the United States Trustee

**Related Documents:**

A. Chapter 15 Petition of Papaya Gaming Ltd., Case No. 26-11217 [D.I. 1; filed August 2, 2026]

B. Chapter 15 Petition of Papaya Gaming Inc., Case No. 26-11218 [D.I. 1; filed August 2, 2026]

C. Declaration of Oriel Bachar in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [D.I. 5; filed August 2, 2026]

D. Declaration of Pinni Yaniv in Support of the (I) Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding, and (II) Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [D.I. 6; filed August 2, 2026]

E. Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [D.I. 39; filed August 5, 2026]

F. Order Approving Stipulated Protective Order Governing Discovery Material [D.I. 70; filed August 18, 2026]

G. Scheduling Order for Hearing on the Foreign Representative's Verified Petition for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding [D.I. 133; filed October 1, 2026]

H. Foreign Representative's Witness List for the Recognition Hearing on October 14, 2026 [D.I. 134; filed October 1, 2026]

I. Skillz Platform Inc.'s Witness List for the Recognition Hearing on October 14, 2026 [D.I. 135; filed October 1, 2026]

J. [SEALED] Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 136; filed October 1, 2026]

K. [SEALED] Appendix to the Foreign Representative's Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 137; filed October 1, 2026]

L. [SEALED] Declaration and Expert Report of Stuart Gleichenhaus [D.I. 138; filed October 1, 2026]

M. Notice of Recognition Hearing [D.I. 141; filed October 6, 2026]

N. [REDACTED] Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 142; filed October 6, 2026]

O. [REDACTED] Appendix to the Foreign Representative's Reply to the Objection of Skillz Platform Inc. to Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main or, Alternatively, a Foreign Nonmain Proceeding [D.I. 143; filed October 6, 2026]

P. Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026 [D.I. 145; filed October 8, 2026]

Q. Notice of Errata to Exhibit A to the Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026 [D.I. 146; filed October 9, 2026]

R. Skillz Platform Inc.'s Notice of Objections to Declarations Submitted in Connection with Recognition Hearing [D.I. 148; filed October 9, 2026]

S. Joint Notice of Amended Exhibit B to Joint Witness List, Deposition Designations, and Exhibit List for the Recognition Hearing on October 14, 2026 [D.I. 153; filed October 13, 2026]

T. Certification of Counsel Regarding Filing of Revised Debt Arrangement in Israeli Proceeding [D.I. 165; filed October 20, 2026]

U. Statement in Response to Certification of Counsel Regarding Filing of Revised Debt Arrangement in Israeli Proceeding [D.I. 169; filed October 20, 2026]

V. Notice of Filing of (1) Certified English Translation of Motion to Convene Creditors' Meetings and (II) Appendices to Motion and Debt Arrangement in Supplement to Certification of Counsel [D.I. 170; filed October 21, 2026]

**Status**: The Court will deliver an oral ruling.

[*Remainder of page intentionally left blank.*]

Dated: October 22, 2026
Wilmington, Delaware

**COOLEY LLP**

Matthew L. Kutcher (admitted *pro hac vice*)
Benjamin J. Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Erin Trenda (admitted *pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
etrenda@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

Matthew Oliver (admitted *pro hac vice*)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-1337
Facsimile: (617) 937-2400
moliver@cooley.com

**BLANK ROME LLP**

By: *Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*