# SIGN-IN SHEET

**CASE NAME:** Papaya Gaming Ltd.

**COURTROOM NUMBER:** 4

**CASE NUMBER:** 26-11217 (MFW)

**DATE:** October 14 – 16, 2026

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Ray Schrocks | Latham | Skills Platform Inc. |
| Christopher Harris | Latham | |
| Amy Quartarolo | Latham | |
| Lazar P. Raynal | King and Spalding | |
| Michael Lombardo | King and Spalding | |
| Michael Neiburg | Young Conaway | |
| Joshua Hall | Young Conaway | |
| Michael Klein | Cooley | |
| Matthew Kutcher | " | |
| Erin Tendra | " | |
| Thomas Peabody | " | |
| Olya Antle | " | |
| Matthew Oliver | " | |
| Stanley Tarr | " | |
| Jennifer Malow | " | |
| | | |
| | | |
| | | |
| | | |

Papaya Gaming LTD 26-11217
October 14-16, 2026

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Arielle | Ambra-Juarez | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Olya | Antle | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Mike | Ardeljan | Latham | | 26-11217-MFW | Video and Audio |
| Oriel | Bachar | Papaya Gaming Ltd. | Foreign Representative | 26-11217-MFW | Video and Audio |
| Oren | Bar-Nir | Papaya Gaming Ltd. | Papaya Gaming Ltd. | 26-11217-MFW | Video and Audio |
| Maya | Ben Meir | Gornitzky | | 26-11217-MFW | Video and Audio |
| Jim | Bergman | | | 26-11217-MFW | Video and Audio |
| Dena | Bugel-Shunra | | | 26-11217-MFW | Video and Audio |
| Denise | Cahir | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| James | Callahan | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Marco | Cantu | | | 26-11217-MFW | Video and Audio |
| LaAsia | Canty | Latham & Watkins | Skillz Platform Inc. | 26-11217-MFW | Video and Audio |
| Casey | Chafkin | | | 26-11217-MFW | Video and Audio |
| Derek | Cole | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Joe | Connelly | Sloane | | 26-11217-MFW | Audio Only |
| Andrew | Dahlinghaus | | | 26-11217-MFW | Video and Audio |
| Michael | Day-Toles | King & Spalding | | 26-11217-MFW | Video and Audio |
| Ariel | Demri | Papaya Gaming Ltd. | Papaya Gaming Ltd. | 26-11217-MFW | Video and Audio |
| Malav | Desai | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Yaron | Elhawi | Gornitzky | | 26-11217-MFW | Video and Audio |
| Catie | Fabiano | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Karen | Friedlander | Reliable Companies | Oriel Bachar and Papaya Gaming Ltd | 26-11217-MFW | Video and Audio |
| Stuart | Gleichenhaus | FTI Consulting | Witness for Foreign Representative | 26-11217-MFW | Video and Audio |
| Adam | Goldberg | Latham | | 26-11217-MFW | Video and Audio |
| Melissa | Green | | | 26-11217-MFW | Audio Only |
| Jon | Hammond | Hammond Strategies LLC | | 26-11217-MFW | Audio Only |
| Christopher | Harris | Latham | | 26-11217-MFW | Video and Audio |
| Brian | Herskowitz | Latham | | 26-11217-MFW | Video and Audio |
| Michael | Klein | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Matthew | Kutcher | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Debbie | Laskin | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Mathew | Laskowski | Latham & Watkins | Skillz Platform Inc. | 26-11217-MFW | Video and Audio |
| Tianjiao | Li | Latham | | 26-11217-MFW | Video and Audio |
| Michael | Lombardo | King & Spalding | | 26-11217-MFW | Video and Audio |
| Jennifer | Malow | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |

