**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| | **Re: D.I. 4** |

**CERTIFICATION OF COUNSEL REGARDING RECOGNITION ORDER**

The undersigned counsel for Oriel Bachar, solely in his capacity as duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Inc. ("Papaya US") and Papaya Gaming Ltd. ("Papaya Israel," and together with Papaya US, the "Debtors"), certifies as follows:

1. On August 2, 2026, the Foreign Representative filed the *Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] (the "Verified Petition").

2. Following the Court's oral ruling on the Verified Petition on October 23, 2026, the Foreign Representative and Skillz Platform Inc. ("Skillz") conferred regarding the proposed form of order but were unable to reach an agreement. The Foreign Representative is submitting his proposed form of order, attached hereto as **Exhibit A** (the "FR Proposed Order"), together with the *Declaration of Raz Revah in Support of the Foreign Representative's Proposed Form of Recognition Order* [D.I. 177], which provides additional detail regarding the Debtors' cash management system and ordinary course transactions from the Debtors' U.S. bank accounts for the Court's consideration.

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

3. A copy of Skillz' proposed form of order (the "Skillz Proposed Order") is attached hereto as **Exhibit B** for the Court's consideration. For the avoidance of doubt, the Foreign Representative does not consent to entry of the Skillz Proposed Order and respectfully requests entry of the FR Proposed Order.

4. The United States Trustee has been provided with copies of the FR Proposed Order and the Skillz Proposed Order.

**WHEREFORE**, the Foreign Representative respectfully requests that the Court enter the proposed order attached to this certification as **Exhibit A**.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 26, 2026
Wilmington, Delaware

**COOLEY LLP**

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

**BLANK ROME LLP**

By: */s/Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*