**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| Papaya Gaming Ltd., *et al.*,[1] | Case No. 26-11217 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| | **Re: D.I. 4** |

**CERTIFICATION OF COUNSEL REGARDING AGREED RECOGNITION ORDER**

The undersigned counsel for Oriel Bachar, solely in his capacity as duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Inc. ("Papaya US") and Papaya Gaming Ltd. ("Papaya Israel"), certifies as follows:

1. On August 2, 2026, the Foreign Representative filed the *Verified Petition Under Chapter 15 for Recognition of the Israeli Proceeding as a Foreign Main Proceeding or, Alternatively, a Foreign Nonmain Proceeding* [D.I. 4] (the "Verified Petition").

2. On October 26, 2026, the Court held a status conference (the "Status Conference") to discuss the Foreign Representative's and Skillz Platform Inc.'s competing proposed forms of order regarding the Verified Petition, which were submitted to the Court under certification of counsel [*See* D.I. 178]. Following the Status Conference, counsel for the Foreign Representative conferred with counsel for Skillz regarding a revised form of order incorporating the Court's rulings and the agreed reporting procedures. Those discussions resulted in the agreed proposed form of order attached hereto as **Exhibit A** (the "Proposed Order").

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

**WHEREFORE**, the Foreign Representative respectfully requests that the Court enter the Proposed Order attached to this certification as **Exhibit A**.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 26, 2026
Wilmington, Delaware

**COOLEY LLP**

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

**BLANK ROME LLP**

By: */s/Jennifer K. Malow*
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*