# Appendix A

| Scope | | Bank | 2025-10 | 2025-11 | 2025-12 | 2026-01 | 2026-02 | 2026-03 | 2026-04 | 2026-05 | 2026-06 | 2026-07 | 2026-08 | 2026-09 | LTM Oct-25 - Sep-26 | Forecast Oct 2026 | Disbursed Oct 2026 (to date) | Remaining to pay in Oct 2026 | Forecast Nov 2026 | Forecast Dec 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third-party payments | [redacted] | (all) | $82 | $130 | $467 | $47 | $105 | $57 | $49 | $52 | $126 | $157 | $50 | $85 | $1,407 | $118 | $18 | $100 | $118 | $156 |
| Third-party payments | [redacted] | (all) | $1,661 | $1,879 | $3,550 | $433 | $3,791 | $4,243 | $9,652 | $8,495 | $430 | $4,846 | $717 | $1,558 | $41,255 | $3,060 | $845 | $3,300 | $3,494 | $2,748 |
| Third-party payments | [redacted] | (all) | $22,340 | $24,059 | $22,100 | $20,335 | $22,273 | $23,594 | $22,604 | $24,590 | $19,042 | $24,014 | $13,821 | $24,517 | $263,289 | $15,892 | $3,180 | $12,712 | $16,069 | $17,580 |
| Third-party payments | [redacted] | (all) | $401 | $327 | $1,067 | $327 | $481 | $737 | $305 | $268 | $379 | $205 | $186 | $266 | $4,949 | $416 | $143 | $273 | $416 | $430 |
| Third-party payments | [redacted] | (all) | $405 | $868 | $443 | $577 | $1,650 | $426 | $337 | $920 | $585 | $1,043 | $524 | $484 | $8,261 | $315 | $89 | $226 | $591 | $1,053 |
| Third-party payments | [redacted] | (all) | $653 | $705 | $698 | $709 | $731 | $624 | $705 | $652 | $647 | $590 | $627 | $578 | $7,918 | $561 | $561 | - | $664 | $651 |
| Third-party payments | [redacted] | (all) | $50 | - | $75 | $0 | - | $20 | $10 | - | $15 | $0 | - | - | $170 | $15 | | $15 | $15 | $15 |
| Third-party payments | [redacted] | (all) | $10 | $11 | $13 | $12 | $16 | $16 | $22 | $17 | $14 | $27 | $21 | $14 | $194 | $16 | | $16 | $16 | $17 |
| Third-party payments | [redacted] | (all) | $56 | $203 | $233 | $169 | $343 | $185 | $210 | $188 | $183 | $193 | $196 | $203 | $2,363 | $197 | $178 | $19 | $212 | $202 |
| Third-party payments | [redacted] | (all) | $0 | $0 | - | - | - | $0 | - | - | $0 | - | - | $0 | $1 | $0 | | $0 | $0 | $0 |
| Third-party payments | [redacted] | (all) | $302 | $306 | $287 | $328 | $319 | $273 | $317 | $292 | $283 | $297 | $309 | $55 | $3,368 | - | | - | | |
| Third-party payments | [redacted] | (all) | $1,000 | $1,000 | $500 | $500 | $500 | $500 | $1,000 | $0 | $500 | $500 | $500 | $537 | $7,037 | $500 | $500 | - | $500 | $500 |
| Third-party payments | [redacted] | (all) | $62 | $60 | $60 | $47 | $76 | $36 | $68 | $78 | $11 | $20 | $4 | $51 | $573 | $48 | | $48 | $47 | $49 |
| Third-party payments | [redacted] | (all) | - | - | - | - | $0 | $0 | - | $0 | $0 | $0 | $0 | - | $1 | $0 | | $0 | $0 | $0 |
| Third-party payments | [redacted] | (all) | $6 | $7 | $7 | $8 | $7 | $6 | $7 | $8 | $9 | $8 | $8 | $8 | $88 | $7 | | $7 | $7 | $8 |
| Third-party payments | [redacted] | (all) | $108 | $99 | $102 | $161 | $236 | $38 | $112 | $61 | $145 | $72 | $124 | $94 | $1,354 | $113 | | $113 | $110 | $116 |
| Third-party payments | [redacted] | (all) | $320 | - | - | $293 | - | - | $257 | - | - | $236 | - | - | $1,107 | $280 | $220 | $60 | - | - |
| Third-party payments | [redacted] | (all) | - | - | - | $334 | - | - | $291 | - | - | $257 | - | - | $882 | $248 | $248 | - | - | - |
| Third-party payments | [redacted] | (all) | - | - | - | $56 | - | - | $51 | - | - | $44 | - | - | $151 | $42 | $42 | - | - | - |
| Third-party payments | [redacted] | (all) | - | $18 | $19 | $18 | $17 | $14 | $16 | $16 | $15 | $15 | $2 | $27 | $178 | $13 | $13 | - | $15 | $15 |
| Third-party payments | [redacted] | (all) | $341 | - | - | $359 | - | - | $301 | - | - | $299 | - | - | $1,300 | $340 | $340 | - | - | - |
| Third-party payments | [redacted] | (all) | $174 | $181 | $165 | $154 | $142 | $114 | $128 | $106 | $99 | $88 | $86 | $85 | $1,523 | $74 | $74 | - | $130 | $130 |
| Third-party payments | [redacted] | (all) | $73 | $69 | $165 | $24 | - | $8 | $47 | - | $77 | $7 | - | $21 | $490 | $14 | | $14 | $14 | $14 |
| Third-party payments | [redacted] | (all) | $183 | $155 | $98 | $108 | $29 | $287 | $165 | $617 | - | $200 | $200 | $200 | $2,241 | $200 | | $200 | $200 | $200 |
| Group funding | [redacted] | (all) | $350 | $400 | $200 | $400 | $450 | $300 | $350 | $350 | $250 | $400 | $400 | - | $3,850 | $400 | $350 | $50 | $400 | $400 |
| Third-party payments | [redacted] | (all) | $3 | $2 | $2 | $2 | $2 | $2 | $3 | $2 | $2 | $2 | $2 | $4 | $28 | $3 | | $3 | $3 | $3 |
| | Total | | $28,580 | $30,479 | $30,252 | $25,401 | $31,167 | $31,480 | $37,006 | $36,712 | $22,814 | $33,520 | $17,779 | $28,789 | $353,978 | $22,872 | $6,801 | $17,156 | $23,021 | $24,285 |