**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PAPAYA GAMING LTD., *et al.*,<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217 (MFW) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Thaddeus D. Wilson of King & Spalding LLP to represent Skillz Platform Inc. in these chapter 15 cases and any related adversary proceedings.

Dated: November 3, 2026
Wilmington, Delaware

/s/ *Sean M. Beach*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Sean M. Beach (DE Bar No. 4070)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: sbeach@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: November 3, 2026

/s/ *Thaddeus D. Wilson*

**KING & SPALDING**
Thaddeus D. Wilson
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4842
Email: thadwilson@kslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.