**CERTIFICATE OF SERVICE**

I, Jennifer K. Malow, hereby certify that on November 10, 2026, I caused a true and correct copy of the foregoing *Notice of Agenda of Matters Scheduled for Virtual Scheduling Conference on November 12, 2026, at 11:30 A.M. (ET)* to be served upon the service list, attached as **Exhibit A**, by email.

Dated: November 10, 2026

*/s/ Jennifer K. Malow*
Jennifer K. Malow

**Exhibit A**

**Service List**

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Sean M. Beach
Michael S. Neiburg
Joshua Hall
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Email: sbeach@ycst.com
mneiburg@ycst.com
jhall@ycst.com
CM/ECF Noticing: bankfilings@ycst.com

KING & SPALDING LLP
Lazar P. Raynal
Michael A. Lombardo
Jeffrey Dutson
Scott Davidson
Craig Carpenito
Christopher Coleman
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Email: lraynal@kslaw.com
mlombardo@kslaw.com
jdutson@kslaw.com
sdavidson@kslaw.com
ccarpenito@kslaw.com
christopher.coleman@kslaw.com

and

Thaddeus D. Wilson
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4842
Email: thadwilson@kslaw.com

*Counsel for Skillz Platform Inc.*

Joseph J. McMahon, Jr.
Assistant United States Trustee
United States Department of Justice Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Joseph.McMahon@usdoj.gov