Papaya 26-11217

November 12, 2026 at 11:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Arielle | Ambra-Juarez | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Olya | Antle | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Sean | Beach | Young, Conaway, Stargatt & Taylor | | 26-11217-MFW | Video and Audio |
| Denise | Cahir | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Scott | Davidson | King & Spalding | | 26-11217-MFW | Video and Audio |
| Ariel | Demri | Papaya Gai | Papaya Gaming Ltd. | 26-11217-MFW | Video and Audio |
| Joel | Friedman | | | 26-11217-MFW | Audio Only |
| Adam | Goldberg | Latham | | 26-11217-MFW | Video and Audio |
| Uday | Gorrepati | | N/A (ABI Project) | 26-11217-MFW | Audio Only |
| Benjamin | Hackman | Office of th | Andrew R. Vara, U.S. Trustee for Region 3 | 26-11217-MFW | Video and Audio |
| Joshua | Hall | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Taylor | Harrison | | | 26-11217-MFW | Audio Only |
| Michael | Klein | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Matthew | Kutcher | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Debbie | Laskin | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Michael | Lombardo | King & Spalding | | 26-11217-MFW | Video and Audio |
| Jennifer | Malow | Blank Rom | Foreign Representative | 26-11217-MFW | Video and Audio |
| Joseph | McMahon | United Stat | Andrew R. Vara, U.S. Trustee for Regions 3 & 9 | 26-11217-MFW | Video and Audio |
| Michael | Neiburg | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Matthew | Oliver | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Herman | Orellana | Blank Rom | Foreign Representative | 26-11217-MFW | Video and Audio |
| Thomas | Peabody | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Lazar | Raynal | King & Spalding | | 26-11217-MFW | Video and Audio |
| Ifat | Steinman | Papaya Gai | Papaya Gaming Ltd. | 26-11217-MFW | Video and Audio |
| Stanley | Tarr | Blank Rom | Foreign Representative | 26-11217-MFW | Video and Audio |
| Ben | Thomson | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Erin | Trenda | Cooley LLP | Foreign Representative | 26-11217-MFW | Video and Audio |
| Brenda | Walters | Young Conaway Stargatt & Taylor, LLP | | 26-11217-MFW | Video and Audio |
| Thad | Wilson | King & Spalding | | 26-11217-MFW | Video and Audio |
| Pinni | Yaniv | Papaya Gai | Foreign Representative | 26-11217-MFW | Video and Audio |
| Evan | Zucker | Blank Rom | Foreign Representative | 26-11217-MFW | Video and Audio |