**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Papaya Gaming Ltd., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-11217<br><br>(Jointly Administered)<br><br>**Re: D.I. 191, 192** |

**CERTIFICATION OF COUNSEL REGARDING AGREED SCHEDULING ORDER**

The undersigned counsel for Oriel Bachar, solely in his capacity as duly authorized foreign representative (the "Foreign Representative") of Papaya Gaming Inc. and Papaya Gaming Ltd., certifies as follows:

1. On November 5, 2026, Skillz Platform Inc. ("Skillz") filed the *Motion of Skillz Platform Inc. for Entry of an Order (I) Directing the Appointment of an Examiner Pursuant to Sections 1521(a)(5) and 1522(d), (II) Modifying the Recognition Order to Permit Skillz to Prosecute Fraudulent Transfer Claims, (III) Granting Skillz Leave, Standing, and Authority to Commence and Prosecute Breach of Fiduciary Duty Claims, and (IV) Granting Related Relief* [D.I. 191] (the "Motion").

2. On November 12, 2026, the Court held a scheduling conference (the "Scheduling Conference") in connection with the Motion. Following the Scheduling Conference, counsel for the Foreign Representative conferred with counsel for Skillz regarding a form of order scheduling a virtual status conference and setting briefing deadlines on the Motion. Those discussions resulted in the agreed proposed form of order attached hereto as **Exhibit A** (the "Proposed Order").

---

[1] The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

**WHEREFORE**, the Foreign Representative respectfully requests that the Court enter the Proposed Order attached to this certification as **Exhibit A**.

Dated: November 13, 2026
Wilmington, Delaware

**COOLEY LLP**

Michael Klein (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com

Matthew L. Kutcher (admitted *pro hac vice*)
Ben Thomson (admitted *pro hac vice*)
110 North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
bthomson@cooley.com

Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
oantle@cooley.com

**BLANK ROME LLP**

By: /s/Jennifer K. Malow
Stanley B. Tarr (DE No. 5535)
Jennifer K. Malow (DE No. 7424)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Stanley.Tarr@BlankRome.com
Jennifer.Malow@BlankRome.com

Evan J. Zucker (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (917) 591-2726
Evan.Zucker@BlankRome.com

*Counsel to the Foreign Representative*