**Exhibit A**

Agreed Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PAPAYA GAMING LTD., *et al.*,[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 26-11217 (MFW)<br><br>(Jointly Administered)<br><br>Re: D.I. 191 |

**ORDER SCHEDULING VIRTUAL STATUS CONFERENCE AND SETTING BRIEFING DEADLINES ON THE MOTION OF SKILLZ PLATFORM INC. FOR APPOINTMENT OF AN EXAMINER AND RELATED RELIEF**

Upon the *Motion of Skillz Platform Inc. for Entry of an Order (I) Directing the Appointment of an Examiner Pursuant to Sections 1521(a)(5) and 1522(d), (II) Modifying the Recognition Order to Permit Skillz to Prosecute Fraudulent Transfer Claims, (III) Granting Skillz Leave, Standing, and Authority to Commence and Prosecute Breach of Fiduciary Duty Claims, and (IV) Granting Related Relief* [D.I. 191] (the "**Motion**") filed by Skillz Platform Inc. ("**Skillz**") in the above-captioned chapter 15 cases of Papaya Gaming Ltd. ("**Papaya Ltd.**") and Papaya Gaming Inc. ("**Papaya US**," and together with Papaya Ltd., the "**Debtors**") commenced on August 2, 2026 (the "**Petition Date**"); and Oriel Bachar, in his capacity as the foreign representative of the Debtors (the "**Foreign Representative**"); and upon the scheduling conference held before the Court on November 12, 2026 (the "**Scheduling Conference**"); and, at the Scheduling Conference, the Court having determined that it is appropriate to schedule a status conference on the Motion and to establish a briefing schedule with respect thereto; and after due deliberation and sufficient cause appearing therefor,

[1]The Debtors in these Chapter 15 proceedings, together with the last four digits of their business number or employee identification number, as applicable, are: Papaya Gaming Ltd. (2095); and Papaya Gaming Inc. (3649). The location of the Debtors' headquarters and Foreign Representative's contact address is 35 HaMasger St., Tel Aviv-Yaffo 6721407, Israel.

**IT IS HEREBY ORDERED THAT:**

1. A status conference on the Motion (the "**Status Conference**") shall be held on **December 15, 2026, at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge. The Status Conference will be conducted entirely over Zoom and requires all participants to register using the eCourt Appearances tool on the Court's Website at www.deb.uscourts.gov. An electronic invitation, with the relevant audio or video link, will be emailed to registered participants prior to the Status Conference.

2. The Debtors and the Foreign Representative shall file and serve any response or objection to the Motion on or before **December 1, 2026**. The objection deadline of November 19, 2026 at 4:00 p.m. (ET) set forth in the notice of the Motion is superseded by this Order as to the Debtors and the Foreign Representative.

3. Skillz shall file and serve any reply in further support of the Motion on or before **December 8, 2026**.

4. Any party may request leave of the Court to file supplemental briefing with respect to the Motion.

5. Any statute of limitations, statute of repose, or other time-based limitation or deadline applicable to the commencement or prosecution of any and all claims and causes of action against the Debtors' founders, shareholders, officers, directors and transferees, including, without limitation, the Fraudulent Transfer Claims and the Fiduciary Duty Claims (each as defined in the Motion), expressly including claims and causes of action that Skillz itself may bring as of the Petition Date, are hereby tolled from the Petition Date through and including **December 15, 2026**.

6. Any party may apply to the Court for modification of any date upon good cause shown.

7. Notwithstanding Bankruptcy Rule 6004, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or in relation to the interpretation, implementation, and enforcement of this Order.