Papaya Gaming LTD 26-11217
October 14-16, 2026

| | | | | | |
|---|---|---|---|---|---|
| Matthew | Matese | | | 26-11217-MFW | Audio Only |
| Joseph | McMahon | United States Department of Justice | Andrew R. Vara, U.S. Trustee for Region 3 | 26-11217-MFW | Video and Audio |
| James | Nani | Bloomberg Law | Bloomberg Law | 26-11217-MFW | Video and Audio |
| Connor | O'Neill | | | 26-11217-MFW | Video and Audio |
| Matthew | Oliver | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Herman | Orellana | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Sri | Paladugu | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Andrew | Paradise | | | 26-11217-MFW | Video and Audio |
| Thomas | Peabody | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Amy | Quartarolo | Latham | | 26-11217-MFW | Video and Audio |
| Lazar | Raynal | King & Spalding | | 26-11217-MFW | Video and Audio |
| Raz | Revah | Papaya Gaming Ltd. | Papaya Gaming Ltd. | 26-11217-MFW | Video and Audio |
| Elizabeth | Rice | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Hagar | Scheingut | Gornitsky | | 26-11217-MFW | Video and Audio |
| Ray | Schrock | Latham | | 26-11217-MFW | Video and Audio |
| Chris | St. Martin | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Uri | Stein | Papaya Gaming Ltd. | Papaya Gaming Ltd. | 26-11217-MFW | Video and Audio |
| Ifat | Steinman | Papaya Gaming Ltd. | Papaya Gaming Ltd. | 26-11217-MFW | Video and Audio |
| Max | Sternberg | Burns Charest, LLP | | 26-11217-MFW | Audio Only |
| Stanley | Tarr | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Christopher | Tarrant | Latham & Watkins | Skillz Platform Inc. | 26-11217-MFW | Video and Audio |
| Benjamin | Thomson | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Erin | Trenda | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Nicholas | Tuosto | | | 26-11217-MFW | Video and Audio |
| Brenda | Walters | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Jordan | Williams | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Pinni | Yaniv | Papaya Gaming Ltd. | Foreign Representative | 26-11217-MFW | Video and Audio |
| Mariah | Young | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Julie | Zheng | Latham | | 26-11217-MFW | Video and Audio |
| Evan | Zucker | Blank Rome LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| shantanu | agrawal | BlackRock | | 26-11217-MFW | Audio Only |

Papaya Gaming LTD 26-11217

October 23, 2026

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Michael | Ardeljan | Latham | | 26-11217-MFW | Video and Audio |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | | 26-11217-MFW | Video and Audio |
| Maya | Ben Meir | Gornitsky | | 26-11217-MFW | Video and Audio |
| Joshua | Benson | | | 26-11217-MFW | Audio Only |
| Casey | Chafkin | | | 26-11217-MFW | Video and Audio |
| Andrew | Dahlinghaus | | | 26-11217-MFW | Video and Audio |
| Michael | Day-Toles | King & Spalding | | 26-11217-MFW | Video and Audio |
| Joel | Friedman | | | 26-11217-MFW | Audio Only |
| Adam | Goldberg | Latham | | 26-11217-MFW | Video and Audio |
| Melissa | Green | | Papaya | 26-11217-MFW | Audio Only |
| Joshua | Hall | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Jon | Hammond | | | 26-11217-MFW | Audio Only |
| Christopher | Harris | Latham | | 26-11217-MFW | Video and Audio |
| Taylor | Harrison | Debtwire | | 26-11217-MFW | Audio Only |
| Brian | Herskowitz | Latham | | 26-11217-MFW | Video and Audio |
| Debbie | Laskin | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| TJ | Li | Latham | | 26-11217-MFW | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | ust | 26-11217-MFW | Video and Audio |
| Michael | Lombardo | King & Spalding | | 26-11217-MFW | Video and Audio |
| Michael | Neiburg | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Connor | O'Neill | | | 26-11217-MFW | Video and Audio |
| Andrew | Paradise | | | 26-11217-MFW | Video and Audio |
| Amy | Quartarolo | Latham | | 26-11217-MFW | Video and Audio |
| Lazar | Raynal | King & Spalding | | 26-11217-MFW | Video and Audio |
| Hagar | Scheingut | Gornitsky | | 26-11217-MFW | Video and Audio |
| Ray | Schrock | Latham | | 26-11217-MFW | Video and Audio |
| Ben | Thomson | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Nicholas | Tuosto | | | 26-11217-MFW | Video and Audio |
| Brenda | Walters | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Alex | Wittenberg | | | 26-11217-MFW | Audio Only |
| Jungiao | Zheng | Latham | | 26-11217-MFW | Video and Audio |